# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| Peter Harris and Loni Harris,<br><br>*Plaintiffs*,<br><br>v.<br><br>Upwintrade.com, a business association; David Shamlian, an individual, and; John Does 1 – 20,<br><br>*Defendants*. | Case No. _____<br><br>**Affidavit of Marshal Hoda** |

I, Marshal Hoda, state and swear as follows.

1. My name is Marshal J. Hoda. I am of sound mind and capable of making this Affidavit. I have personal knowledge of the facts stated herein. I represent the plaintiffs in this matter, Peter Harris and Loni Harris.

2. I personally drafted Plaintiffs' Motion for *Ex Parte* Temporary Restraining Order and Expedited Discovery, which sets out facts and offers argument as to why the Court should enter a freezing order in this case without notice to the defendants. I verify the statements set out there and urge the Court to grant the Motion for the same reasons.

//

## SIGNATURE PAGE

_____
Marshal Hoda

On this \_\_\_\_ day of _____, _____, before me, the undersigned notary public, Marshal Hoda appeared, proved to me through satisfactory evidence of identification to be the person who signed the preceding document, and swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

Notary Public, State of Texas

Printed Name:

My commission expires: