UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Peter Harris and Loni Harris,<br><br>*Plaintiffs*,<br><br>v.<br><br>Upwintrade.com, a business association, David Shamlian, an individual, and John Does 1 – 20,<br><br>*Defendants*. | Case No. 1:24-cv-00313<br><br>**[Proposed] Order Granting Plaintiffs' Motion for *Ex Parte* Temporary Restraining Order & Expedited Discovery** |

Plaintiffs have filed a Motion for *Ex Parte* Temporary Restraining Order and Expedited Discovery (the "Motion"), in which they seek an order requiring the freezing of the accounts associated with 29 deposit addresses at several cryptocurrency exchanges and authorization to issue subpoenas to various third parties likely to be in possession of information about the Defendants. The Court has reviewed Plaintiffs' Motion and finds that, for the reasons set out therein, they face a risk of irreparable harm if the requested relief does not issue and notice to the Defendants should not be required. Accordingly, Plaintiffs' Motion is hereby GRANTED.

## I.  Restraining Order

Plaintiffs have submitted evidence tracing the assets they allege were stolen from them to 29 deposit addresses at the cryptocurrency exchanges Binance, Revolut, Remitano, and ByBit (the "Receiving Addresses"). The Receiving Addresses are:

| Exchange | Address |
| --- | --- |
| Binance | 13mLDAfVfyzD8Vf6x9YZ5pALc3g8TXqPix |
| Binance | 1MUxDUmHAVskKATJDCWgk8SJ9ZBHreZAbh |
| Binance | 1DMhMwn4apg49oVjRpbaZqJDDLJaN6iqox |
| Binance | 13WWx7qQ1QBoY2E3sjaRrzvWzg2JJkDAgg |
| Binance | 1PvjGd7aCpvRzZtz4kL9YgdvnYPdpm16oj |
| Revolut | bc1q7gku9m33re89mes97dwq4lawwxg3hj6g28umcy |
| Remitano | 38ZWvd5Be2PqMu5xcvy9PY3T4frKvniNyf |
| Remitano | 38Ep5mFzh6oNbuFXSL1Hvk3g1TwXUMX8xv |
| Remitano | 3M5RWiGdcEDRseLUqaG15HgPLL7bf3644A |
| Remitano | 3A34Ggh1EUNXe4K8ayTLNLdKYAUDTnEU63 |
| Remitano | 3MoVdQzjhYJrz9umg4v1oBRRz5pe9kZVcu |

| | |
|---|---|
| Remitano | 3A3NqjhLiexUzcfgGuVo19uzux8rnbqSVE |
| Remitano | 3CaPngqFGiu8kSLEcp9uM5JvK97RdAGHBU |
| Remitano | 3KE6diBJr2yCcd9HEUxH5KNd86s2tzPW2N |
| Remitano | 3B9GDHG6WgrWeavz247zAvbd5WrC8rYF7y |
| Remitano | 3KKGPBqG2GW5PNVmktjoJwsSoGmfrvVTBB |
| Remitano | 3G1gfTQn81jgaPUCWCoSr8j17AtiWn17uy |
| Remitano | 3DGPG9Lh6iLSkxYf9UZxzxjcUKo36xUva9 |
| Remitano | 3D8JCs231iJxK8Jx86pJ4TAWrAAtbRxRPW |
| Remitano | 33heGnSTbA6U7WrfMBYoWYgCRBek2MrKTA |
| Remitano | 3AymDrgNq3WQZaNLh4vxLe8bxVzGaHqQhz |
| Remitano | 31jJbyCxErbbfkuGP1dtz2Pz9jt9SWNv83 |
| Remitano | 35wtpq7h7AjMP2xaS9yNa8T9cgJfUUm5RW |
| Remitano | 3BjbZnAwmmxvQFnibcyGRd8SAwM6xTLYpA |
| Remitano | 3CZ6NHrctR8ceWwyYyJQXP96PMAqEs5J4a |
| Remitano | 3KSpJdiRmej8XkqCYswa58pff127b7nQxc |
| Remitano | 39TPPnjRGB8ANVbs1K7RFoBBDNtvXWtECj |

| ByBit | 1HyTkypyP8yoRGSRrvr74SyEhhX1bkLMiQ |
|-------|-------------------------------------|
| ByBit | 14rxMsRQV5fkTDb3ShorD91xQvdwp34hjb |

For the reasons set out in the Motion, the Court finds that the accounts associated with these deposit addresses should be frozen. Accordingly, The Court hereby ORDERS that Defendants and their agents, servants, employees, attorneys, partners, successors, assigns, and all other persons or entities through which they act or who act in active concert or participation with any of them, who receive actual notice of this Order by personal service or otherwise, whether acting directly or through any trust, corporation, subsidiary, division or other device, or any of them, are hereby restrained from withdrawing, transferring, or encumbering any assets currently held by, for, or on behalf of the persons controlling the accounts associated with the above-listed Receiving Addresses, or any business entity through which they act or which acts in active concert or participation with them; including but not limited to those assets currently held at or for the Receiving Addresses.

In accordance with Fed. R. Civ. P. 65(b)(2), this Order will expire fourteen (14) days from its entry unless it is extended for good cause shown. No bond shall be required to be posted by Plaintiff.

**II.  Expedited Discovery**

The Court finds that Plaintiffs' request to issue expedited discovery should be granted for the reasons set out in the Motion. Plaintiffs are

authorized to serve subpoenas on the third parties identified in their Motion. In light of the time-sensitivity of Plaintiffs' subpoenas to the cryptocurrency exchanges to which their assets were ultimately transferred, Plaintiffs are further authorized to serve their subpoenas on these exchanges via email directed to the following addresses.

| Recipient | Service Address |
|---|---|
| Binance, Ltd. | legal@binance.com<br>compliance@binance.com |
| Revolut Technologies, Inc. | legal@revolut.com<br>compliance@revolut.com |
| Babylon Solutions Limited | legal@remitano.com<br>compliance@remitano.com |
| Bybit Fintech Limited | legal@bybit.com<br>compliance@bybit.com |

All subpoenaed parties shall produce the materials sought in the subpoena to Plaintiffs' counsel within seven (7) days of their receipt of Plaintiffs' subpoena and this Order.

The Court finds that any privacy interest the Defendants have in the documents requested by Plaintiffs is outweighed by the need to investigate and prosecute the theft and conversion alleged in the complaint. Such privacy

concerns shall not be good cause for the subpoenaed party to withhold the requested material.

_____

_____
Date

- 7 -

Dated:  August 2, 2024             Prepared By:

                                                      THE HODA LAW FIRM, PLLC

_/s/ Marshal J. Hoda_

Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
12333 Sowden Road, Suite B
PMB 51811
Houston, TX 77080
o. (832) 848-0036
marshal@thehodalawfirm.com

*Attorney for Plaintiffs*