IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PETER HARRIS AND LONI HARRIS, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:24-CV-00313 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| UPWINTRADE.COM, A BUSINESS ASSOCIATION; DAVID SHAMLIAN, AN INDIVIDUAL; JOHN DOES 1 – 20, | § § § § | |
| | § | |
| *Defendants.* | § | |

## NOTICE OF HEARING

PLEASE BE ADVISED AND TAKE NOTICE that Plaintiffs' Motion for Emergency *Ex Parte* Temporary Restraining Order and Order Authorizing Expedited Discovery [Dkt. 2] is set before this Honorable Court for oral hearing on **August 8, 2024 at 9:00 a.m. in Courtroom 2, Jack Brooks Federal Courthouse, 300 Willow Street, Beaumont, Texas**.

**SIGNED this 2nd day of August, 2024.**

Michael J. Truncale
United States District Judge