AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN     DISTRICT OF     TEXAS

Peter Harris, et. al.
V.
Upwintrade.com, et. al.

**PLAINTIFF EXHIBIT LIST**

Case Number: 1:24CV00313

| PRESIDING JUDGE<br>Michael J. Truncale | PLAINTIFF'S ATTORNEY<br>Marshal J. Hoda | DEFENDANT'S ATTORNEY<br>None |
|---|---|---|
| TRIAL DATE (S)<br>September 4, 2024 | COURT REPORTER<br>April Hargett | COURTROOM DEPUTY<br>Kimberly Race |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | 09/04/2024 | 2:45 PM | 2:45 PM | Affidavit/Declaration of Loni Harris |
| 2 | | 09/04/2024 | 2:45 PM | 2:45 PM | Affidavit/Declaration of Peter Harris |
| 3 | | 09/04/2024 | 2:45 PM | 2:45 PM | Affidavit/Declaration of Delaina Snyder |
| 4 | | 09/04/2024 | 2:45 PM | 2:45 PM | Affidavit/Declaration of Evan Cole |
| 5 | | 09/04/2024 | 2:45 PM | 2:45 PM | Affidavit/Declaration of Marshal Hoda |