Docusign Envelope ID: 74502B72-C337-4ED1-9566-695BA829EAEC



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| Peter Harris and Loni Harris, | |
| *Plaintiffs*, | Case No. 1:24-cv-00313 |
| v. | |
| Upwintrade.com, a business association; David Shamlian, an individual; John Does 1 – 20, | **Declaration of Loni Harris** |
| *Defendants*. | |

I, Loni Harris, state and swear as follows.

**I.  Introduction**

1. My name is Loni Harris. I am of sound mind and capable of making this Affidavit. I have personal knowledge of the facts stated herein.

2. I am one of the plaintiffs in this matter, along with my husband, Peter Harris. I am submitting this Declaration in support of our Motion for Preliminary Injunction.

**II.  Chronology & Evidence**

3. My first contact with the Upwintrade scam was through Facebook. An account that appeared to be operated by Orlando Bell, someone I know personally, made a Facebook post about how he had purchased a new

- 1 -

Docusign Envelope ID: 74502B72-C337-4ED1-9566-695BA829EAEC

home with the money he had made doing cryptocurrency trading with someone named David Shamlian.

4. I sent a direct message to the Orlando Bell account inquiring about the cryptocurrency trading success alluded to in the post. This person advised me to message David Shamlian on Skype. This person also reassured me about David's legitimacy through the following events. A true and correct copy of my direct messages with this account is attached as <u>Attachment A</u>.

5. I later confirmed with the real Orlando Bell that his Facebook account had been hacked and taken over by unknown persons before the date of the post and messages described above. A true and correct copy of my messages with the real Orlando Bell is attached as <u>Attachment B</u>.

6. My husband and I soon messaged David Shamlian on Skype. David advised us to create an account at www.upwintrade.com. We transferred cryptocurrency with a dollar-denominated value of $654,609.84 to blockchain addresses provided by Upwintrade before ultimately realizing that we had been scammed.

7. My husband's Declaration in support of our Motion for Preliminary injunction provides and verifies our transaction history, our messages with David Shamlian, emails we received from Upwintrade, and screenshots of the Upwintrade platform. I have reviewed my husband's Declaration and the attached materials and verify that those attachments are true and correct copies of what they purport to be.

Docusign Envelope ID: 74502B72-C337-4ED1-9566-695BA829EAEC

8. The Defendants' scam has devastated our family financially. Our savings are depleted, and we now face an uncertain financial future. We are pursuing this litigation and cooperating with law enforcement in the hopes that some of the assets controlled by the Upwintrade scammers might be preserved for our eventual recovery.

**[SIGNATURE PAGE FOLLOWS]**

Docusign Envelope ID: 74502B72-C337-4ED1-9566-695BA829EAEC

## VERIFICATION

I, Loni Harris, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

*DocuSigned by:*
*Loni Harris*
2160BDBFC244421...

Loni Harris

Dated: 9/1/2024

Attachment A - Fake Orlando Bell Profile & Messages

Docusign Envelope ID: 74502B72-C337-4ED1-9566-695BA829E



HAR0001

Docusign Envelope ID: 74502B72-C337-4ED1-9566-695BA829EAEC

 **Orlando Bell**

Generated by Loni M Harris on Thursday, June 6, 2024 at 12:20 PM UTC-07:00
Contains data you requested from June 6, 2023 at 6:22 AM to June 5, 2024 at 12:11 PM

**Loni M Harris**



May 10, 2024 5:00:43pm

**Loni M Harris**

Orlando missed your call.

May 10, 2024 3:59:59pm

**Loni M Harris**

On another note how's your project coming along?

May 09, 2024 6:08:33pm

**Loni M Harris**

Thanks for getting back to me. I really do appreciate it.

There was definitely a learning curve doing our first trade I think we're starting to understand the process

I know we were Just talking about how people are so dishonest. Its awful!! It's happen to our business too so i understand

May 09, 2024 6:08:09pm

**Orlando Bell**

I usually pay him 15% upfront from my pocket, he said they were scammed multiple times, people withdrew an not pay commission. They even block him. I don't know why people will be so greedy to do that to him and his after making money for them.
David is a really awesome person, he works with a bunch of traders which can make it difficult for him to appro your withdrawal without his team. Once you understand the whole process, you won't have to worry about a th

May 09, 2024 5:58:13pm

**Loni M Harris**

I am sorry I keep bugging you. We are on a time crunch.

HAR0002

Docusign Envelope ID: 74502B72-C337-4ED1-9566-695BA829EAEC

May 06, 2024 8:54:16pm

**Loni M Harris**

David finished the trades. He said he won't approve the withdraw unless we pay him. He doesnt want to get scammed, which is understandable. I was under the impression that we could use the money from the withdraw because who has that kind of money laying around lol. And I didn't know we'd have to come up with another la sum of money to pay David in addition to the money we already invest with him. This is why I was curious how you able to pay him BTC on your first withdrawal? Or am I not understanding this whole thing? Is there someth am missing?

May 06, 2024 8:53:14pm

**Loni M Harris**

How did you get access to BTC to pay David if David has to approve your wallet. I am sorry i am just confused

May 06, 2024 5:42:45pm

**Loni M Harris**

We want to pay him but I don't know how lol

May 06, 2024 4:28:01pm

**Loni M Harris**

Could you explain step by step what you did to pay David? I am a bit confused lol

May 06, 2024 4:26:18pm

**Loni M Harris**

Wait so you paid David BTC from your wallet? So thats what you mean by upfront?

May 06, 2024 4:25:48pm

**Orlando Bell**

What do you mean by a different username?

May 06, 2024 4:15:40pm

**Orlando Bell**

Withdrawal only goes to one account, so they are scared you might run away with funds if they let you withdraw funds before paying them

May 06, 2024 4:15:22pm

HAR0003

Docusign Envelope ID: 74502B72-C337-4ED1-9566-695BA829EAEC

**Orlando Bell**

It's come out of my pocket. I pay him via Btc.

May 06, 2024 4:15:08pm

**Loni M Harris**

Also did you have to use a different user name to pay David?

May 06, 2024 4:02:12pm

**Loni M Harris**

We are trying to understand how this works.

May 06, 2024 3:28:27pm

**Loni M Harris**

And how do you pay once he approves?

May 06, 2024 3:28:13pm

**Loni M Harris**

No Problem. Thanks for taking the time to answer. When you say, upfront fee does that come out of the withdr or you have to come out of pocket?

May 06, 2024 3:27:32pm

**Orlando Bell**

Hey Loni, I apologize for the delay in responding. I'm constantly swamped with work and hardly have any time myself. There's this project I'm currently working on that's consuming most of my time. The only instance when withdrawal was delayed was the very first time, and that was because it happened over the weekend. But ever other time, it went smoothly without any delays. Whenever I want to withdraw, he asks for a 15% upfront fee, w pay, and then he approves the withdrawal.

May 06, 2024 3:21:53pm

**Loni M Harris**

David ask me to ask you about how the process works to withdraw. Would you mind providing some input? Di pay upfront or pay him through upwin?

May 05, 2024 8:08:32pm

**Loni M Harris**

HAR0004

Docusign Envelope ID: 74502B72-C337-4ED1-9566-695BA829EAEC

Hey Orlando
Can I call you. I have a quick question.

May 04, 2024 11:10:09am

**Loni M Harris**

Orlando missed your call.

May 04, 2024 11:10:05am

**Loni M Harris**

Hey Orlando. Sorry to keep bothering you. Quick question How did your first withdraw go? Were there any dela

May 03, 2024 8:57:39am

**Orlando Bell**

Yes

Apr 24, 2024 7:20:10am

**Loni M Harris**

Also wanted to say that was very thought of you to gift him a very nice watch!

Apr 16, 2024 12:59:07pm

**Loni M Harris**

▶ 0:00 / 2:03  🔊 ⋮

Apr 16, 2024 12:54:11pm

**Orlando Bell**

▶ 0:00 / 0:36  🔊 ⋮

Apr 16, 2024 12:45:12pm

**Loni M Harris**

Also I was really curious, how did your meeting with David go last month?

Apr 15, 2024 8:42:14pm

Docusign Envelope ID: 74502B72-C337-4ED1-9566-695BA829EAEC

**Loni M Harris**

Hey Orlando. Do you have any idea why David changed his name to Brad Hill?

Apr 15, 2024 3:19:50pm

**Loni M Harris**

Thanks. We have 2 accounts too. Chase is one of the worse to transfer funds. I believe banks don't want anyo move to Bitcoin because they can't control it. The dollar is fiat money and it's all controlled.
Anyway thanks for your help. We got it worked out. Chase has been giving us a hard time

By the way, did you have a hard time withdrawing? Was it pretty simple?

Apr 12, 2024 6:52:54am

**Orlando Bell**

Sure, right now I actually have 2 accounts on kraken and 2 accounts on crypto.com. I had someone help me o them, you know, just in case I run into any issues with one of them, I can easily switch to the others. It's quite interesting how the banks are really trying to resist this whole thing.
Over 80 million users buy, sell, and trade Bitcoin, Ethereum, NFTs and more on Crypto.com. Join the World's le crypto trading platform.
https://crypto.com/

Apr 12, 2024 6:43:16am

**Loni M Harris**

Hey Orlando. Are you still having issues wiring funds to Crypto? We have nothing but problems. Then we open Krakken and it's even worse. How are you able to wire without it getting rejected? What bank do you use? I ma a different bank. This is very Frustrating!

Apr 09, 2024 3:56:44pm

**Orlando Bell**

Hey Loni!
So, if your bank is canceling the transaction, I don't think it's crypto.com's fault. It's probably an issue with your But you could also give kraken a try. I mean, they're all pretty much the same, right?
Over 80 million users buy, sell, and trade Bitcoin, Ethereum, NFTs and more on Crypto.com. Join the World's le crypto trading platform.
https://crypto.com/

Mar 19, 2024 5:54:54am

**Loni M Harris**

It's frustrating when we transfer. Banks keep cancelling it.

Mar 18, 2024 8:09:19pm

HAR0006

Docusign Envelope ID: 74502B72-C337-4ED1-9566-695BA829EAEC

**Loni M Harris**

Hey Orlando. Do you use Crypto .com or Kraken?

Mar 18, 2024 8:08:44pm

**Loni M Harris**

I know! It's so incredible to see this! We have to transfer smaller amounts like everyone other day so it would g through. Just yesterday the bank stopped the transfer again but we had to call and say it was us.

Mar 08, 2024 2:48:24pm

**Orlando Bell**

I told you he is absolutely amazing at what he does. I mean, his prediction last year about crypto hitting 70-80k now... It's just mind-blowing how accurate he was! I have to admit, I was a bit skeptical at first, but once I got involved, I was completely blown away by the incredible growth that I've been witnessing. Seriously, The profit making right now is beyond anything I could have ever imagined. It's just so incredible, it's hard to put into word

Mar 08, 2024 2:19:02pm

**Orlando Bell**

Oh, I also had a bit of a hiccup with my bank during my last transfer. It was quite a hassle because the amount pretty hefty and it was an online transfer. But everything got sorted out eventually.

Mar 08, 2024 2:18:18pm

**Loni M Harris**

We finally got it to work. They were canceling bc there was a lot of fraudulent activities going on. When I found BlackRock (my former employer)got in the bitcoin space them I knew were in to something. David has been ke in the loop. You're right he is very knowledgeable. Thank you for referring him!

You're got in at the right time!

Mar 02, 2024 10:19:12am

**Orlando Bell**

Oh no, that's not good! I've never come across that situation before. Have you managed to solve it yet? As for accent, I'll just wait until I meet him in person this month to ask him about it. I'm really curious to know where h that accent from! Haha, it's been on my mind. 😁

Mar 02, 2024 9:38:11am

**Loni M Harris**

By the way David has a strong African accent. Online shows he's white though lol.

HAR0007

Docusign Envelope ID: 74502B72-C337-4ED1-9566-695BA829EAEC

Feb 29, 2024 7:51:20am

**Loni M Harris**

Well that's a relief!

Problem is we can't transfer more than $10k a day to trade. It's frustrating! David probably thinks we're playing games. First few times it kept getting cancelled so we tried $10k and that worked but he can't trade with that 😆 frustrating!!

Feb 29, 2024 6:29:06am

**Orlando Bell**

Oh, no way! David? He's definitely not involved in any scam,lol! he's got a real knack for understanding the ma and predicting what's gonna happen in the future. Trust me, he's really good at it. I can't say I'm having the bes right now, it's all business purpose

Feb 29, 2024 1:30:59am

**Loni M Harris**

Appreciate you getting back to me Orlando. I wanted to make sure this wasn't a scam lol. Hope you're having traveling. Thanks again for sharing your input and advise! Much appreciated! Safe travels!

Feb 27, 2024 7:32:08am

**Orlando Bell**

I thought I'd give you my personal email so you can easily reach out to me whenever you need. Here it is Orlandobell17@hotmail.com Feel free to drop me a line anytime!

Feb 27, 2024 6:02:58am

**Orlando Bell**



Feb 27, 2024 6:02:43am

**Loni M Harris**

Hey can I call you instead of going back and forth on chat?

Feb 25, 2024 8:07:18am

**Loni M Harris**

HAR0008

Docusign Envelope ID: 74502B72-C337-4ED1-9566-695BA829EAEC

I'm feel alittle better knowing you have a relationship with him. Are you meeting with him in Dubai?

Feb 25, 2024 7:45:29am

**Loni M Harris**

Ok thanks! Im comfortable but I think having a stranger trade can be nerve racking lol. And just like you trust Ju trust him because of you. He mentioned he had a software but never mentioned anything about how he traded

Curious where did you end up buying your home? We're thinking of moving out of the Bay Area

Feb 25, 2024 7:41:19am

**Orlando Bell**

Just a piece of advice for you, if you're not comfortable with it, then don't start doing it. In this case, I didn't hav formal agreement because my friend Justin has been trading with him for years now. I've actually withdrawn m money before and I trust him. I'll be meeting up with him on the 10th of next month. He's got this software that connects to my account,so he doesn't have access to my account.

Feb 25, 2024 7:26:47am

**Loni M Harris**

Well it concerns me that I've just transferred $ to my account and I'm about to start having a stranger trade usi money and his Facebook account disappeared. This makes me nervous

But we do have his Skype but he never mentioned his FB is gone. 

Also when he started trading for you how did you get started. Was there an agreement you had to sign? And h was he able to trade from your account?

Feb 25, 2024 6:52:06am

**Orlando Bell**

Yeah. I actually mentioned earlier that he messaged me yesterday about that. Are you having trouble getting in with him?

Feb 25, 2024 6:39:45am

**Orlando Bell**

You're welcome! Apparently he's been at it for quite a while now. Business is actually doing pretty well! I've got amazing team of hardworking folks who have been giving it their all. Things are going super smoothly.
❤Loni M Harris

Feb 25, 2024 6:39:17am

**Loni M Harris**

Hey Orlando. It looks like David profile no longer exist. Did he tell you that?

HAR0009

Case 1:24-cv-00313-MJT    Document 15-1    Filed 09/04/24    Page 14 of 18 PageID #: 599

Docusign Envelope ID: 74502B72-C337-4ED1-9566-695BA829EAEC

Feb 24, 2024 9:11:22pm

**Loni M Harris**

Oh gotcha! Thanks for the info! We spoke to him on Skype. Seems like he's been doing this while.

On another note, how are you doing? How's the insurance business?

Feb 24, 2024 11:46:00am

**Orlando Bell**

So I had to call him today on Skype for confirmation

Feb 24, 2024 11:29:39am

**Orlando Bell**

No it was this morning he sent me the message on Skype, because we communicated last night on facebook before going to bed.

Feb 24, 2024 11:29:17am

**Loni M Harris**

Did he get hacked?!

Feb 24, 2024 11:25:10am

**Loni M Harris**

We communicate with him yesterday. Seems to be ok then. Was this message yesterday? This is concerning

Feb 24, 2024 11:22:29am

**Orlando Bell**

I woke up to a message from him on Skype! Apparently, he's having a bit of trouble accessing his Facebook account. He asked me to do him a favor and not pay any attention to any messages from there for the time being. Have you managed to reach out to him?

Feb 24, 2024 11:04:25am

**Orlando Bell**

Hey, sorry for the delayed response! I've been swamped lately. Yes it's very exiting and you'll get to experience it yourself! If he happens to mention that the market isn't doing so well, I'd recommend steering clear. But if he says the market is looking great, then go ahead and go with his advice. Trust me, it's gonna be awesome!

Feb 24, 2024 11:03:25am

HAR0010

Docusign Envelope ID: 74502B72-C337-4ED1-9566-695BA829EAEC

**Loni M Harris**

did this all happen since Sept?

Feb 22, 2024 3:05:51pm

**Loni M Harris**

That sounds exiting! Thank you for sharing

Feb 22, 2024 3:05:32pm

**Orlando Bell**

When he's less busy he will definitely get back to you. My first trading experience was quite exciting! I began w bitcoin, valued at 29k at that time. Whenever he mentioned that the market was favorable, I added more funds initial deposit. Eventually, I made my first withdrawal, which was such a thrilling moment for me! As for my curr trades, I've decided to start with larger amounts.

Feb 22, 2024 2:11:06pm

**Loni M Harris**

Well I know you would invest with just anyone so I trust you made the absolute right decision. And that's what g attention. We asked to set up a call but he must be very busy. Thinking of starting with 1 coin. Is that how you started?

Feb 22, 2024 1:39:44pm

**Orlando Bell**

It's awesome to mix things up with your money. Not putting all your eggs in one basket, But seriously, I've neve come across anything quite like this before. It's pretty mind-blowing,

Feb 22, 2024 1:36:53pm

**Loni M Harris**

We've been focused on Real Estate but want to diversify

Feb 21, 2024 3:16:34pm

**Loni M Harris**

That's what he said! I guess last experience made me nervous lol

Feb 21, 2024 3:16:08pm

**Orlando Bell**

HAR0011

Docusign Envelope ID: 74502B72-C337-4ED1-9566-695BA829EAEC

Yes lol just try him you will see it yourself

Feb 21, 2024 2:51:33pm

**Loni M Harris**

Thank you for that info. So you'd say David is pretty legit lol

Feb 21, 2024 2:32:47pm

**Orlando Bell**

It was my friend Justin that introduced him to me and Justin have been wining for quite some time now

Feb 21, 2024 2:17:28pm

**Loni M Harris**

Btw the the way where did you end up buying? I'm so happy for you and your accomplishments!

Feb 21, 2024 7:52:11am

**Loni M Harris**

Thanks for getting back to me. I've contacted David as well. I just had a bad experience when I invested in Bitc yrs ago so I'm a little nervous. How did you meet him?

Feb 21, 2024 7:51:19am

**Orlando Bell**

I'm not sure if there's a referral bonus, but I can check with my friend Justin to see if he received one when I withdrew my money. If he did, then I'm definitely going to be making some extra cash because three of my frier have already started investing with him. Hahaha

Feb 21, 2024 7:20:58am

**Loni M Harris**

Hey Orlando. Congratulations on your new home! Are you getting a commission whenever you refer someone David?

Feb 20, 2024 5:09:46pm

HAR0012

Attachment B - Real Orlando Bell Facebook Messages

Docusign Envelope ID: 74502B72-C337-4ED1-9566-695BA829EAEC

 **Orlando Bell**
Generated by Loni M Harris on Thursday, June 6, 2024 at 12:20 PM UTC-07:00
Contains data you requested from June 6, 2023 at 6:22 AM to June 5, 2024 at 12:11 PM

**Orlando Bell**

It is not. Orlandowbell@gmail.com
👍 Loni M Harris
May 22, 2024 1:52:57pm

**Loni M Harris**

Sorry one more question. Is this your email address: Orlandobell17@hotmail.com
May 22, 2024 1:41:56pm

**Loni M Harris**

ok thanks!
May 22, 2024 1:31:37pm

**Orlando Bell**

I do not know them
May 22, 2024 1:31:29pm

**Loni M Harris**

One more question, So you do know anyone by the name of Justin Mcknight and David Shamlian?
May 22, 2024 1:30:50pm

**Loni M Harris**

ok thanks
May 22, 2024 1:24:39pm

**Orlando Bell**

No I do not. My FB was hacked. I had to open another one.
May 22, 2024 1:24:27pm

**Loni M Harris**

HAR0013

Docusign Envelope ID: 74502B72-C337-4ED1-9566-695BA829EAEC

There was a post that said you bought a house using Crypto

May 22, 2024 1:22:43pm

**Loni M Harris**

Did you ever invest in crypto ?

May 22, 2024 1:22:21pm

**Orlando Bell**

What's your question?

May 22, 2024 1:21:48pm

**Orlando Bell**

Hi Loni, I will check the email

May 22, 2024 1:21:40pm

**Orlando Bell**

You can now message and call each other and see info like Active Status and when you've read messages.

May 22, 2024 1:21:19pm

**Loni M Harris**

HI Orlando. I sent you an email. But I have a quick question for you.

May 22, 2024 1:12:31pm