Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



**EXHIBIT 2**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | |
|---|---|
| Peter Harris and Loni Harris, | |
| *Plaintiffs*, | Case No. 1:24-cv-00313 |
| v. | |
| Upwintrade.com, a business association; David Shamlian, an individual; John Does 1 – 20, | **Declaration of Peter Harris** |
| *Defendants*. | |

I, Peter Harris, state and swear as follows.

## I.    Introduction

1.     My name is Peter Harris. I am of sound mind and capable of making this Affidavit. I have personal knowledge of the facts stated herein.

2.     I am one of the plaintiffs in this matter, along with my wife, Loni Harris. I am submitting this Declaration in support of our Motion for Preliminary Injunction.

## II.    Chronology & Evidence

3.     Our first contact with the Upwintrade scam was through Facebook. An account that appeared to be operated by Orlando Bell, someone my wife knew personally, made a Facebook post about how he had purchased

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

a new home with the money he had made doing cryptocurrency trading with someone named David Shamlian.

4.    My wife sent a direct message to the Orlando Bell account inquiring about the cryptocurrency trading success alluded to in the post. This person directed us to message David Shamlian on Skype and told me to contact David on Skype. My wife's Declaration in support of our Motion for Preliminary Injunction attaches evidence showing her initial messages with the "fake" Orlando Bell and her later messages with the "real" Orlando Bell. I have reviewed my wife's Declaration and verify that the documents she provides are true and correct copies of what they purport to be.

5.    I soon messaged David Shamlian on Skype. Shamlian advised us to make an account on www.upwintrade.com. He walked us through the process of funding our own Crypto.com and Kraken accounts using U.S. Dollars, then using those dollars to purchase cryptocurrency, and then transferring that cryptocurrency to deposit addresses provided by Upwintrade. A true and correct copy of our Skype conversation with David Shamlian is attached hereto as Attachment A.

6.    When we were considering following Shamlian's investment advice, I viewed the website at www.davidshamlian.com, the purported personal website of David Shamlian. I have since learned that the images and videos on this site feature an entirely different person named Ken Mack. The Defendants appear to have used this individual's social media content to

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

create a fictitious persona. A true and correct copy of a site capture of www.davidshamlian.com is attached hereto as <u>Attachment B</u>.

7.     From February 28, 2024, to May 18, 2024, my wife and I transferred Bitcoin with a U.S.-dollar-denominated value of $654,609.84 to deposit addresses provided to us by Upwintrade. A true and correct copy of our transaction history, as exported from Crypto.com and Kraken, is attached to this Declaration as <u>Attachment C</u>.

8.     Over time, our "trading account" at upwintrade.com showed that we had made a significant profit on our "investment," with our balance reaching $6,415,665.00 by May 2024. A true and correct copy of a screenshot showing this balance is attached hereto as <u>Attachment D</u>.

9.     Later, after we began to suspect that the Upwintrade platform was a scam, our purported "account balance" fell to just one hundred dollars, as it remains today. We received no explanation for this. A true and correct copy of a complete site capture of www.upwintrade.com is attached as <u>Attachment E</u>. I read and relied on the site's many false statements about Upwintrade's security and transparency, which are captured in this attachment.

10.     I eventually told Shamlian we were ready to withdraw our assets from Upwintrade. At that time, Shamlian told us that we would be required to pay a 10% commission directly to him before the withdrawal could be processed. Contrary to what he had previously promised, he said this

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

commission could *not* be paid with the assets already in our Upwintrade account. Instead, we would have to transfer more than half a million dollars worth of additional assets beyond what we had already sent to Upwintrade.

11.     In addition, we eventually received an email from Upwintrade's "customer service" stating that we needed to pay millions more in "tax" before we could withdraw. A true and correct copy of that email and the document Upwintrade sent along with this email are attached hereto as <u>Attachment F</u>.

12.     Through online research, we learned about pig-butchering scams. We immediately understood that we had been the victims of such a scam, which has only been confirmed as we have cooperated with law enforcement and prosecuted this case in the months since.

13.     The Defendants' scam has devastated our family financially. Our savings are depleted, and we now face an uncertain financial future. We are pursuing this litigation and cooperating with law enforcement in the hopes that some of the assets controlled by the Upwintrade scammers might be preserved for our eventual recovery.

**[SIGNATURE PAGE FOLLOWS]**

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

## VERIFICATION

I, Peter Harris, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Signed by:

48B61FB5BD5243D...

Peter Harris

Dated: 9/1/2024

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

**Attachment A — Harris — Shamlian Skype Messages**

2024/02/23 09:58:32 David Sham: <ss type="hi">(wave)</ss>
2024/02/23 09:58:58 David Sham: Hi
2024/02/23 10:09:56 8:live:ph2corp_2: <partlist type="ended" alt=""
callId="f5f729b6–33ff–40ac–8242–feb303b52a1e"><part
identity="live:ph2corp_2"><name>Peter Harris</name></part><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</name></part></
partlist>
2024/02/23 10:10:16 8:live:ph2corp_2: Hi <at
id="8:live:.cid.50fa342aa3647427">David</at> I just calleld you.
I&apos;ll try again
2024/02/23 10:12:37 David Sham: <partlist type="started" alt=""
callId="ccdadcf9–58ea–4ea8–b0f0–3f94b9bded18"><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</name></
part><part identity="live:ph2corp_2"><name>Peter Harris</name></
part></partlist>
2024/02/23 10:12:52 David Sham: <partlist type="ended" alt=""
callId="ccdadcf9–58ea–4ea8–b0f0–3f94b9bded18"><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</
name><duration>14.324</duration></part><part
identity="live:ph2corp_2"><name>Peter Harris</name><duration>14.324</
duration></part></partlist>
2024/02/23 10:12:58 David Sham: I called
2024/02/23 10:13:11 8:live:ph2corp_2: <partlist type="started" alt=""
callId="f716c7dd–d413–4bd0–a013–2ffc31afbac8"><part
identity="live:ph2corp_2"><name>Peter Harris</name></part><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</name></part></
partlist>
2024/02/23 10:13:26 8:live:ph2corp_2: <partlist type="ended" alt=""
callId="f716c7dd–d413–4bd0–a013–2ffc31afbac8"><part
identity="live:ph2corp_2"><name>Peter Harris</name><duration>14.949</
duration></part><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</
name><duration>14.949</duration></part></partlist>
2024/02/23 10:13:57 David Sham: Can you hear me?
2024/02/23 10:14:19 David Sham: <partlist type="missed" alt=""
callId="2294562c–dbc6–405f–be98–0513b24848a2"><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</name></
part><part identity="live:ph2corp_2"><name>Peter Harris</name></
part></partlist>
2024/02/23 10:14:31 8:live:ph2corp_2: <partlist type="started" alt=""
callId="b69499fc–77f4–459e–b032–213e57cb97c4"><part
identity="live:ph2corp_2"><name>Peter Harris</name></part><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</name></part></
partlist>
2024/02/23 10:14:55 8:live:ph2corp_2: <partlist type="ended" alt=""
callId="b69499fc–77f4–459e–b032–213e57cb97c4"><part
identity="live:ph2corp_2"><name>Peter Harris</name><duration>23.383</
duration></part><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</
name><duration>23.383</duration></part></partlist>

HAR0016

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

2024/02/23 10:15:12 David Sham: I can't hear you at all, looks like your mic is off
2024/02/23 10:16:15 David Sham: <partlist type="started" alt="" callId="12d0d471-32c7-495f-8f21-0955f1d58ad1"><part identity="live:.cid.50fa342aa3647427"><name>David Sham</name></part><part identity="live:ph2corp_2"><name>Peter Harris</name></part></partlist>
2024/02/23 10:17:01 David Sham: <partlist type="ended" alt="" callId="12d0d471-32c7-495f-8f21-0955f1d58ad1"><part identity="live:.cid.50fa342aa3647427"><name>David Sham</name><duration>45.534</duration></part><part identity="live:ph2corp_2"><name>Peter Harris</name><duration>45.534</duration></part></partlist>
2024/02/23 10:17:17 David Sham: Can you hear me ? Because I can't hear you at all
2024/02/23 10:17:29 8:live:ph2corp_2: will call you from phone
2024/02/23 10:18:17 David Sham: Yes, download the Skype app on your phone
2024/02/23 10:19:50 8:live:ph2corp_2: <partlist type="started" alt="" callId="dc5c7337-25ab-4713-83a9-4d17e9b78553"><part identity="live:ph2corp_2"><name>Peter Harris</name></part><part identity="live:.cid.50fa342aa3647427"><name>David Sham</name></part></partlist>
2024/02/23 10:31:21 8:live:ph2corp_2: <partlist type="ended" alt="" callId="dc5c7337-25ab-4713-83a9-4d17e9b78553"><part identity="live:ph2corp_2"><name>Peter Harris</name><duration>692.088</duration></part><part identity="live:.cid.50fa342aa3647427"><name>David Sham</name><duration>692.088</duration></part></partlist>
2024/02/23 10:31:28 David Sham: <a href="https://www.crypto.com">www.crypto.com</a>
2024/02/23 10:48:50 David Sham: Once you&apos;re verified, On your crypto.com, look for option on how to buy bitcoin with wire transfer. you will be provided with a bank information then proceed by copying the bank information and make wire transfer to the account provided by crypto.com either from your online banking or by walking inside the bank.
2024/02/23 10:49:46 8:live:ph2corp_2: Great, we&apos;re waiting for them to verify us.
2024/02/23 10:52:46 David Sham: If you are finding it difficult you can also check on YouTube on how to purchased bitcoin via wire transfer on crypto.com. Buy bitcoin via wire transfer is instant buy, every other purchase method takes 5–7 days before you can use bitcoin. So make to use the wire transfer option. Do you understand ?
2024/02/23 10:53:42 David Sham: <quote author="live:ph2corp_2" authorname="Peter Harris" timestamp="1708706986" conversation="8:live:ph2corp_2" messageid="1708706986068" cuid="8908699823028631194"><legacyquote>[1708706986] Peter Harris: </legacyquote>Great, we&apos;re waiting for them to verify us.<legacyquote></quote>

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

&lt;&lt;&lt; </legacyquote></quote><ss type="yes">(y)</ss>
2024/02/23 11:00:10 8:live:ph2corp_2: Crypto.com sent us an email that our information is under review. Waiting on confirmation.
2024/02/23 11:18:59 David Sham: Okay, keep me posted
2024/02/24 10:03:59 David Sham: How's it going ?
2024/02/24 10:06:28 David Sham: Did you get verified yet
2024/02/24 10:08:05 8:live:ph2corp_2: Not yet, still waiting
2024/02/24 12:07:38 David Sham: Okay
2024/02/24 12:52:25 8:live:ph2corp_2: Just got approved. I&apos;ll try to do wire transfer today. Latest, will be Monday.
2024/02/24 16:32:33 David Sham: Okay keep me posted
2024/02/24 16:45:44 8:live:ph2corp_2: Hi David. We completed the wife transfer. The money will be received Monday.
2024/02/24 17:41:09 David Sham: Cool but hope it was from your personal account that matches with your information on crypto.com
2024/02/24 18:23:25 8:live:ph2corp_2: Yes, it was my personal account using my first and last name. Is that what you mean?
2024/02/25 00:10:43 8:live:ph2corp_2: What happened to your FB account? Loni can&apos;t find it.
2024/02/25 05:49:19 David Sham: <quote author="live:ph2corp_2" authorname="Peter Harris" timestamp="1708820605" conversation="8:live:ph2corp_2" messageid="1708820605279" cuid="235857687873848453"><legacyquote>[1708820605] Peter Harris: </legacyquote>Yes, it was my personal account using my first and last name. Is that what you mean?<legacyquote>

&lt;&lt;&lt; </legacyquote></quote>Okay keep me posted
2024/02/25 05:52:13 David Sham: There has been an unauthorized access to my facebook account. I'm currently working diligently to rectify the situation and restore the account back. My team have promptly dispatched broadcast messages to all our esteemed clients, ensuring that they are well-informed about the incident. It appears that you may not have received the communication since you have yet to commence trading with us.
2024/02/26 10:04:28 David Sham: Hello, how's it going ?
2024/02/26 10:05:32 David Sham: The market is looking really good today, I hope you are able to get started today
2024/02/26 10:14:23 8:live:ph2corp_2: Hi David, $$ wired, waiting for it to arrive in the crypto account. What do you need from us?
2024/02/26 10:30:53 David Sham: Are you there ?
2024/02/26 10:31:59 David Sham: Btc already hit 53K today, looking to hit 60K by the end of the week. Which means the whole week is going to be amazing
2024/02/26 10:32:46 David Sham: <quote author="live:ph2corp_2" authorname="Peter Harris" timestamp="1708964063" conversation="8:live:ph2corp_2" messageid="1708964063293" cuid="1454794733192704188"><legacyquote>[1708964063] Peter Harris: </legacyquote>Hi David,

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

$$ wired, waiting for it to arrive in the crypto account.
What do you need from us?<legacyquote>

&lt;&lt;&lt; </legacyquote></quote>Once wire hit account let me know,
it should already be in account. Maybe confirm from your bank how long
it will take
2024/02/26 10:35:49 8:live:ph2corp_2: Okay I&apos;ll let you know once
it hits.
2024/02/26 13:21:21 David Sham: Bitcoin just hit 54K
2024/02/26 13:21:28 David Sham: I told you 🔥🔥🔥
2024/02/26 16:48:02 8:live:ph2corp_2: Still waiting on the wire, bank
said should arrive today.
2024/02/27 08:13:11 David Sham: Okay, keep me posted
2024/02/27 08:13:17 David Sham: BTC already at 56K
2024/02/27 08:13:27 David Sham: The market is on it's all time high
run
2024/02/27 08:13:51 David Sham: Wire is usually same day almost
instant. Did you make a mistake with the transaction ?
2024/02/27 08:39:54 8:live:ph2corp_2: I&apos;ll contact Support and
find out why.
2024/02/27 09:12:13 David Sham: Okay keep me posted
2024/02/27 09:29:24 8:live:ph2corp_2: Crypto Support just told me it
can take 1-5 business days to process a wire deposit.
2024/02/27 09:29:51 David Sham: Oh that's new. Okay lmk once it's
cleared
2024/02/27 10:05:14 8:live:ph2corp_2: Wire has arrived in my account
2024/02/27 10:12:45 8:live:ph2corp_2: $110K deposit cleared and ready
to go.
2024/02/27 11:46:44 David Sham: Cool, you can set up a software
trading account with <a href="https://upwintrade.com">https://
upwintrade.com</a>
2024/02/27 11:47:43 David Sham: While waiting for your account to get
verified you can purchase bitcoin with the money you funded on your
crypto.com
2024/02/27 11:49:10 David Sham: Once your account is verify, fund your
account with the bitcoin and keep me posted when this is done so we
can get started
2024/02/27 11:54:01 David Sham: Are you there ?
2024/02/27 11:55:30 8:live:ph2corp_2: I just signed up and waiting for
verification.
How many bitcoins shall I purchase?
2024/02/27 11:58:16 8:live:ph2corp_2: I just purchased 1.9 BTC.
2024/02/27 12:00:01 David Sham: Purchase bitcoin with the whole amount
2024/02/27 12:01:05 8:live:ph2corp_2: I did
2024/02/27 12:02:55 David Sham: Okay keep me posted
2024/02/27 12:04:21 8:live:ph2corp_2: Will do.
2024/02/27 12:09:44 David Sham: Refresh webpage to know if you are
verified
2024/02/27 12:10:14 David Sham: Account should verified already
2024/02/27 12:24:30 8:live:ph2corp_2: It&apos;s verified. What&apos;s

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

next?
2024/02/27 12:34:42 David Sham: You can fund your account by using the bitcoin you purchased on crypto.com
2024/02/27 12:35:12 8:live:ph2corp_2: Can you walk me thru this.
2024/02/27 12:35:21 8:live:ph2corp_2: Can we get on Skype
2024/02/27 12:36:07 David Sham: Trades about to start, can't get on a call now.
2024/02/27 12:36:19 David Sham: On options menu select fund account
2024/02/27 12:36:29 David Sham: You'll see your funding Btc wallet address
2024/02/27 12:36:49 David Sham: Transfer Btc from crypto.com To your upwin account
2024/02/27 12:37:17 David Sham: Do you understand?
2024/02/27 12:38:20 8:live:ph2corp_2: No.
2024/02/27 12:39:00 8:live:ph2corp_2: I whitelisted an address. That&apos;s as far as I&apos;ve gotten.
2024/02/27 12:41:59 8:live:ph2corp_2: I&apos;m stuck, I&apos;ll wait for when you can walk me through this. Don&apos;t want to make any mistakes.
2024/02/27 12:46:26 David Sham: Did you find your wallet address in upwin ?
2024/02/27 12:47:14 8:live:ph2corp_2: Is that the QR code under Fund Acct?
2024/02/27 12:47:58 David Sham: Yes that's correct
2024/02/27 12:48:13 8:live:ph2corp_2: Okay what&apos;s next?
2024/02/27 12:48:14 David Sham: Send bitcoin from your crypto.com to that address
2024/02/27 12:49:27 8:live:ph2corp_2: Buy sell transfer are my options. Which one?
2024/02/27 12:49:54 David Sham: Transfer
2024/02/27 12:50:44 David Sham: You can also send me screenshot of your page
2024/02/27 12:50:50 8:live:ph2corp_2: Under transfer, it says deposit or withdraw. Which one?
2024/02/27 12:50:57 David Sham: Withdraw
2024/02/27 12:52:03 8:live:ph2corp_2: Ok. And then External Wallet?
2024/02/27 12:52:28 David Sham: Yes external wallet
2024/02/27 12:52:48 David Sham: Copy your upwin address and input it there
2024/02/27 13:00:47 8:live:ph2corp_2: Okay it&apos;s been sent.
2024/02/27 13:01:35 David Sham: Okay keep me posted once funds in account
2024/02/27 13:01:35 David Sham: Okay keep me posted once funds in account
2024/02/27 13:05:48 David Sham: Did crypto send you a confirmation email that it has been sent ?
2024/02/27 13:06:07 8:live:ph2corp_2: Yes
2024/02/27 13:06:13 David Sham: Okay cool
2024/02/27 13:06:43 David Sham: Keep me posted

HAR0020

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

2024/02/27 13:07:38 8:live:ph2corp_2: Will do
2024/02/27 13:45:01 David Sham: Payment should already be in account
2024/02/27 13:45:23 David Sham: So you can join the next trades in an hour
2024/02/27 13:45:37 8:live:ph2corp_2: Payment was cancelled by Crypto
2024/02/27 13:45:50 David Sham: What was the reason given
2024/02/27 13:48:54 David Sham: It is strongly advised to refrain from disclosing your intention to utilize crypto.com or platforms like coinbase for trading purposes. The use of software trading is prohibited by these renowned platforms. Moreover, it is challenging to generate substantial profits through their services, prompting them to vigorously combat such practices, It&apos;s better to tell them you&apos;re sending to your other crypto wallet. much like traditional financial institutions oppose cryptocurrency investments.
2024/02/27 13:50:40 8:live:ph2corp_2: Okay, I did put in comments that it was for upwind Trade. Could that be the reason?
2024/02/27 13:52:37 David Sham: Yes i think so
2024/02/27 13:53:04 David Sham: Is there a hold on your account ?
2024/02/27 13:53:13 8:live:ph2corp_2: No hold
2024/02/27 13:53:27 8:live:ph2corp_2: Shall I try again?
2024/02/27 13:54:21 David Sham: Okay
2024/02/27 13:54:25 David Sham: Try again
2024/02/27 13:54:38 David Sham: Send 50K first
2024/02/27 13:54:43 David Sham: Before you send the balance
2024/02/27 13:56:09 David Sham: Kindly confirm if your upwin address changed. It updates sometimes. So always confirm before sending payment
2024/02/27 13:58:38 8:live:ph2corp_2: I tried sending one BTC. Is that ok?
2024/02/27 14:04:08 David Sham: Yes
2024/02/27 14:05:55 David Sham: Yes that's okay
2024/02/27 14:18:34 David Sham: How's it going ?
2024/02/27 14:21:22 David Sham: I'm already placing the next trades, kindly let me know your progress
2024/02/27 14:25:08 8:live:ph2corp_2: Just made another request for one BTC
2024/02/27 14:54:07 8:live:ph2corp_2: It was also cancelled. They couldn&apos;t answer why, so a specialist will contact me in 2 hours.
Is this normal?
2024/02/27 14:58:50 David Sham: Contact the customer care, to ask them reason why
2024/02/27 14:59:08 David Sham: Tell them you&apos;re sending to your other wallet
2024/02/27 14:59:22 David Sham: I'm not sure why, speak to the agent. Let them know you are sending Btc to your private wallet address
2024/02/27 15:00:25 8:live:ph2corp_2: Ok I&apos;ll do that
2024/02/27 15:04:15 David Sham: It should be sorted once you get a response
2024/02/27 15:04:49 David Sham: What ever question you are asked, let

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

me know and I'll teach you how to go over them
2024/02/27 15:06:58 8:live:ph2corp_2: Okay got it.
2024/02/27 16:40:40 David Sham: Did you get a response
2024/02/27 16:41:00 8:live:ph2corp_2: Not yet
2024/02/27 17:05:58 David Sham: Okay
2024/02/27 17:39:40 David Sham: Nothing yet ?
2024/02/27 17:47:29 8:live:ph2corp_2: Nothing yet
2024/02/28 04:46:56 David Sham: Bitcoin is 59k going 60k just like i
told you 
2024/02/28 04:46:32 David Sham: Bitcoin is 59k going 60k just like i
told you 
2024/02/28 09:53:40 8:live:ph2corp_2: Just requested a smaller
transfer amount $10k, let&apos;s see if that works.
2024/02/28 10:09:14 David Sham: Okay  keep me posted
2024/02/28 11:22:08 8:live:ph2corp_2: <URIObject uri="https://
api.asm.skype.com/v1/objects/0-wus-
d8-10e90b9797c630d8f56c54d4e37a3258" url_thumbnail="https://
api.asm.skype.com/v1/objects/0-wus-
d8-10e90b9797c630d8f56c54d4e37a3258/views/imgt1_anim" type="Picture.1"
doc_id="0-wus-d8-10e90b9797c630d8f56c54d4e37a3258" width="949"
height="1687">To view this shared photo, go to: <a href="https://
login.skype.com/login/sso?go=xmmfallback?pic=0-wus-
d8-10e90b9797c630d8f56c54d4e37a3258">https://login.skype.com/login/
sso?go=xmmfallback?pic=0-wus-d8-10e90b9797c630d8f56c54d4e37a3258</
a><OriginalName v="ImportedPhoto_1709140897065.jpg"></
OriginalName><FileSize v="606375"></FileSize><meta type="photo"
originalName="ImportedPhoto_1709140897065.jpg"></meta></URIObject>
2024/02/28 11:22:09 8:live:ph2corp_2: Transfer went through
2024/02/28 11:25:10 8:live:ph2corp_2: <URIObject uri="https://
api.asm.skype.com/v1/objects/0-wus-
d6-09386c85c616383fecf9255e61854c4e" url_thumbnail="https://
api.asm.skype.com/v1/objects/0-wus-
d6-09386c85c616383fecf9255e61854c4e/views/imgt1_anim" type="Picture.1"
doc_id="0-wus-d6-09386c85c616383fecf9255e61854c4e" width="1139"
height="641">To view this shared photo, go to: <a href="https://
login.skype.com/login/sso?go=xmmfallback?pic=0-wus-
d6-09386c85c616383fecf9255e61854c4e">https://login.skype.com/login/
sso?go=xmmfallback?pic=0-wus-d6-09386c85c616383fecf9255e61854c4e</
a><OriginalName v="ImportedPhoto_1709141077890.jpg"></
OriginalName><FileSize v="418241"></FileSize><meta type="photo"
originalName="ImportedPhoto_1709141077890.jpg"></meta></URIObject>
2024/02/28 11:25:10 8:live:ph2corp_2: Nothing shown in upwin yet.
2024/02/28 12:00:23 David Sham: Keep me posted once funds in account
2024/02/28 12:00:29 David Sham: Bitcoin network slow today
2024/02/28 12:00:29 David Sham: Bitcoin network slow today
2024/02/28 12:02:18 David Sham: I'll advice you send all the funds
2024/02/28 12:02:36 David Sham: So you can get started immediately it
all goes through

HAR0022

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

2024/02/28 12:02:46 David Sham: &lt;quote author="live:ph2corp_2" authorname="Peter Harris" timestamp="1709140929" conversation="8:live:ph2corp_2" messageid="1709140928948" cuid="1685323391850562765"&gt;&lt;legacyquote&gt;[1709140929] Peter Harris: &lt;/legacyquote&gt;&lt;URIObject uri="https://api.asm.skype.com/v1/objects/0-wus-d8-10e90b9797c630d8f56c54d4e37a3258" url_thumbnail="https://api.asm.skype.com/v1/objects/0-wus-d8-10e90b9797c630d8f56c54d4e37a3258/views/imgt1_anim" type="Picture.1" doc_id="0-wus-d8-10e90b9797c630d8f56c54d4e37a3258" width="949" height="1687"&gt;To view this shared photo, go to: &lt;a href="https://login.skype.com/login/sso?go=xmmfallback?pic=0-wus-d8-10e90b9797c630d8f56c54d4e37a3258"&gt;https://login.skype.com/login/sso?go=xmmfallback?pic=0-wus-d8-10e90b9797c630d8f56c54d4e37a3258&lt;/a&gt;&lt;OriginalName v="ImportedPhoto_1709140897065.jpg"&gt;&lt;/OriginalName&gt;&lt;FileSize v="606375"&gt;&lt;/FileSize&gt;&lt;meta type="photo" originalName="ImportedPhoto_1709140897065.jpg"&gt;&lt;/meta&gt;&lt;/URIObject&gt;&lt;legacyquote&gt;

&lt;&lt;&lt; &lt;/legacyquote&gt;&lt;/quote&gt;Looks like you only sent a bit
2024/02/28 12:03:58 David Sham: Sending in bits will cost you so much transfer charges
2024/02/28 12:11:12 David Sham: Are you there ?
2024/02/28 12:11:45 David Sham: Bitcoin already hit 62K today and looking to get to 70K very soon
2024/02/28 12:12:02 David Sham: Let's get you on the market ASAP
2024/02/28 12:21:01 David Sham: &lt;partlist type="missed" alt="" callId="d2c6e551-ed51-4234-9a68-442e6cadc22d"&gt;&lt;part identity="live:.cid.50fa342aa3647427"&gt;&lt;name&gt;David Sham&lt;/name&gt;&lt;/part&gt;&lt;part identity="live:ph2corp_2"&gt;&lt;name&gt;Peter Harris&lt;/name&gt;&lt;/part&gt;&lt;/partlist&gt;
2024/02/28 12:21:20 David Sham: &lt;partlist type="missed" alt="" callId="95c9c7ef-9660-4127-a11d-7018dc418029"&gt;&lt;part identity="live:.cid.50fa342aa3647427"&gt;&lt;name&gt;David Sham&lt;/name&gt;&lt;/part&gt;&lt;part identity="live:ph2corp_2"&gt;&lt;name&gt;Peter Harris&lt;/name&gt;&lt;/part&gt;&lt;/partlist&gt;
2024/02/28 12:46:56 8:live:ph2corp_2: &lt;partlist type="missed" alt="" callId="b78899f8-65b1-431d-9ea4-238f6187a46e"&gt;&lt;part identity="live:ph2corp_2"&gt;&lt;name&gt;Peter Harris&lt;/name&gt;&lt;/part&gt;&lt;part identity="live:.cid.50fa342aa3647427"&gt;&lt;name&gt;David Sham&lt;/name&gt;&lt;/part&gt;&lt;/partlist&gt;
2024/02/28 12:50:36 David Sham: How's it going ?
2024/02/28 12:50:53 David Sham: Funds in account yet ? Locking next trades in a bit
2024/02/28 12:51:24 8:live:ph2corp_2: The funds are in the account.
2024/02/28 12:52:03 8:live:ph2corp_2: Can you get started with that amount and I&apos;ll make another transfer request today.
2024/02/28 12:52:38 David Sham: We can't trade with that
2024/02/28 12:53:18 David Sham: Software minimum is 1BTC
2024/02/28 12:54:02 David Sham: That's why I advised you start up with 2BTC the diamond account with no threshold, leveraging the market to

HAR0023

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

win more
2024/02/28 12:54:26 David Sham: We spoke over the phone about it. If you do not want to trade it's okay.
2024/02/28 12:55:03 8:live:ph2corp_2: Got it. I made another request. Stand by, let&apos;s see if it goes through.
2024/02/28 13:14:28 David Sham: Okay keep me posted once funds in account
2024/02/28 13:35:56 David Sham: How's it going ? Trade is about to start in 30 mins
2024/02/28 13:38:09 8:live:ph2corp_2: Crypto cancelled it again. I tried one BTC and $10K
2024/02/28 13:38:57 David Sham: That's weird
2024/02/28 13:40:33 David Sham: I might to give your spot to another client. It was the last spot and I was keeping it for you. He wants to fund his account and start up trades immediately, since you are having complications sending to your account
2024/02/28 13:42:39 David Sham: I'll have another free spot for you on the 5th of next month. If that's okay by you
2024/02/28 13:43:37 David Sham: Btc should be 80K by then. That's a lot of profit you'll miss out from tho
2024/02/28 13:49:38 8:live:ph2corp_2: Not sure what else I can do. First time doing this.
If you can&apos;t wait, I understand.
2024/02/28 13:51:58 David Sham: What's the reason for the cancellation?
2024/02/28 13:52:17 David Sham: Did they send you an email why ?
2024/02/28 13:53:23 8:live:ph2corp_2: No, but I&apos;m checking with Support again.
2024/02/28 13:58:39 David Sham: Okay
2024/02/28 13:58:43 David Sham: Keep me posted
2024/02/28 13:59:15 David Sham: I'll pend David a few more days, let's see if you can your account started in the next 2 days
2024/02/28 14:00:01 David Sham: When trying to fund next time, see if you can send funds all at once, the transfer charges do not reduce funds
2024/02/28 18:17:13 David Sham: Did you get a response from support
2024/02/28 18:29:35 8:live:ph2corp_2: Absolutely nothing from them. I can&apos;t even put in another support ticket.
I&apos;m going to make another deposit in the morning.
2024/02/28 18:36:24 David Sham: Okay keep me posted
2024/02/28 18:39:14 8:live:ph2corp_2: Will do
2024/02/29 00:11:58 David Sham: Btc hit 63K and it's looking to increase more.
2024/02/29 08:56:57 8:live:ph2corp_2: <URIObject uri="https://api.asm.skype.com/v1/objects/0-wus-d1-ea169f55d2ed8a3fb1791458ff916be1" url_thumbnail="https://api.asm.skype.com/v1/objects/0-wus-d1-ea169f55d2ed8a3fb1791458ff916be1/views/imgt1_anim" type="Picture.1" doc_id="0-wus-d1-ea169f55d2ed8a3fb1791458ff916be1" width="919.9572192513369" height="2048">To view this shared photo, go

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

to: <a href="https://login.skype.com/login/sso?go=xmmfallback?pic=0–
wus–d1–ea169f55d2ed8a3fb1791458ff916be1">https://login.skype.com/
login/sso?go=xmmfallback?pic=0–wus–d1–
ea169f55d2ed8a3fb1791458ff916be1</a><OriginalName
v="1709218617903.JPEG"></OriginalName><FileSize v="64709"></
FileSize><meta type="photo" originalName="1709218617903.JPEG"></
meta></URIObject>
2024/02/29 08:57:11 8:live:ph2corp_2: Here is what they sent me
2024/02/29 09:28:18 David Sham: It's a private wallet address that
only you use, so how's that malicious
2024/02/29 09:28:43 David Sham: It's a normal process with these
platforms especially because you stated earlier that you wanted to
trade
2024/02/29 09:28:51 David Sham: So they trying to stop you
2024/02/29 09:29:40 David Sham: You can tell them that it's your
personal wallet and it's safe to send funds to it 
2024/02/29 09:29:15 David Sham: You can tell them that it's your
personal wallet and it's safe to send funds to it 
2024/02/29 09:45:25 David Sham: <partlist type="started" alt=""
callId="da280898–e15d–43e0–8a98–b4bbc64508b6"><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</name></
part><part identity="live:ph2corp_2"><name>Peter Harris</name></
part></partlist>
2024/02/29 09:48:08 David Sham: <partlist type="ended" alt=""
callId="da280898–e15d–43e0–8a98–b4bbc64508b6"><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</
name><duration>163.027</duration></part><part
identity="live:ph2corp_2"><name>Peter Harris</name><duration>163.027</
duration></part></partlist>
2024/02/29 12:25:27 David Sham: How's it going?
2024/02/29 13:04:41 8:live:ph2corp_2: Sent them a reply to your exact
wording.
Just made another transfer request. Let&apos;s see what happens.
2024/02/29 13:16:32 David Sham: Okay keep posted
2024/02/29 16:29:36 David Sham: How's it going ?
2024/02/29 16:46:50 David Sham: <partlist type="missed" alt=""
callId="4f397505–8a77–4ce2–9619–c32e2c8f1c02"><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</name></
part><part identity="live:ph2corp_2"><name>Peter Harris</name></
part></partlist>
2024/02/29 20:02:37 8:live:ph2corp_2: I transferred another small
amount and it worked. Tomorrow I will try a larger amount. We&apos;ll
see.
2024/02/29 21:49:33 David Sham: Okay, I think you should send it one
time, every transaction you send, their fees attached to it. It's you
losing money

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

2024/02/29 22:18:40 8:live:ph2corp_2: I&apos;ll try that
2024/02/29 22:51:10 David Sham: Okay maybe try now, see if it works
2024/02/29 22:51:33 David Sham: So you can be set to start off the day properly tomorrow
2024/02/29 22:53:45 8:live:ph2corp_2: Okay just tried another.
2024/02/29 22:54:48 David Sham: Okay keep me posted once in account. Did you send all of it this time?
2024/02/29 22:55:20 8:live:ph2corp_2: No, tried $25K this time.
2024/02/29 22:56:41 David Sham: Okay lmk
2024/02/29 23:00:03 David Sham: Did you check your email to see if it cancelled again ?
2024/02/29 23:01:01 8:live:ph2corp_2: It takes about 30min for approval or cancellation.
2024/02/29 23:01:53 David Sham: That's correct
2024/02/29 23:01:53 David Sham: That's correct
2024/02/29 23:46:59 David Sham: You think you made success this time ? 😣 crypto stressing the hell outta you
2024/02/29 23:57:28 8:live:ph2corp_2: Lol, I know! Still waiting
2024/03/01 00:06:17 David Sham: Okay
2024/03/01 05:46:01 David Sham: Hello, how's it going ?
2024/03/01 09:07:40 8:live:ph2corp_2: It worked. Loni is stressed and doesn&apos;t want us to trade the entire 2 BTC. She wants to start with 1 BTC, and transfer the rest upon seeing results. I just made another transfer, I&apos;ll let you know once it is there. Thanks for understanding.
2024/03/01 09:49:39 David Sham: Okay keep me posted
2024/03/01 09:50:28 David Sham: Kindly send me your Upwin account username and email , so I can connect to software and start trades immediately funds get in
2024/03/01 10:03:32 8:live:ph2corp_2: Peternloni2024 <a href="mailto:ph2corp@gmail.com">ph2corp@gmail.com</a>

2024/03/01 10:03:59 8:live:ph2corp_2: Transfer approved 😣
2024/03/01 10:16:41 David Sham: <quote author="live:ph2corp_2" authorname="Peter Harris" timestamp="1709309013" conversation="8:live:ph2corp_2" messageid="1709309012747" cuid="16322443063658791053"><legacyquote>[1709309013] Peter Harris: </legacyquote>Peternloni2024 <a href="mailto:ph2corp@gmail.com">ph2corp@gmail.com</a><legacyquote>

&lt;&lt;&lt; </legacyquote></quote>Connected to software
2024/03/01 10:16:52 David Sham: As soon as funds get in, I'll start trading immediately
2024/03/01 10:32:09 David Sham: Looks like funds are in account, I can see from my dashboard
2024/03/01 10:32:17 David Sham: I'll start sending trade signals now
2024/03/01 10:37:09 8:live:ph2corp_2: Awesome. Can we see from Upwin your activity and results?
2024/03/01 10:38:41 David Sham: Yes
2024/03/01 10:38:59 David Sham: You see trade histories and wins will

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

be added to balance
2024/03/01 10:39:33 David Sham: It's very transparent, that's why I'm surprised Loni is stressed about it
2024/03/01 10:41:03 David Sham: I actually do not have access to take funds out of your account, only access to send trade signals. That's why my commission is paid by you to me after the trading session
2024/03/01 10:41:31 David Sham: How long are you looking to run account. 1 month, 3 months, 6 months ?
2024/03/01 10:41:52 David Sham: I would advice 3 months, a good timing to milk the market
2024/03/01 10:44:09 8:live:ph2corp_2: Could you guess what 3 months and 6 months would look like for us? Just a guess only.
2024/03/01 10:56:57 8:live:ph2corp_2: And then how do we pay your commission?
2024/03/01 11:02:48 David Sham: <quote author="live:ph2corp_2" authorname="Peter Harris" timestamp="1709311450" conversation="8:live:ph2corp_2" messageid="1709311449696" cuid="1659383098400204 6386"><legacyquote>[1709311450] Peter Harris: </legacyquote>Could you guess what 3 months and 6 months would look like for us? Just a guess only. <legacyquote>

&lt;&lt;&lt; </legacyquote></quote>The market is sky rocketing, all I can say. You are going to make tremendous profit. Trust me.
2024/03/01 11:03:48 David Sham: <quote author="live:ph2corp_2" authorname="Peter Harris" timestamp="1709312217" conversation="8:live:ph2corp_2" messageid="1709312217290" cuid="727609261551 8331206"><legacyquote>[1709312217] Peter Harris: </legacyquote>And then how do we pay your commission?<legacyquote>

&lt;&lt;&lt; </legacyquote></quote>You can pay via either wire transfer, crypto. Whichever is convenient
2024/03/01 11:09:21 8:live:ph2corp_2: Ok let&apos;s do 3 months
2024/03/01 11:15:18 David Sham: Okay, noted.
2024/03/01 11:20:32 8:live:ph2corp_2: Does that mean we pay you after 3 months of trading?
2024/03/01 11:25:51 David Sham: Yes that's correct
2024/03/01 11:30:45 8:live:ph2corp_2: Do you think the halving of BTC in April will benefit your trading?
2024/03/01 11:45:37 David Sham: Yes of cos
2024/03/01 11:46:01 David Sham: But it won't happen in April this year
2024/03/01 11:46:17 David Sham: BTC is skyrocketing. Just trust the process
2024/03/01 11:46:50 8:live:ph2corp_2: Will do, we&apos;re excited David.
2024/03/01 11:47:23 David Sham: 🚀
2024/03/01 11:48:06 David Sham: If you can fund the complete 2BTC there will be a lot of thresholds to place multiple trades daily
2024/03/01 11:49:10 8:live:ph2corp_2: Okay, but Loni needs to see the results first. I&apos;m ready as soon as she gives me the go.
2024/03/01 12:16:57 David Sham: Okay calm

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

2024/03/01 16:34:19 David Sham: 2X trade won.
2024/03/01 16:34:25 David Sham: Biggest trade for the day.
2024/03/01 16:35:34 David Sham: Are you logged in to account ?
2024/03/01 18:37:15 8:live:ph2corp_2: Sorry, missed your text here. Your first day with us is a success! We&apos;re trusting your process!
2024/03/01 20:26:29 David Sham: The market is at its best right now, I advise you take advantage of it
2024/03/01 20:28:17 8:live:ph2corp_2: Okay l, let me talk with Loni and get her approval for the other $$ in.
2024/03/01 23:58:23 David Sham: Trust me, it gives you the leverage to place multiple high trades
2024/03/02 00:31:08 David Sham: Orlando currently has $1M invested. That's the VIP account. In 3 months he's  looking at $15-20M
2024/03/02 00:33:45 David Sham: I'm not trying to persuade you against you wish. Just advising you as your expert trader
2024/03/02 00:34:26 David Sham: I'm getting paid 20% of profit I make you, so just suggesting the best options for you
2024/03/02 00:34:37 8:live:ph2corp_2: That&apos;s great. What did he start off with?
2024/03/02 00:35:56 David Sham: Last year
2024/03/02 00:36:14 David Sham: Also made multiple withdrawals over time
2024/03/02 00:37:32 8:live:ph2corp_2: Ok that&apos;s helpful. Hopefully, I can show her your results next week.
2024/03/02 00:38:12 David Sham: Okay cool
2024/03/03 18:41:29 David Sham: Btc hit 64K
2024/03/03 18:42:00 David Sham: I advise you upgrade account because of the threshold, we need to be able to place multiple high trades
2024/03/03 18:42:15 David Sham: and take great advantage of the market
2024/03/03 18:44:08 8:live:ph2corp_2: How do we do that?
2024/03/03 19:02:44 8:live:ph2corp_2: Loni just gave me the okay to deposit the rest. It&apos;ll be one more BTC. But I  had to transfer more funds since the price went up. I&apos;ll do it tomorrow.
2024/03/04 06:57:20 David Sham: You just need to transfer Btc to your account to upgrade account
2024/03/04 08:01:40 8:live:ph2corp_2: Ok just sent 0.5 BTC and it was successful. Waiting for it to hit wintrade.
2024/03/04 08:01:52 8:live:ph2corp_2: I&apos;ll do the rest shortly
2024/03/04 08:02:02 8:live:ph2corp_2: Good luck today
2024/03/04 09:17:37 David Sham: Okay keep me posted
2024/03/04 09:17:47 David Sham: You see Btc just hit 66K
2024/03/04 11:00:24 David Sham: If you take investment up to $500K. You won't regret it
2024/03/04 11:00:58 David Sham: Just watch me do my magic in 3 months. You'll be shocked at the progress you'll make.
2024/03/04 13:17:31 David Sham: Are you there ?
2024/03/04 13:17:31 David Sham: Are you there ?
2024/03/04 13:18:08 8:live:ph2corp_2: Here, but available in 30min
2024/03/04 13:49:02 8:live:ph2corp_2: I&apos;m available for next 15 minutes

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

2024/03/04 13:49:09 8:live:ph2corp_2: 10 minutes
2024/03/04 14:06:42 David Sham: I was speaking about you considering
upgrading to $500K account
2024/03/04 14:19:12 8:live:ph2corp_2: I&apos;m sure Loni will say no,
until later. But I do have a little more coming. At least one more
BTC. 1/2 today, 1/2: tomorrow.
2024/03/04 16:10:17 David Sham: Okay. Keep me posted
2024/03/04 16:10:49 David Sham: When it comes to trading it's all
about timing 🕒
2024/03/04 16:11:22 David Sham: Been skeptical is part of trading, but
you have to look over your fears to get the right goals
2024/03/04 16:43:42 8:live:ph2corp_2: Quick question: this morning I
sent .5 BTC to wintrade acct. Will it show up in my wallet as BTC
Balance or Invested Amount? The BTC balance is up to 3 now.
2024/03/04 16:44:16 David Sham: It shows up in the invested amount
2024/03/04 16:44:25 David Sham: I'm only able to trade with invested
amount
2024/03/04 16:45:10 David Sham: That's why i ask you to fund account,
because software can only trade with Btc in account which is the
invested amount
2024/03/04 16:45:14 David Sham: Balance is in USD
2024/03/04 16:46:40 8:live:ph2corp_2: So, where is the .5btc I put in
this morning?
2024/03/04 16:47:32 David Sham: It's in account added to the invested
account
2024/03/04 16:49:48 8:live:ph2corp_2: Ok, I see it now. Thanks
2024/03/04 16:50:49 8:live:ph2corp_2: Can we upgrade with that amount?
2024/03/04 16:52:02 David Sham: Okay cool
2024/03/04 16:53:30 David Sham: Trust me Peter, see if you can take
investment to $500K. You'll be looking at almost $15M by the end of 3
months. I want you to see the bigger picture ahead, it's a win win
2024/03/04 16:54:09 David Sham: You see bitcoin is almost 70K just
like I told you. It's looking to get to 100K in a few weeks
2024/03/04 16:55:10 David Sham: Only if you can see the vision.
2024/03/04 17:24:36 David Sham: Btc just hit 68K
2024/03/05 07:47:47 David Sham:  Hello, how's it going ?
2024/03/05 08:06:31 8:live:ph2corp_2: Hi David,
It was cancelled 😔.
Frustrating and time wasting. I&apos;ll try again once I get back.
2024/03/05 10:12:59 David Sham:  Okay, keep me posted
2024/03/05 11:01:11 8:live:ph2corp_2: I was only able to send to
wintrade $20K.
My bank fraud dept is stopping me. Does any of your other clients have
this issue?
2024/03/05 11:52:32 David Sham:  Yes, you just have to tell your bank
that, you are building your crypto portfolio
2024/03/05 12:59:47 8:live:ph2corp_2: Did you see the $20K I sent to
wintrade?
2024/03/05 15:28:26 David Sham: It hasn't update in account yet
2024/03/05 15:29:09 David Sham: Btc network is slow, should be in

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

account soon
2024/03/06 11:52:46 David Sham: How's it going ?
2024/03/06 11:55:45 8:live:ph2corp_2: It&apos;s taking forever,
waiting on a transfer. Made one this morning.
2024/03/06 15:49:34 David Sham: Okay keep me posted
2024/03/06 15:49:51 David Sham: You can set up an account with <a
href="https://www.kraken.com">www.kraken.com</a>
2024/03/06 15:50:11 David Sham: So you can have two platforms you
purchase with. Will be faster
2024/03/06 23:17:13 David Sham: How's it going
2024/03/06 23:19:57 8:live:ph2corp_2: Got the next wire approved.
$25K. Waiting for it to hit crypto. Then, I&apos;ll make the deposit
into wintrade. Another wire to do after that for another $25K.
2024/03/07 07:23:52 David Sham: Okay keep me posted
2024/03/07 13:55:40 David Sham: How's it going ?
2024/03/07 14:09:40 8:live:ph2corp_2: Wintrade was cancelled. I just
sent a message to support to let it go through.
2024/03/07 15:02:46 David Sham: Okay keep me posted
2024/03/07 22:23:36 8:live:ph2corp_2: The transfer to wintrade went
through. Another one to go.
2024/03/08 02:17:16 David Sham: Okay keep me posted
2024/03/09 05:40:40 David Sham: How's it going ?
2024/03/09 09:14:01 8:live:ph2corp_2: <URIObject uri="https://
api.asm.skype.com/v1/objects/0-wus-
d8-1d3399450270e6b86bbbdb56e07a7ec3" url_thumbnail="https://
api.asm.skype.com/v1/objects/0-wus-
d8-1d3399450270e6b86bbbdb56e07a7ec3/views/imgt1_anim" type="Picture.1"
doc_id="0-wus-d8-1d3399450270e6b86bbbdb56e07a7ec3"
width="919.9572192513369" height="2048">To view this shared photo, go
to: <a href="https://login.skype.com/login/sso?go=xmmfallback?pic=0-
wus-d8-1d3399450270e6b86bbbdb56e07a7ec3">https://login.skype.com/
login/sso?go=xmmfallback?pic=0-wus-
d8-1d3399450270e6b86bbbdb56e07a7ec3</a><OriginalName
v="1709997242182.JPEG"></OriginalName><FileSize v="31652"></
FileSize><meta type="photo" originalName="1709997242182.JPEG"></
meta></URIObject>
2024/03/09 09:15:14 8:live:ph2corp_2: I hit my weekly limit, I&apos;ll
try Monday. They are doing their best on stopping me.
2024/03/09 09:17:20 David Sham: Set up the <a href="https://
www.kraken.com">www.kraken.com</a> account
2024/03/09 09:17:43 David Sham: You might love their services better.
Less drama than crypto
2024/03/11 07:43:39 8:live:ph2corp_2: Another $25K sent to upwintrade
successfully.
2024/03/11 15:33:56 8:live:ph2corp_2: Hi David,
Just want to make sure upwintrade has received the $$ I sent today.
Thanks
2024/03/11 17:02:54 David Sham: I see it on dashboard
2024/03/11 17:07:07 David Sham: You Btc is over 70K like I told you
when you started, it's looking to hit $100K by the end of the month.

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

If only you can take my advice
2024/03/11 17:07:45 David Sham: Increase investment to $500K and by the end of 3 months you are looking at almost $50M or more
2024/03/11 17:08:47 David Sham: You friend who referred you already over $20M in the current investment run, this is because he's taking advantage of the market
2024/03/11 17:09:49 David Sham: Of cos Loni will have her opinion, but she doesn't really know anything about trading
2024/03/11 23:05:52 David Sham: You there ?
2024/03/11 23:06:14 8:live:ph2corp_2: Here
2024/03/11 23:06:25 8:live:ph2corp_2: Yes
2024/03/11 23:24:03 8:live:ph2corp_2: I&apos;ll be able to put in a little more in a few days. Well see how much. Thanks
2024/03/11 23:30:17 David Sham: Okay cool, did you set up the kraken account
2024/03/16 16:00:50 8:live:ph2corp_2: Hi David, I&apos;ll have another transfer Monday. About 0.5btc
2024/03/16 18:28:27 David Sham: Okay, keep me posted
2024/03/19 02:39:23 David Sham: How's it going ?
2024/03/19 08:44:33 8:live:ph2corp_2: <URIObject uri="https://api.asm.skype.com/v1/objects/0-wus-d1-a7952efdf6ff5efb4f175dae26e7f723" url_thumbnail="https://api.asm.skype.com/v1/objects/0-wus-d1-a7952efdf6ff5efb4f175dae26e7f723/views/imgt1_anim" type="Picture.1" doc_id="0-wus-d1-a7952efdf6ff5efb4f175dae26e7f723" width="1008" height="2244">To view this shared photo, go to: <a href="https://login.skype.com/login/sso?go=xmmfallback?pic=0-wus-d1-a7952efdf6ff5efb4f175dae26e7f723">https://login.skype.com/login/sso?go=xmmfallback?pic=0-wus-d1-a7952efdf6ff5efb4f175dae26e7f723</a><OriginalName v="3ab9a4ce-3acf-4abd-a169-5fcabd7ec4d1.png"></OriginalName><FileSize v="147560"></FileSize><meta type="photo" originalName="3ab9a4ce-3acf-4abd-a169-5fcabd7ec4d1.png"></meta></URIObject>
2024/03/19 08:44:34 8:live:ph2corp_2: Tired of these people. I have a message into their support team. There&apos;s always some excuse.
2024/03/19 11:06:06 David Sham: You can try again but also want to suggest maybe your wife can open an account with crypto.com with her infor or you can register on kraken, so you can have different alternatives
2024/03/20 15:57:47 David Sham: How&apos;s it going?
2024/03/20 16:46:19 8:live:ph2corp_2: No reply from them. Once I get this resolved, I am cancelling my acct with them. I&apos;ll use Kraken moving forward. Shouldn&apos;t be this hard. Perhaps they have flagged my account for some reason.
2024/03/20 20:12:05 David Sham: They are just angry you are not trading with them
2024/03/20 20:12:15 David Sham: Did you set up the kraken yet ?
2024/03/20 20:28:16 David Sham: Also did you try to send again

HAR0031

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

2024/03/20 20:53:56 8:live:ph2corp_2: You&apos;re probably right.
I just tried to transfer a smaller amount, but not they will not sent
me the SMS code to complete the transfer. They have definitely flagged
me.
I did set up kraken. I&apos;ll use them after I get the last transfer
done.
2024/03/20 23:38:16 8:live:ph2corp_2: I was able to send a smaller
amount, 0.25btc.
That just went through to upwintrade. I&apos;ll do the rest later, and
then I&apos;ll be using kraken from then on.
2024/03/21 09:55:46 David Sham: How's it going ?
2024/03/21 10:16:39 8:live:ph2corp_2: I tried and it didn&apos;t work.
Waiting for their reply. One more transfer to go from them.
2024/03/21 10:17:21 8:live:ph2corp_2: I&apos;m signed up for kraken
2024/03/21 10:33:44 David Sham: Okay
2024/03/21 10:33:57 David Sham: Did the second transfer go through?
2024/03/21 10:38:18 8:live:ph2corp_2: No, just tried, got the same
error msg. I&apos;m going to try again later.
2024/03/21 10:51:40 David Sham: Okay
2024/03/21 13:07:04 David Sham: Still no update from crypto ?
2024/03/21 13:07:10 David Sham: Your funds still stuck ?
2024/03/21 13:13:48 8:live:ph2corp_2: Nothing
2024/03/21 13:28:41 David Sham: That's crazy. Did you try to send out
again ?
2024/03/21 13:53:14 8:live:ph2corp_2: I&apos;m going to try again this
evening. As soon as this goes thru, I&apos;m done with them.
2024/03/22 03:53:08 David Sham: Okay let me know
2024/03/22 11:20:22 David Sham: Still struggling with crypto?
2024/03/22 11:24:47 8:live:ph2corp_2: Yeah, got the same message. No
reply from support. I sent another message to them. Not giving up,
I&apos;m going to transfer that $. Then use kraken afterwards.
2024/03/22 11:27:40 David Sham: Okay, there's a trade for Tuesday and
Wednesday
2024/03/22 11:27:58 David Sham: With $100K investment in that trade,
it's a $3M win
2024/03/22 11:28:38 David Sham: I'll advice you want to fund account
to get on that investment, kindly use the kraken wire option for
instant buy
2024/03/22 12:03:34 David Sham: <quote
author="live.cid.50fa342aa3647427" authorname="David Sham"
timestamp="1711124879" conversation="8:live:ph2corp_2"
messageid="1711124879246"
cuid="15113438622443191639"><legacyquote>[1711124879] David Sham: </
legacyquote>With $100K investment in that trade, it's a $3M win
<legacyquote>

&lt;&lt;&lt; </legacyquote></quote>You don't want to miss out this
trade, it's biggest trade so far this year
2024/03/22 13:35:06 8:live:ph2corp_2: Can you use the current funds
for this trade while I get more funds?

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

2024/03/22 17:36:36 David Sham: I already placed trades with funds in account, those trades just popped up last night
2024/03/22 20:53:48 8:live:ph2corp_2: Quick question:
What happens after our 3 month trading agreement?
After we pay you 20%, what&apos;s next?
Cash out and start over again?
Keep the money in the account for a while?
Thanks
2024/03/23 09:23:19 David Sham: Yes, cash out and start over again.
2024/03/23 10:24:46 David Sham: Are you there ?
2024/03/23 10:32:58 8:live:ph2corp_2: Yes, I was explaining this to Loni. Thanks
2024/03/23 13:02:13 David Sham: Okay, do you really want to miss out next week huge trades
2024/03/23 23:44:09 David Sham: Are you there
2024/03/23 23:46:08 8:live:ph2corp_2: Yes
2024/03/24 09:37:12 David Sham: Did you speak to Loni yet ?
2024/03/24 09:38:18 David Sham: Have you heard from crypto.com, did they let you send funds to account
2024/03/24 09:38:59 David Sham: <partlist type="missed" alt="" callId="abb9f185-109d-45a3-b14d-a7f665e2854e"><part identity="live:.cid.50fa342aa3647427"><name>David Sham</name></part><part identity="live:ph2corp_2"><name>Peter Harris</name></part></partlist>
2024/03/24 15:08:14 8:live:ph2corp_2: Travelling till tomorrow, missed your call. Will update.
2024/03/24 18:36:30 David Sham: You see the price of Btc rising again, this because of the huge trades coming up this week. Don't miss out those trades
2024/03/24 18:38:40 David Sham: The win will be over $3M
2024/03/24 18:40:33 8:live:ph2corp_2: I tried today and I get the same error.
Question: couldn&apos;t I cash in my upwintrade acct and start over with you? And of course, use kraken this time.
2024/03/24 18:42:51 David Sham: Remember you agreed I fix the account for 3 months trade. Which means withdrawal will be available around May
2024/03/24 18:43:15 David Sham: First week of May. Because you started off first week of March
2024/03/24 18:44:30 David Sham: Kraken would be easier to use
2024/03/24 18:45:24 David Sham: If you already registered, you just need to wire funds to them.
2024/03/24 18:45:32 David Sham: It's faster and easier
2024/03/24 18:46:35 8:live:ph2corp_2: Got it.
I won&apos;t be able to put in any larger amounts until later. We have to get through April&apos;s tax return season payments. I&apos;ll definitely use kraken, crypto is the worst.
2024/03/24 18:47:48 David Sham: Okay, how much you looking to invest in the Tuesday/Wednesday trade
2024/03/24 18:47:55 David Sham: Or you want to pass on it ?

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

2024/03/24 18:48:10 David Sham: It's a really a good opportunity, all my clients are taking advantage of it
2024/03/24 18:48:39 David Sham: Because the X30 trade only pops once in 6 months
2024/03/24 18:49:07 David Sham: X30 of every invested amount
2024/03/24 18:49:25 David Sham: If you can get 50K on the trade. That's $1.5M
2024/03/24 18:49:51 David Sham: All depends on what you aim at winning.
2024/03/24 18:51:17 David Sham: Also I was going to ask if you tried sending a lesser amount out of your crypto, if it will go through. I'm not sure why they are holding your funds hostage 😬
2024/03/24 18:55:32 8:live:ph2corp_2: What I have left in their account is about $12k. I can probably do another $20k. Total $32k. Would that turn into $960k by May?

2024/03/24 19:00:56 David Sham: You'll of cos make more than that before May
2024/03/24 19:01:28 David Sham: See if you can wire the funds to kraken tomorrow, so you can get bitcoin ready by Tuesday for the trade
2024/03/24 20:19:28 8:live:ph2corp_2: Tonight I was able to get $7k out of crypto account into upwintrade. $5k more to go. I&apos;ll wire the $20k into kraken tomorrow.
2024/03/24 20:25:24 David Sham: Okay keep me posted
2024/03/25 11:25:44 David Sham: How's it going
2024/03/25 11:26:11 David Sham: Where you able to send the wire to kraken today ?
2024/03/25 11:30:24 8:live:ph2corp_2: Yes, I did $10k yesterday and another $10k this morning.
How do I transfer into upwintrade?
2024/03/25 12:42:31 David Sham: Buy Btc and transfer to your upwin address
2024/03/25 12:42:53 David Sham: Have funds reflected on your kraken already ?
2024/03/25 12:46:01 8:live:ph2corp_2: The wire was cancelled by my bank.
2024/03/25 12:46:10 8:live:ph2corp_2: Here we go
2024/03/25 13:27:52 David Sham: You can only send from account that has same name with your kraken
2024/03/25 13:28:18 David Sham: Also find out why it was cancelled
2024/03/25 13:31:34 8:live:ph2corp_2: Ok it went through. Kraken should get it today
2024/03/25 13:33:08 David Sham: Okay, keep me posted
2024/03/25 13:33:34 David Sham: See if crypto lets you send out your remaining funds stuck with them
2024/03/25 13:35:08 8:live:ph2corp_2: And you saw that I sent the $7k from crypto, correct?
Need to get last $5k from them.
2024/03/25 16:06:50 David Sham: It should be in account already
2024/03/25 16:07:09 David Sham: My main concern right now is you

HAR0034

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

getting on the trade for tomorrow night
2024/03/25 16:16:04 8:live:ph2corp_2: Still waiting for it to hit the
kraken acct.
2024/03/25 16:23:24 David Sham: You see bitcoin is over 70K already
now, this is because of the high trade happening tomorrow
2024/03/25 16:24:26 David Sham: Did you confirm from your bank that
the wire went through, I remember you said it got cancelled earlier
2024/03/25 16:26:09 8:live:ph2corp_2: Yes the wire has been sent.
Waiting for it to hit kraken. Don&apos;t see it yet.
My bank thought it was fraud, or they don&apos;t like crypto.
2024/03/25 16:26:50 8:live:ph2corp_2: I went to the bank personally.
2024/03/25 17:03:59 David Sham: Yeah, you just tell them you are
building your crypto portfolio
2024/03/25 22:29:43 David Sham: Funds still didn't show up in kraken ?
2024/03/25 22:34:54 8:live:ph2corp_2: No. Support says since it is the
first deposit, it could either be the same day or several days.
Nothing else I can do.
2024/03/25 23:08:39 David Sham: Okay
2024/03/26 09:23:44 David Sham: How's it going ?
2024/03/26 09:54:29 8:live:ph2corp_2: Kraken has my $ on hold status.
Crypto says I have to wait 5 business days to transfer $.
2024/03/26 10:13:59 David Sham: Okay, have you spoken to the kraken
customer service yet. Is there a reason why the funds are on hold
2024/03/26 15:11:37 8:live:ph2corp_2: Yes, they said this happens on
first-time deposits. Could be up to 72hrs.
2024/03/27 07:09:39 David Sham: Okay, keep me posted
2024/03/27 10:26:42 David Sham: How's it going ?
2024/03/27 10:31:48 8:live:ph2corp_2: $5k will be released tonight by
crypto.
Kraken still has hold.
2024/03/27 10:57:38 David Sham: Okay, let me know once sent
2024/03/27 10:59:22 8:live:ph2corp_2: Will do
2024/03/27 22:07:44 8:live:ph2corp_2: Crypto transfer successful. $5k
sent to upwintrade just now.
Will work on kraken next day.
2024/03/28 11:57:47 David Sham: Okay keep me posted
2024/03/28 13:10:20 David Sham: Any word from kraken? Some trades
popped up today
2024/03/28 13:24:05 8:live:ph2corp_2: This afternoon should be 72
hours. As soon as it releases I&apos;ll let you know.
2024/03/28 16:03:33 David Sham: Okay keep me posted
2024/03/29 00:26:30 David Sham: Looks like kraken still didn't let you
send funds
2024/03/29 08:26:53 8:live:ph2corp_2: Not yet. Support doesn&apos;t
know why either.
2024/03/29 08:38:18 David Sham: Does the account you sent from wire
from have the same name with kraken account
2024/03/29 08:41:25 8:live:ph2corp_2: Yes.
2024/03/29 08:48:15 David Sham:  Okay. Let's see what they say. Keep
me posted

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

2024/03/29 08:48:23 David Sham: What's the error message it's giving ?
2024/03/29 08:49:16 8:live:ph2corp_2: <URIObject uri="https://
api.asm.skype.com/v1/objects/0-wus-d12-
c278a032e045405d4a9b68383604d2a1" url_thumbnail="https://
api.asm.skype.com/v1/objects/0-wus-d12-
c278a032e045405d4a9b68383604d2a1/views/original" type="File.1"
doc_id="0-wus-d12-c278a032e045405d4a9b68383604d2a1">To view this file,
go to: <a href="https://login.skype.com/login/sso?
go=webclient.xmm&amp;docid=0-wus-d12-
c278a032e045405d4a9b68383604d2a1">https://login.skype.com/login/sso?
go=webclient.xmm&amp;docid=0-wus-d12-
c278a032e045405d4a9b68383604d2a1</a><OriginalName
v="Screenshot_20240328-164421.png"></OriginalName><FileSize
v="130367"></FileSize></URIObject>
2024/03/29 10:19:30 David Sham: I believe after this first round, it
will be easy for you to navigate
2024/03/29 10:19:40 David Sham: Just be on the support's case
2024/03/30 00:48:31 David Sham: What's kraken saying ? Why are they
holding your funds. It's not right at all. The wire option ought to be
same day
2024/03/30 08:42:56 8:live:ph2corp_2: Finally been released. No reason
given.
2024/03/30 08:43:22 David Sham: Awesome. Let me know once you fund
account
2024/03/30 08:43:45 8:live:ph2corp_2: Will do.
2024/03/30 09:24:54 David Sham: How's it going
2024/03/30 11:31:31 8:live:ph2corp_2: Just transferred $20k from
kraken to upwintrade.
Kraken is so much easier to use. You should now have received about
$25k from the last 2 transfers.
Hopefully you have a few good trades coming up.
2024/03/30 11:41:20 David Sham: Yes I do. Keep me posted once funds in
account
2024/03/30 12:33:03 8:live:ph2corp_2: Will do
2024/04/01 13:56:29 David Sham: When are you available for a call ?
2024/04/01 13:56:49 8:live:ph2corp_2: Now
2024/04/01 14:04:14 8:live:ph2corp_2: Or later my evening, your
morning
2024/04/01 15:23:57 8:live:ph2corp_2: I&apos;m available if
you&apos;re able
2024/04/01 15:24:05 8:live:ph2corp_2: Now
2024/04/01 15:28:39 8:live:ph2corp_2: <partlist type="missed" alt=""
callId="107e3502-7bd0-49d5-a568-4aa65e1d8886"><part
identity="live:ph2corp_2"><name>Peter Harris</name></part><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</name></part></
partlist>
2024/04/04 16:59:22 David Sham: Hello Peter, how are you ?
2024/04/04 16:59:51 David Sham: Sorry it has been a very busy week, I
was unable to return your call
2024/04/04 17:00:04 David Sham: Let me know when I can call you

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

2024/04/04 17:00:40 8:live:ph2corp_2: Doing well David.
I noticed a big trade in the account today. Congrats!
2024/04/04 17:01:00 8:live:ph2corp_2: I&apos;m available this evening
if you are.
2024/04/04 17:01:31 David Sham: <quote author="live:ph2corp_2"
authorname="Peter Harris" timestamp="1712268041"
conversation="8:live:ph2corp_2" messageid="1712268040924"
cuid="12645554702398409400"><legacyquote>[1712268041] Peter Harris: </
legacyquote>Doing well David.
I noticed a big trade in the account today. Congrats!<legacyquote>

&lt;&lt;&lt; </legacyquote></quote>Yes!! Big win today
2024/04/04 17:01:45 David Sham: <quote author="live:ph2corp_2"
authorname="Peter Harris" timestamp="1712268061"
conversation="8:live:ph2corp_2" messageid="1712268060830"
cuid="1492792948385997504 8"><legacyquote>[1712268061] Peter Harris: </
legacyquote>I&apos;m available this evening if you are.<legacyquote>

&lt;&lt;&lt; </legacyquote></quote>Okay great, drop me a text once you
are available
2024/04/04 17:01:58 8:live:ph2corp_2: Will do
2024/04/05 10:18:48 8:live:ph2corp_2: You available David?
2024/04/05 10:28:34 David Sham: I will be available in 20 mins
2024/04/05 10:29:17 8:live:ph2corp_2: Ok call you in 20
2024/04/05 10:51:06 8:live:ph2corp_2: <partlist type="started" alt=""
callId="a769b41d-c6db-4d13-8d5f-1a8e4ad1ee3d"><part
identity="live:ph2corp_2"><name>Peter Harris</name></part><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</name></part></
partlist>
2024/04/05 10:51:07 8:live:ph2corp_2: <partlist type="started" alt=""
callId="a769b41d-c6db-4d13-8d5f-1a8e4ad1ee3d"><part
identity="live:ph2corp_2"><name>Peter Harris</name></part><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</name></part></
partlist>
2024/04/05 10:58:08 8:live:ph2corp_2: <partlist type="ended" alt=""
callId="a769b41d-c6db-4d13-8d5f-1a8e4ad1ee3d"><part
identity="live:ph2corp_2"><name>Peter Harris</name><duration>421.648</
duration></part><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</
name><duration>421.648</duration></part></partlist>
2024/04/05 11:03:29 8:live:ph2corp_2: <partlist type="missed" alt=""
callId="62c9fc8f-ce84-4b19-b652-d098b30a6386"><part
identity="live:ph2corp_2"><name>Peter Harris</name></part><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</name></part></
partlist>
2024/04/05 11:05:47 8:live:ph2corp_2: Loni has 2 quick question:
1. What impact will the BTC halving have on trades?
2. If we put in another $40k now, what would it earn by the end of the
month?
Thanks

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

2024/04/05 11:41:54 David Sham: 1. Bitcoin is looking to get to 100K
before the end of this month.
2. With an extra $40K you'll definitely be making over $3M before the
your withdrawal date
2024/04/05 11:43:07 David Sham: If you can make it up to $100K, you'll
triumph more with the forth coming trades, because the market is about
to skyrocket
2024/04/05 11:43:21 David Sham: Trust me!
2024/04/05 12:20:51 David Sham: You there ?
2024/04/05 12:41:20 8:live:ph2corp_2: How soon do you need the $100k?
2024/04/05 12:47:03 David Sham: The trades starting Wednesday next
week
2024/04/05 14:01:21 David Sham: Are you jumping on the train ?
2024/04/05 14:06:10 8:live:ph2corp_2: We&apos;re going to try to pull
the $100k together. By Wednesday will be tight.
2024/04/05 16:19:07 David Sham:  Okay, if you can get some of it in
before Wednesday, we can start up those trades with that, until the
balance comes in
2024/04/05 16:23:08 8:live:ph2corp_2: Ok, we&apos;ll do $25k before
Wednesday and $75k end of the week. Will that work?
2024/04/05 16:44:00 David Sham: Awesome! That's should work. The $25K
will go for the Wednesday trade
2024/04/08 10:37:50 David Sham: Hello Peter, exactly what I told you
is happening already, Btc back over 70K, Are you still funding 25K for
Wednesday trade ?
2024/04/08 10:49:12 8:live:ph2corp_2: My 25k wire was cancelled again.
Dealing with them now.
2024/04/08 10:50:27 David Sham: Follow kraken wire instructions
carefully, also wire must come from account with same name as your
kraken
2024/04/08 10:51:43 8:live:ph2corp_2: It was cancelled because
it&apos;s for crypto.
2024/04/08 10:54:52 David Sham: Oh Yh, you wanna use crypto ?
2024/04/08 10:55:46 David Sham: Or it's your bank cancelling it
because it's for crypto ?
2024/04/08 10:56:02 8:live:ph2corp_2: Yes, my bank does not like
crypto trading. It&apos;s not a kraken issue.
2024/04/08 10:56:33 David Sham: Okay I understand. Tell your bank you
are only building your crypto portfolio
2024/04/08 10:57:24 David Sham: They don't like to know you making
money off crypto trading, they will want to up your taxes
2024/04/08 10:57:45 David Sham: It's best you always you say, you are
building your crypto portfolio
2024/04/08 10:58:22 8:live:ph2corp_2: Okay got it.
2024/04/08 14:02:11 David Sham: Hi, how's it going ?
2024/04/08 14:02:48 8:live:ph2corp_2: Got the wire sent.
Waiting for it to hit kraken.
2024/04/08 14:03:23 David Sham: Okay, hopefully it doesn't take 5 days
like the other time 😀
2024/04/08 14:03:44 8:live:ph2corp_2: Hope not!

HAR0038

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

2024/04/08 18:55:17 David Sham: How's it going ?
2024/04/08 18:55:23 David Sham: Did you speak to admin
2024/04/08 9:13:57 8:live:ph2corp_2: Hasn&apos;t hit kraken yet.
I&apos;ll give it until the morning.
2024/04/09 00:10:15 David Sham: Okay

2024/04/09 09:50:37 David Sham: Hello 👋 How's it going ?
2024/04/09 10:18:03 David Sham: You there ?
2024/04/09 10:38:15 8:live:ph2corp_2: The wire did not go through...
unbelievable.
I think I need to change banks, I really do.
2024/04/09 10:46:14 David Sham: Sorry about that
2024/04/09 10:46:37 David Sham: Did you send the wire again ?
2024/04/09 10:49:27 8:live:ph2corp_2: On the phone with them now.
2024/04/09 11:03:35 David Sham: Okay keep me posted
2024/04/09 12:03:57 David Sham: Are you able to sort out. What's the
bank saying ?
2024/04/09 12:17:13 8:live:ph2corp_2: Again, they just told me it went
through and to wait an hour. We&apos;ll see.
2024/04/09 12:29:06 David Sham: Okay
2024/04/09 12:30:41 8:live:ph2corp_2: Okay I just saw it go through
2024/04/09 12:31:08 8:live:ph2corp_2: Let&apos;s see how long kraken
holds onto it!
2024/04/09 16:25:26 8:live:ph2corp_2: It didn&apos;t go through.
2024/04/09 16:26:16 8:live:ph2corp_2: Chase hates crypto
2024/04/09 18:42:34 David Sham: Omg! So what are you going to do now ?
2024/04/09 18:43:43 David Sham: Do you have another account that isn't
chase ?
2024/04/09 19:00:17 David Sham: <partlist type="missed" alt=""
callId="d217e393-e1fc-4dd2-9b46-3881d42c7c09"><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</name></
part><part identity="live:ph2corp_2"><name>Peter Harris</name></
part></partlist>
2024/04/09 19:05:00 David Sham: Are you there ?
2024/04/09 19:05:48 8:live:ph2corp_2: In a mtg, call u in 25 min
2024/04/09 19:09:26 David Sham: Okay cool
2024/04/09 19:30:01 8:live:ph2corp_2: <partlist type="missed" alt=""
callId="d140d87d-a300-494f-aea5-73c2ac3aaf1e"><part
identity="live:ph2corp_2"><name>Peter Harris</name></part><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</name></part></
partlist>
2024/04/09 19:31:21 David Sham: I was only trying to ask you if you
figured out the wire to kraken
2024/04/09 19:31:35 David Sham: Are you changing banks ? Did you try
again ?
2024/04/09 19:40:02 David Sham: You there ?
2024/04/09 19:40:47 8:live:ph2corp_2: Yes, kraken rejected it, trying
to find out why.
2024/04/09 19:50:06 David Sham: Okay
2024/04/10 02:44:27 David Sham: So the issue is from kraken, not your
bank ?

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

2024/04/10 08:10:28 8:live:ph2corp_2: Yes, kraken is investigating
2024/04/10 08:50:37 David Sham: Okay
2024/04/10 08:50:52 David Sham: So maybe try crypto.com this time
2024/04/10 09:31:54 David Sham: The month's run is starting today.
2024/04/10 09:32:22 8:live:ph2corp_2: We won&apos;t make it today
2024/04/10 09:33:10 David Sham: I figured. Have you been able to figure out the issue with your wire ?
2024/04/10 09:34:38 David Sham: Do you think you want to try crypto.com if they'll be nice to you
2024/04/10 10:14:07 8:live:ph2corp_2: Is it too late to trade then? Shall we wait for next month&apos;s run?
2024/04/10 12:39:23 8:live:ph2corp_2: Success. I was able to get $20k into upwintrade.
$5k more coming tomorrow.
2024/04/10 13:13:07 David Sham: <quote author="live:ph2corp_2" authorname="Peter Harris" timestamp="1712762047" conversation="8:live:ph2corp_2" messageid="1712762047240" cuid="1207646749174454715 3"><legacyquote>[1712762047] Peter Harris: </legacyquote>Is it too late to trade then? Shall we wait for next month&apos;s run?<legacyquote>

&lt;&lt;&lt; </legacyquote></quote>It's not too late, there are so many more trades this month. The run only started today.
2024/04/10 13:13:19 David Sham: <quote author="live:ph2corp_2" authorname="Peter Harris" timestamp="1712770764" conversation="8:live:ph2corp_2" messageid="1712770763909" cuid="743378764163483799 1"><legacyquote>[1712770764] Peter Harris: </legacyquote>Success. I was able to get $20k into upwintrade. $5k more coming tomorrow.<legacyquote>

&lt;&lt;&lt; </legacyquote></quote>What platform did you use
2024/04/10 13:14:23 8:live:ph2corp_2: Kraken was fast when done correctly.
2024/04/10 13:15:15 8:live:ph2corp_2: Okay great, another $5k tomorrow
2024/04/10 13:17:54 David Sham: <quote author="live:ph2corp_2" authorname="Peter Harris" timestamp="1712772864" conversation="8:live:ph2corp_2" messageid="1712772863932" cuid="689284243934775544 9"><legacyquote>[1712772864] Peter Harris: </legacyquote>Kraken was fast when done correctly.<legacyquote>

&lt;&lt;&lt; </legacyquote></quote>Okay awesome, i wondered why they were stressing you, because it works easily for me.
2024/04/10 13:26:08 8:live:ph2corp_2: I think I have it down now. Their customer service was great.
2024/04/10 16:52:47 David Sham: Okay great. When do you intend to send the remaining 75K. So I know how to strategise your trade
2024/04/10 16:56:38 8:live:ph2corp_2: The 75k won&apos;t come until May 1st now. That account needs more notice to withdraw from. Only the 5k by tomorrow is next.
2024/04/10 19:31:14 David Sham: Okay that's cool, if you say so,

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

otherwise I think if you invest that money it will be of great win for you with the current algorithm. You can speak to your friend who referred you and ask how I work. The trade for 10th may already won. Just like I told you last week, you can clearly see Btc is already rocketing and it's heading for 100K.

2024/04/10 19:33:08 David Sham: The reason why I ask you to fund is because, the software can only place trades with invested amount, not the whole account balance

2024/04/10 19:35:40 David Sham: We already placed a long trade with the funds in account because of the previous algorithm, with extra funds, we'll have opportunities to place the high trades that pop up on this month algorithm run. Which will bring you very heavy returns before your withdrawal date. I'm not asking me to send me money, you are simply funding your own account with funds that you won't lose.

2024/04/10 19:37:31 David Sham: Knowing that you were going to fund a 100K extra, I already structured your account on how it should run the rest of the month. It's just quite sad, you backing out because this was about to be the best month out of your 3 months run

2024/04/10 19:48:02 8:live:ph2corp_2: I&apos;m sad too. But pulling funds out of this account has to go through a lot of approvals that I am not in control over. I&apos;ll have it by May 1st.

2024/04/10 19:48:31 David Sham: Okay

2024/04/11 08:08:09 8:live:ph2corp_2: Hi David, transfer into upwintrade is done!
Huge win yesterday!

2024/04/11 09:17:59 David Sham: Thank you, could have been a whole lot more wins, but you backing out. Lmk when funds in account

2024/04/11 09:24:40 8:live:ph2corp_2: I know!!
But we did our best.
We enjoy working with you. More deposits on the way soon!

2024/04/11 09:31:48 David Sham: Is that after May 1st or before your withdrawal, so I know how to structure your account

2024/04/11 09:32:52 8:live:ph2corp_2: What&apos;s the exact date of withdrawal?

2024/04/11 09:34:02 David Sham: Withdrawal opens May 2nd. I think there's a lot to be done with your account before then, especially with the current market algorithm

2024/04/11 09:39:52 8:live:ph2corp_2: If we could try and get another $25k this week, what type of return could we get by May 1st you think? Just a guess.

2024/04/11 10:53:32 David Sham: Very close to $3M or more

2024/04/11 10:54:24 David Sham: With extra the $75K, you'll be at $5M or more. The market is going to sky rocket in the next 2 weeks

2024/04/11 12:25:06 8:live:ph2corp_2: Okay you should have the $5k now. We&apos;ll send another $25k this week.

2024/04/11 12:36:52 8:live:ph2corp_2: After May 1st, we should be able to do more.

2024/04/11 12:38:11 David Sham: Okay, keep me posted

2024/04/11 18:29:07 David Sham: Bang <ss type="1f4a5_collisionsymbol">(bang)</ss>

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

```
2024/04/11 18:29:16 David Sham: Another 200K win
2024/04/11 18:29:57 8:live:ph2corp_2: Can we speak for a quick minute?
2024/04/11 18:30:06 David Sham: For sure
2024/04/11 18:30:21 8:live:ph2corp_2: <partlist type="started" alt=""
callId="27e20c8a-4d64-4ac1-a97b-60956a393fdd"><part
identity="live:ph2corp_2"><name>Peter Harris</name></part><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</name></part></
partlist>
2024/04/11 18:33:30 8:live:ph2corp_2: <partlist type="ended" alt=""
callId="27e20c8a-4d64-4ac1-a97b-60956a393fdd"><part
identity="live:ph2corp_2"><name>Peter Harris</name><duration>189.392</
duration></part><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</
name><duration>189.392</duration></part></partlist>
2024/04/12 09:51:36 David Sham: Kindly let me know when sent
2024/04/12 09:55:20 8:live:ph2corp_2: $5k you should have in
upwintrade.
$25k waiting for check to clear, should have that by Tues/Wed. Same
with $75k.
2024/04/12 09:51:36 David Sham: Kindly let me know when sent
2024/04/14 23:38:13 8:live:ph2corp_2: Hi David,
We combined the 25k and 75k, so we&apos;ll be sending $100k. Wire
transfer to initiate Monday. Will keep you posted.
2024/04/15 07:14:12 David Sham: Okay, keep me posted
2024/04/15 08:00:26 8:live:ph2corp_2: Question: when we withdraw on
May 2nd, can we transfer from upwintrade into our bank account, or do
we have to transfer the btc into kraken first, and then into our bank
account? In other words, what&apos;s the quickest way to USD?
2024/04/15 09:42:58 David Sham: You can transfer into your bank and
also Btc to kraken, whichever is convenient for you
2024/04/15 09:43:21 David Sham: But Btc into kraken is the fastest
2024/04/15 09:44:38 8:live:ph2corp_2: Why is it faster?
2024/04/15 09:45:05 8:live:ph2corp_2: Does upwintrade golf onto the $$
or is there a limit?
2024/04/15 09:56:28 David Sham: <quote author="live:ph2corp_2"
authorname="Peter Harris" timestamp="1713192305"
conversation="8:live:ph2corp_2" messageid="1713192305063"
cuid="16842666878453691366"><legacyquote>[1713192305] Peter Harris: </
legacyquote>Does upwintrade golf onto the $$ or is there a limit?
<legacyquote>

&lt;&lt;&lt; </legacyquote></quote>No limit
2024/04/15 09:56:52 David Sham: Also Btc withdrawal is Btc 45 to 50
mins and funds is received in wallet
2024/04/15 09:57:02 David Sham: But bank withdrawal takes 2-3 days
2024/04/15 09:57:20 David Sham: <quote
author="live:.cid.50fa342aa3647427" authorname="David Sham"
timestamp="1713193012" conversation="8:live:ph2corp_2"
messageid="1713193012184"
cuid="4849733504944705008"><legacyquote>[1713193012] David Sham: </
```

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

legacyquote>Also Btc withdrawal is Btc 45 to 50 mins and funds is received in wallet <legacyquote>

&lt;&lt;&lt; </legacyquote></quote>Between 45-50 mins
2024/04/15 09:58:24 8:live:ph2corp_2: Typo. Question is doesn&apos;t upwintrade go straight into my bank account as USD? I&apos;m okay with 2-3 days, I&apos;m trying to avoid kraken. I&apos;ll leave your fees in as btc and send to you that way.
2024/04/15 09:58:56 David Sham: <quote author="live:ph2corp_2" authorname="Peter Harris" timestamp="1713193104" conversation="8:live:ph2corp_2" messageid="1713193104138" cuid="10363849752438079854"><legacyquote>[1713193104] Peter Harris: </legacyquote>Typo. Question is doesn&apos;t upwintrade go straight into my bank account as USD? I&apos;m okay with 2-3 days, I&apos;m trying to avoid kraken. I&apos;ll leave your fees in as btc and send to you that way.<legacyquote>

&lt;&lt;&lt; </legacyquote></quote> Okay that's perfect
2024/04/15 09:59:50 David Sham: Did you send funds to upwin already ? trade will be begin in a few hours
2024/04/15 10:02:23 8:live:ph2corp_2: You only have the $5k from last week.
Then $100k is being wired into kraken today.
2024/04/15 10:05:56 David Sham: Yh I'm aware of that, was just asking to confirm if you already wired or sent it
2024/04/15 10:06:35 David Sham: It's a 10X trade today, very big one
2024/04/15 10:09:22 8:live:ph2corp_2: As soon as I send it, I&apos;ll keep you know. Hopefully today.
2024/04/15 10:11:11 David Sham: Okay keep me posted
2024/04/15 10:19:15 David Sham: See to it if you can get it done today, the trade today is a 500K win.
2024/04/15 13:02:49 David Sham: You think you can make it ? The trade is in 4 hours
2024/04/15 13:04:06 8:live:ph2corp_2: No, on the phone with bank now. Wire was rejected.
2024/04/15 13:38:24 David Sham: Okay, is there a reason why they keep rejecting it
2024/04/15 13:42:59 8:live:ph2corp_2: Same old reasons. They told us it would go through today. We&apos;ll see.
2024/04/15 13:44:59 David Sham: Okay, keep me posted
2024/04/15 13:45:24 David Sham: The trade is in 4 hours. You might make it. The wire usually reflects in less than 2 hours
2024/04/15 16:00:40 8:live:ph2corp_2: Hi David,
Loni has a question. Could we take $1.5mm out now and not wait until May 2nd?
2024/04/15 16:10:52 David Sham: Withdrawal is only available after 1st. I think she asked this over the phone call too
2024/04/15 16:11:54 David Sham: Both yourself and Loni have nothing to worry about. I'm not losing your funds and in exactly 2 weeks, you can withdraw your funds.

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

2024/04/15 16:12:24 David Sham: Trust the process
2024/04/15 16:17:09 8:live:ph2corp_2: She has her eye on a real estate she doesn&apos;t want to lose
2024/04/15 16:17:57 David Sham: 2 more weeks and she can buy it.
2024/04/15 16:19:59 David Sham: The trade for today is very huge and it's happening in less than an hour. I'm not sure you can make it today. There's one for tomorrow and then another one for Thursday
2024/04/15 17:35:37 8:live:ph2corp_2: Loni has another question: who is Brad Hills on your FB? That&apos;s under your name.
2024/04/16 02:31:17 David Sham: I don't know him. That's my previous fb that was hacked. The hacker changed my name, otherwise I have reported to Facebook to close the account so he doesn't harm my clients
2024/04/16 02:32:20 David Sham: I wasn't even aware the account was still active, thanks to Loni, I have sent more reports to Facebook, hopefully the account is closed soon
2024/04/16 08:39:11 David Sham: <partlist type="missed" alt="" callId="f257b17e-7ae8-4ae9-b2b5-a36431994f26"><part identity="live:.cid.50fa342aa3647427"><name>David Sham</name></part><part identity="live:ph2corp_2"><name>Peter Harris</name></part></partlist>
2024/04/16 08:39:32 David Sham: Give me a call when you&apos;re back.
2024/04/16 08:40:08 8:live:ph2corp_2: <partlist type="started" alt="" callId="0825b381-7a8c-4070-b2ef-b71925db5b7b"><part identity="live:ph2corp_2"><name>Peter Harris</name></part><part identity="live:.cid.50fa342aa3647427"><name>David Sham</name></part></partlist>
2024/04/16 08:45:12 8:live:ph2corp_2: <partlist type="ended" alt="" callId="0825b381-7a8c-4070-b2ef-b71925db5b7b"><part identity="live:ph2corp_2"><name>Peter Harris</name><duration>302.817</duration></part><part identity="live:.cid.50fa342aa3647427"><name>David Sham</name><duration>302.817</duration></part></partlist>
2024/04/16 11:49:35 David Sham: Hello 👋 how's it going ? Are you making progress
2024/04/16 12:04:15 8:live:ph2corp_2: No progress. Chase says our wire is under review.
2024/04/16 12:14:36 David Sham: Okay
2024/04/16 15:58:39 David Sham: The trade is starting now
2024/04/16 17:54:43 8:live:ph2corp_2: Wire won&apos;t happen. We cancelled it. Going to deposit into another bank, which will take a few days.
2024/04/16 18:04:19 8:live:ph2corp_2: So disappointed in Chase.
2024/04/16 20:02:38 8:live:ph2corp_2: Can you go ahead and just use the $5k sent previously so we can at least trade something?
2024/04/17 02:57:19 David Sham: Okay sure 🔥 keep me posted
2024/04/17 13:58:54 David Sham: Still going through the chase problem ?
2024/04/17 14:12:33 8:live:ph2corp_2: We gave up on Chase. Deposited into another bank but deposit won&apos;t be ready until next

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

week.
2024/04/17 14:30:00 8:live:ph2corp_2: The $100k deposit will be available to transfer on the 26th, and then we can wire to kraken and then to upwintrade. Is that enough time before May 1st to trade? Or should we wait until May when we reinvest?
2024/04/17 15:01:12 David Sham: Yes perfect timing also, the last week has the biggest trades of the month
2024/04/17 15:47:44 David Sham: I can also fund your account with $100K then you refund me once funds available. So you don't miss the tomorrow trade
2024/04/17 15:54:20 8:live:ph2corp_2: Yes, let&apos;s do that. Thank you!
And then let me know how we can refund you.
Loni is so grateful for your offer.
2024/04/17 16:01:19 David Sham: <quote author="live:ph2corp_2" authorname="Peter Harris" timestamp="1713387261" conversation="8:live:ph2corp_2" messageid="1713387260801" cuid="7568625031871041622"><legacyquote>[1713387261] Peter Harris: </legacyquote>Yes, let&apos;s do that. Thank you!
And then let me know how we can refund you.
Loni is so grateful for your offer.<legacyquote>

&lt;&lt;&lt; </legacyquote></quote>You can refund me with Btc once you buy on the 26th
2024/04/17 16:01:32 David Sham: Send me your upwin Wallet address 
2024/04/17 16:00:52 David Sham: Send me your upwin Wallet address 
2024/04/17 16:16:09 8:live:ph2corp_2: <URIObject uri="https://api.asm.skype.com/v1/objects/0-wus-d9-e7d62b8d4892baa47c022f46a41a7ad1" url_thumbnail="https://api.asm.skype.com/v1/objects/0-wus-d9-e7d62b8d4892baa47c022f46a41a7ad1/views/imgt1_anim" type="Picture.1" doc_id="0-wus-d9-e7d62b8d4892baa47c022f46a41a7ad1" width="4080" height="3072">To view this shared photo, go to: <a href="https://login.skype.com/login/sso?go=xmmfallback?pic=0-wus-d9-e7d62b8d4892baa47c022f46a41a7ad1">https://login.skype.com/login/sso?go=xmmfallback?pic=0-wus-d9-e7d62b8d4892baa47c022f46a41a7ad1</a><OriginalName v="0115faaf-c3dc-4fc4-a7fe-befa9443729d.jpg"></OriginalName><FileSize v="9463518"></FileSize><meta type="photo" originalName="0115faaf-c3dc-4fc4-a7fe-befa9443729d.jpg"></meta></URIObject>
2024/04/17 19:56:51 David Sham: Sent
2024/04/17 20:10:19 8:live:ph2corp_2: We got it!
Very much appreciated David!
2024/04/18 14:58:48 David Sham: You are welcome. Won the trade for today.
2024/04/18 15:00:25 David Sham: If there's also a way to get funds to

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

me before 26th, would be much appreciated.
2024/04/18 15:00:55 David Sham: Another huge trade popped up for
tomorrow, I already placed the trade, fingers crossed
2024/04/18 15:03:43 8:live:ph2corp_2: <URIObject uri="https://
api.asm.skype.com/v1/objects/0-wus-d3-
b12e99481c11283c4b0f4568cb2df103" url_thumbnail="https://
api.asm.skype.com/v1/objects/0-wus-d3-
b12e99481c11283c4b0f4568cb2df103/views/imgt1_anim" type="Picture.1"
doc_id="0-wus-d3-b12e99481c11283c4b0f4568cb2df103" width="1008"
height="1673">To view this shared photo, go to: <a href="https://
login.skype.com/login/sso?go=xmmfallback?pic=0-wus-d3-
b12e99481c11283c4b0f4568cb2df103">https://login.skype.com/login/sso?
go=xmmfallback?pic=0-wus-d3-b12e99481c11283c4b0f4568cb2df103</
a><OriginalName v="ImportedPhoto_1713470539039.jpg"></
OriginalName><FileSize v="279880"></FileSize><meta type="photo"
originalName="ImportedPhoto_1713470539039.jpg"></meta></URIObject>
2024/04/18 15:03:43 8:live:ph2corp_2: Waiting for it to hit the
account. The new bank told Loni April 25-26. As soon as it&apos;s in,
we&apos;ll get it done and sent to you.
2024/04/18 15:17:14 David Sham: Okay keep me posted
2024/04/18 15:19:05 8:live:ph2corp_2: Wow, big win!! I just saw it,
that&apos;s great!!
2024/04/18 15:21:45 8:live:ph2corp_2: Good luck on tomorrow&apos;s
trade!
2024/04/18 15:35:57 David Sham: 🔥🔥🔥
2024/04/20 14:33:10 8:live:ph2corp_2: 2 great trades David
2024/04/21 07:48:13 David Sham: Thank you, very big week ahead. New
trades popped up for the week, I needed my coin for those trades but
it's all good.
2024/04/21 07:48:22 David Sham: I'll figure it out
2024/04/21 07:48:22 David Sham: I'll figure it out
2024/04/21 14:13:46 8:live:ph2corp_2: Okay we&apos;ll get it back to
you as soon as it appears. Thanks again.
2024/04/23 00:41:01 David Sham: You're welcome
2024/04/23 17:40:42 8:live:ph2corp_2: Hi David,
Quick question: what is the max USD withdrawal limit for upwintrade
will we have on May 2nd? Crypto and Kraken max is $500k USD per month.
2024/04/23 17:40:43 8:live:ph2corp_2: Hi David,
Quick question: what is the max USD withdrawal limit for upwintrade
will we have on May 2nd? Crypto and Kraken max is $500k USD per month.
2024/04/24 00:29:08 David Sham: A lot of my clients use Coinbase to
withdraw, because Coinbase allows any amount
2024/04/24 00:32:01 David Sham: I also use coinbase wallet for
withdrawal
2024/04/24 07:52:09 8:live:ph2corp_2: Thanks for that, but my question
is: is there a monthly USD withdrawal limit for upwintrade?
2024/04/24 09:03:26 8:live:ph2corp_2: Can I withdraw all of it in USD
on May 2nd, minus your fee?
2024/04/24 10:21:20 David Sham: <quote author="live:ph2corp_2"
authorname="Peter Harris" timestamp="1713963130">

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

conversation="8:live:ph2corp_2" messageid="1713963129593"
cuid="4781125361538015143"><legacyquote>[1713963130] Peter Harris: </
legacyquote>Thanks for that, but my question is: is there a monthly
USD withdrawal limit for upwintrade?<legacyquote>

&lt;&lt;&lt; </legacyquote></quote>No there isn't.
2024/04/24 10:21:35 David Sham: <quote author="live:ph2corp_2"
authorname="Peter Harris" timestamp="1713967406"
conversation="8:live:ph2corp_2" messageid="1713967406436"
cuid="18001607003676140713"><legacyquote>[1713967406] Peter Harris: </
legacyquote>Can I withdraw all of it in USD on May 2nd, minus your
fee?<legacyquote>

&lt;&lt;&lt; </legacyquote></quote>Yes
2024/04/24 10:45:40 8:live:ph2corp_2: Thanks.
Btw, the $100k will be available 4/25 for me to wire to kraken.
I&apos;ll keep you posted.
2024/04/24 13:19:26 David Sham: Okay thank you. I was going to ask if
there's a way I can get $20K today. There's a 15X trade for tomorrow
evening, and I don't know how quick I'll receive funds tomorrow. I
don't want to miss out the trade. I already placed the trade on your
account
2024/04/24 13:48:13 8:live:ph2corp_2: Hi David,
I wish I could get you 20k today but I won&apos;t be back until this
evening. Sorry about that.
2024/04/25 07:04:35 David Sham: All good, I sent a wire yesterday,
sorted. Today's going to be a good that
2024/04/25 07:07:16 David Sham: I staked $50K on it from your
account , fingers crossed 🤞
2024/04/25 08:07:01 8:live:ph2corp_2: Ok glad you worked that out.
I&apos;ll keep you posted.
2024/04/25 14:22:49 8:live:ph2corp_2: $100k wired. Waiting for it to
hit kraken.
2024/04/25 14:42:37 David Sham: Okay, keep me posted
2024/04/25 15:46:28 David Sham: How's it going ?
2024/04/25 15:59:01 8:live:ph2corp_2: <URIObject uri="https://
api.asm.skype.com/v1/objects/0-wus-d12-
ac4a8ccd05c896e04c1ec90d81737a2d" url_thumbnail="https://
api.asm.skype.com/v1/objects/0-wus-d12-
ac4a8ccd05c896e04c1ec90d81737a2d/views/imgt1_anim" type="Picture.1"
doc_id="0-wus-d12-ac4a8ccd05c896e04c1ec90d81737a2d"
width="919.9572192513369" height="2048">To view this shared photo, go
to: <a href="https://login.skype.com/login/sso?go=xmmfallback?pic=0-
wus-d12-ac4a8ccd05c896e04c1ec90d81737a2d">https://login.skype.com/
login/sso?go=xmmfallback?pic=0-wus-d12-
ac4a8ccd05c896e04c1ec90d81737a2d</a><OriginalName
v="1714078741121.JPEG"></OriginalName><FileSize v="41902"></
FileSize><meta type="photo" originalName="1714078741121.JPEG"></
meta></URIObject>
2024/04/25 15:59:59 8:live:ph2corp_2: Made the $100k purchase.

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

Next, I need to transfer to your wallet, correct?
2024/04/25 16:00:39 David Sham:
bc1qvtk2a2yk3k42tndpeyctzesawhmtr4upn52f38
2024/04/25 16:00:43 David Sham: This is my wallet
2024/04/25 16:07:33 8:live:ph2corp_2: Done!
2024/04/25 16:08:30 8:live:ph2corp_2: Due to fees, it was short,
we&apos;ll reimburse the rest in May, is that okay?
2024/04/25 16:11:02 David Sham: Okay
2024/04/25 16:13:16 David Sham: Did transfer go through ?
2024/04/25 16:13:21 David Sham: I haven't received yet
2024/04/25 16:16:16 8:live:ph2corp_2: <URIObject uri="https://
api.asm.skype.com/v1/objects/0-wus-
d1-8f4b7dd3a8ef8e3527f8e5879c4e1ca1" url_thumbnail="https://
api.asm.skype.com/v1/objects/0-wus-
d1-8f4b7dd3a8ef8e3527f8e5879c4e1ca1/views/imgt1_anim" type="Picture.1"
doc_id="0-wus-d1-8f4b7dd3a8ef8e3527f8e5879c4e1ca1" width="2131"
height="1199">To view this shared photo, go to: <a href="https://
login.skype.com/login/sso?go=xmmfallback?pic=0-wus-
d1-8f4b7dd3a8ef8e3527f8e5879c4e1ca1">https://login.skype.com/login/
sso?go=xmmfallback?pic=0-wus-d1-8f4b7dd3a8ef8e3527f8e5879c4e1ca1</
a><OriginalName v="ImportedPhoto_1714079772145.jpg"></
OriginalName><FileSize v="883972"></FileSize><meta type="photo"
originalName="ImportedPhoto_1714079772145.jpg"></meta></URIObject>
2024/04/25 16:16:56 David Sham: Okay I'll let you know once received
2024/04/25 16:21:26 8:live:ph2corp_2: Sounds good
2024/04/25 16:32:16 David Sham: Received $97,150. You'll send the
balance you owe me on withdrawal right ?
2024/04/25 16:34:33 8:live:ph2corp_2: Yes, if you&apos;re okay with
that. If not, I can start another wire Monday. Let me know.
2024/04/25 16:41:24 David Sham: Okay, Monday better
2024/04/25 16:41:24 David Sham: Okay, Monday better
2024/04/25 16:47:51 8:live:ph2corp_2: Great, will do.
2024/04/25 17:32:43 David Sham: Won the trade, did you notice
2024/04/25 18:18:32 8:live:ph2corp_2: We sure did! Wow, awesome!
What I&apos;m learning is that the larger the account balance, then
the more you can leverage. Is that true?
2024/04/25 18:26:20 David Sham: The larger the invested amount, the
more I can leverage because trades pop up everytime
2024/04/25 18:27:18 David Sham: Next week is an amazing week. The
market is looking so good, it will have the biggest trades of the year
so far
2024/04/25 18:28:05 David Sham: If you can leverage more, I advice you
opt in
2024/04/26 05:28:52 David Sham:
2024/04/26 05:28:31 David Sham:
2024/04/26 06:56:02 8:live:ph2corp_2: Hi David,
I just saw a message from you stating that my Skype account has been
hacked and someone has been asking you about withdrawal. And now, I no
longer see that message. Was that you?
2024/04/26 08:33:23 David Sham: Yes that was me. Kindly set up a new

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

Skype account and add me again
2024/04/26 08:35:00 8:live:ph2corp_2: I want to make sure this is you.
Can you call me.
2024/04/26 08:37:49 David Sham: <partlist type="started" alt=""
callId="ecbad6ab-714e-44f6-bc4c-997370c69a63"><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</name></
part><part identity="live:ph2corp_2"><name>Peter Harris</name></
part></partlist>
2024/04/26 08:39:41 David Sham: <partlist type="ended" alt=""
callId="ecbad6ab-714e-44f6-bc4c-997370c69a63"><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</
name><duration>112.43</duration></part><part
identity="live:ph2corp_2"><name>Peter Harris</name><duration>112.43</
duration></part></partlist>
2024/04/26 12:37:54 David Sham: Hello Peter, waiting for your message
on the new account
2024/04/26 12:39:10 8:live:ph2corp_2: Working on it

HAR0049

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

2024/04/26 15:39:05 8:live:.cid.a749ebc417855e2c: <ss
type="hi">(wave)</ss>
2024/04/26 15:39:21 8:live:.cid.a749ebc417855e2c: Frpm Peter and Loni
2024/04/26 17:15:15 8:live:.cid.a749ebc417855e2c: 2850+ sent to your
wallet
2024/04/26 19:39:35 David Sham: Hello 👋 Peter, Hello 👋 Loni
2024/04/26 19:39:39 David Sham: How are you ?
2024/04/26 19:40:03 David Sham: <quote
author="live:.cid.a749ebc417855e2c" authorname="Peter H Harris"
timestamp="1714169716" conversation="8:live:.cid.a749ebc417855e2c"
messageid="1714169716264"
cuid="12920595862375113722"><legacyquote>[1714169716] Peter H Harris:
</legacyquote>2850+ sent to your wallet <legacyquote>

&lt;&lt;&lt; </legacyquote></quote>I received it
2024/04/26 19:40:13 8:live:.cid.a749ebc417855e2c: Awesome
2024/04/26 19:42:12 David Sham: Monday is a very big day. Patiently
waiting for it
2024/04/26 19:42:38 8:live:.cid.a749ebc417855e2c: What&apos;s
happening Monday?
2024/04/26 19:43:12 David Sham: X25 trade. It's the biggest trade so
far this year
2024/04/26 19:43:27 8:live:.cid.a749ebc417855e2c: Are we in that
trade?
2024/04/26 19:45:52 David Sham: Trade popped up yesterday, could only
place 10K on it, that's like a 250K win for you. Fair enough
2024/04/26 19:46:42 David Sham: If you had 50K on it that's $1,250,000
win
2024/04/26 19:47:28 8:live:.cid.a749ebc417855e2c: $10k is fine.
Let&apos;s go with it.
2024/04/26 19:47:49 David Sham:    🔥🔥🔥
2024/04/26 19:48:39 8:live:.cid.a749ebc417855e2c: Thank you.
Looking forward to withdrawing next week too, can&apos;t wait.
2024/04/26 19:49:25 David Sham: 100% let's get it 🚀
2024/04/29 10:34:15 8:live:.cid.a749ebc417855e2c: Hi David,
I want to prepare my bank for a large deposit from upwintrade. When I
withdraw USD directly from upwintrade to my US back, will it be a wire
transfer or ACH? Or another method? Thanks
2024/04/29 12:58:28 David Sham: When are you available for a call ?
2024/04/29 13:12:41 8:live:.cid.a749ebc417855e2c: Now
2024/04/29 13:13:33 8:live:.cid.a749ebc417855e2c: <partlist
type="missed" alt=""
callId="69c8f11c-6144-43ae-9f8f-969a054bc6e9"><part
identity="live:.cid.a749ebc417855e2c"><name>Peter H Harris</name></
part><part identity="live:.cid.50fa342aa3647427"><name>David Sham</
name></part></partlist>
2024/04/29 13:13:56 8:live:.cid.a749ebc417855e2c: I&apos;m available
for next 45 minutes
2024/04/29 15:01:34 David Sham: Available now ?

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

2024/04/29 15:02:31 8:live:.cid.a749ebc417855e2c: <partlist type="started" alt="" callId="7857e88a-0c4b-481d-bf73-967ea0fe3d99"><part identity="live:.cid.a749ebc417855e2c"><name>Peter H Harris</name></part><part identity="live:.cid.50fa342aa3647427"><name>David Sham</name></part></partlist>
2024/04/29 15:10:58 David Sham: <partlist type="missed" alt="" callId="9863955b-d3ca-4995-96d9-678623c70665"><part identity="live:.cid.50fa342aa3647427"><name>David Sham</name></part><part identity="live:.cid.a749ebc417855e2c"><name>Peter H Harris</name></part></partlist>
2024/04/29 15:10:16 8:live:.cid.a749ebc417855e2c: <partlist type="ended" alt="" callId="7857e88a-0c4b-481d-bf73-967ea0fe3d99"><part identity="live:.cid.a749ebc417855e2c"><name>Peter H Harris</name><duration>463.191</duration></part><part identity="live:.cid.50fa342aa3647427"><name>David Sham</name><duration>463.191</duration></part></partlist>
2024/04/29 15:10:55 8:live:.cid.a749ebc417855e2c: <partlist type="missed" alt="" callId="4911dc6b-97ac-4a44-98ad-daf7a60cde09"><part identity="live:.cid.a749ebc417855e2c"><name>Peter H Harris</name></part><part identity="live:.cid.50fa342aa3647427"><name>David Sham</name></part></partlist>
2024/04/29 15:13:18 8:live:.cid.a749ebc417855e2c: <partlist type="started" alt="" callId="403f27fe-d808-47c8-aa6b-a4fd98457eb8"><part identity="live:.cid.a749ebc417855e2c"><name>Peter H Harris</name></part><part identity="live:.cid.50fa342aa3647427"><name>David Sham</name></part></partlist>
2024/04/29 15:14:54 8:live:.cid.a749ebc417855e2c: <partlist type="ended" alt="" callId="403f27fe-d808-47c8-aa6b-a4fd98457eb8"><part identity="live:.cid.a749ebc417855e2c"><name>Peter H Harris</name><duration>95.515</duration></part><part identity="live:.cid.50fa342aa3647427"><name>David Sham</name><duration>95.515</duration></part></partlist>
2024/05/01 13:24:45 8:live:.cid.a749ebc417855e2c: Hi David, Big win yesterday, congrats! We&apos;re looking forward to reinvesting with you as well. Today is the big day, where we get to withdraw $. Will I be able to start withdrawal at midnight, 12am my time? And when will you tell us what your payment is? Thanks
2024/05/02 09:14:58 8:live:.cid.a749ebc417855e2c: Hi David, I&apos;m available now if you&apos;re able.
2024/05/02 03:30:45 David Sham: When can I call you to explain the whole process ? Withdrawal is available at the end of today.
2024/05/02 16:19:42 8:live:.cid.a749ebc417855e2c: David, are you available?
2024/05/02 16:56:41 David Sham: Available in 1 hour
2024/05/02 16:57:12 8:live:.cid.a749ebc417855e2c: Call you then,

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

thanks
2024/05/02 17:54:36 8:live:.cid.a749ebc417855e2c: <partlist
type="missed" alt="" callId="546105be-
bc53-4731-8f84-9be6a85e1d7b"><part
identity="live:.cid.a749ebc417855e2c"><name>Peter H Harris</name></
part><part identity="live:.cid.50fa342aa3647427"><name>David Sham</
name></part></partlist>
2024/05/02 18:12:15 David Sham: <partlist type="missed" alt=""
callId="adace1f1-1bee-4671-8441-3c31264bb707"><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</name></
part><part identity="live:.cid.a749ebc417855e2c"><name>Peter H
Harris</name></part></partlist>
2024/05/02 18:13:17 David Sham: <partlist type="missed" alt=""
callId="68cb2cb8-a2e5-4fcd-b828-630746c5c661"><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</name></
part><part identity="live:.cid.a749ebc417855e2c"><name>Peter H
Harris</name></part></partlist>
2024/05/02 18:36:34 8:live:.cid.a749ebc417855e2c: <partlist
type="missed" alt="" callId="3d5836c8-2bf4-4a4a-
bc6f-29eb22d90f4d"><part
identity="live:.cid.a749ebc417855e2c"><name>Peter H Harris</name></
part><part identity="live:.cid.50fa342aa3647427"><name>David Sham</
name></part></partlist>
2024/05/02 18:37:18 8:live:.cid.a749ebc417855e2c: <partlist
type="missed" alt="" callId="5c6d6cd8-3d70-44bb-877c-
a43f71aa13e9"><part identity="live:.cid.a749ebc417855e2c"><name>Peter
H Harris</name></part><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</name></part></
partlist>
2024/05/02 18:37:37 8:live:.cid.a749ebc417855e2c: Let me know when
you&apos;re available, thanks.
2024/05/02 18:38:18 David Sham: <partlist type="started" alt=""
callId="f1915bba-06c9-4cd9-924e-00c4a3d017b1"><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</name></
part><part identity="live:.cid.a749ebc417855e2c"><name>Peter H
Harris</name></part></partlist>
2024/05/02 18:44:22 David Sham: <partlist type="ended" alt=""
callId="f1915bba-06c9-4cd9-924e-00c4a3d017b1"><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</
name><duration>364.04</duration></part><part
identity="live:.cid.a749ebc417855e2c"><name>Peter H Harris</
name><duration>364.04</duration></part></partlist>
2024/05/02 23:42:34 8:live:.cid.a749ebc417855e2c: Okay, I requested a
$1250 withdrawal.
Once this is successful, I&apos;ll withdraw the rest.
2024/05/03 07:41:40 8:live:.cid.a749ebc417855e2c: Checking in to see
if you saw my first withdrawal request. Nothing in my coinbase wallet
yet. Thanks
2024/05/03 14:00:57 David Sham: Sorry Peter, it's just one trade I
haven't closed. That's why there's a delay

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

2024/05/03 14:14:47 David Sham: All trades need to end first. In a few hours, I'll end the trade
2024/05/03 14:15:35 David Sham: It's a x8 trade, let's just add a last win
2024/05/03 14:17:59 8:live:.cid.a749ebc417855e2c: Sounds good David, thanks!
2024/05/05 13:45:24 David Sham: Finally ended the trade, I'm so sorry for the delay, I was losing the trade and didn't want you to panic
2024/05/05 15:06:50 8:live:.cid.a749ebc417855e2c: We appreciate that so much. When will you release the first small deposit?
2024/05/05 15:11:27 8:live:.cid.a749ebc417855e2c: Great win, by the way!!
2024/05/05 15:42:40 David Sham: The request cancelled
2024/05/05 15:43:03 David Sham: Looks like you did it wrongly, because I didn't see any notification
2024/05/05 15:43:26 8:live:.cid.a749ebc417855e2c: What do you think I did wrong?
2024/05/05 15:43:53 David Sham: You need to enter your USDT wallet address where it says description
2024/05/05 15:44:18 David Sham: Not your "coinbase wallet" username
2024/05/05 15:44:48 8:live:.cid.a749ebc417855e2c: Where is that wallet address?

2024/05/05 15:45:26 David Sham: You can you either search for ETH or Tether, it's same address
2024/05/05 15:45:33 David Sham: On your coinbase wallet
2024/05/05 15:47:35 8:live:.cid.a749ebc417855e2c: Oh okay, I&apos;ll do that.
2024/05/05 15:53:15 8:live:.cid.a749ebc417855e2c: Ok just made another withdrawal request using my ETH wallet address from my Coinbase Wallet.
2024/05/05 16:28:05 David Sham: <URIObject uri="https://api.asm.skype.com/v1/objects/0-weu-d3-68f88b417f20209e82113e0701df07b0" url_thumbnail="https://api.asm.skype.com/v1/objects/0-weu-d3-68f88b417f20209e82113e0701df07b0/views/imgt1_anim" type="Picture.1" doc_id="0-weu-d3-68f88b417f20209e82113e0701df07b0" width="1186" height="500">To view this shared photo, go to: <a href="https://login.skype.com/login/sso?go=xmmfallback?pic=0-weu-d3-68f88b417f20209e82113e0701df07b0">https://login.skype.com/login/sso?go=xmmfallback?pic=0-weu-d3-68f88b417f20209e82113e0701df07b0</a><OriginalName v="ImportedPhoto.736637285.335185.jpeg"></OriginalName><FileSize v="42096"></FileSize><meta type="photo" originalName="ImportedPhoto.736637285.335185.jpeg"></meta></URIObject>
2024/05/05 16:28:24 David Sham: I received notification, send me withdrawal code
2024/05/05 16:30:32 David Sham: To approve withdrawal on software
2024/05/05 16:30:56 8:live:.cid.a749ebc417855e2c: rlyc6H
2024/05/05 16:31:27 8:live:.cid.a749ebc417855e2c: Sent
2024/05/05 16:34:38 David Sham: 10% upfront is $609,515. When do you

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

intend to make payment
2024/05/05 16:36:29 8:live:.cid.a749ebc417855e2c: Loni is asking why don&apos;t you take the 20% upfront?
2024/05/05 16:37:04 8:live:.cid.a749ebc417855e2c: I can&apos;t believe people do that to you, that&apos;s horrible.
2024/05/05 16:55:13 David Sham: I work with a team of traders and we all agreed on upfront on any withdrawal after so many people played us
2024/05/05 16:58:33 8:live:.cid.a749ebc417855e2c: Does that mean we can&apos;t withdraw after one month?
2024/05/05 17:02:43 David Sham: Of cos you can withdraw anytime, I mean your withdrawal Wallet address you just used, can only be changed once a month
2024/05/05 17:03:52 8:live:.cid.a749ebc417855e2c: Ok that&apos;s good, so we&apos;ll be able to withdraw today and see the $$ in the Coinbase Wallet tomorrow?
2024/05/05 17:03:53 David Sham: Withdrawal will be approved as soon as upfront payment on commission is paid
2024/05/05 17:03:53 David Sham: Withdrawal will be approved as soon as upfront payment on commission is paid
2024/05/05 17:04:39 8:live:.cid.a749ebc417855e2c: How do I pay it?
2024/05/05 17:05:07 8:live:.cid.a749ebc417855e2c: We&apos;d like to pay you the entire commission because you earned it.
2024/05/05 17:29:03 8:live:.cid.a749ebc417855e2c: Do I make a withdraw request into your wallet for the upfront commission?
2024/05/05 19:06:05 David Sham: Upfront is paid out of pocket, you can ask Orlando the process. He pays 15% upfront
2024/05/05 19:09:22 8:live:.cid.a749ebc417855e2c: How do we pay you 15% out of pocket? I don&apos;t have $1MM in cash sitting around. I&apos;m confused, please explain. Orlando takes 2-3 weeks to get an answer from. Please explain.
2024/05/05 19:12:31 8:live:.cid.a749ebc417855e2c: Or do I pay you from upwintrade?
2024/05/05 19:31:27 8:live:.cid.a749ebc417855e2c: Can I call you?
2024/05/05 19:48:43 8:live:.cid.a749ebc417855e2c: <partlist type="missed" alt="" callId="543e780f-609d-4149-8373-cf571d79d5c0"><part identity="live:.cid.a749ebc417855e2c"><name>Peter H Harris</name></part><part identity="live:.cid.50fa342aa3647427"><name>David Sham</name></part></partlist>
2024/05/05 20:07:02 David Sham: I'm not asking you to pay 15%
2024/05/05 20:07:44 David Sham: It's usually 15% but I spoke to the team to agree 10% since it's your first time
2024/05/05 20:08:18 8:live:.cid.a749ebc417855e2c: Can I call you, I&apos;m very confused on the process.
2024/05/05 20:09:25 David Sham: Give me an hour to round up my trading. I'll call you
2024/05/05 20:09:50 8:live:.cid.a749ebc417855e2c: Okay talk to you in an hour, thanks.
2024/05/05 20:13:17 David Sham: Sure thing. Call you in a bit
2024/05/05 20:14:21 David Sham: I usually charge 15% upfront on

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

commission before accepting withdrawal on software, because of people
in the past who have withdrawn and run off without paying my
commission. I&apos;ll charge you 10% upfront because it&apos;s the
first time.
2024/05/05 16:33:59 David Sham: I usually charge 15% upfront on
commission before accepting withdrawal on software, because of people
in the past who have withdrawn and run off without paying my
commission. I&apos;ll charge you 10% upfront because it&apos;s the
first time.
2024/05/05 20:14:30 David Sham: Total balance after trading –
$6,415,665
Amount invested – $320,509
Profit earned – (Total balance – Amount invested ) $6,095,156
My commission is 20% of profit made – $1,219,031 
2024/05/05 16:33:48 David Sham: Total balance after trading –
$6,415,665
Amount invested – $320,509
Profit earned – (Total balance – Amount invested ) $6,095,156
My commission is 20% of profit made – $1,219,031 
2024/05/05 20:14:47 David Sham: I don't have access to take funds out
of your account, also with the new withdrawal system, withdrawal can
only go to one wallet address, which can only be changed once a
month.
2024/05/05 16:53:01 David Sham: I don't have access to take funds out
of your account, also with the new withdrawal system, withdrawal can
only go to one wallet address, which can only be changed once a
month.
2024/05/05 21:30:22 8:live:.cid.a749ebc417855e2c: Are you available?
2024/05/06 07:51:24 8:live:.cid.a749ebc417855e2c: Hi David,
Here is my proposal to pay your $609,515 upfront. I&apos;ll request
==for a $609,515 withdrawal only. Once I receive it, I&apos;ll send it==
==to you in BTC or whatever form is best for you. Once you confirm that==
==you have received it, then I&apos;ll request another withdrawal for==
==the remainder. This way, you&apos;re paid upfront and I can use one==
==wallet address. Let me know if that works for you. Thanks==
2024/05/06 21:31:04 8:live:.cid.a749ebc417855e2c: Hi David
,
Orlando just sent us an email stating that he paid you out of pocket
with BTC. That&apos;s all he said, with no explanation. We still have
no idea how this works. Are you available for a call today? Thanks
2024/05/07 02:37:06 David Sham: Yes I am. I'll call you today
2024/05/07 06:53:32 8:live:.cid.a749ebc417855e2c: Great, looking

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

forward to it. Do you know around what time?
2024/05/07 06:53:32 8:live:.cid.a749ebc417855e2c: Great, looking
forward to it. Do you know around what time?
2024/05/07 06:59:29 8:live:.cid.a749ebc417855e2c: <partlist
type="missed" alt="" callId="6105d35a-5322-49e8-8f33-
b2f05124fd3b"><part identity="live:.cid.a749ebc417855e2c"><name>Peter
H Harris</name></part><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</name></part></
partlist>
2024/05/07 07:02:52 David Sham: <partlist type="started" alt=""
callId="5dbc09f6-2f21-47f1-afb8-a67254678feb"><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</name></
part><part identity="live:.cid.a749ebc417855e2c"><name>Peter H
Harris</name></part></partlist>
2024/05/07 07:11:50 David Sham: <partlist type="ended" alt=""
callId="5dbc09f6-2f21-47f1-afb8-a67254678feb"><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</
name><duration>537.965</duration></part><part
identity="live:.cid.a749ebc417855e2c"><name>Peter H Harris</
name><duration>537.965</duration></part></partlist>
2024/05/07 07:16:50 David Sham: When are you able to raise the $200K
2024/05/07 07:17:12 8:live:.cid.a749ebc417855e2c: Today
2024/05/07 07:19:05 David Sham: Okay get the Btc and let me know. I'm
putting the balance together
2024/05/07 07:20:33 David Sham: Please send my funds back immediately
you receive withdrawal 🙏 and some extra goodies 😀
2024/05/07 07:21:46 8:live:.cid.a749ebc417855e2c: Ok I&apos;ll make a
deposit into kraken today. For sure... extra goodies headed your way!
Loni and I appreciate this very much!
2024/05/07 07:22:15 David Sham: Okay, keep me posted
2024/05/07 10:22:34 David Sham: Hello, How's it going ? I'm sending
wire to get coin now.
2024/05/05 20:12:10 David Sham:
2024/05/07 11:10:04 David Sham: 10% upfront is $609,515. When do you
intend to make payment 
2024/05/05 16:34:38 David Sham: 10% upfront is $609,515. When do you
intend to make payment 
2024/05/07 11:11:20 David Sham: <partlist type="started" alt=""
callId="74f57034-7239-419d-9c27-985aa08814a6"><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</name></
part><part identity="live:.cid.a749ebc417855e2c"><name>Peter H
Harris</name></part></partlist>
2024/05/07 11:11:26 David Sham: <partlist type="ended" alt=""
callId="74f57034-7239-419d-9c27-985aa08814a6"><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</
name><duration>6.774</duration></part><part
identity="live:.cid.a749ebc417855e2c"><name>Peter H Harris</
name><duration>6.774</duration></part></partlist>

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

2024/05/07 11:11:43 David Sham: Oh sorry I mistakenly called you
2024/05/07 11:11:53 8:live:.cid.a749ebc417855e2c: <partlist
type="missed" alt="" callId="91cf7f0a-4a1c-4d5d-8575-
ff1d07202f2e"><part identity="live:.cid.a749ebc417855e2c"><name>Peter
H Harris</name></part><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</name></part></
partlist>
2024/05/07 11:12:30 David Sham: <quote
author="live:.cid.50fa342aa3647427" authorname="David Sham"
timestamp="1715095355" conversation="8:live:.cid.a749ebc417855e2c"
messageid="1715095355118"
cuid="13215804442220972094"><legacyquote>[1715095355] David Sham: </
legacyquote>Hello, How's it going ? I'm sending wire to get coin now.
<legacyquote>

&lt;&lt;&lt; </legacyquote></quote>How's it going ?
2024/05/07 11:13:28 8:live:.cid.a749ebc417855e2c: I&apos;m getting the
$200k wire together right now. Then, send to Kraken. I&apos;ll keep
you posted.
I need to avoid using Chase Bank.
2024/05/07 11:26:06 David Sham: Okay keep me posted
2024/05/07 14:55:30 David Sham: How's its going ?
2024/05/07 14:57:30 8:live:.cid.a749ebc417855e2c: Going well.
I just transferred $205k from Chase into a different bank that I used
with Kraken. I&apos;m just waiting for it to hit that account and then
I&apos;ll wire into Kraken. Moving well so far.
2024/05/07 14:59:55 David Sham: Okay, Lmk
2024/05/07 18:18:16 8:live:.cid.a749ebc417855e2c: $200k wire scheduled
for the morning.
2024/05/08 09:47:40 David Sham: Okay. Keep me posted
2024/05/08 12:19:57 David Sham: Hello Peter, how are you today ?
Everything good ?
2024/05/08 12:22:24 8:live:.cid.a749ebc417855e2c: Hi David,
All is well. Waiting for the wire to hit Kraken. Should be shortly. As
soon as it happens, I&apos;ll buy BTC, and then ask you for where to
send it.
2024/05/08 12:25:57 David Sham: Okay
2024/05/08 12:25:57 David Sham: Okay
2024/05/08 15:47:05 David Sham: How's it going ?
2024/05/08 15:47:51 8:live:.cid.a749ebc417855e2c: Just waiting on
kraken to show the deposit.
2024/05/08 16:41:59 David Sham: Okay
2024/05/08 20:04:19 8:live:.cid.a749ebc417855e2c: <URIObject
uri="https://api.asm.skype.com/v1/objects/0-wus-d7-
e0f0c1927fc4ceae28440e567d47f355" url_thumbnail="https://
api.asm.skype.com/v1/objects/0-wus-d7-
e0f0c1927fc4ceae28440e567d47f355/views/original" type="File.1"
doc_id="0-wus-d7-e0f0c1927fc4ceae28440e567d47f355">To view this file,
go to: <a href="https://login.skype.com/login/sso?
go=webclient.xmm&amp;docid=0-wus-d7-

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

e0f0c1927fc4ceae28440e567d47f355">https://login.skype.com/login/sso?
go=webclient.xmm&amp;docid=0-wus-d7-e0f0c1927fc4ceae28440e567d47f355</
a><OriginalName v="Screenshot_20240508-180229.png"></
OriginalName><FileSize v="199658"></FileSize></URIObject>
2024/05/08 20:04:19 8:live:.cid.a749ebc417855e2c: Hi David,
Just got this from Kraken. We have to wait 24hrs, see below.
2024/05/09 01:20:19 David Sham: Okay. I think the daily limit is 100K
2024/05/09 09:23:54 8:live:.cid.a749ebc417855e2c: You&apos;re right,
it&apos;ll happen later today. As soon as it&apos;s there, I&apos;ll
let you know. Thanks for your patience.
2024/05/09 10:11:05 David Sham: You're welcome
2024/05/09 12:44:01 8:live:.cid.a749ebc417855e2c: I reached out. They
told me that it will go through later today.
2024/05/09 13:47:08 8:live:.cid.a749ebc417855e2c: Success. Just bought
$201,990 in BTC.
Waiting for your instructions next.
2024/05/09 14:15:06 David Sham: <partlist type="missed" alt=""
callId="e380ac53-1380-47c7-96b1-ac48c750b178"><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</name></
part><part identity="live:.cid.a749ebc417855e2c"><name>Peter H
Harris</name></part></partlist>
2024/05/09 14:53:30 8:live:.cid.a749ebc417855e2c: <partlist
type="started" alt="" callId="11b6cb47-5717-4d84-
b29f-0a820b3efdf1"><part
identity="live:.cid.a749ebc417855e2c"><name>Peter H Harris</name></
part><part identity="live:.cid.50fa342aa3647427"><name>David Sham</
name></part></partlist>
2024/05/09 14:54:11 8:live:.cid.a749ebc417855e2c: <partlist
type="ended" alt="" callId="11b6cb47-5717-4d84-
b29f-0a820b3efdf1"><part
identity="live:.cid.a749ebc417855e2c"><name>Peter H Harris</
name><duration>40.801</duration></part><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</
name><duration>40.801</duration></part></partlist>
2024/05/09 15:01:24 8:live:.cid.a749ebc417855e2c: $200K sent

2024/05/09 15:28:04 8:live:.cid.a749ebc417855e2c: Sounds good 👍
2024/05/09 18:01:45 8:live:.cid.a749ebc417855e2c: Okay great David,
keep us posted.
2024/05/10 12:08:43 8:live:.cid.a749ebc417855e2c: Hi David,
How&apos;s it going?
2024/05/10 16:11:50 David Sham: I don't know what to do
2024/05/10 16:13:02 David Sham: We currently at $500K
2024/05/10 16:16:42 8:live:.cid.a749ebc417855e2c: <partlist
type="missed" alt=""
callId="e410405e-6a75-4316-9d82-6d3425739ff9"><part
identity="live:.cid.a749ebc417855e2c"><name>Peter H Harris</name></
part><part identity="live:.cid.50fa342aa3647427"><name>David Sham</
name></part></partlist>
2024/05/10 16:17:16 8:live:.cid.a749ebc417855e2c: Are you available to
talk David?

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

2024/05/10 16:21:14 8:live:.cid.a749ebc417855e2c: If we give your team
$500k, will they release half? Or even less than half?
2024/05/10 16:21:56 David Sham: <partlist type="started" alt=""
callId="44238d58-3160-45ea-b9da-f008ab7d5745"><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</name></
part><part identity="live:.cid.a749ebc417855e2c"><name>Peter H
Harris</name></part></partlist>
2024/05/10 16:30:24 David Sham: <partlist type="ended" alt=""
callId="44238d58-3160-45ea-b9da-f008ab7d5745"><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</
name><duration>507.881</duration></part><part
identity="live:.cid.a749ebc417855e2c"><name>Peter H Harris</
name><duration>507.881</duration></part></partlist>
2024/05/10 18:11:46 8:live:.cid.a749ebc417855e2c: Hi David,
Loni says that if Orlando will loan us $100k for a day, we&apos;ll pay
him back $125k.
2024/05/11 08:34:07 8:live:.cid.a749ebc417855e2c: Hi David, just want
to confirm that we need $609,515 and not just $600k. See if Orlando
can do 109,515?
Thanks for your help.
2024/05/13 04:00:15 8:live:.cid.a749ebc417855e2c: Hi David,
Checking in with you to see how it went with Orlando?
2024/05/13 11:50:55 David Sham: He hasn't responded to me
2024/05/13 11:51:40 David Sham: Last time we spoke he mentioned a
vacation, I don't know if he left already
2024/05/13 11:58:05 8:live:.cid.a749ebc417855e2c: <partlist
type="missed" alt="" callId="7816ef9a-
f482-4dfe-81f5-8c585494bb1b"><part
identity="live:.cid.a749ebc417855e2c"><name>Peter H Harris</name></
part><part identity="live:.cid.50fa342aa3647427"><name>David Sham</
name></part></partlist>
2024/05/13 11:58:13 David Sham: Can't take calls now
2024/05/13 11:58:21 David Sham: Kindly text me
2024/05/13 12:00:46 8:live:.cid.a749ebc417855e2c: We are working on
getting $100k, but it will take a week. Can we still reserve your
$300k for a week please?
2024/05/13 12:24:26 David Sham: Yes, I already sent to the team. We
just need to balance up
2024/05/13 12:30:46 8:live:.cid.a749ebc417855e2c: Okay great, I&apos;m
going to find the balance.
2024/05/14 12:24:33 David Sham: Okay keep me posted
2024/05/14 12:25:44 8:live:.cid.a749ebc417855e2c: Will do, I&apos;ll
update you tomorrow morning, hopefully with good news.
2024/05/15 10:49:32 David Sham: How's it going ?
2024/05/15 10:50:54 8:live:.cid.a749ebc417855e2c: I&apos;ll have it by
the end of the day hopefully, thanks for your patience David.
2024/05/15 16:18:09 8:live:.cid.a749ebc417855e2c: I should have the
money by the morning in my bank account. I&apos;ll keep you posted.
Thanks
2024/05/16 08:12:39 8:live:.cid.a749ebc417855e2c: Hi David,

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

Just waiting for the wire to hit my account. I&apos;ll keep you posted. We appreciate your patience.
2024/05/16 09:33:32 David Sham: Okay, keep posted
2024/05/16 11:43:28 David Sham: How's it going?
2024/05/09 15:50:43 David Sham:
2024/05/16 11:53:58 David Sham:
2024/05/16 11:56:44 8:live:.cid.a749ebc417855e2c: Going well. Getting the $100k was extremely expensive.
Once it arrives in my Chase account, I have to transfer it to my other bank to wire it to kraken. I&apos;ll keep you posted.
2024/05/16 11:59:05 David Sham: Okay cool. Lmk
2024/05/16 16:40:55 8:live:.cid.a749ebc417855e2c: The $100k has arrived. It cost me quite a lot.
I&apos;m wiring it tomorrow from Chase to my other bank so that I can wire it to kraken.
2024/05/17 08:47:10 8:live:.cid.a749ebc417855e2c: Hi David, Shall I use the same wallet id you gave me last week?
2024/05/17 13:23:11 8:live:.cid.a749ebc417855e2c: Wire sent to Kraken!
2024/05/17 15:51:32 David Sham: Yes
2024/05/17 15:51:38 David Sham: Use same wallet
2024/05/17 15:53:55 8:live:.cid.a749ebc417855e2c: Just want to make sure: I&apos;m sending $109,415 to the wallet and then one hour later the funds will be released?
2024/05/17 15:56:24 David Sham: Yes correct
2024/05/17 15:58:05 8:live:.cid.a749ebc417855e2c: Okay as soon as I send it, I&apos;ll let you know. Thanks
2024/05/17 16:53:40 David Sham: Okay keep me posted
2024/05/17 23:35:44 David Sham: How's it going ?
2024/05/17 23:39:30 8:live:.cid.a749ebc417855e2c: Going well. Money arrived in kraken. I had to deposit $100k+ for the balance. Kraken has a $100k/day limit, so I&apos;m hold until tomorrow until the extra clears. Almost there. We appreciate your patience. As soon as it clears, I&apos;ll send you a message.
2024/05/17 23:45:27 David Sham: Okay
2024/05/18 14:38:40 8:live:.cid.a749ebc417855e2c: Hi David, The balance has been sent. $109,415.
When can we expect release of funds?
Also, when we reimburse you, do we use the first personal wallet address you gave me?
2024/05/18 18:13:30 8:live:.cid.a749ebc417855e2c: <partlist type="missed" alt="" callId="5d6e18c1-7fd6-4841-ae11-8959b5e9f14b"><part identity="live:.cid.a749ebc417855e2c"><name>Peter H Harris</name></part><part identity="live:.cid.50fa342aa3647427"><name>David Sham</name></part></partlist>
2024/05/18 18:13:51 David Sham: Out of office until Monday, cannot accept withdrawal request. I thought you wanted to send it Monday
2024/05/18 18:15:41 8:live:.cid.a749ebc417855e2c: Okay, see you Monday David.
2024/05/16 11:54:06 David Sham:

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

2024/05/18 19:31:18 David Sham:
bc1qz85akfzpt6c08z0zq2md90tpg22xnz55jcdfxp
2024/05/09 14:12:11 David Sham:
bc1qz85akfzpt6c08z0zq2md90tpg22xnz55jcdfxp
2024/05/18 19:31:25 David Sham: Send Btc to this wallet address  
2024/05/09 14:12:23 David Sham: Send Btc to this wallet address  
2024/05/18 19:31:38 David Sham: Okay
2024/05/09 12:52:24 David Sham: Okay
2024/05/18 19:31:49 David Sham: Okay I'll let you once received
2024/05/09 15:27:34 David Sham: Okay I'll let you once received
2024/05/18 19:32:05 David Sham: Got it. Right now I only got $200K in
Btc  + the money you sent. Will wire the balance tomorrow to complete
funds
2024/05/09 17:33:50 David Sham: Got it. Right now I only got $200K in
Btc  + the money you sent. Will wire the balance tomorrow to complete
funds
2024/05/18 19:32:13 David Sham: I'm fine Peter, I could only get
another 100K. My funds are fixed right now. I'm sorry. I tried
speaking to the team to accept the 500K but they want the complete
10%
2024/05/10 16:11:33 David Sham: I'm fine Peter, I could only get
another 100K. My funds are fixed right now. I'm sorry. I tried
speaking to the team to accept the 500K but they want the complete
10%
2024/05/18 19:32:24 David Sham: Still no word from kraken yet ? Did
you try to reach out
2024/05/09 12:42:42 David Sham: Still no word from kraken yet ? Did
you try to reach out

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

2024/05/20 04:07:37 8:live:.cid.a749ebc417855e2c: Hi David,
Happy Monday to you.
Let&apos;s execute the withdrawal now. Thanks
2024/05/20 04:12:10 8:live:.cid.a749ebc417855e2c: The withdrawal code:
rlyc6H
2024/05/20 08:05:58 8:live:.cid.a749ebc417855e2c: <partlist
type="missed" alt="" callId="c76ed315-253b-4bbd-
a5b0-81ca6fcb0882"><part
identity="live:.cid.a749ebc417855e2c"><name>Peter H Harris</name></
part><part identity="live:.cid.50fa342aa3647427"><name>David Sham</
name></part></partlist>
2024/05/20 13:15:14 8:live:.cid.a749ebc417855e2c: <partlist
type="missed" alt=""
callId="d99f39cf-7e6f-44de-8e41-47717e6e4bc1"><part
identity="live:.cid.a749ebc417855e2c"><name>Peter H Harris</name></
part><part identity="live:.cid.50fa342aa3647427"><name>David Sham</
name></part></partlist>
2024/05/20 13:15:58 8:live:.cid.a749ebc417855e2c: Hi David,
What else do you need from us to release the funds?
2024/05/20 15:10:13 8:live:.cid.a749ebc417855e2c: <partlist
type="missed" alt="" callId="fd7dc306-
ae20-4b90-96ba-5fe29e8b7bf2"><part
identity="live:.cid.a749ebc417855e2c"><name>Peter H Harris</name></
part><part identity="live:.cid.50fa342aa3647427"><name>David Sham</
name></part></partlist>
2024/05/20 15:13:12 8:live:.cid.a749ebc417855e2c: Hi David,
Loni is really really stressed out, please contact me as soon as you
can. Thanks!
2024/05/20 15:37:40 8:live:.cid.a749ebc417855e2c: Hi David,
The last $109k is costing me $100/day in interest. Please do whatever
you can do as soon as possible, much appreciated.
2024/05/21 07:56:04 8:live:.cid.a749ebc417855e2c: <partlist
type="missed" alt="" callId="d0113f64-b49a-4761-8fbb-
f6e7745af4cc"><part identity="live:.cid.a749ebc417855e2c"><name>Peter
H Harris</name></part><part
identity="live:.cid.50fa342aa3647427"><name>David Sham</name></part></
partlist>
2024/05/21 07:56:46 8:live:.cid.a749ebc417855e2c: Hi David,
Is everything ok? Are you okay?
2024/05/22 15:27:35 David Sham: Hello Peter, I lost my Mom. I haven't
been myself all week. I'm given your withdrawal code to the team and
they will approve your withdrawal tomorrow at the office. Sincere
apologies for the delay
2024/05/22 15:35:58 8:live:.cid.a749ebc417855e2c: Hi David,
Oh no, sorry to hear about your Mom. That must be really tough on you.
We send our condolences to you. We understand the delay now.
We look forward to our withdrawal and re-investing with you and your
team.
What time tomorrow will I get it?
Thanks

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

2024/05/22 15:55:33 8:live:.cid.a749ebc417855e2c: Also David, we want to introduce you to other people that are interested in your trading expertise.
2024/05/22 16:42:55 David Sham: In the morning tomorrow
2024/05/23 10:35:48 8:live:.cid.a749ebc417855e2c: Good morning David,
Sorry to bother you.
Just a reminder to have your office approve our withdrawal this morning. Thanks!
2024/05/23 21:08:02 8:live:.cid.a749ebc417855e2c: Hi David,
Can you tell me what&apos;s taking so long for the release of funds please? I appreciate it, thanks.
2024/05/24 12:52:26 8:live:.cid.a749ebc417855e2c: <partlist type="missed" alt=""
callId="dfe9821f-003c-4b81-8554-2470a1c3c068"><part identity="live:.cid.a749ebc417855e2c"><name>Peter H Harris</name></part><part identity="live:.cid.50fa342aa3647427"><name>David Sham</name></part></partlist>
2024/05/24 13:08:04 8:live:.cid.a749ebc417855e2c: <partlist type="missed" alt=""
callId="f431270a-7c15-4431-8b7c-19baeaf916ee"><part identity="live:.cid.a749ebc417855e2c"><name>Peter H Harris</name></part><part identity="live:.cid.50fa342aa3647427"><name>David Sham</name></part></partlist>
2024/05/24 13:09:55 8:live:.cid.a749ebc417855e2c: Hi David,
I&apos;m concerned I haven&apos;t heard from anyone. We did exactly what you told us to do.
2024/05/27 22:22:36 8:live:.cid.a749ebc417855e2c: Hi David,
How&apos;s it going?
We&apos;re getting really nervous now.
What else do you need from us to release the funds?
Can you talk in the morning?
2024/06/02 08:56:06 David Sham: Hello Peter, how are you ? I have been devastated since the incident
2024/06/02 08:57:36 David Sham: So sorry it had to affect my clients but it well broke my heart to lose my mom and I have been away from work the last week. Fully back to office tomorrow Monday. I'll approve your withdrawal keep you posted
2024/06/02 10:08:42 8:live:.cid.a749ebc417855e2c: Hi David,
We&apos;re doing okay, just nervous, but we understand the delay. Again, sorry about your loss, I know it&apos;s hard to deal with. We look forward to the withdrawal and getting started again.
2024/06/03 10:12:13 8:live:.cid.a749ebc417855e2c: Hi David,
Hope you&apos;re having a better day today. What time shall we expect the withdrawal release this morning?
2024/06/03 11:30:49 David Sham: I have approved withdrawal
2024/06/03 11:31:04 David Sham: You should receive an email from upwin shortly
2024/06/03 11:32:59 8:live:.cid.a749ebc417855e2c: Okay great, waiting

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

for the email.
2024/06/03 11:33:22 David Sham: Check spam also if you don't receive to inbox
2024/06/03 11:33:28 David Sham: Sometimes it goes to spam
2024/06/03 11:36:54 8:live:.cid.a749ebc417855e2c: No email received yet
2024/06/03 11:48:29 8:live:.cid.a749ebc417855e2c: Okay, filled out and sent back to your tax team. When will the deposit take place?
2024/06/03 12:49:30 8:live:.cid.a749ebc417855e2c: Hi David, The tax form I received says 20% commission, but your team and you said 10% on May 5th and May 10th. I changed the tax form to 10% and signed it.
2024/06/03 12:50:26 8:live:.cid.a749ebc417855e2c: What time today shall I expect the $$ into Coinbase?
2024/06/03 17:18:55 David Sham: <quote author="live:.cid.a749ebc417855e2c" authorname="Peter H Harris" timestamp="1717436971" conversation="8:live:.cid.a749ebc417855e2c" messageid="1717436970645" cuid="1521312383874564941"><legacyquote>[1717436971] Peter H Harris: </legacyquote>Hi David, The tax form I received says 20% commission, but your team and you said 10% on May 5th and May 10th. I changed the tax form to 10% and signed it.<legacyquote>

&lt;&lt;&lt; </legacyquote></quote>North Korea govt tax, you know it's a NK platform. They are the only ones that allow software trading. It's the reason we trade in Dubai because the USA govt doesn't allow software trading, so the softwares do not work in the states
2024/06/03 17:19:16 David Sham: <quote author="live:.cid.a749ebc417855e2c" authorname="Peter H Harris" timestamp="1717437027" conversation="8:live:.cid.a749ebc417855e2c" messageid="1717437026707" cuid="734093734914096054"><legacyquote>[1717437027] Peter H Harris: </legacyquote>What time today shall I expect the $$ into Coinbase? <legacyquote>

&lt;&lt;&lt; </legacyquote></quote>Once they verify tax information
2024/06/03 17:20:38 David Sham: I don't work for Upwin, I only trade with a software through the Upwin platform, I also trade using other platforms too
2024/06/03 18:29:20 8:live:.cid.a749ebc417855e2c: Hi David, I was not aware at any time that Upwintrade is a North Korean platform. And you never mentioned anything about taxes to be paid upfront to a foreign country. And how is the 20% tax paid? Please help me clear this up, thanks.
2024/06/04 15:49:42 David Sham: Have you received funds to your wallet ?
2024/06/04 17:58:52 8:live:.cid.a749ebc417855e2c: Hi David, No, I have not.
What could be the issue?
2024/06/05 17:20:10 David Sham: It should already be in your account. It's probably hidden because of the escrow

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

2024/06/05 17:20:38 David Sham: Send me a screenshot of your coinbase wallet. Let me show you how to find it
2024/06/05 17:26:24 8:live:.cid.a749ebc417855e2c: <URIObject uri="https://api.asm.skype.com/v1/objects/0-wus-d9-eed142dd91bdbd408d3a24c2741c432a" url_thumbnail="https://api.asm.skype.com/v1/objects/0-wus-d9-eed142dd91bdbd408d3a24c2741c432a/views/imgt1_anim" type="Picture.1" doc_id="0-wus-d9-eed142dd91bdbd408d3a24c2741c432a" width="919.9572192513369" height="2048">To view this shared photo, go to: <a href="https://login.skype.com/login/sso?go=xmmfallback?pic=0-wus-d9-eed142dd91bdbd408d3a24c2741c432a">https://login.skype.com/login/sso?go=xmmfallback?pic=0-wus-d9-eed142dd91bdbd408d3a24c2741c432a</a><OriginalName v="1717626384690.JPEG"></OriginalName><FileSize v="46558"></FileSize><meta type="photo" originalName="1717626384690.JPEG"></meta></URIObject>
2024/06/05 17:26:43 8:live:.cid.a749ebc417855e2c: It&apos;s the ETH address
2024/06/05 17:35:40 8:live:.cid.a749ebc417855e2c: <URIObject uri="https://api.asm.skype.com/v1/objects/0-wus-d3-ff154fb021671c929d6e8387dfb6ae70" url_thumbnail="https://api.asm.skype.com/v1/objects/0-wus-d3-ff154fb021671c929d6e8387dfb6ae70/views/imgt1_anim" type="Picture.1" doc_id="0-wus-d3-ff154fb021671c929d6e8387dfb6ae70" width="919.9572192513369" height="2048">To view this shared photo, go to: <a href="https://login.skype.com/login/sso?go=xmmfallback?pic=0-wus-d3-ff154fb021671c929d6e8387dfb6ae70">https://login.skype.com/login/sso?go=xmmfallback?pic=0-wus-d3-ff154fb021671c929d6e8387dfb6ae70</a><OriginalName v="1717626940832.JPEG"></OriginalName><FileSize v="51491"></FileSize><meta type="photo" originalName="1717626940832.JPEG"></meta></URIObject>
2024/06/05 17:41:30 David Sham: Select settings
2024/06/05 17:42:13 David Sham: Do you see a search bar there ?
2024/06/05 17:43:24 David Sham: Search for Hide, then you'll see hide asset
2024/06/05 17:43:29 David Sham: Send me a screenshot
2024/06/05 17:44:05 8:live:.cid.a749ebc417855e2c: <URIObject uri="https://api.asm.skype.com/v1/objects/0-wus-d3-1162963333f43108300a088a1b49ab0a" url_thumbnail="https://api.asm.skype.com/v1/objects/0-wus-d3-1162963333f43108300a088a1b49ab0a/views/imgt1_anim" type="Picture.1" doc_id="0-wus-d3-1162963333f43108300a088a1b49ab0a" width="919.9572192513369" height="2048">To view this shared photo, go to: <a href="https://login.skype.com/login/sso?go=xmmfallback?pic=0-wus-d3-1162963333f43108300a088a1b49ab0a">https://login.skype.com/login/sso?go=xmmfallback?pic=0-wus-d3-1162963333f43108300a088a1b49ab0a</a><OriginalName v="1717627445786.JPEG"></OriginalName><FileSize v="46919"></FileSize><FileSize><meta type="photo" originalName="1717627445786.JPEG"></

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

meta></URIObject>
2024/06/05 17:45:00 8:live:.cid.a749ebc417855e2c: <URIObject
uri="https://api.asm.skype.com/v1/objects/0-wus-d1-
cc6a48c429d5d8aeeffe28a6f61dd8a0" url_thumbnail="https://
api.asm.skype.com/v1/objects/0-wus-d1-
cc6a48c429d5d8aeeffe28a6f61dd8a0/views/imgt1_anim" type="Picture.1"
doc_id="0-wus-d1-cc6a48c429d5d8aeeffe28a6f61dd8a0" width="1008"
height="2244">To view this shared photo, go to: <a href="https://
login.skype.com/login/sso?go=xmmfallback?pic=0-wus-d1-
cc6a48c429d5d8aeeffe28a6f61dd8a0">https://login.skype.com/login/sso?
go=xmmfallback?pic=0-wus-d1-cc6a48c429d5d8aeeffe28a6f61dd8a0</
a><OriginalName v="b13e5187-bcf7-43df-b39c-6a1663e92ce4.png"></
OriginalName><FileSize v="150144"></FileSize><meta type="photo"
originalName="b13e5187-bcf7-43df-b39c-6a1663e92ce4.png"></meta></
URIObject>
2024/06/05 17:57:14 8:live:.cid.a749ebc417855e2c: I only see Hide
Balances
2024/06/05 17:59:35 David Sham: That's not what I told you
2024/06/05 18:00:16 David Sham: <quote
author="live:.cid.a749ebc417855e2c" authorname="Peter H Harris"
timestamp="1717626941" conversation="8:live:.cid.a749ebc417855e2c"
messageid="1717626940682"
cuid="6389992794829016476"><legacyquote>[1717626941] Peter H Harris:
</legacyquote><URIObject uri="https://api.asm.skype.com/v1/objects/0-
wus-d3-ff154fb021671c929d6e8387dfb6ae70" url_thumbnail="https://
api.asm.skype.com/v1/objects/0-wus-d3-
ff154fb021671c929d6e8387dfb6ae70/views/imgt1_anim" type="Picture.1"
doc_id="0-wus-d3-ff154fb021671c929d6e8387dfb6ae70"
width="919.9572192513369" height="2048">To view this shared photo, go
to: <a href="https://login.skype.com/login/sso?go=xmmfallback?pic=0-
wus-d3-ff154fb021671c929d6e8387dfb6ae70">https://login.skype.com/
login/sso?go=xmmfallback?pic=0-wus-d3-
ff154fb021671c929d6e8387dfb6ae70</a><OriginalName
v="1717626940832.JPEG"></OriginalName><FileSize v="51491"></
FileSize><meta type="photo" originalName="1717626940832.JPEG"></
meta></URIObject><legacyquote>

&lt;&lt;&lt; </legacyquote></quote>Select settings here
2024/06/05 18:01:07 David Sham: You'll see a search bar once you
select settings
2024/06/05 18:01:41 David Sham: Search hide and send a screenshot of
the two options you see when you search hide
2024/06/05 18:03:37 David Sham: Are you there ?
2024/06/05 18:03:45 8:live:.cid.a749ebc417855e2c: Yes, I&apos;m here
2024/06/05 18:04:49 8:live:.cid.a749ebc417855e2c: <URIObject
uri="https://api.asm.skype.com/v1/objects/0-wus-
d4-4f53471d9d150809de6a61f5f5a52c5e" url_thumbnail="https://
api.asm.skype.com/v1/objects/0-wus-
d4-4f53471d9d150809de6a61f5f5a52c5e/views/imgt1_anim" type="Picture.1"
doc_id="0-wus-d4-4f53471d9d150809de6a61f5f5a52c5e" width="1008"

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

height="2244">To view this shared photo, go to: <a href="https://
login.skype.com/login/sso?go=xmmfallback?pic=0-wus-
d4-4f53471d9d150809de6a61f5f5a52c5e">https://login.skype.com/login/
sso?go=xmmfallback?pic=0-wus-d4-4f53471d9d150809de6a61f5f5a52c5e</
a><OriginalName v="f9063e57-59b2-4993-9525-1eed631012be.png"></
OriginalName><FileSize v="175334"></FileSize><meta type="photo"
originalName="f9063e57-59b2-4993-9525-1eed631012be.png"></meta></
URIObject>
2024/06/05 18:04:49 8:live:.cid.a749ebc417855e2c: I&apos;m looking.
This is the only search bar I have.
2024/06/05 18:07:35 8:live:.cid.a749ebc417855e2c: <URIObject
uri="https://api.asm.skype.com/v1/objects/0-wus-
d2-68bc1d8b024f0bc7a2304e67e6047289" url_thumbnail="https://
api.asm.skype.com/v1/objects/0-wus-
d2-68bc1d8b024f0bc7a2304e67e6047289/views/imgt1_anim" type="Picture.1"
doc_id="0-wus-d2-68bc1d8b024f0bc7a2304e67e6047289" width="1008"
height="2244">To view this shared photo, go to: <a href="https://
login.skype.com/login/sso?go=xmmfallback?pic=0-wus-
d2-68bc1d8b024f0bc7a2304e67e6047289">https://login.skype.com/login/
sso?go=xmmfallback?pic=0-wus-d2-68bc1d8b024f0bc7a2304e67e6047289</
a><OriginalName v="f14d7b6d-77ba-4753-b6b1-359bee4c71ea.png"></
OriginalName><FileSize v="201881"></FileSize><meta type="photo"
originalName="f14d7b6d-77ba-4753-b6b1-359bee4c71ea.png"></meta></
URIObject>
2024/06/05 18:09:42 David Sham: This isn't coinbase wallet
2024/06/05 18:09:52 David Sham: <quote
author="live:.cid.a749ebc417855e2c" authorname="Peter H Harris"
timestamp="1717626941" conversation="8:live:.cid.a749ebc417855e2c"
messageid="1717626940682"
cuid="6389992794829016476"><legacyquote>[1717626941] Peter H Harris:
</legacyquote><URIObject uri="https://api.asm.skype.com/v1/objects/0-
wus-d3-ff154fb021671c929d6e8387dfb6ae70" url_thumbnail="https://
api.asm.skype.com/v1/objects/0-wus-d3-
ff154fb021671c929d6e8387dfb6ae70/views/imgt1_anim" type="Picture.1"
doc_id="0-wus-d3-ff154fb021671c929d6e8387dfb6ae70"
width="919.9572192513369" height="2048">To view this shared photo, go
to: <a href="https://login.skype.com/login/sso?go=xmmfallback?pic=0-
wus-d3-ff154fb021671c929d6e8387dfb6ae70">https://login.skype.com/
login/sso?go=xmmfallback?pic=0-wus-d3-
ff154fb021671c929d6e8387dfb6ae70</a><OriginalName
v="1717626940832.JPEG"></OriginalName><FileSize v="51491"></
FileSize><meta type="photo" originalName="1717626940832.JPEG"></
meta></URIObject><legacyquote>

&lt;&lt;&lt; </legacyquote></quote>This is the correct one
2024/06/05 18:11:10 David Sham: You searching on the wrong place
2024/06/05 18:11:24 David Sham: What wallet did you submit to upwin ?
2024/06/05 18:12:39 David Sham: Are you there
2024/06/05 18:13:06 David Sham: Do you understand me ?
2024/06/05 18:13:10 8:live:.cid.a749ebc417855e2c: I used the one I

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

sent you, coinbase
2024/06/05 18:15:42 David Sham: <URIObject uri="https://
api.asm.skype.com/v1/objects/0-weu-
d11-43447a34a2877d8d97fb3f57f8ff75d7" url_thumbnail="https://
api.asm.skype.com/v1/objects/0-weu-
d11-43447a34a2877d8d97fb3f57f8ff75d7/views/imgt1_anim"
type="Picture.1" doc_id="0-weu-d11-43447a34a2877d8d97fb3f57f8ff75d7"
width="1174.1866666666667" height="2048">To view this shared photo, go
to: <a href="https://login.skype.com/login/sso?go=xmmfallback?pic=0-
weu-d11-43447a34a2877d8d97fb3f57f8ff75d7">https://login.skype.com/
login/sso?go=xmmfallback?pic=0-
weu-d11-43447a34a2877d8d97fb3f57f8ff75d7</a><OriginalName
v="4C6D3621-7C1E-4BDC-974B-F2CF491E1EA5.jpg"></OriginalName><FileSize
v="187482"></FileSize><meta type="photo"
originalName="4C6D3621-7C1E-4BDC-974B-F2CF491E1EA5.jpg"></meta></
URIObject>
2024/06/05 18:15:53 David Sham: This the one you ought to use
2024/06/05 18:16:04 David Sham: That's the settings I'm telling to you
open
2024/06/05 18:16:35 David Sham: I also advised you to use this one
because it's the software trading withdrawal approved wallet
2024/06/05 18:17:36 David Sham: <quote
author="live:.cid.50fa342aa3647427" authorname="David Sham"
timestamp="1717629351" conversation="8:live:.cid.a749ebc417855e2c"
messageid="1717629351144"
cuid="1591169102020346157">

<legacyquote>[1717629351] David Sham: </
legacyquote><URIObject uri="https://api.asm.skype.com/v1/objects/0-
weu-d11-43447a34a2877d8d97fb3f57f8ff75d7" url_thumbnail="https://
api.asm.skype.com/v1/objects/0-weu-
d11-43447a34a2877d8d97fb3f57f8ff75d7/views/imgt1_anim"
type="Picture.1" doc_id="0-weu-d11-43447a34a2877d8d97fb3f57f8ff75d7"
width="1174.1866666666667" height="2048">To view this shared photo, go
to: <a href="https://login.skype.com/login/sso?go=xmmfallback?pic=0-
weu-d11-43447a34a2877d8d97fb3f57f8ff75d7">https://login.skype.com/
login/sso?go=xmmfallback?pic=0-weu-
d11-43447a34a2877d8d97fb3f57f8ff75d7</a><OriginalName
v="4C6D3621-7C1E-4BDC-974B-F2CF491E1EA5.jpg"></OriginalName><FileSize
v="187482"></FileSize><meta type="photo"
originalName="4C6D3621-7C1E-4BDC-974B-F2CF491E1EA5.jpg"></meta></
URIObject><legacyquote>

&lt;&lt;&lt; </legacyquote></quote>Can you see the where I circled
red. That's the settings I'm talking to you about
2024/06/05 18:17:58 8:live:.cid.a749ebc417855e2c: Yes, I used that one
2024/06/05 18:18:21 David Sham: Okay select on there
2024/06/05 18:18:35 David Sham: Send a screenshot after you select
settings
2024/06/05 18:21:59 8:live:.cid.a749ebc417855e2c: <URIObject
uri="https://api.asm.skype.com/v1/objects/0-wus-d7-
f860686eb63840275f70bcab645d0470" url_thumbnail="https://

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

api.asm.skype.com/v1/objects/0-wus-d7-f860686eb63840275f70bcab645d0470/views/imgt1_anim" type="Picture.1" doc_id="0-wus-d7-f860686eb63840275f70bcab645d0470" width="1008" height="2244">To view this shared photo, go to: <a href="https://login.skype.com/login/sso?go=xmmfallback?pic=0-wus-d7-f860686eb63840275f70bcab645d0470">https://login.skype.com/login/sso?go=xmmfallback?pic=0-wus-d7-f860686eb63840275f70bcab645d0470</a><OriginalName v="4d6ae420-cb1b-41b1-82d8-ed60d2bba1d7.png"></OriginalName><FileSize v="189196"></FileSize><meta type="photo" originalName="4d6ae420-cb1b-41b1-82d8-ed60d2bba1d7.png"></meta></URIObject>

2024/06/05 18:22:12 David Sham: Search "hide"
2024/06/05 18:22:19 David Sham: Send me a screenshot
2024/06/05 18:22:52 8:live:.cid.a749ebc417855e2c: <URIObject uri="https://api.asm.skype.com/v1/objects/0-wus-d10-a8e56c225c1a7ab997d0edbed220c804" url_thumbnail="https://api.asm.skype.com/v1/objects/0-wus-d10-a8e56c225c1a7ab997d0edbed220c804/views/imgt1_anim" type="Picture.1" doc_id="0-wus-d10-a8e56c225c1a7ab997d0edbed220c804" width="919.9572192513369" height="2048">To view this shared photo, go to: <a href="https://login.skype.com/login/sso?go=xmmfallback?pic=0-wus-d10-a8e56c225c1a7ab997d0edbed220c804">https://login.skype.com/login/sso?go=xmmfallback?pic=0-wus-d10-a8e56c225c1a7ab997d0edbed220c804</a><OriginalName v="1717629772362.JPEG"></OriginalName><FileSize v="38372"></FileSize><meta type="photo" originalName="1717629772362.JPEG"></meta></URIObject>

2024/06/05 18:23:07 David Sham: Select hide assets
2024/06/05 18:23:22 David Sham: Send a screenshot
2024/06/05 18:23:38 8:live:.cid.a749ebc417855e2c: <URIObject uri="https://api.asm.skype.com/v1/objects/0-wus-d9-6037d7c60ca4f5207522b48c1be0afc5" url_thumbnail="https://api.asm.skype.com/v1/objects/0-wus-d9-6037d7c60ca4f5207522b48c1be0afc5/views/imgt1_anim" type="Picture.1" doc_id="0-wus-d9-6037d7c60ca4f5207522b48c1be0afc5" width="919.9572192513369" height="2048">To view this shared photo, go to: <a href="https://login.skype.com/login/sso?go=xmmfallback?pic=0-wus-d9-6037d7c60ca4f5207522b48c1be0afc5">https://login.skype.com/login/sso?go=xmmfallback?pic=0-wus-d9-6037d7c60ca4f5207522b48c1be0afc5</a><OriginalName v="1717629819034.JPEG"></OriginalName><FileSize v="29967"></FileSize><meta type="photo" originalName="1717629819034.JPEG"></meta></URIObject>

2024/06/05 18:24:04 David Sham: See funds in usdt
2024/06/05 18:24:10 David Sham: Select the eye 👁
2024/06/05 18:24:33 David Sham: Send me a screenshot
2024/06/05 18:24:58 8:live:.cid.a749ebc417855e2c: <URIObject uri="https://api.asm.skype.com/v1/objects/0-wus-d10-b61d18d1c0703c4b7d74b196e512f8ca" url_thumbnail="https://api.asm.skype.com/v1/objects/0-wus-d10-

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

b61d18d1c0703c4b7d74b196e512f8ca" type="Picture.1"
doc_id="0–wus–d10–b61d18d1c0703c4b7d74b196e512f8ca"
width="919.9572192513369" height="2048">To view this shared photo, go
to: <a href="https://login.skype.com/login/sso?go=xmmfallback?pic=0–
wus–d10–b61d18d1c0703c4b7d74b196e512f8ca">https://login.skype.com/
login/sso?go=xmmfallback?pic=0–wus–d10–
b61d18d1c0703c4b7d74b196e512f8ca</a><OriginalName
v="1717629899033.JPEG"></OriginalName><FileSize v="29440"></
FileSize><meta type="photo" originalName="1717629899033.JPEG"></
meta></URIObject>
2024/06/05 18:25:21 David Sham: Go back to assets
2024/06/05 18:25:25 David Sham: Send me screenshot
2024/06/05 18:26:00 8:live:.cid.a749ebc417855e2c: <URIObject
uri="https://api.asm.skype.com/v1/objects/0–wus–d7–
e3ff336bcc0220c9f578d3c6239d0adb" url_thumbnail="https://
api.asm.skype.com/v1/objects/0–wus–d7–
e3ff336bcc0220c9f578d3c6239d0adb/views/imgt1_anim" type="Picture.1"
doc_id="0–wus–d7–e3ff336bcc0220c9f578d3c6239d0adb"
width="919.9572192513369" height="2048">To view this shared photo, go
to: <a href="https://login.skype.com/login/sso?go=xmmfallback?pic=0–
wus–d7–e3ff336bcc0220c9f578d3c6239d0adb">https://login.skype.com/
login/sso?go=xmmfallback?pic=0–wus–d7–
e3ff336bcc0220c9f578d3c6239d0adb</a><OriginalName
v="1717629961378.JPEG"></OriginalName><FileSize v="29440"></
FileSize><meta type="photo" originalName="1717629961378.JPEG"></
meta></URIObject>
2024/06/05 18:26:43 8:live:.cid.a749ebc417855e2c: <URIObject
uri="https://api.asm.skype.com/v1/objects/0–wus–d5–
a755889715c921d80c434afc65ca7b98" url_thumbnail="https://
api.asm.skype.com/v1/objects/0–wus–d5–
a755889715c921d80c434afc65ca7b98/views/imgt1_anim" type="Picture.1"
doc_id="0–wus–d5–a755889715c921d80c434afc65ca7b98" width="1008"
height="2244">To view this shared photo, go to: <a href="https://
login.skype.com/login/sso?go=xmmfallback?pic=0–wus–d5–
a755889715c921d80c434afc65ca7b98">https://login.skype.com/login/sso?
go=xmmfallback?pic=0–wus–d5–a755889715c921d80c434afc65ca7b98</
a><OriginalName v="a9bed978–53fa–4f41–9e4e–f431b4145703.png"></
OriginalName><FileSize v="159351"></FileSize><meta type="photo"
originalName="a9bed978–53fa–4f41–9e4e–f431b4145703.png"></meta></
URIObject>
2024/06/05 18:26:53 David Sham: Go back to the "asset" menu
2024/06/05 18:27:00 David Sham: And send me a screenshot
2024/06/05 18:27:29 8:live:.cid.a749ebc417855e2c: <URIObject
uri="https://api.asm.skype.com/v1/objects/0–wus–d8–
c41ed0bdd1860babad08a136e71bcf31" url_thumbnail="https://
api.asm.skype.com/v1/objects/0–wus–d8–
c41ed0bdd1860babad08a136e71bcf31/views/imgt1_anim" type="Picture.1"
doc_id="0–wus–d8–c41ed0bdd1860babad08a136e71bcf31" width="1008"
height="2244">To view this shared photo, go to: <a href="https://
login.skype.com/login/sso?go=xmmfallback?pic=0–wus–d8–

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

c41ed0bdd1860babad08a136e71bcf31">https://login.skype.com/login/sso?
go=xmmfallback?pic=0-wus-d8-c41ed0bdd1860babad08a136e71bcf31</
a><OriginalName v="952bb940-4d95-461e-92d2-2a50744eec22.png"></
OriginalName><FileSize v="213396"></FileSize><meta type="photo"
originalName="952bb940-4d95-461e-92d2-2a50744eec22.png"></meta></
URIObject>
2024/06/05 18:28:08 David Sham: You didn't need to open the Toshi
token
2024/06/05 18:28:12 David Sham: It's worthless
2024/06/05 18:28:49 David Sham: You can turn of the visibility of that
one, just by tapping the eyes off
2024/06/05 18:29:56 8:live:.cid.a749ebc417855e2c: <URIObject
uri="https://api.asm.skype.com/v1/objects/0-wus-
d10-47c95bdf8d9d233370f9998c7c5263f6" url_thumbnail="https://
api.asm.skype.com/v1/objects/0-wus-
d10-47c95bdf8d9d233370f9998c7c5263f6/views/imgt1_anim"
type="Picture.1" doc_id="0-wus-d10-47c95bdf8d9d233370f9998c7c5263f6"
width="1008" height="2244">To view this shared photo, go to: <a
href="https://login.skype.com/login/sso?go=xmmfallback?pic=0-wus-
d10-47c95bdf8d9d233370f9998c7c5263f6">https://login.skype.com/login/
sso?go=xmmfallback?pic=0-wus-d10-47c95bdf8d9d233370f9998c7c5263f6</
a><OriginalName v="c98fd6bb-b988-4651-98e8-975016834245.png"></
OriginalName><FileSize v="163152"></FileSize><meta type="photo"
originalName="c98fd6bb-b988-4651-98e8-975016834245.png"></meta></
URIObject>
2024/06/05 18:30:41 David Sham: You see funds is in  your Wallet, but
you cannot spend the funds yet, until you settle the North Korea tax
2024/06/05 18:31:21 David Sham: You know they are not in good terms
with the US govt. so they are strict on the tax 
2024/06/05 18:31:07 David Sham: You know they are not in good terms
with the US govt. so they are strict on the tax 
2024/06/05 18:31:53 8:live:.cid.a749ebc417855e2c: How do I get the tax
payment to them?
2024/06/05 18:32:10 8:live:.cid.a749ebc417855e2c: They haven&apos;t
answered
2024/06/05 18:32:48 David Sham: They charge 20% of the money made
2024/06/05 18:34:55 David Sham: The tax is paid out of pocket before
they let you access the funds
2024/06/05 18:35:18 David Sham: Funds is already in your possession,
you just need to clear with them

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

**Attachment B - Shamlian Website Capture**

**Table of contents:**

| # | URL | Timestamp |
|---|-----|-----------|
| 1 | https://davidshamlian.com/contact/ | Sun Jun 09 2024 06:24:42 GMT-0500 (Central Daylight Time) |
| 2 | https://davidshamlian.com/services/# | Sun Jun 09 2024 06:24:21 GMT-0500 (Central Daylight Time) |
| 3 | https://davidshamlian.com/ | Sun Jun 09 2024 06:23:23 GMT-0500 (Central Daylight Time) |
| 4 | https://davidshamlian.com/about/ | Sun Jun 09 2024 06:23:52 GMT-0500 (Central Daylight Time) |

HAR0072

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



HAR0076

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



HAR0079

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



HAR0080

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



© 2024. All rights reserved.

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Over the years, I have taken an extensive study of which my findings are not limited to the fact that investing in cryptocurrency provides an insight into the liquidity and stock exchange market which may in turn influence other possible investment strategies into tourism, shares, hotel/resort, real estate, techs, and other business ventures. Building start-up capital to create and fund any project can be undertaken by investing in cryptocurrency.

It also provides the answer to the question of saving or investing. Saving in any financial institution like a bank is letting your money work for them and not for you are letting your money work for you while saving it. With every investment you make, you can accumulate five times the amount of money invested. Money kept in the bank is not an investment. You don't invest by saving, you save by investing. This has been my acumen for wealth creation as a trader, financial coach, and investment manager.

© 2024. All rights reserved.

Docusign Envelope ID: 793C0E00-38E2-46AB-895C-3DF56B304049

## Attachment C - Harris-Upwintrade Transaction History

| Date | Payor | Payee | Currency | Initiating Platform | Crypto Amount | USD Amount | Transaction Hash | Receiving Address |
|---|---|---|---|---|---|---|---|---|
| 2/28/24 15:52 | Peter Harris | Upwintrade | BTC | Crypto.com | -0.16122203 | $9,695.98 | be62b427560fcd6ecaa99e718ac0b9f2d0c | bc1q6vx5d64a67j3kxxteh4vmj |
| 2/29/24 19:03 | Peter Harris | Upwintrade | BTC | Crypto.com | -0.1620062 | $9,682.83 | 59e49d0c520f788bc6fdd307c9267389098c | 50635399qp9/2mfc |
| | | | | | | | 2ba5f9db6795d020dee1766bbc977d607c | bc1q6vx5d64a67j3kxxteh4vmj |
| 3/1/24 4:53 | Peter Harris | Upwintrade | BTC | Crypto.com | -0.40345656 | $24,569.00 | 9c08456labde3a44a734575b66b00a62 | 50635399qp9/2mfc |
| | | | | | | | 52e845cfb11b86f10ab6f2df076r48b9214e | bc1q6vx5d64a67j3kxxteh4vmj |
| 3/1/24 15:03 | Peter Harris | Upwintrade | BTC | Crypto.com | -0.35 | $21,376.15 | a22a8b4e07141d04a55dcb41404e6ac | 50635399qp9/2mfc |
| | | | | | | | 321c7337d09552b04633d42aa1e1401ff10f | bc1q6vx5d64a67j3kxxteh4vmj |
| 3/4/24 13:42 | Peter Harris | Upwintrade | BTC | Crypto.com | -0.5 | $32,275.24 | 80a744d9d0d7dc8fbb276ef1a2965 | 50635399qp9/2mfc |
| | | | | | | | 588ee7371ee6a3e9301df3033db1aae | bc1q6vx5d64a67j3kxxteh4vmj |
| 3/5/24 15:00 | Peter Harris | Upwintrade | BTC | Crypto.com | -0.2862788 | $19,308.49 | fc386d216317455a047b0674271a1b7624 | 50635399qp9/2mfc |
| | | | | | | | 6236691e3a15307b320f80f3c7bf7 | bc1q6vx5d64a67j3kxxteh4vmj |
| 3/8/24 1:13 | Peter Harris | Upwintrade | BTC | Crypto.com | -0.39138298 | $26,022.71 | 48dee9f62ad8a1317d0cc8e79bebef2c6d9 | 50635399qp9/2mfc |
| | | | | | | | 120985e14d2386977b1634f9856d8fd | bc1q6vx5d64a67j3kxxteh4vmj |
| 3/11/24 6:06 | Peter Harris | Upwintrade | BTC | Crypto.com | -0.375 | $25,510.77 | 8e781e0ed30862b5e4c04107831f0f60a60 | 50635399qp9/2mfc |
| | | | | | | | 0714835987aaf56680f2d2797ba9378 | bc1q6vx5d64a67j3kxxteh4vmj |
| 3/21/24 1:59 | Peter Harris | Upwintrade | BTC | Crypto.com | -0.25 | $16,726.08 | d8549c1a5abd43a9c9687b006c5a41770 | 50635399qp9/2mfc |
| | | | | | | | aa30e659c5257d58d8ea24ef67447 | bc1q6vx5d64a67j3kxxteh4vmj |
| 3/25/24 1:06 | Peter Harris | Upwintrade | BTC | Crypto.com | -0.10413079 | $6,900.04 | 90d6e42389a6d32d4d0bbf60d765aa4143 | 50635399qp9/2mfc |
| | | | | | | | 6baa9112218137fc8810352740261c | bc1q6vx5d64a67j3kxxteh4vmj |
| 3/28/24 2:14 | Peter Harris | Upwintrade | BTC | Crypto.com | -0.0771007 | $5,317.56 | 3605f007309d89d833a3d477ea2590df12 | bc1q6vx5d64a67j3kxxteh4vmj |
| | | | | | | | 805be8a407f59c788dad33c0059a4e3 | 50635399qp9/2mfc |
| 3/30/24 16:28 | Peter Harris | Upwintrade | BTC | Crypto.com | -0.28207876 | $19,642.25 | 0130c5a30a43900ca8a09e5bf106c0d11d | bc1q6vx5d64a67j3kxxteh4vmj |
| | | | | | | | d90d46f6a31837b584635c1c0159d3 | 50635399qp9/2mfc |
| 4/10/24 17:37 | Peter Harris | Upwintrade | BTC | Kraken | -0.2822 | $19,929.04 | 4a587c8d73f01a13ea2e4184049966872c | bc1q6vx5d64a67j3kxxteh4vmj |
| | | | | | | | 31c57727bc9a72s143c5c662248094c | 50635399qp9/2mfc |
| 4/11/24 13:06 | Peter Harris | Upwintrade | BTC | Kraken | -0.0686 | $4,803.49 | b1a1d243d1cc578712c70bebc386a0f9dc | bc1q6vx5d64a67j3kxxteh4vmj |
| | | | | | | | 649b277bb594f79ccf01132f01f5df | 50635399qp9/2mfc |
| 4/25/24 21:07 | Peter Harris | Upwintrade | BTC | Kraken | -1.5173571 | $97,854.51 | 755a3ca7f6eb2f6bc3bca3c4032b05e7d5 | bc1qvf42a2yk3k42mdpeyctzesa |
| | | | | | | | 59023ea0f51f733d13b55bf0f62aea2 | whntr4iuprt52f38 |
| 4/26/24 22:10 | Peter Harris | Upwintrade | BTC | Kraken | -0.04535509 | $2,890.22 | 77472d09d02c619e9287bc29f82fba4f499 | bc1qvf42a2yk3k42mdpeyctzesa |
| | | | | | | | 87407b5a4cbb05d010a0190081996 | whntr4iuprt52f38 |
| 5/9/24 20:01 | Peter Harris | Upwintrade | BTC | Kraken | -3.21072269 | $202,490.49 | 857059198889250245085063307054483 | bc1q25a5zpcn6957scm3d332c |
| | | | | | | | 0228fc3289314ddcda5e4952f2063 | jeucald1g9heuv |
| 5/18/24 19:36 | Peter Harris | Upwintrade | BTC | Kraken | -1.63651102 | $109,534.99 | d007b3a2404cfb8897404776565dd6ca7 | bc1q25a5zpcn6957scm3d332c |
| | | | | | | | 6624a9ba0bd379a23ec72f284c871 | jeucald1g9heuv |

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

**Attachment D - Upwintrade Max Balance Screenshot**



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

Attachment E - Upwintrade Site Capture

**Table of contents:**

| # | URL | Timestamp |
|---|-----|-----------|
| 1 | https://upwintrade.com/index.php/user/fundAccount | Sun Jun 09 2024 10:42:42 GMT-0500 (Central Daylight Time) |
| 2 | https://upwintrade.com/index.php/home/execution_policy | Sun Jun 09 2024 06:18:29 GMT-0500 (Central Daylight Time) |
| 3 | https://upwintrade.com/index.php/home/execution_policy | Sun Jun 09 2024 06:17:31 GMT-0500 (Central Daylight Time) |
| 4 | https://upwintrade.com/index.php/home/trading_central | Sun Jun 09 2024 06:17:02 GMT-0500 (Central Daylight Time) |
| 5 | https://upwintrade.com/index.php/home/client_services | Sun Jun 09 2024 06:15:31 GMT-0500 (Central Daylight Time) |
| 6 | https://upwintrade.com/index.php/home/deposit_withdrawals | Sun Jun 09 2024 06:16:11 GMT-0500 (Central Daylight Time) |
| 7 | https://upwintrade.com/index.php/home/leverage_policy | Sun Jun 09 2024 06:16:37 GMT-0500 (Central Daylight Time) |
| 8 | https://upwintrade.com/index.php/home/partners | Sun Jun 09 2024 06:15:00 GMT-0500 (Central Daylight Time) |
| 9 | https://upwintrade.com/index.php/home/crypto | Sun Jun 09 2024 06:14:11 GMT-0500 (Central Daylight Time) |
| 10 | https://upwintrade.com/index.php/home/contact_us | Sun Jun 09 2024 06:13:42 GMT-0500 (Central Daylight Time) |
| 11 | https://upwintrade.com/index.php/auth/signup | Sun Jun 09 2024 06:12:10 GMT-0500 (Central Daylight Time) |
| 12 | https://upwintrade.com/index.php/home/why_us | Sun Jun 09 2024 06:12:39 GMT-0500 (Central Daylight Time) |
| 13 | https://upwintrade.com/index.php/home/funds_safety | Sun Jun 09 2024 06:13:12 GMT-0500 (Central Daylight Time) |
| 14 | https://upwintrade.com/index.php/home/why_us | Sun Jun 09 2024 06:11:43 GMT-0500 (Central Daylight Time) |
| 15 | https://upwintrade.com/index.php | Sun Jun 09 2024 06:11:09 GMT-0500 (Central Daylight Time) |
| 16 | https://upwintrade.com/index.php/user/userProfile | Sun Jun 09 2024 06:10:00 GMT-0500 (Central Daylight Time) |
| 17 | https://upwintrade.com/index.php/user/fundAccount | Sun Jun 09 2024 06:08:31 GMT-0500 (Central Daylight Time) |
| 18 | https://upwintrade.com/index.php/user/withdrawFund | Sun Jun 09 2024 06:09:06 GMT-0500 (Central Daylight Time) |
| 19 | https://upwintrade.com/index.php/user/tradePlans | Sun Jun 09 2024 06:09:33 GMT-0500 (Central Daylight Time) |
| 20 | https://upwintrade.com/index.php/user/withdrawalHistory | Sun Jun 09 2024 06:07:43 GMT-0500 (Central Daylight Time) |
| 21 | https://upwintrade.com/index.php/user/depositHistory | Sun Jun 09 2024 06:07:07 GMT-0500 (Central Daylight Time) |
| 22 | https://upwintrade.com/index.php/user/tradeEarning | Sun Jun 09 2024 06:05:43 GMT-0500 (Central Daylight Time) |
| 23 | https://upwintrade.com/index.php/user/tradeCFD | Sun Jun 09 2024 06:03:47 GMT-0500 (Central Daylight Time) |
| 24 | https://upwintrade.com/index.php/user/tradeStocks | Sun Jun 09 2024 06:04:08 GMT-0500 (Central Daylight Time) |
| 25 | https://upwintrade.com/index.php/user/tradeHistory | Sun Jun 09 2024 06:05:05 GMT-0500 (Central Daylight Time) |
| | | |

HAR0086

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| # | URL | Timestamp |
|---|-----|-----------|
| 26 | https://upwintrade.com/index.php/user/tradeCrypto | Sun Jun 09 2024 06:03:25 GMT-0500 (Central Daylight Time) |
| 27 | https://upwintrade.com/index.php/user | Sun Jun 09 2024 06:02:37 GMT-0500 (Central Daylight Time) |

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

**Execution Venues**

The Firm also operates as an agent whereby client transactions are received and transmitted to other reputab

**Price**

Upwin Trade provides two-way pricing quoted live across all its products to clients, which can be accessed on

Have any questions? Ask away!

Type here

HAR0091

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

HAR0092

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



**SPREADS FROM 0.0 PIPS & FAST EXECUTION**

Being experts in serving institutional and professional clients, Upwin Trade boasts bespoke liquidity pool with best in class connectivity across all asset classes.

**ENTER THE WORLD OF TRADING**

It takes a few minutes and even fewer clicks to enter the promising and exciting world of trading. Take the first step by clicking the link below.

OPEN LIVE ACCOUNT        LOGIN ACCOUNT

**COMPANY**
Why Upwin Trade
About Us
Safety Of Funds
Contact Us

**PRODUCTS**
Forex
Metals
Indices
Energy
Cryptos
EU/US Stocks

**PARTNERSHIPS**
Introducing Brokers
White Labels

**SERVICES**
Client Services
Deposit & Withdrawals
Leverage Policy
Trading Central
Best Execution Policy

HAR0093

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



# BEST EXECUTION POLICY

Upwin Trade (hereinafter as "Upwin Trade" or "the Firm") provides mainly automated execution-only services to retail and professional clients ("client") in the following instruments:



| Cryptos | Energy | Forex | Indices | Metals | US Stocks |

Upwin Trade clients place a huge trust with the Firm to offer the best execution to its clients. Upwin Trade executes clients' orders at the best price offered by our credited Liquidity Providers. The system is set to automatically select the best available price and show it to the clients on our online platform. Upwin Trade considers 'price', 'cost' and 'speed' as highly important execution factors.

**Trading platform**

Upwin Trade customers can trade using the following trading platform ("platform"):

- MetaTrader 4

- MetaTrader 4 Mobile

Trading is subject to trading hours' restrictions and are provided per instrument on the platform.

**Execution Venues**

The Firm also operates as an agent whereby client transactions are received and transmitted to other reputable liquidity providers.

**Price**

Upwin Trade provides two-way pricing quoted live across all its products to clients, which can be accessed on Upwin Trade's platform. Upwin Trade aims to provide clients with fast, reliable and uninterrupted prices.

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

HAR0096

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

HAR0097

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



HAR0099

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



COMPANY   PRODUCTS   PARTNERSHIPS   SERVICES

# UPWIN TRADE CENTRAL

Upwin Trade offers investors Trading Central, a cutting-edge trading signal tool used by the world's largest banks and professional traders. The tool gives immediate operational advice, technical form and in-depth analysis of market changes.



OPEN LIVE ACCOUNT        LOGIN ACCOUNT

HAR0100

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

A web-based application that enables you to access TRADING CENTRAL's global research directly as it updates technical levels, targets and time-frames all assets throughout the trading day. This award-winning research portal will allow you to receive up-to-the-minute technical analysis.

**TRADING LOGIN**

## WHY CHOOSE TRADING CENTRAL

TRADING CENTRAL (TC) is a service provider specializing in investment research and financial market technical analysis. Its offices cover the financial centers of Paris, London, New York and Hong Kong. It has provided financial market technical analysis services to 38 of the top 50 global investment banks, hedge funds, specialized traders and brokers.

 **Adaptive candlestick**

Upwin Trade Central's analyst opinion indicators can provide you with the direction of the trend and important technical points. With its award-winning technical analysis method, TC Ganding uses directional predictions for each chart analysis and will always support your investment decisions here.



**Experts screen important information for you**

Upwin Trade Central combines candle charts with unique

**Our featured graphics**

The space TC MT4 indicator can scan any chart and find 16

HAR0101

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



**Experts screen important information for you**

Uwin Trade Central combines simple charts with relevant technical graphics that are helpful for investment decisions at the current stage.

**TRADE NOW**

**Our featured graphics**

The macro TC MT4 indicator can scan any chart and find 16 time.

**TRADE NOW**

### Adaptive divergence indicator

If you like to use the MACD indicator, you will also like the adaptive divergence indicator (ADC) in short-term trading strategies! It is more helpful than MACD indicator in short-term trading and can provide more timely trading signals. At the same time, during the market shock, its signal will automatically adjust the time period.



**Fast or slow price indicator**

We use a moving average before weighting as a slow indicator. Fast indicators use changing weighted moving averages—trend markets have shorter cycles and longer volatile market cycles. This can be more effective, because other moving averages do trend, and often give a slower signal: observe the trend upwards, the fast indicator is above the slow indicator; or the price passes above the indicator. These are the basic elements of the adaptive divergence indicator (ADC).

**TRADE NOW**



**Initial and smooth signal lines**

For fast signals, observe the upward slope and when the ADC initial signal line is above the ADC smooth signal line, it will be a buy signal. For slow signals, observe that the ADC initial signal line and ADC smooth signal line are above the 0 line at the same time. Like the MACD indicator, the initial signal line represents the difference between the fast and slow indicators. This is the smoothed exponential moving average, but in this case, we find that the smoothed automatic length value is usually around 4, which is different from the value of the MACD indicator. Is 9.

**TRADE NOW**

HAR0102

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



**Long or short entry / exit signals**

Blank labels will help remind you of trading opportunities: ↑ (buy long position), LX (long position exit), ↓ (short position buy), SX (short position exit). Signals are given based on all adaptive divergence indicators (ADC) components, including price lines, indicators and oscillators. These components can be displayed in an adaptable price data window, they are independent of each other, but we can make decisions by weight

**TRADE NOW**

**Oscillation factor fast and slow**

The space ADC indicator has two oscillation factors. For fast signals, observe that the fast oscillation factor will go up and above the zero line. For slow signals, observe that the fast oscillation factor is above the slow factor, or observe that the slope of the slow oscillation factor is upward and below the fast factor, and is higher than the adaptive variable

**TRADE NOW**

 **Analyst perspective**

Upwin Trade Central's analyst opinion indicators can provide you with the direction of the trend and important technical points. With its award-winning technical analysis method, TC Ganding uses directional predictions for each chart analysis and will always support your investment decisions here.



**Key technology points to help you trade**

HAR0103

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



## SPREADS FROM 0.0 PIPS & FAST EXECUTION

Being experts in serving institutional and professional clients, Upwin Trade boasts bespoke liquidity pool with best in class connectivity across all asset classes.



| Cryptos | Energy | Forex | Indices | Metals | US Stocks |

## ENTER THE WORLD OF TRADING

It takes a few minutes and even fewer clicks to enter the promising and exciting world of trading. Take the first step by clicking the link below.

HAR0104

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



COMPANY    PRODUCTS    PARTNERSHIPS    SERVICES

## CLIENT SERVICES

At Upwin Trade we call ourselves a boutique FX shop for a reason. We take the support of our customers very seriously and by doing so have earned the trust of hundreds of white labels and thousands of IBs.



OPEN LIVE ACCOUNT    LOGIN ACCOUNT

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

HAR0107

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



HAR0108

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



COMPANY    PRODUCTS    PARTNERSHIPS    SERVICES

## DEPOSIT & WITHDRAWALS

At Upwin Trade we call ourselves a boutique FX shop for a reason. We take the support of our customers very seriously and by doing so have earned the trust of hundreds of white labels and thousands of IBs.



OPEN LIVE ACCOUNT    LOGIN ACCOUNT

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

Being able to quickly replenish your account using multiple deposit options can be critical during the fast market moves. At Upwin Trade we believe that it is crucial you can manage your funds effectively with minimal transaction costs.

## DEPOSIT / WITHDRAWAL METHODS

Additionally, we provide Instant Internal Transfer options to clients who hold multiple accounts. It can be done with just a few clicks from inside the Client Portal. Please note, this function only works during market open hours, so always refer to your Client Portal for more details.

Some options are only available to residents of certain countries. For added security, we are constantly adding new deposit channels as well as doing maintenance checks on the existing ones. Please refer to your Client Portal for up to date information on each channel and operating hours as they may change. Also note that, when you request a withdrawal from your Client Portal, the withdrawal will be in the base currency of your trading account.



| Bank Wire | Currencies | Processing Time | Commission | Minimum amount |
|---|---|---|---|---|
| Deposit | USD, EUR, GBP | 2-5 Business Days | None | Contact Account Executive for details |
| Withdrawal | USD, EUR, GBP | 2-5 Business Days | None | Contact Account Executive for details |

| Cryptos | Currencies | Processing Time | Commission | Minimum amount |
|---|---|---|---|---|
| Deposit | BTC, ETH , BCH | 1 Working Day | 1% | 500 USD equivalent |
| Withdrawal | BTC, ETH , BCH | 1 Working Day | 1% | 100 USD equivalent |

| Stable Cryptos | Currencies | Processing Time | Commission | Minimum amount |
|---|---|---|---|---|
| Deposit | USDT (Tether) | Instant | None | 500 USD equivalent |
| Withdrawal | USDT (Tether) | Instant | None | 100 USD equivalent |

| Union Pay | Currencies | Processing Time | Commission | Minimum amount |
|---|---|---|---|---|

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



| Union Pay | | Currencies | | Processing Time | | Commission | | Minimum amount | |
|---|---|---|---|---|---|---|---|---|---|
| Withdrawal | | USDT (Tether) | | Instant | | None | | 100 USD equivalent | |

*There is a $25 fee for withdrawals if you do more than 4 withdrawals per calendar month.
**Processing times can vary by channel and are often updated, please refer to Client Portal for up to date information or contact your Account Executive or one of our helpful Customer Service reps.

IMPORTANT: Upwin Trade does NOT accept any funds from 3rd parties. It's also important to note that, should we become aware that you're purposely abusing our payment methods, we reserve the right to close your account and also charge you all applicable transfer and refund fees incurred on our side.

## SPREADS FROM 0.0 PIPS & FAST EXECUTION

Being experts in serving institutional and professional clients, Upwin Trade boasts bespoke liquidity pool with best in class connectivity across all asset classes.

Cryptos     Energy     Forex     Indices     Metals     US Stocks



## ENTER THE WORLD OF TRADING

It takes a few minutes and even fewer clicks to enter the promising and exciting world of trading. Take the first step by clicking the link below.

OPEN LIVE ACCOUNT     LOGIN ACCOUNT

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



COMPANY    PRODUCTS    PARTNERSHIPS    SERVICES

## UPWIN TRADE FLEXIBLE LEVERAGE

Upwin Trade TTD offers a flexible leverage policy, which allows you to take full advantage of our robust liquidity.



OPEN LIVE ACCOUNT          LOGIN ACCOUNT



| Account Equity (USD) / Type | FX & Gold & Silver | CFD Indices | Energies | Cryptos | Base Metals |
|---|---|---|---|---|---|
| $10,000 to $20,000 | 1:400 | 1:200 | 1:200 | 1:10 | 1:20 |

HAR0115

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| Account Equity (USD) / Type | FX & Gold & Silver | CFD Indices | Energies | Cryptos | Base Metals |
|---|---|---|---|---|---|
| $10,000 to $20,000 | 1:400 | 1:200 | 1:200 | 1:10 | 1:20 |
| $20,000 to $250,000 | 1:200 | 1:200 | 1:200 | 1:10 | 1:20 |
| Copy-Trading Clients | 1:100 | 1:100 | 1:100 | 1:5 | 1:20 |
| Over $250,000 | 1:100 | 1:100 | 1:100 | 1:5 | 1:20 |
| Under $10,000 | 1:500 | 1:200 | 1:200 | 1:10 | 1:20 |

**Account Equity < $10,000 USD**: Clients will receive leverage of 1:500 across most FX & Metals instruments, 1:200 across CFD Indices and Energies, and 10:1 on Cryptocurrency products.

**Account Equity $10,000 - $20,000**: Clients will receive leverage of 1:400 across most FX & Metals instruments, 1:200 across CFD Indices and Energies, and 10:1 on Cryptocurrency products.

**Account Equity $20,000 - $250,000**: Clients will receive leverage of 1:200 across most FX & Metals instruments, 1:200 across CFD Indices and Energies, and 10:1 on Cryptocurrency products.

**Account Equity>$250,000**: Clients will receive leverage of 1:100 across most FX & Metals instruments, 1:100 across CFD Indices and Energies, and 5:1 on Cryptocurrency products.

**Copy-Trading / Similar Trading**: Those who are utilizing copy- trading or display simultaneous trading patterns under the same IB are subject to the Copy-Trading Leverage profile. This group is offered 100:1 leverage across FX, Metals, CFD Indices, and Energies. Cryptocurrency products for this group have a leverage of 5:1.

**Changing of Leverage Profiles**: Leverage profiles are subject to adjustment based on changes in equity or trading patterns without prior notice to clients.

**Special Requests**: Exceptions to the above profiles can be made on a case-by-case basis for both new and existing clients. If you would like to have your leverage profile re-assessed please reach out to your Account Representative.

HAR0116

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

## SPREADS FROM 0.0 PIPS & FAST EXECUTION

Being experts in serving institutional and professional clients, Upwin Trade boasts bespoke liquidity pool with best in class connectivity across all asset classes.



| Cryptos | Energy | Forex | Indices | Metals | US Stocks |



### ENTER THE WORLD OF TRADING

It takes a few minutes and even fewer clicks to enter the promising and exciting world of trading. Take the first step by clicking the link below.

**OPEN LIVE ACCOUNT**    **LOGIN ACCOUNT**

| COMPANY | PRODUCTS | PARTNERSHIPS | SERVICES |
| --- | --- | --- | --- |
| Why Upwin Trade | Forex | Introducing Brokers | Client Services |
| About Us | Metals | White Labels | Deposit & Withdrawals |
| Safety Of Funds | Indices | | Leverage Policy |
| Contact Us | Energy | | Trading Central |
| | Cryptos | | Best Execution Policy |
| | EU/US Stocks | | |

Upwin Trade Trading LLC is part of Upwin Trade Group of companies with broker entries that are authorised and regulated across multiple jurisdictions. Upwin Trade Trading LLC has it's business address at United States.

HAR0117

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



COMPANY    PRODUCTS    PARTNERSHIPS    SERVICES

## UPWIN TRADE INTRODUCING BROKERS

Upwin Trade offers one of the most advanced Introducing Broker programs in the industry with highly customizable rebates, powerful real-time back office and constant ongoing marketing and technical support. Our partners' success is our success.



OPEN LIVE ACCOUNT    LOGIN ACCOUNT

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

HAR0120

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



COMPANY   PRODUCTS   PARTNERSHIPS   SERVICES

## TRADE BITCOINS, ETHEREUM AND LITECOINS!

Choose from widest selection of cryptos among OTC brokers. Enjoy better trading terms and more flexible leverage than on tradition crypto exchanges.



OPEN LIVE ACCOUNT          LOGIN ACCOUNT

HAR0123

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| MT4 Symbol | Spread | Min Trade Size | Max Trade Size | Lot Size | Margin |
|---|---|---|---|---|---|
| ADAUSD | 0.00089 | 0.01 | 10 | 10000 | 10% |
| ALGOUSD | 0.00100 | 0.01 | 10 | 10000 | 10% |
| ATOMUSD | 0.02600 | 0.01 | 10 | 1000 | 10% |
| AVAXUSD | 0.06100 | 0.01 | 10 | 100 | 10% |
| BCHUSD | 0.26000 | 0.01 | 10 | 100 | 10% |
| BITUSD | 0.00007 | 0.01 | 25 | 1,000,000 | 10% |
| BNBUSD | 0.32000 | 0.01 | 10 | 100 | 10% |
| BTCEUR | 62.28000 | 0.01 | 10 | 1 | 10% |
| BTCGBP | 53.76000 | 0.01 | 10 | 1 | 10% |
| BTCJPY | 10,795.00000 | 0.01 | 10 | 1 | 10% |
| BTCUSD | 0.10000 | 0.01 | 10 | 1 | 5% |
| DASHBTC | 0.00002 | 0.01 | 25 | 100 | 10% |
| DASHUSD | 0.13000 | 0.01 | 25 | 100 | 10% |
| DOGEUSD | 0.00050 | 0.01 | 25 | 10,000 | 10% |

HAR0124

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | |
|---|---|---|---|---|---|
| ⌄ | DASHBTC | ▼ 0.00002 | 0.01 | 25 | 100 | 10% |
| ⌄ | DASHUSD | ▼ 0.13000 | 0.01 | 25 | 100 | 10% |
| ⌄ | DOGEUSD | ▼ 0.00050 | 0.01 | 25 | 10,000 | 10% |
| ⌄ | EOSBTC | ▬ 0.00200 | 0.01 | 25 | 10,000 | 10% |
| ⌄ | EOSUSD | ▼ 0.00250 | 0.01 | 25 | 10,000 | 10% |
| ⌄ | ETCEUR | ▼ 1.31590 | 0.01 | 25 | 10000 | 10% |
| ⌄ | ETCJPY | ▼ 8.30420 | 0.01 | 25 | 10000 | 10% |
| ⌄ | ETCUSD | ▼ 0.05770 | 0.01 | 25 | 10000 | 10% |
| ⌄ | ETHBTC | ▼ 0.00015 | 0.01 | 10 | 100 | 10% |
| ⌄ | ETHEUR | ▲ 3.85000 | 0.01 | 10 | 100 | 10% |
| ⌄ | ETHGBP | ▲ 3.33000 | 0.01 | 10 | 100 | 10% |
| ⌄ | ETHJPY | ▼ 605.00000 | 0.01 | 10 | 100 | 10% |
| ⌄ | ETHUSD | ▼ 0.01000 | 0.01 | 10 | 100 | 5% |
| ⌄ | IOTABIT | ▲ 0.02303 | 0.01 | 25 | 100,000 | 10% |
| ⌄ | IOTAUSD | ▼ 0.00070 | 0.01 | 25 | 100,000 | 10% |
| ⌄ | LINKUSD | ▼ 0.01900 | 0.01 | 10 | 1000 | 10% |
| ⌄ | LTCBTC | ▼ 0.00002 | 0.01 | 25 | 100 | 10% |
| ⌄ | LTCEUR | ▲ 0.23000 | 0.01 | 25 | 100 | 10% |
| ⌄ | LTCJPY | ▼ 32.89000 | 0.01 | 25 | 100 | 10% |
| ⌄ | LTCUSD | ▲ 0.02000 | 0.01 | 25 | 100 | 5% |

HAR0125

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | |
|---|---|---|---|---|---|---|
| ∨ | LTCUSD | ▲ 0.02000 | 0.01 | 25 | 100 | 5% |
| ∨ | MATICUSD | − 0.00709 | 0.01 | 10 | 10000 | 10% |
| ∨ | NEARUSD | ▲ 0.01270 | 0.01 | 10 | 1000 | 10% |
| ∨ | NEOBTC | ▼ 0.00001 | 0.01 | 25 | 1,000 | 10% |
| ∨ | NEOEUR | ▼ 0.04000 | 0.01 | 25 | 1000 | 10% |
| ∨ | NEOJPY | ▼ 4.33000 | 0.01 | 25 | 1000 | 10% |
| ∨ | NEOUSD | ▼ 0.04000 | 0.01 | 25 | 1,000 | 10% |
| ∨ | OMGBIT | ▼ 0.08600 | 0.01 | 25 | 10,000 | 10% |
| ∨ | OMGEUR | ▲ 0.00190 | 0.01 | 25 | 10000 | 10% |
| ∨ | OMGJPY | ▼ 0.28950 | 0.01 | 25 | 10000 | 10% |
| ∨ | OMGUSD | ▼ 0.00210 | 0.01 | 25 | 10,000 | 10% |
| ∨ | QTUMBIT | ▼ 20.36385 | 0.01 | 25 | 10000 | 10% |
| ∨ | QTUMEUR | ▼ 0.00850 | 0.01 | 25 | 10000 | 10% |
| ∨ | QTUMJPY | ▼ 1.32540 | 0.01 | 25 | 10000 | 10% |
| ∨ | QTUMUSD | ▼ 0.01440 | 0.01 | 25 | 10000 | 10% |
| ∨ | SHIUSD | ▲ 0.00003 | 0.01 | 10 | 1000000 | 10% |
| ∨ | SOLUSD | ▼ 0.06000 | 0.01 | 10 | 100 | 10% |
| ∨ | TRXUSD | ▼ 0.00040 | 0.01 | 25 | 1,000,000 | 10% |

HAR0126

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



| | | | | | | |
|---|---|---|---|---|---|---|
| TRXUSD | ▼ 0.00040 | 0.01 | 25 | 1,000,000 | 10% |
| USDTJPY | ▼ 0.33200 | 0.01 | 25 | 100000 | 10% |
| USDTUSD | ▲ 0.00250 | 0.01 | 25 | 100000 | 10% |
| XMRBTC | ▼ 0.00004 | 0.01 | 25 | 100 | 10% |
| XMRUSD | ▲ 0.39000 | 0.01 | 25 | 100 | 10% |
| XRPBIT | ▼ 0.05435 | 0.01 | 25 | 100,000 | 10% |
| XRPEUR | ▲ 0.00127 | 0.01 | 25 | 100000 | 10% |
| XRPJPY | ▼ 0.16670 | 0.01 | 25 | 100000 | 10% |
| XRPUSD | ▲ 0.00117 | 0.01 | 25 | 100,000 | 5% |
| ZECBTC | ▼ 0.00002 | 0.01 | 25 | 100 | 10% |
| ZECUSD | ▼ 0.11000 | 0.01 | 25 | 100 | 10% |

## SPREADS FROM 0.0 PIPS & FAST EXECUTION

Being experts in serving institutional and professional clients, Upwin Trade boasts bespoke liquidity pool with best in class connectivity across all asset classes.



| Cryptos | Energy | Forex | Indices | Metals | US Stocks |

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Cryptos    Energy    Forex    Indices    Metals    US Stocks



## ENTER THE WORLD OF TRADING

It takes a few minutes and even fewer clicks to enter the promising and exciting world of trading. Take the first step by clicking the link below.

**OPEN LIVE ACCOUNT**    **LOGIN ACCOUNT**

**COMPANY**
Why Upwin Trade
About Us
Safety Of Funds
Contact Us

**PRODUCTS**
Forex
Metals
Indices
Energy
Cryptos
EU/US Stocks

**PARTNERSHIPS**
Introducing Brokers
White Labels

**SERVICES**
Client Services
Deposit & Withdrawals
Leverage Policy
Trading Central
Best Execution Policy

Upwin Trade Trading LLC is part of Upwin Trade Group of companies with broker entities that are authorised and regulated across multiple jurisdictions. Upwin Trade Trading LLC has it's business address at United States.

The objects of the Company are all subject matters not forbidden by International Business Companies (Amendment and Consolidation) Act, Chapter 149 of the Revised Laws of Saint Vincent and Grenadines, 2009, in particular but not exclusively all commercial, financial, lending, borrowing, trading, service activities and the participation in other enterprises as well as to provide brokerage, training and managed account services in currencies, commodities, indexes, CFDs and leveraged financial instruments.

BANK TRANSFER    AMERICAN EXPRESS    ALIPAY    VISA    UnionPay    MasterCard    bitcoin

Risk Warning: Foreign exchange and CFD trading carries a high level of risk that may not be suitable for all investors. Leverage creates additional risk and loss exposure. Before you decide to trade foreign exchange, carefully consider your investment objectives, experience level, and risk tolerance.

You could lose some or all of your initial investment; do not invest money that you cannot afford to lose. Educate yourself on the risks associated with foreign exchange trading, and seek advice from an independent financial or tax

Upwin Trade Ltd is an FX & CFD Broker registered in England and Wales , authorised and regulated by the Financial Conduct Authority of the UK ("FCA").

Upwin Trade Global is regulated by the Financial Services Commission of the Republic of Mauritius with an Investment Dealer License.

HAR0128

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



HAR0129

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



HAR0132

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



COMPANY   PRODUCTS   PARTNERSHIPS   SERVICES

# UPWIN TRADE IS A FAST GROWING BOUTIQUE FX BROKER WITH A PARTICULAR FOCUS ON B2B AND INSTITUTIONAL MARKET SEGMENTS

Our mission in Upwin Trade is to create the best trading conditions and trading environment to our clients, which would allow them to trade without limits.



**OPEN LIVE ACCOUNT**    **LOGIN ACCOUNT**

HAR0134

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

you could lose some or all of your initial investment, do not invest money that you cannot afford to lose. Educate yourself on the risks associated with foreign exchange trading, and seek advice from an independent financial or tax advisor if you have any questions. Visit Upwin Trade Leverage policy for more details.

Investment Trader License.

All rights reserved. Copyright © 2015 - 2024

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



## SAFETY FUNDS

Safety of our clients' funds is our top priority.





OPEN LIVE ACCOUNT          LOGIN ACCOUNT

DDOS PROTECTION & MULTIPLE REDUNDANCY          HIGH REGULATORY STANDARDS

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



### DDOS PROTECTION & MULTIPLE REDUNDANCY

Upwin Trade invested heavily into building the best in class DDOS protected server network with multiple layers of redundancies, backup hardware and software tools, failover price feeds, global datacenters and optimized regional routing networks, giving our clients a 99.99% server uptime and carefree trading experience even during the most highly traded global news events



### HIGH REGULATORY STANDARDS

Upwin Trade Group umbrella includes FCA regulated broker, ensuring that all our policies and procedures are designed with highest regulatory standards in mind.



### NEGATIVE BALANCE PROTECTION

Unlike traditional futures or options brokerages, Upwin Trade offer all its clients negative balance protection guarantee. Even during the fast-volatile market moves, you will never experience losses that exceed your account balance with Upwin Trade.



### REGULAR AUDITS

Having a global network of companies, Upwin Trade conducts periodic audits of all its books and transactions with daily internal reporting affording the highest level of hands-on financial management



### ROBUST RISK MANAGEMENT

Upwin Trade pedigree is deeply rooted in managing institutional grade liquidity and working with professional clients. Our team boast decades in combined risk management experience, with multiple successful "black swan" event behind our belt. Upwin Trade is using state-of-the-art real-time liquidity and risk management monitoring tools and proprietary algorithms in order to match our Top-tier liquidity providers with our clients' trading orders.



### SECURED MEMBER AREA

Each registered client or partner of Upwin Trade enjoys a secured Member Area with high level of encryption protocols and auto-detection of suspicious activity

HAR0139

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



#### SEGREGATED CUSTOMER FUNDS

All our customer funds are held in segregated accounts with top tier banks and selected financial institutions. It is also Upwin Trade company policy to never use customer funds for any of the company's business financing needs, hence affording our customers funds the safety they deserve.

#### STRINGENT CAPITAL CONTROLS

Upwin Trade only works with carefully vetted payment system providers with tight risk management controls on all the transactions and swift settlement of funds, hence reducing the 3rd party risks to a minimum.



### ENTER THE WORLD OF TRADING

It takes a few minutes and even fewer clicks to enter the promising and exciting world of trading. Take the first step by clicking the link below.

**OPEN LIVE ACCOUNT**    **LOGIN ACCOUNT**

| COMPANY | PRODUCTS | PARTNERSHIPS | SERVICES |
|---|---|---|---|
| Why Upwin Trade | Forex | Introducing Brokers | Client Services |
| About Us | Metals | White Labels | Deposit & Withdrawals |
| Safety Of Funds | Indices | | Leverage Policy |
| Contact Us | Energy | | Trading Central |
| | Cryptos | | Best Execution Policy |
| | EU/US Stocks | | |

HAR0140

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



COMPANY    PRODUCTS    PARTNERSHIPS    SERVICES

## UPWIN TRADE IS A FAST GROWING BOUTIQUE FX BROKER WITH A PARTICULAR FOCUS ON B2B AND INSTITUTIONAL MARKET SEGMENTS

Our mission in Upwin Trade is to create the best trading conditions and trading environment to our clients, which would allow them to trade without limits.



OPEN LIVE ACCOUNT          LOGIN ACCOUNT

HAR0142

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

you could lose some or all of your initial investment. Do not invest money that you cannot afford to lose. Educate yourself on the risks associated with foreign exchange trading, and seek advice from an independent financial or tax advisor if you have any questions. Visit Upwin Trade Leverage policy for more details.

All rights reserved. Copyright © 2015 - 2024

HAR0145

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



HAR0147

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049





Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

## TRADE WITH AWARD WINNING PLATFORM

Advanced trading infrastructure, competitive pricing and superior order execution* with no dealing desk intervention — one of the most powerful combinations in online forex trading.

## WHEN IT COMES TO TRADING, WE LEAD THE WAY

Our team of experts with decades of combined market expertise has prepared for you a comprehensive trading experience. Choose from over 100+ CFD instruments and start trading on asset classes now!

HAR0149

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



BESPOKE LIQUIDITY

BEST TRADING TERMS ON GOLD

GREAT PARTNERSHIP PROGRAMS

NEGATIVE BALANCE PROTECTION

NO TRADING RESTRICTIONS

REGIONAL DATACENTER NETWORKS

REPUTABLE FCA B2B BROKER GROUP

STATE OF THE ART PAMM SOLUTION

STP/ECN TECHNOLOGY

WIDEST SELECTION OF CRYPTOS INSTRUMENTS



### ENTER THE WORLD OF TRADING

It takes a few minutes and even fewer clicks to enter the promising and exciting world of trading. Take the first step by clicking the link below.

**OPEN LIVE ACCOUNT**    **LOGIN ACCOUNT**

**COMPANY**
Why Upwin Trade
About Us
Safety Of Funds
Contact Us

**PRODUCTS**
Forex
Metals
Indices
Energy
Cryptos
EU/US Stocks

**PARTNERSHIPS**
Introducing Brokers
White Labels

**SERVICES**
Client Services
Deposit & Withdrawals
Leverage Policy
Trading Central
Best Execution Policy

Upwin Trade Trading LLC is part of Upwin Trade Group of companies with broker entities that are authorised and regulated across multiple jurisdictions. Upwin Trade Trading LLC has it's business address at United States.

The objects of the Company are all subject matters not forbidden by International Business Companies (Amendment and Consolidation) Act, Chapter 149 of the Revised Laws of Saint Vincent and Grenadines, 2009, in particular but not exclusively all commercial, financial, lending, borrowing, trading, service activities and the participation in other enterprises as well as to provide brokerage, training and managed account services in currencies, commodities, indexes.

HAR0150

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



HAR0153

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



HAR0155

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

**UPWIN TRADE**

Trade Earnings | Deposit History | Withdrawal History | Third Party Softwares

**Trade**
**Trade Overview**
**Deposit**
**Withdraw**
**Trade Plans**
**Settings**

### Transactions History

| Trade ID | Trade Time | Symbol Traded | Amount Traded | Expected Payout | Leverage | End Price | Market Type | End Time | Trade Status |
|---|---|---|---|---|---|---|---|---|---|
| ZAWLQNXV | 2024-05-05 18:00:04 | BKT | $ 180 | ↓$ 135.5 | 2.0X | 4553.57 | Crypto | May 05 2024 | Won |
| SRW1ZPUF | 2024-05-05 17:00:04 | OSH | $ 150 | ↓$ 886 | 5X | 3436.88 | Stock | May 05 2024 | Won |
| GTR4HOA | 2024-05-05 16:00:06 | FIL | $ 110 | ↓$ 285 | 5X | 2562.57 | Stock | May 05 2024 | Won |
| 2KZW5XNQ | 2024-05-05 15:00:04 | CROAT | $ 500 | ↓$ 177 | 10X | 8331.87 | Stock | May 05 2024 | Won |
| 6H9SN8SC | 2024-05-05 14:00:05 | AMS | $ 200 | ↑$ 1053 | 1.0X | 4661.28 | Crypto | May 05 2024 | Won |
| MJL20LRA | 2024-05-05 13:00:04 | CREA | $ 150 | ↑$ 234 | 1.5X | 6481.46 | Stock | May 05 2024 | Pending |
| HMK20ZVS | 2024-05-05 12:00:04 | HRBE | $ 110 | ↑$ 336 | 2.0X | 7352.47 | Stock | May 05 2024 | Won |
| 17FJERJH | 2024-05-05 11:00:04 | II2G | $ 800 | ↑$ 819 | 0.5X | 3890.72 | Forex | May 05 2024 | Won |
| 0XFSPF7G | 2024-05-05 10:00:05 | APT | $ 120 | ↑$ 235 | 10X | 3213.47 | CFD | May 05 2024 | Pending |
| QNW8DI9E | 2024-05-05 09:00:03 | GOT | $ 160 | ↓$ 140.4 | 1.5X | 3739.92 | CFD | May 05 2024 | Pending |
| VAWJHHVD | 2024-05-05 08:00:04 | QRK | $ 700 | ↑$ 168.7 | 10X | 4932.77 | Stock | May 05 2024 | Won |
| CSUGXSHY | 2024-05-05 07:00:04 | NPX | $ 500 | ↓$ 168.7 | 10X | 8249.70 | Stock | May 05 2024 | Won |
| WXJYFRZB | 2024-05-05 06:00:04 | NXTI | $ 900 | ↓$ 194 | 0.5X | 8435.74 | Crypto | May 05 2024 | Pending |
| RD8DYTO | 2024-05-05 05:00:05 | EJAC | $ 800 | ↑$ 1053 | 5X | 3852.56 | CFD | May 05 2024 | Won |
| DIRLLMN | 2024-05-05 04:00:04 | XAS | $ 100 | ↓$ 279 | 10X | 7368.60 | Stock | May 05 2024 | Won |
| BDU5AERL | 2024-05-05 03:00:05 | MRN | $ 160 | ↑$ 820.4 | 1.0X | 4249.67 | CFD | May 05 2024 | Pending |

HAR0158

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| VAWJHHVD | 2024-05-05 08:00:04 | QRK | $ 700 | ⬆$ 168.7 | 10X | 4932.77 | Stock | May 05 2024 | Won |
| C5UGXSHY | 2024-05-05 07:00:04 | NPX | $ 500 | ⬇$ 168.7 | 10X | 8249.70 | Stock | May 05 2024 | Won |
| WXJYFRZB | 2024-05-05 06:00:04 | NXTI | $ 900 | ⬇$ 194 | 0.5X | 8435.74 | Crypto | May 05 2024 | Pending |
| IIDBDYTO | 2024-05-05 05:00:05 | EJAC | $ 800 | ⬆$ 1053 | 5X | 3952.56 | CFD | May 05 2024 | Won |
| DIBLLMN | 2024-05-05 04:00:04 | XAS | $ 100 | ⬇$ 279 | 10X | 7368.60 | Stock | May 05 2024 | Won |
| 8DU5AERL | 2024-05-05 03:00:05 | MRN | $ 160 | ⬆$ 820.4 | 1.0X | 4248.67 | CFD | May 05 2024 | Pending |
| 4WQT8IU0 | 2024-05-05 02:00:04 | UCT | $ 180 | ⬆$ 127.2 | 1.5X | 2676.33 | Stock | May 05 2024 | Won |
| KM6KMP7F | 2024-05-05 01:00:04 | ELA | $ 120 | ⬇$ 185 | 0.5X | 6909.46 | CFD | May 05 2024 | Won |
| YWCILFIU | 2024-05-05 00:00:04 | HXR | $ 120 | ⬇$ 127.2 | 10X | 4698.98 | Forex | May 05 2024 | Won |
| 8WZKXILD | 2024-05-04 23:00:04 | ZCC1 | $ 100 | ⬆$ 653 | 10X | 8470.72 | CFD | May 04 2024 | Won |
| UHGNGUAR | 2024-05-04 22:00:05 | HLX | $ 200 | ⬇$ 917 | 1.5X | 6371.30 | Crypto | May 04 2024 | Won |
| ZBIVBO2U | 2024-05-04 21:00:05 | LTCU | $ 160 | ⬇$ 145.5 | 2.0X | 2645.25 | Crypto | May 04 2024 | Won |
| WXTGDHSR | 2024-05-04 20:00:04 | ACM | $ 100 | ⬇$ 177.2 | 1.0X | 8188.71 | Crypto | May 04 2024 | Won |
| 9CSYB3RZ | 2024-05-04 19:00:04 | SABR | $ 500 | ⬆$ 818.7 | 5X | 4409.78 | Stock | May 04 2024 | Won |
| QYCWVEQH | 2024-05-04 18:00:05 | BIPC | $ 180 | ⬇$ 530.6 | 5X | 6748.87 | Stock | May 04 2024 | Pending |
| 08WIJLQW | 2024-05-04 17:00:05 | XZC | $ 100 | ⬆$ 118.7 | 1.5X | 2895.75 | Stock | May 04 2024 | Won |
| R2WGMGI7 | 2024-05-04 16:00:04 | HDAC | $ 500 | ⬆$ 154 | 2.0X | 5781.85 | CFD | May 04 2024 | Won |
| PZ5JV3JD | 2024-05-04 15:00:04 | KTK | $ 160 | ⬇$ 398 | 2.0X | 4953.27 | Forex | May 04 2024 | Won |
| OWJ2AM8Y | 2024-05-04 14:00:04 | PCCM | $ 800 | ⬆$ 178.7 | 1.0X | 5410.37 | Crypto | May 04 2024 | Won |
| VMTO38IG | 2024-05-04 13:00:04 | SHPNG | $ 100 | ⬆$ 225.5 | 5X | 3287.79 | Stock | May 04 2024 | Pending |
| 2DMLIKZ0 | 2024-05-04 12:00:05 | MHC | $ 180 | ⬆$ 919 | 0.5X | 2710.39 | Stock | May 04 2024 | Won |
| 5VZTPQQQ | 2024-05-04 11:00:05 | EM | $ 200 | ⬇$ 783 | 5X | 6606.58 | Crypto | May 04 2024 | Pending |

HAR0159

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| OWJZAMBY | 2024-05-04 14:00:04 | PCCM | $ 800 | ↑$ 178.7 | 1.0X | 5410.37 | Crypto | May 04 2024 | Won |
| VMTD3BIG | 2024-05-04 13:00:05 | SHPING | $ 100 | ↑$ 225.5 | 5X | 3287.79 | Stock | May 04 2024 | Pending |
| 2DMUK2O | 2024-05-04 12:00:05 | MHC | $ 180 | ↑$ 919 | 0.5X | 2710.39 | Stock | May 04 2024 | Won |
| EVZZIOOQ | 2024-05-04 11:00:05 | FNL | $ 200 | ↓$ 253 | 5X | 5505.59 | Crypto | May 04 2024 | Pending |
| 4IEBCXR3 | 2024-05-04 10:00:04 | BEST | $ 110 | ↑$ 170.4 | 2.0X | 8494.29 | Stock | May 04 2024 | Pending |
| ZFT5UCBO | 2024-05-04 09:00:04 | AEC | $ 100 | ↑$ 830.6 | 0.5X | 8935.89 | Crypto | May 04 2024 | Won |
| N47ZEJIP | 2024-05-04 08:00:04 | SNRG | $ 160 | ↑$ 205.5 | 0.5X | 8651.26 | Stock | May 04 2024 | Won |
| BJYNWK9Z | 2024-05-04 07:00:04 | MINT | $ 800 | ↑$ 245 | 10X | 8302.33 | Stock | May 04 2024 | Won |
| LFALD541 | 2024-05-04 06:00:05 | LSK | $ 160 | ↓$ 925.5 | 0.5X | 4827.90 | Stock | May 04 2024 | Won |
| HSP0WLZ8 | 2024-05-04 05:00:05 | MT | $ 180 | ↑$ 246 | 5X | 8707.61 | Stock | May 04 2024 | Pending |
| YCJHLADV | 2024-05-04 04:00:04 | BTD | $ 150 | ↓$ 195 | 1.5X | 4072.43 | CFD | May 04 2024 | Pending |
| 9ZG6TELD | 2024-05-04 03:00:04 | ARM | $ 200 | ↑$ 147.2 | 5X | 8903.38 | Stock | May 04 2024 | Won |
| B7DBQ1L | 2024-05-04 02:00:05 | DPAY | $ 200 | ↑$ 725.5 | 10X | 5461.94 | Forex | May 04 2024 | Won |
| IKLETHEF | 2024-05-04 01:00:06 | ENG | $ 120 | ↑$ 184 | 1.0X | 4333.52 | Stock | May 04 2024 | Pending |
| L0MTWNFS | 2024-05-04 00:00:04 | MARX | $ 150 | ↓$ 168.7 | 0.5X | 4593.80 | CFD | May 04 2024 | Won |
| 47DYK3M5 | 2024-05-03 23:00:05 | RGC | $ 700 | ↓$ 834 | 1.5X | 8027.36 | Crypto | May 03 2024 | Won |
| ISQOOS9J | 2024-05-03 22:00:05 | FLASH | $ 800 | ↑$ 140.4 | 1.0X | 3133.89 | CFD | May 03 2024 | Won |
| FJXZRATJ | 2024-05-03 21:00:04 | IHT | $ 700 | ↓$ 220.4 | 10X | 4590.53 | CFD | May 03 2024 | Won |
| GQXPLBVR | 2024-05-03 20:00:04 | MAZC | $ 110 | ↑$ 286 | 10X | 3849.77 | Forex | May 03 2024 | Won |
| BRIMOWNU | 2024-05-03 19:00:04 | POINTS | $ 100 | ↓$ 285 | 5X | 5018.88 | Crypto | May 03 2024 | Won |
| GTDXVQD7 | 2024-05-03 18:00:04 | K2G | $ 120 | ↓$ 170.4 | 10X | 5186.92 | CFD | May 03 2024 | Pending |
| ENNKHMCI | 2024-05-03 17:00:04 | AST | $ 800 | ↓$ 219 | 10X | 8138.95 | Stock | May 03 2024 | Won |

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8RIMDWNJ | 2024-05-03 19:00:04 | POINTS | $ 100 | ↓$ 285 | 5X | 5018.88 | Crypto | May 03 2024 | Won |
| GTDXVQD7 | 2024-05-03 18:00:04 | K2G | $ 120 | ↓$ 170.4 | 10X | 5185.92 | CFD | May 03 2024 | Pending |
| ENNKHMCI | 2024-05-03 17:00:04 | AST | $ 800 | ↓$ 219 | 10X | 8138.95 | Stock | May 03 2024 | Won |
| 00VCZVFW | 2024-05-03 16:00:05 | ARY | $ 110 | ↓$ 917 | 1.5X | 5015.30 | CFD | May 03 2024 | Won |
| 8T9EJQXA | 2024-05-03 15:00:04 | FAME | $ 500 | ↑$ 154 | 0.5X | 8041.49 | Crypto | May 03 2024 | Pending |
| BTOIZQEG | 2024-05-03 14:00:04 | FCT | $ 160 | ↓$ 210.6 | 1.0X | 2522.86 | CFD | May 03 2024 | Won |
| OSFNKFM0 | 2024-05-03 13:00:04 | EMT | $ 900 | ↓$ 207 | 5X | 3393.95 | Crypto | May 03 2024 | Won |
| FCQBKYZA | 2024-05-03 12:00:04 | CSH | $ 120 | ↓$ 120.4 | 2.0X | 3776.50 | Stock | May 03 2024 | Won |
| RY6L2WZM | 2024-05-03 11:00:05 | OTX | $ 200 | ↑$ 925.5 | 1.5X | 5263.78 | Forex | May 03 2024 | Won |
| T4N67BWJ | 2024-05-03 10:00:04 | HBC | $ 100 | ↓$ 229 | 2.0X | 2642.70 | Forex | May 03 2024 | Won |
| 9I9FT5ZIJ | 2024-05-03 09:00:05 | ZUR | $ 160 | ↓$ 1036 | 2.0X | 5453.73 | Crypto | May 03 2024 | Pending |
| EJWOFPCZ | 2024-05-03 08:00:05 | BLUE | $ 200 | ↑$ 239 | 10X | 4067.73 | Stock | May 03 2024 | Won |
| D2ROR6XM | 2024-05-03 07:00:04 | SOLID | $ 110 | ↑$ 168.7 | 0.5X | 5150.79 | CFD | May 03 2024 | Won |
| 3DYW5IHO | 2024-05-03 06:00:05 | VTM | $ 180 | ↓$ 316 | 1.5X | 6838.80 | Crypto | May 03 2024 | Won |
| SDTHIMVH | 2024-05-03 05:00:04 | LTCX | $ 700 | ↓$ 263 | 1.0X | 5728.97 | Crypto | May 03 2024 | Pending |
| ROSN0KAP | 2024-05-03 04:00:04 | MOT | $ 800 | ↓$ 717 | 5X | 9176.29 | CFD | May 03 2024 | Won |
| OHDCLI7Q | 2024-05-03 03:00:06 | ORM | $ 120 | ↓$ 245 | 5X | 9163.64 | CFD | May 03 2024 | Pending |
| LEBVEJHX | 2024-05-03 02:00:05 | EQAS | $ 700 | ↑$ 534 | 2.0X | 4746.32 | Crypto | May 03 2024 | Pending |
| Q4HN3TKT | 2024-05-03 01:00:04 | HLP | $ 180 | ↓$ 256 | 2.0X | 6934.41 | Stock | May 03 2024 | Won |
| SVHIEXHCZ | 2024-05-03 00:00:04 | SEELE | $ 700 | ↓$ 245 | 10X | 5130.95 | Forex | May 03 2024 | Pending |
| KT57E9XM | 2024-05-02 23:00:04 | ZRX | $ 700 | ↑$ 279 | 2.0X | 3581.34 | CFD | May 02 2024 | Won |

HAR0161

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| Q4HN3IKT | 2024-05-03 01:00:04 | HLP | $ 180 | ↓$ 256 | 2.0X | 6934.41 | Stock | May 03 2024 | Won |
| SVH6XHCZ | 2024-05-03 00:00:04 | SEELE | $ 700 | ↓$ 245 | 10X | 5130.95 | Forex | May 03 2024 | Pending |
| KT67E9XM | 2024-05-02 23:00:04 | ZRX | $ 700 | ↑$ 279 | 2.0X | 3561.34 | CFD | May 02 2024 | Won |
| DQHG6Q3M | 2024-05-02 22:00:05 | PRES | $ 500 | ↑$ 178.7 | 10X | 5167.58 | Forex | May 02 2024 | Pending |
| 4LPYIITOJ | 2024-05-02 21:00:05 | HBX | $ 100 | ↑$ 926.5 | 0.5X | 2689.87 | CFD | May 02 2024 | Won |
| LMPZB29E | 2024-05-02 20:00:05 | PARETO | $ 160 | ↑$ 299 | 0.5X | 8333.81 | Stock | May 02 2024 | Pending |
| KWDVOSNC | 2024-05-02 19:00:04 | EST | $ 500 | ↓$ 727.2 | 0.5X | 5375.64 | CFD | May 02 2024 | Won |
| A6YTQIRW | 2024-05-02 18:00:04 | TOS | $ 700 | ↑$ 147.2 | 5X | 5639.89 | Crypto | May 02 2024 | Pending |
| 6GGRKNDP | 2024-05-02 17:00:04 | ASQT | $ 100 | ↑$ 817 | 5X | 7576.57 | Crypto | May 02 2024 | Pending |
| FZMXVAJ3 | 2024-05-02 16:00:04 | MLN | $ 180 | ↓$ 820.4 | 1.0X | 6712.37 | Forex | May 02 2024 | Won |
| 566TWY7I | 2024-05-02 15:00:04 | QVT | $ 120 | ↑$ 180.4 | 1.5X | 3774.34 | Forex | May 02 2024 | Won |
| V0RYJT2M | 2024-05-02 14:00:05 | TRUE | $ 200 | ↑$ 180.6 | 1.0X | 6497.96 | Stock | May 02 2024 | Pending |
| D7WXTZ9L | 2024-05-02 13:00:05 | SaTT | $ 200 | ↓$ 936 | 1.0X | 6579.95 | Stock | May 02 2024 | Pending |
| PJBLIOXQ | 2024-05-02 12:00:05 | MAG | $ 110 | ↓$ 175.5 | 5X | 7218.33 | CFD | May 02 2024 | Won |
| 765YARXM | 2024-05-02 11:00:04 | FIH | $ 800 | ↑$ 214 | 10X | 9102.57 | Forex | May 02 2024 | Won |
| OFYWEE6G | 2024-05-02 10:00:04 | AMS | $ 150 | ↓$ 198.7 | 5X | 5719.97 | Crypto | May 02 2024 | Won |
| JP7COMG4 | 2024-05-02 09:00:03 | ZAZA | $ 100 | ↓$ 263 | 1.5X | 8353.71 | Stock | May 02 2024 | Pending |
| 0V3WURBF | 2024-05-02 08:00:04 | PRFT | $ 800 | ↓$ 137 | 2.0X | 4275.36 | Stock | May 02 2024 | Won |
| Q46IIBKM | 2024-05-02 07:00:05 | CXO | $ 110 | ↓$ 727.2 | 1.0X | 3368.35 | CFD | May 02 2024 | Pending |
| PYJUJGY3 | 2024-05-02 06:00:05 | NEU | $ 180 | ↑$ 229 | 1.0X | 6574.72 | Crypto | May 02 2024 | Won |
| 85GONFTE | 2024-05-02 05:00:05 | ZCN | $ 800 | ↓$ 230.6 | 10X | 6726.65 | Forex | May 02 2024 | Won |

HAR0162

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| Q46IIBKM | 2024-05-02 07:00:05 | CXG | $ 110 | ↓$ 727.2 | 1.0X | 3368.35 | CFD | May 02 2024 | Pending |
| PYJUJGY3 | 2024-05-02 06:00:05 | NEU | $ 180 | ↑$ 229 | 1.0X | 6574.72 | Crypto | May 02 2024 | Won |
| BSGDNFTE | 2024-05-02 05:00:05 | ZCN | $ 800 | ↓$ 230.6 | 10X | 6726.85 | Forex | May 02 2024 | Won |
| RDCXBOPT | 2024-05-02 04:00:05 | PIZZA | $ 200 | ↓$ 353 | 1.5X | 8994.41 | Forex | May 02 2024 | Won |
| YQNSJYZH | 2024-05-02 03:00:04 | NMK | $ 200 | ↓$ 333 | 1.5X | 4828.40 | Crypto | May 02 2024 | Won |
| 5MRU8W2Q | 2024-05-02 02:00:03 | ORV | $ 180 | ↑$ 137 | 2.0X | 3089.66 | Crypto | May 02 2024 | Pending |
| MAJMEKGO | 2024-05-02 01:00:05 | REPUX | $ 100 | ↑$ 818.7 | 10X | 7290.02 | Forex | May 02 2024 | Won |
| AMP2HE6L | 2024-05-02 00:00:04 | VPRC | $ 700 | ↑$ 217 | 1.0X | 6604.76 | Stock | May 02 2024 | Won |
| QHKIDCFJ | 2024-05-01 23:00:04 | AST | $ 150 | ↓$ 930.6 | 5X | 7559.75 | Stock | May 01 2024 | Won |
| 064QTLJA | 2024-05-01 22:00:04 | ZIL | $ 110 | ↓$ 125.5 | 0.5X | 5573.81 | Forex | May 01 2024 | Pending |
| FLFYW8M3 | 2024-05-01 21:00:04 | XPY | $ 150 | ↓$ 920.4 | 1.0X | 2542.99 | Forex | May 01 2024 | Won |
| UX8BCIRK | 2024-05-01 20:00:05 | VAD | $ 200 | ↓$ 236 | 10X | 2629.33 | CFD | May 01 2024 | Pending |
| DXDF2CYC | 2024-05-01 19:00:05 | PCS | $ 180 | ↓$ 236 | 5X | 2843.68 | CFD | May 01 2024 | Won |
| NRCMRT6B | 2024-05-01 18:00:05 | iDT | $ 180 | ↑$ 863 | 0.5X | 7318.02 | Forex | May 01 2024 | Pending |
| SXIAWN6C | 2024-05-01 17:00:05 | PEN | $ 700 | ↑$ 217 | 1.0X | 6693.34 | Stock | May 01 2024 | Pending |
| WXFRLEJD | 2024-05-01 16:00:04 | QORA | $ 200 | ↑$ 138.7 | 1.0X | 4472.39 | CFD | May 01 2024 | Won |
| ZDST6PDX | 2024-05-01 15:00:05 | MOL | $ 800 | ↓$ 819 | 1.0X | 3274.90 | Crypto | May 01 2024 | Pending |
| GJTTY79S | 2024-05-01 14:00:05 | KOLION | $ 120 | ↓$ 230.6 | 10X | 4739.85 | CFD | May 01 2024 | Won |
| I89DZOJL | 2024-05-01 13:00:05 | APH | $ 900 | ↑$ 180.4 | 0.5X | 8184.46 | Stock | May 01 2024 | Pending |
| ZYQBCVA1 | 2024-05-01 12:00:05 | AMN | $ 120 | ↑$ 927.2 | 1.5X | 8320.87 | Stock | May 01 2024 | Pending |
| S8DA4VEW | 2024-05-01 11:00:04 | PPT | $ 200 | ↑$ 830.8 | 2.0X | 8866.80 | CFD | May 01 2024 | Pending |

HAR0163

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| IB9DZOIL | 2024-05-01 13:00:05 | APH | $ 900 | ↑ $ 180.4 | 0.5X | 8184.46 | Stock | May 01 2024 | Pending |
| ZYQBCVAI | 2024-05-01 12:00:05 | AMN | $ 120 | ↑ $ 927.2 | 1.5X | 8320.87 | Stock | May 01 2024 | Pending |
| S8DA4VEW | 2024-05-01 11:00:04 | PPT | $ 200 | ↑ $ 830.8 | 2.0X | 8868.80 | CFD | May 01 2024 | Pending |
| PNCYP950 | 2024-05-01 10:00:04 | FLASH | $ 110 | ↑ $ 1053 | 1.5X | 3199.83 | CFD | May 01 2024 | Won |
| GEN58LOM | 2024-05-01 09:00:04 | CWEX | $ 900 | ↓ $ 230.8 | 10X | 7289.49 | Crypto | May 01 2024 | Won |
| EIV8GPNT | 2024-05-01 08:00:05 | ROBET | $ 800 | ↑ $ 218.7 | 1.0X | 4203.39 | CFD | May 01 2024 | Won |
| KIM18MOV | 2024-05-01 07:00:04 | GDC | $ 100 | ↑ $ 853 | 5X | 8321.71 | Crypto | May 01 2024 | Won |
| XU8VQKRE | 2024-05-01 06:00:05 | TIO | $ 120 | ↓ $ 137 | 5X | 3697.38 | Crypto | May 01 2024 | Won |
| DI5JOXBP | 2024-05-01 05:00:04 | MINX | $ 120 | ↓ $ 313 | 1.0X | 6255.84 | Stock | May 01 2024 | Pending |
| D28XPBMC | 2024-05-01 04:00:06 | UBIQ | $ 120 | ↓ $ 198.7 | 10X | 7947.43 | Crypto | May 01 2024 | Won |
| LRV7HGQW | 2024-05-01 03:00:04 | 8TH | $ 150 | ↓ $ 154 | 1.0X | 5393.48 | Stock | May 01 2024 | Pending |
| WPW4DDA9 | 2024-05-01 02:00:04 | LIT | $ 200 | ↑ $ 296 | 1.5X | 5400.73 | Crypto | May 01 2024 | Won |
| YZVMUE5F | 2024-05-01 01:00:04 | CIN | $ 900 | ↓ $ 725.5 | 0.5X | 8770.96 | Forex | May 01 2024 | Won |
| NZX1AZYO | 2024-05-01 00:00:04 | MM | $ 100 | ↓ $ 127 | 5X | 4920.38 | Forex | May 01 2024 | Won |
| 1GSATGRP | 2024-04-30 23:00:04 | VIBE | $ 150 | ↓ $ 586 | 0.5X | 7857.76 | Stock | Apr 30 2024 | Won |
| OMAHRNVS | 2024-04-30 22:00:04 | MYO | $ 200 | ↓ $ 245 | 1.5X | 4010.59 | Stock | Apr 30 2024 | Won |
| UDT54YHF | 2024-04-30 21:00:04 | DTC | $ 700 | ↑ $ 130.4 | 1.5X | 6295.33 | CFD | Apr 30 2024 | Won |
| MVA4VFLG | 2024-04-30 20:00:04 | ANAL | $ 500 | ↑ $ 836 | 1.0X | 4775.41 | Crypto | Apr 30 2024 | Won |
| VKNSU3D5 | 2024-04-30 19:00:05 | GALI | $ 160 | ↓ $ 525.5 | 0.5X | 8949.31 | Stock | Apr 30 2024 | Won |
| WYOMPXLU | 2024-04-30 18:00:03 | ZYM | $ 700 | ↑ $ 720.4 | 0.5X | 2868.61 | Crypto | Apr 30 2024 | Pending |
| D8IRGYJV | 2024-04-30 17:00:04 | AUC | $ 700 | ↑ $ 313 | 1.0X | 3377.37 | Stock | Apr 30 2024 | Won |
| 8ULD4IPZ | 2024-04-30 16:00:05 | MET | $ 900 | ↑ $ 117 | 1.5X | 5088.76 | Crypto | Apr 30 2024 | Won |

HAR0164

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| VKA5U3D9 | 2024-04-30 19:00:05 | GAU | $ 180 | ↓$ 128.8 | 0.5X | 8848.31 | Stock | Apr 30 2024 | Won |
| WYOMPXLU | 2024-04-30 18:00:03 | ZYM | $ 700 | ↑$ 720.4 | 0.5X | 2868.61 | Crypto | Apr 30 2024 | Pending |
| DBIRDYJV | 2024-04-30 17:00:04 | AUC | $ 700 | ↑$ 313 | 1.0X | 3377.37 | Stock | Apr 30 2024 | Won |
| BULD41PZ | 2024-04-30 16:00:05 | MET | $ 900 | ↑$ 117 | 1.5X | 5088.76 | Crypto | Apr 30 2024 | Won |
| DPWVIQK1 | 2024-04-30 15:00:03 | G1C | $ 500 | ↑$ 137.2 | 0.5X | 8656.87 | Stock | Apr 30 2024 | Won |
| DKF1GTH3 | 2024-04-30 14:00:04 | ZUC | $ 150 | ↑$ 530.6 | 1.5X | 5194.39 | Forex | Apr 30 2024 | Won |
| AAI7M6JD | 2024-04-30 13:00:05 | NVDX | $ 800 | ↑$ 663 | 10X | 8122.84 | Crypto | Apr 30 2024 | Won |
| AK24ZZIO | 2024-04-30 12:00:05 | DUBI | $ 160 | ↑$ 239 | 1.5X | 4490.79 | Crypto | Apr 30 2024 | Won |
| DPF2U39H | 2024-04-30 11:00:04 | WBTC | $ 500 | ↑$ 333 | 2.0X | 3458.62 | Stock | Apr 30 2024 | Pending |
| DMRHH6JU | 2024-04-30 10:00:05 | BOST | $ 900 | ↑$ 734 | 1.5X | 2626.31 | Stock | Apr 30 2024 | Won |
| AXLA8JMY | 2024-04-30 09:00:03 | DAG | $ 110 | ↑$ 227.2 | 5X | 7514.79 | Forex | Apr 30 2024 | Won |
| BQGZ5IUT | 2024-04-30 08:00:05 | MNV | $ 180 | ↑$ 920.4 | 1.5X | 8070.28 | Crypto | Apr 30 2024 | Pending |
| POSN4HWK | 2024-04-30 07:00:04 | ROCK | $ 700 | ↑$ 120.4 | 1.5X | 8314.87 | CFD | Apr 30 2024 | Won |
| 6ZJGJGHM | 2024-04-30 06:00:04 | DOV | $ 200 | ↑$ 130.6 | 10X | 4701.33 | Stock | Apr 30 2024 | Won |
| XIE3JFZY | 2024-04-30 05:00:04 | FLDC | $ 110 | ↓$ 185 | 1.0X | 7808.99 | CFD | Apr 30 2024 | Pending |
| 2IAKFZM9 | 2024-04-30 04:00:04 | WISH | $ 200 | ↓$ 286 | 5X | 4139.51 | CFD | Apr 30 2024 | Won |
| YR8VSW5G | 2024-04-30 03:00:04 | PLTX | $ 200 | ↑$ 853 | 0.5X | 8161.85 | CFD | Apr 30 2024 | Pending |
| LOMI2AHW | 2024-04-30 02:00:05 | OCN | $ 700 | ↑$ 517 | 1.0X | 6810.60 | Crypto | Apr 30 2024 | Pending |
| 9O4WAXD3 | 2024-04-30 01:00:03 | FLIK | $ 200 | ↑$ 256 | 2.0X | 7788.55 | Stock | Apr 30 2024 | Won |
| UYADHNXO | 2024-04-30 00:00:05 | POST | $ 180 | ↑$ 170.4 | 10X | 4247.41 | Forex | Apr 30 2024 | Pending |
| COILNY36 | 2024-04-29 23:00:05 | PLNX | $ 150 | ↑$ 220.4 | 0.5X | 7145.70 | Crypto | Apr 29 2024 | Won |
| CXCVHIZB | 2024-04-29 22:00:04 | VIA | $ 120 | ↑$ 184 | 1.5X | 7503.41 | Stock | Apr 29 2024 | Pending |

HAR0165

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| LIYADHNXO | 2024-04-30 00:00:05 | POST | $ 180 | ↑$ 170.4 | 10X | 4247.41 | Forex | Apr 30 2024 | Pending |
| COILNY36 | 2024-04-29 23:00:05 | FLNX | $ 150 | ↑$ 220.4 | 0.5X | 7145.70 | Crypto | Apr 29 2024 | Won |
| CXCVHIZB | 2024-04-29 22:00:04 | VIA | $ 120 | ↑$ 184 | 1.5X | 7503.41 | Stock | Apr 29 2024 | Pending |
| PH9L8D65 | 2024-04-29 21:00:04 | 3XD | $ 150 | ↑$ 140.4 | 1.0X | 7028.34 | Stock | Apr 29 2024 | Won |
| 2L9UEEUH | 2024-04-29 20:00:04 | NSR | $ 500 | ↓$ 286 | 5X | 4054.47 | CFD | Apr 29 2024 | Won |
| NYB5AXRQ | 2024-04-29 19:00:04 | MLN | $ 900 | ↑$ 207.2 | 0.5X | 5976.80 | Crypto | Apr 29 2024 | Won |
| 4RXHW3GJ | 2024-04-29 18:00:04 | NEOG | $ 800 | ↑$ 927.2 | 2.0X | 5282.55 | Crypto | Apr 29 2024 | Won |
| WQHO6EJI | 2024-04-29 17:00:04 | UETL | $ 110 | ↑$ 525.5 | 0.5X | 8654.43 | Forex | Apr 29 2024 | Pending |
| YSMZ28ME | 2024-04-29 16:00:04 | BITS | $ 200 | ↓$ 195 | 0.5X | 7265.53 | Stock | Apr 29 2024 | Won |
| 3FESYIJOO | 2024-04-29 15:00:04 | MAN | $ 110 | ↓$ 1036 | 10X | 4062.83 | CFD | Apr 29 2024 | Won |
| SNP9MLQR | 2024-04-29 14:00:04 | LEN | $ 200 | ↑$ 214 | 10X | 4007.37 | Forex | Apr 29 2024 | Pending |
| 70QVFPL9 | 2024-04-29 13:00:05 | OCC | $ 120 | ↑$ 185 | 0.5X | 2935.29 | Stock | Apr 29 2024 | Won |
| MB9YWV3E | 2024-04-29 12:00:05 | ACT | $ 110 | ↓$ 144 | 1.0X | 2855.80 | Crypto | Apr 29 2024 | Pending |
| SD2UK0TY | 2024-04-29 11:00:05 | GMC | $ 700 | ↓$ 927.2 | 1.5X | 4833.32 | CFD | Apr 29 2024 | Won |
| YGWZAPU9 | 2024-04-29 10:00:05 | DIP | $ 150 | ↓$ 170.4 | 10X | 2994.48 | CFD | Apr 29 2024 | Won |
| JVADOUJK | 2024-04-29 09:00:03 | MOS | $ 200 | ↑$ 953 | 1.0X | 8001.44 | Forex | Apr 29 2024 | Won |
| W7MFL9VP | 2024-04-29 08:00:05 | CSH | $ 900 | ↑$ 253 | 2.0X | 8515.94 | CFD | Apr 29 2024 | Pending |
| HYLMYPEC | 2024-04-29 07:00:04 | SNGLS | $ 200 | ↓$ 817 | 5X | 8719.81 | CFD | Apr 29 2024 | Pending |
| 3OLQ8B9H | 2024-04-29 06:00:05 | VENUS | $ 110 | ↑$ 127.2 | 5X | 5472.37 | Forex | Apr 29 2024 | Won |
| LMCO4PQN | 2024-04-29 05:00:04 | MER | $ 100 | ↑$ 207.2 | 0.5X | 7021.34 | CFD | Apr 29 2024 | Pending |
| SPQIVYPO | 2024-04-29 04:00:04 | XCG | $ 900 | ↑$ 236 | 0.5X | 8368.35 | Stock | Apr 29 2024 | Won |

HAR0166

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3GLQ8B9H | 2024-04-29 06:00:05 | VENUS | $ 110 | ↑$ 127.2 | 5X | 5472.37 | Forex | Apr 29 2024 | Won |
| LMCO4PQN | 2024-04-29 05:00:04 | MER | $ 100 | ↑$ 207.2 | 0.5X | 702134 | CFD | Apr 29 2024 | Pending |
| SPQIVYPO | 2024-04-29 04:00:04 | XCG | $ 900 | ↑$ 236 | 0.5X | 8368.35 | Stock | Apr 29 2024 | Won |
| GU8GEFQI | 2024-04-29 03:00:03 | TGTC | $ 150 | ↓$ 190.6 | 0.5X | 689.79 | Forex | Apr 29 2024 | Won |
| 18YEUVOT | 2024-04-29 02:00:04 | ELM | $ 180 | ↑$ 177.2 | 10X | 4486.88 | CFD | Apr 29 2024 | Won |
| X0AP6CBN | 2024-04-29 01:00:05 | KRO | $ 500 | ↓$ 1019 | 10X | 5452.94 | Stock | Apr 29 2024 | Won |
| 487SGYQR | 2024-04-29 00:00:06 | PTC | $ 700 | ↓$ 619 | 2.0X | 2956.42 | Stock | Apr 29 2024 | Pending |
| FLX7YVRQ | 2024-04-28 23:00:04 | PIE | $ 110 | ↑$ 150.6 | 1.0X | 3880.29 | Crypto | Apr 28 2024 | Won |
| YSZDV6FN | 2024-04-28 22:00:04 | BSX | $ 700 | ↑$ 175.5 | 1.5X | 3352.61 | Crypto | Apr 28 2024 | Won |
| ZWOOA2UF | 2024-04-28 21:00:04 | IOT | $ 120 | ↓$ 920.4 | 5X | 4642.79 | Stock | Apr 28 2024 | Won |
| HYX9DR1P | 2024-04-28 20:00:04 | CUBE | $ 800 | ↓$ 263 | 5X | 3347.90 | Crypto | Apr 28 2024 | Won |
| JF8XS4IL | 2024-04-28 19:00:04 | HAL | $ 900 | ↑$ 194 | 1.5X | 7908.88 | Forex | Apr 28 2024 | Pending |
| NN6D9PWZ | 2024-04-28 18:00:05 | BBP | $ 160 | ↑$ 128.7 | 1.5X | 2826.32 | Stock | Apr 28 2024 | Pending |
| GVPIZXQD | 2024-04-28 17:00:04 | SCC | $ 200 | ↓$ 303 | 1.0X | 7311.47 | Stock | Apr 28 2024 | Won |
| BNP2FTIT | 2024-04-28 16:00:05 | USDCT | $ 160 | ↓$ 585 | 1.5X | 5574.80 | Crypto | Apr 28 2024 | Won |
| CZFVM54R | 2024-04-28 15:00:04 | VSL | $ 700 | ↓$ 285 | 1.5X | 6512.77 | Stock | Apr 28 2024 | Pending |
| 2JAHCRZD | 2024-04-28 14:00:04 | JOYT | $ 800 | ↑$ 219 | 10X | 3685.65 | Crypto | Apr 28 2024 | Pending |
| BDCMI8BQ | 2024-04-28 13:00:05 | PLUSI | $ 200 | ↑$ 1019 | 0.5X | 7495.38 | Crypto | Apr 28 2024 | Pending |
| X7HD043B | 2024-04-28 12:00:05 | BTG | $ 110 | ↓$ 286 | 1.5X | 7247.79 | CFD | Apr 28 2024 | Won |
| VPPRE3XW | 2024-04-28 11:00:04 | SCRL | $ 120 | ↑$ 177.2 | 10X | 4466.74 | Crypto | Apr 28 2024 | Won |
| ILSMJ4TV | 2024-04-28 10:00:04 | REE | $ 800 | ↓$ 853 | 0.5X | 4255.45 | CFD | Apr 28 2024 | Won |

HAR0167

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| X7HD043B | 2024-04-28 12:00:05 | BTO | $ 110 | ↓$ 286 | 1.5X | 7247.79 | CFD | Apr 28 2024 | Won |
| VPPRE3XR | 2024-04-28 11:00:04 | SCRL | $ 120 | ↑$ 177.2 | 10X | 4466.74 | Crypto | Apr 28 2024 | Won |
| IL5MJ4TV | 2024-04-28 10:00:04 | REE | $ 800 | ↓$ 853 | 0.5X | 4255.45 | CFD | Apr 28 2024 | Won |
| NRLF1DW3 | 2024-04-28 09:00:04 | LX | $ 120 | ↓$ 520.4 | 1.5X | 8464.58 | CFD | Apr 28 2024 | Won |
| BRLHFDSS | 2024-04-28 08:00:04 | TAP | $ 500 | ↓$ 1053 | 0.5X | 4745.80 | Crypto | Apr 28 2024 | Won |
| PVBKJFUL | 2024-04-28 07:00:05 | MONA | $ 100 | ↑$ 917 | 1.5X | 4669.31 | CFD | Apr 28 2024 | Pending |
| G7X36LQ5 | 2024-04-28 06:00:05 | INS | $ 160 | ↓$ 817 | 0.5X | 5318.86 | Crypto | Apr 28 2024 | Won |
| NBMCUFOF | 2024-04-28 05:00:04 | ECTE | $ 110 | ↑$ 178.7 | 5X | 8391.68 | CFD | Apr 28 2024 | Pending |
| R59G0UQJ | 2024-04-28 04:00:04 | ARCH | $ 120 | ↓$ 930.6 | 10X | 7977.38 | Forex | Apr 28 2024 | Won |
| 0UHOLD6U | 2024-04-28 03:00:04 | TCOIN | $ 150 | ↓$ 187.2 | 2.0X | 8145.92 | CFD | Apr 28 2024 | Won |
| REFJ318 | 2024-04-28 02:00:05 | SLS | $ 200 | ↓$ 303 | 5X | 8224.36 | Stock | Apr 28 2024 | Won |
| ITCOYHLK | 2024-04-28 01:00:05 | FSN | $ 500 | ↓$ 185.5 | 10X | 8868.51 | Forex | Apr 28 2024 | Won |
| CY5JUFCP | 2024-04-28 00:00:05 | HBN | $ 500 | ↓$ 230.6 | 0.5X | 3344.50 | Crypto | Apr 28 2024 | Won |
| SXWKJEVV | 2024-04-27 23:00:04 | PX | $ 180 | ↑$ 177 | 5X | 3754.72 | Crypto | Apr 27 2024 | Pending |
| FI7XNMJB | 2024-04-27 22:00:04 | HNC | $ 110 | ↓$ 718.7 | 0.5X | 5051.60 | Crypto | Apr 27 2024 | Won |
| QKGAHJ6 | 2024-04-27 21:00:05 | ZINC | $ 150 | ↓$ 130.6 | 5X | 2892.43 | Forex | Apr 27 2024 | Won |
| 9WMSWPEF | 2024-04-27 20:00:04 | BTCD | $ 800 | ↓$ 273 | 1.0X | 2483.35 | Forex | Apr 27 2024 | Won |
| A51PYLEP | 2024-04-27 19:00:04 | GOT | $ 200 | ↑$ 1019 | 10X | 5903.33 | Crypto | Apr 27 2024 | Won |
| 2UWG4WOL | 2024-04-27 18:00:04 | MAR | $ 150 | ↑$ 205 | 1.5X | 4613.28 | Stock | Apr 27 2024 | Pending |
| QBQ7BA7W | 2024-04-27 17:00:05 | YMZ | $ 160 | ↑$ 118.7 | 1.5X | 2788.38 | Forex | Apr 27 2024 | Pending |
| OANYWI2B | 2024-04-27 16:00:04 | PEN | $ 100 | ↓$ 830.6 | 2.0X | 6784.25 | Crypto | Apr 27 2024 | Pending |
| 7LJRDJVD | 2024-04-27 15:00:04 | AMR | $ 180 | ↓$ 557 | 5X | 8915.62 | CFD | Apr 27 2024 | Won |

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| 2UWG4WOL | 2024-04-27 18:00:04 | MAR | $ 150 | 🔼$ 205 | 1.5X | 4613.28 | Stock | Apr 27 2024 | Pending |
| Q8QTBA7W | 2024-04-27 17:00:05 | YMZ | $ 160 | 🔼$ 118.7 | 1.5X | 2786.38 | Forex | Apr 27 2024 | Pending |
| OANYWI2B | 2024-04-27 18:00:04 | PEN | $ 100 | 🔽$ 830.6 | 2.0X | 6784.25 | Crypto | Apr 27 2024 | Pending |
| ZIJZOJYO | 2024-04-27 15:00:06 | AMP | $ 180 | 🔽$ 953 | 0X | 9211.92 | CFD | Apr 27 2024 | Won |
| TRGMJ7ZE | 2024-04-27 14:00:06 | DLR | $ 800 | 🔼$ 200.4 | 1.5X | 7541.33 | Forex | Apr 27 2024 | Won |
| SDANSQVGI | 2024-04-27 13:00:06 | CAG | $ 100 | 🔼$ 170.4 | 2.0X | 3252.49 | CFD | Apr 27 2024 | Pending |
| #DMVDZV | 2024-04-27 12:00:05 | TAP | $ 800 | 🔼$ 178.7 | 2.0X | 3777.25 | Stock | Apr 27 2024 | Won |
| SNO48KPZ | 2024-04-27 11:00:04 | EMX | $ 150 | 🔽$ 130.4 | 1.0X | 8133.71 | Forex | Apr 27 2024 | Won |
| 5HW948VC | 2024-04-27 10:00:06 | GRFT | $ 200 | 🔽$ 530.6 | 1.5X | 4876.68 | Crypto | Apr 27 2024 | Pending |
| 5LBFIL6K | 2024-04-27 09:00:05 | STEX | $ 800 | 🔼$ 127.2 | 1.5X | 5090.81 | Forex | Apr 27 2024 | Won |
| KAJXDEM2 | 2024-04-27 08:00:09 | ADH | $ 110 | 🔽$ 296 | 10X | 2808.57 | Crypto | Apr 27 2024 | Pending |
| POPLFJMB | 2024-04-27 07:00:05 | SNcoin | $ 110 | 🔽$ 187.2 | 5X | 7783.40 | Crypto | Apr 27 2024 | Won |
| UWDOHVMJ | 2024-04-27 06:00:04 | HSR | $ 110 | 🔼$ 818.7 | 2.0X | 5151.49 | Stock | Apr 27 2024 | Won |
| 5FNDPX32 | 2024-04-27 05:00:05 | OCTO | $ 500 | 🔼$ 853 | 0.5X | 4932.52 | CFD | Apr 27 2024 | Won |
| UXBKYCZS | 2024-04-27 04:00:04 | UR | $ 900 | 🔽$ 154 | 2.0X | 5446.53 | CFD | Apr 27 2024 | Won |
| S8PKFBLU | 2024-04-27 03:00:03 | VRS | $ 500 | 🔽$ 253 | 2.0X | 5470.28 | CFD | Apr 27 2024 | Won |
| JTKCOXLA | 2024-04-27 02:00:04 | CAG | $ 120 | 🔽$ 265 | 10X | 2799.46 | CFD | Apr 27 2024 | Won |
| 6VZ0JMHQ | 2024-04-27 01:00:03 | CMZ | $ 180 | 🔽$ 187.2 | 2.0X | 8841.72 | CFD | Apr 27 2024 | Pending |
| Y6GOUJSR | 2024-04-27 00:00:04 | FRD | $ 150 | 🔼$ 930.6 | 1.0X | 8034.88 | Stock | Apr 27 2024 | Pending |
| PU4EBIRT | 2024-04-26 23:00:04 | BUN | $ 100 | 🔽$ 825.5 | 0.5X | 5732.77 | Stock | Apr 26 2024 | Won |
| Z6IDEVOJ | 2024-04-26 22:00:04 | EODC | $ 200 | 🔼$ 885 | 0.5X | 6257.98 | Crypto | Apr 26 2024 | Pending |
| BNOSIOWD | 2024-04-26 21:00:04 | ISH | $ 700 | 🔼$ 245 | 0.5X | 4890.88 | Forex | Apr 26 2024 | Won |

HAR0169

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| PU4EBRT | 2024-04-26 23:00:04 | BIJN | $ 100 | ↓$ 825.5 | 0.5X | 5732.77 | Stock | Apr 26 2024 | Won |
| Z6IDEVOJ | 2024-04-26 22:00:04 | EGDC | $ 200 | ↑$ 885 | 0.5X | 6257.98 | Crypto | Apr 26 2024 | Pending |
| 8NO5IOWD | 2024-04-26 21:00:04 | ISH | $ 700 | ↑$ 245 | 0.5X | 4690.88 | Forex | Apr 26 2024 | Won |
| 4ZEIAO9N | 2024-04-26 20:00:05 | CKC | $ 150 | ↓$ 273 | 10X | 6565.94 | Forex | Apr 26 2024 | Won |
| ZKMYT1A3 | 2024-04-26 19:00:04 | AAC | $ 200 | ↓$ 198.7 | 0.5X | 5822.63 | Crypto | Apr 26 2024 | Pending |
| UXLE8WGZ | 2024-04-26 18:00:04 | SCT | $ 110 | ↓$ 200.4 | 2.0X | 7833.33 | Stock | Apr 26 2024 | Won |
| LMWV0ITM | 2024-04-26 17:00:04 | GRW | $ 100 | ↓$ 197 | 0.5X | 7207.26 | CFD | Apr 26 2024 | Pending |
| V05MO82F | 2024-04-26 16:00:04 | SMSR | $ 110 | ↓$ 730.6 | 1.0X | 8287.64 | Stock | Apr 26 2024 | Won |
| DGTKW8EF | 2024-04-26 15:00:04 | USAT | $ 120 | ↑$ 154 | 1.5X | 5767.88 | Stock | Apr 26 2024 | Won |
| MBVRBJKT | 2024-04-26 14:00:04 | CLPX | $ 800 | ↑$ 253 | 1.5X | 4043.64 | Stock | Apr 26 2024 | Pending |
| 24T9STGA | 2024-04-26 13:00:04 | DRXNE | $ 150 | ↓$ 205 | 10X | 5229.36 | Forex | Apr 26 2024 | Won |
| EIBRHZRO | 2024-04-26 12:00:04 | HONEY | $ 800 | ↓$ 296 | 1.0X | 8460.80 | CFD | Apr 26 2024 | Won |
| 58PKQ4IU | 2024-04-26 11:00:04 | CBUK | $ 800 | ↑$ 205.5 | 5X | 5378.80 | Stock | Apr 26 2024 | Pending |
| 6LUQEJ4A | 2024-04-26 10:00:04 | CLO | $ 500 | ↓$ 229 | 5X | 8464.36 | Forex | Apr 26 2024 | Won |
| DOREROTV | 2024-04-26 09:00:03 | QNTU | $ 800 | ↓$ 730.6 | 1.5X | 8233.28 | Crypto | Apr 26 2024 | Won |
| JULZQP6F | 2024-04-26 08:00:03 | PLTX | $ 500 | ↓$ 817 | 2.0X | 7881.62 | CFD | Apr 26 2024 | Won |
| PO83FI9Y1 | 2024-04-26 07:00:04 | CURE | $ 110 | ↑$ 207.2 | 0.5X | 8242.64 | Forex | Apr 26 2024 | Won |
| 2PELMBI9 | 2024-04-26 06:00:05 | IRTZN | $ 110 | ↓$ 263 | 10X | 8706.79 | Crypto | Apr 26 2024 | Pending |
| 02KDI6QZ | 2024-04-26 05:00:05 | XCS | $ 500 | ↑$ 198.7 | 6X | 3652.59 | CFD | Apr 26 2024 | Won |
| 5CP5JQOU | 2024-04-26 04:00:04 | DCC | $ 100 | ↓$ 227.2 | 0.5X | 8866.60 | Forex | Apr 26 2024 | Pending |
| YO8'SKJX | 2024-04-26 03:00:05 | RMS | $ 150 | ↑$ 636 | 1.0X | 6178.67 | Stock | Apr 26 2024 | Won |

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| O2KDi6GZ | 2024-04-26 05:00:05 | XCS | $ 500 | ⬆$ 198.7 | 5X | 3652.59 | CFD | Apr 26 2024 | Won |
| SCP9JG0U | 2024-04-26 04:00:04 | DCC | $ 100 | ⬇$ 227.2 | 0.5X | 8686.60 | Forex | Apr 26 2024 | Pending |
| Y0XSKJX | 2024-04-26 03:00:05 | RMS | $ 150 | ⬆$ 836 | 1.0X | 8178.67 | Stock | Apr 26 2024 | Won |
| JZ0HFSRO | 2024-04-26 02:00:05 | PROOF | $ 110 | ⬇$ 863 | 1.0X | 5186.79 | CFD | Apr 26 2024 | Won |
| HRKQWP5H | 2024-04-26 01:00:05 | QORA | $ 500 | ⬇$ 919 | 0.5X | 4844.28 | Stock | Apr 26 2024 | Won |
| YPHUW8K4 | 2024-04-26 00:00:05 | SMLY | $ 180 | ⬆$ 303 | 2.0X | 3420.96 | CFD | Apr 26 2024 | Won |
| Y2PUXK0D | 2024-04-25 23:00:05 | PXL | $ 200 | ⬇$ 138.7 | 2.0X | 4500.49 | CFD | Apr 25 2024 | Pending |
| SMRWK2ZZ | 2024-04-25 22:00:05 | SWACH | $ 800 | ⬆$ 585 | 1.5X | 7101.63 | Crypto | Apr 25 2024 | Won |
| 8WU9GE3E | 2024-04-24 01:52:00 | BTC | $ 50000 | ⬇$ 535000 | 10X | 8358.49 | | Apr 25 2024 | Won |
| KFCPBMWL | 2024-04-25 21:00:04 | AID | $ 100 | ⬆$ 194 | 2.0X | 8136.40 | Crypto | Apr 25 2024 | Won |
| YL5TMBQN | 2024-04-25 20:00:04 | FIH | $ 110 | ⬆$ 220.4 | 5X | 9029.26 | Crypto | Apr 25 2024 | Won |
| 2GAFTIKY | 2024-04-25 19:00:04 | MEETONE | $ 500 | ⬆$ 175.5 | 5X | 6774.38 | Stock | Apr 25 2024 | Won |
| JYDUCHIIY | 2024-04-25 18:00:04 | CTKN | $ 700 | ⬇$ 920.4 | 10X | 4430.25 | Forex | Apr 25 2024 | Won |
| YNKHCIG | 2024-04-25 17:00:04 | GIVE | $ 800 | ⬇$ 127 | 10X | 2959.58 | Crypto | Apr 25 2024 | Won |
| ENKWTQXU | 2024-04-25 16:00:05 | DIO | $ 110 | ⬆$ 725.5 | 10X | 7304.71 | Forex | Apr 25 2024 | Pending |
| OPMFWSVW | 2024-04-25 15:00:04 | BTMG | $ 100 | ⬆$ 836 | 2.0X | 6674.29 | Stock | Apr 25 2024 | Pending |
| AC7N0FNM | 2024-04-25 14:00:04 | FTM | $ 200 | ⬇$ 246 | 1.5X | 4619.92 | Crypto | Apr 25 2024 | Won |
| 0G7N4M9F | 2024-04-25 13:00:05 | FRV | $ 150 | ⬇$ 130.4 | 1.5X | 7136.36 | Crypto | Apr 25 2024 | Won |
| XC4JMMOP | 2024-04-25 12:00:06 | MOV | $ 100 | ⬆$ 353 | 2.0X | 8227.74 | Forex | Apr 25 2024 | Pending |
| YJMNBM4W | 2024-04-25 11:00:05 | IDXM | $ 100 | ⬇$ 140.6 | 2.0X | 4289.44 | CFD | Apr 25 2024 | Pending |
| ZWH40YL2 | 2024-04-25 10:00:05 | FSN | $ 100 | ⬇$ 137 | 5X | 4718.46 | CFD | Apr 25 2024 | Pending |

HAR0171

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| XC4JMMOP | 2024-04-25 12:00:06 | MOV | $ 100 | ↑$ 353 | 2.0X | 8227.74 | Forex | Apr 25 2024 | Pending |
| YJMN8M4W | 2024-04-25 11:00:05 | IDXM | $ 100 | ↓$ 140.6 | 2.0X | 4289.44 | CFD | Apr 25 2024 | Pending |
| ZWH40YL2 | 2024-04-25 10:00:05 | FSN | $ 100 | ↓$ 137 | 5X | 4718.46 | CFD | Apr 25 2024 | Pending |
| KNOAMLPM | 2024-04-25 09:00:05 | ZCN | $ 150 | ↓$ 135.5 | 1.5X | 9151.84 | Forex | Apr 25 2024 | Won |
| IQSJCPXR | 2024-04-25 08:00:05 | XOV | $ 110 | ↑$ 265 | 10X | 8895.54 | Stock | Apr 25 2024 | Won |
| C84WP9VS | 2024-04-25 07:00:04 | COVAL | $ 800 | ↓$ 137.2 | 5X | 8277.91 | Stock | Apr 25 2024 | Won |
| ANIOPQKF | 2024-04-25 06:00:04 | DHT | $ 100 | ↓$ 144 | 5X | 4935.52 | Crypto | Apr 25 2024 | Pending |
| OFJHRCQB | 2024-04-25 05:00:03 | RAIZER | $ 500 | ↑$ 187.2 | 1.5X | 2984.61 | CFD | Apr 25 2024 | Won |
| VVDYZHT5 | 2024-04-25 04:00:04 | UT | $ 900 | ↑$ 130.4 | 10X | 7922.30 | Forex | Apr 25 2024 | Pending |
| YCRWBXYT | 2024-04-25 03:00:03 | MIB | $ 800 | ↓$ 296 | 2.0X | 8918.45 | Forex | Apr 25 2024 | Won |
| HTFOFKX6 | 2024-04-25 02:00:04 | BOST | $ 900 | ↑$ 137.2 | 1.5X | 8229.31 | Forex | Apr 25 2024 | Won |
| AVZDSXHW | 2024-04-25 01:00:04 | XDCE | $ 120 | ↑$ 246 | 0.5X | 5616.90 | Forex | Apr 25 2024 | Won |
| J5IZVDEG | 2024-04-25 00:00:03 | NANJ | $ 110 | ↓$ 527.2 | 1.5X | 5635.93 | Forex | Apr 25 2024 | Won |
| XT61SZVW | 2024-04-24 23:00:04 | SLR | $ 800 | ↓$ 178.7 | 0.5X | 4282.70 | Stock | Apr 24 2024 | Won |
| ETA2HPHQ | 2024-04-24 22:00:04 | CDX | $ 900 | ↑$ 853 | 5X | 3167.83 | CFD | Apr 24 2024 | Pending |
| AUIHODWG | 2024-04-24 21:00:06 | EXP | $ 110 | ↑$ 207.2 | 5X | 2909.56 | Crypto | Apr 24 2024 | Won |
| 788AEI4C | 2024-04-24 20:00:06 | TEAM | $ 180 | ↑$ 225.5 | 5X | 5676.80 | Stock | Apr 24 2024 | Won |
| PJYUVHPF | 2024-04-24 19:00:05 | HEEL | $ 150 | ↑$ 920.4 | 1.0X | 6840.32 | Crypto | Apr 24 2024 | Won |
| EPMOTIOJ | 2024-04-24 18:00:04 | NKN | $ 200 | ↑$ 190.6 | 5X | 7133.62 | Stock | Apr 24 2024 | Won |
| RZFTRA35 | 2024-04-24 17:00:03 | ALUX | $ 900 | ↑$ 187.2 | 1.0X | 4514.73 | Stock | Apr 24 2024 | Won |
| MUKBC9I | 2024-04-24 16:00:04 | ARBI | $ 900 | ↑$ 130.6 | 1.0X | 7248.40 | Forex | Apr 24 2024 | Pending |

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| EPMOTICJ | 2024-04-24 18:00:04 | NKN | $ 200 | ⬆$ 190.6 | 5X | 7133.62 | Stock | Apr 24 2024 | Won |
| RZFTRA35 | 2024-04-24 17:00:03 | ALUX | $ 900 | ⬆$ 187.2 | 1.0X | 4514.73 | Stock | Apr 24 2024 | Won |
| MURKBC9I | 2024-04-24 16:00:04 | ARBV | $ 900 | ⬆$ 210.6 | 1.0X | 7249.40 | Forex | Apr 24 2024 | Pending |
| SA4GRHHQ | 2024-04-24 15:00:05 | STQ | $ 100 | ⬆$ 180.4 | 0.5X | 3849.74 | Stock | Apr 24 2024 | Pending |
| ST1PRZYX | 2024-04-24 14:00:04 | ASN | $ 150 | ⬇$ 127 | 2.0X | 8954.63 | CFD | Apr 24 2024 | Pending |
| QMIIXNUBF | 2024-04-24 13:00:04 | GUSD | $ 110 | ⬇$ 930.6 | 5X | 5947.79 | Crypto | Apr 24 2024 | Won |
| KXPDE3PS | 2024-04-24 12:00:04 | XT | $ 700 | ⬇$ 120.4 | 2.0X | 3234.92 | Stock | Apr 24 2024 | Won |
| GZ6WQDIT | 2024-04-24 11:00:04 | BLACK | $ 900 | ⬇$ 125.5 | 10X | 3109.97 | Crypto | Apr 24 2024 | Won |
| TSADG4G2 | 2024-04-24 10:00:04 | ADN | $ 800 | ⬇$ 817 | 1.5X | 5693.46 | Stock | Apr 24 2024 | Won |
| EXV7WDGK | 2024-04-24 09:00:04 | KRX | $ 900 | ⬆$ 333 | 10X | 5946.35 | Stock | Apr 24 2024 | Won |
| 39NIMCAH | 2024-04-24 08:00:04 | CARE | $ 180 | ⬆$ 234 | 1.0X | 6785.60 | Forex | Apr 24 2024 | Won |
| BYLMR7OL | 2024-04-24 07:00:04 | WBY | $ 160 | ⬇$ 120.4 | 1.0X | 7795.78 | Stock | Apr 24 2024 | Won |
| AFNWCYXF | 2024-04-24 06:00:04 | MAT | $ 800 | ⬆$ 853 | 1.5X | 4882.74 | CFD | Apr 24 2024 | Pending |
| BDRMXBIG | 2024-04-24 05:00:04 | ALUX | $ 500 | ⬇$ 125.5 | 10X | 3473.94 | Stock | Apr 24 2024 | Won |
| YOSRQRDD | 2024-04-24 04:00:05 | FXI | $ 160 | ⬇$ 885 | 1.0X | 6222.70 | CFD | Apr 24 2024 | Won |
| SFOIKVLZ | 2024-04-24 03:00:05 | NEXXO | $ 160 | ⬇$ 238 | 10X | 9060.68 | Forex | Apr 24 2024 | Pending |
| DZY5MTON | 2024-04-24 02:00:05 | ZIX | $ 150 | ⬆$ 218.7 | 1.5X | 4066.66 | Crypto | Apr 24 2024 | Won |
| VHF9OUM8 | 2024-04-24 01:00:04 | TBRS | $ 120 | ⬆$ 319 | 10X | 5478.47 | CFD | Apr 24 2024 | Won |
| WDJAMMKW | 2024-04-24 00:00:05 | MRS | $ 180 | ⬇$ 534 | 0.5X | 8280.83 | CFD | Apr 24 2024 | Won |
| 37NXQVNU | 2024-04-23 23:00:05 | RTE | $ 150 | ⬇$ 127.2 | 10X | 3760.54 | Forex | Apr 23 2024 | Won |
| EOJQ5KXX | 2024-04-23 22:00:05 | MMC | $ 160 | ⬇$ 127.2 | 1.5X | 6063.56 | Stock | Apr 23 2024 | Won |
| DCQ4OID7 | 2024-04-23 21:00:03 | ADST | $ 110 | ⬇$ 256 | 2.0X | 8893.30 | Stock | Apr 23 2024 | Pending |

HAR0173

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| WLOAMMKW | 2024-04-24 00:00:05 | MKS | $ 180 | ↓$ 1334 | 0.5X | 8280.83 | CFD | Apr 24 2024 | Won |
| 37NXQVHJ | 2024-04-23 23:00:05 | RTE | $ 150 | ↓$ 127.2 | 10X | 3760.54 | Forex | Apr 23 2024 | Won |
| EDJQ5KXX | 2024-04-23 22:00:05 | MMC | $ 160 | ↓$ 127.2 | 1.5X | 5063.58 | Stock | Apr 23 2024 | Won |
| DCOAOID7 | 2024-04-23 21:00:03 | ADST | $ 110 | ↓$ 256 | 2.0X | 8893.30 | Stock | Apr 23 2024 | Pending |
| 9VWXGFJH | 2024-04-23 20:00:04 | COSX | $ 110 | ↑$ 525.5 | 2.0X | 5907.75 | Crypto | Apr 23 2024 | Won |
| 4DQX3YTL | 2024-04-23 19:00:04 | SSX | $ 900 | ↑$ 525.5 | 2.0X | 8280.67 | Stock | Apr 23 2024 | Won |
| OTS3Q2HV | 2024-04-23 18:00:04 | SNK | $ 200 | ↑$ 120.4 | 10X | 4983.28 | Forex | Apr 23 2024 | Won |
| YK914IKO | 2024-04-23 17:00:05 | RFC | $ 180 | ↑$ 230.6 | 5X | 4339.84 | Stock | Apr 23 2024 | Won |
| KM0SBQDO | 2024-04-23 16:00:04 | SWTH | $ 180 | ↓$ 207.2 | 5X | 7240.41 | Crypto | Apr 23 2024 | Pending |
| KGAP7XHJ | 2024-04-23 15:00:05 | BCF | $ 700 | ↑$ 313 | 0.5X | 4861.66 | CFD | Apr 23 2024 | Won |
| CPQRVLOZ | 2024-04-23 14:00:05 | PITCH | $ 200 | ↓$ 785 | 2.0X | 5497.99 | Forex | Apr 23 2024 | Pending |
| LI7EWFBP | 2024-04-23 13:00:05 | NAS2 | $ 500 | ↑$ 200.4 | 2.0X | 2845.46 | Forex | Apr 23 2024 | Pending |
| PFROELWA | 2024-04-23 12:00:05 | BSC | $ 150 | ↓$ 718.7 | 1.0X | 8039.36 | CFD | Apr 23 2024 | Pending |
| O24HALUX | 2024-04-23 11:00:05 | SXDT | $ 200 | ↓$ 178.7 | 5X | 7495.41 | Crypto | Apr 23 2024 | Won |
| E3WPUIEI | 2024-04-23 10:00:04 | YCE | $ 110 | ↑$ 825.5 | 1.0X | 3084.82 | Forex | Apr 23 2024 | Won |
| CKW5DX3V | 2024-04-23 09:00:03 | PPS | $ 120 | ↓$ 817 | 0.5X | 4868.74 | Crypto | Apr 23 2024 | Won |
| SVQQSIZB | 2024-04-23 08:00:04 | TAG | $ 100 | ↓$ 207 | 1.0X | 4543.42 | Forex | Apr 23 2024 | Won |
| XFCK732Q | 2024-04-23 07:00:04 | EGC | $ 900 | ↑$ 127 | 5X | 9122.31 | Forex | Apr 23 2024 | Won |
| T6GN1UVO | 2024-04-23 06:00:06 | VIA | $ 180 | ↓$ 145.5 | 0.5X | 8588.75 | CFD | Apr 23 2024 | Pending |
| YKLEHV5M | 2024-04-23 05:00:05 | PSK | $ 160 | ↑$ 239 | 10X | 8948.62 | Stock | Apr 23 2024 | Won |
| DN0C0EX6 | 2024-04-23 04:00:04 | RWS | $ 500 | ↓$ 177.2 | 1.5X | 7480.59 | CFD | Apr 23 2024 | Pending |
| K7UZIFBH | 2024-04-23 03:00:05 | THRT | $ 120 | ↑$ 525.5 | 1.0X | 3002.49 | Crypto | Apr 23 2024 | Won |

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| YKLEHVSM | 2024-04-23 05:00:05 | PSK | $ 160 | ↑$ 239 | 10X | 8948.82 | Stock | Apr 23 2024 | Won |
| DNOCGEX6 | 2024-04-23 04:00:04 | IIWS | $ 500 | ↓$ 177.2 | 1.5X | 7480.59 | CFD | Apr 23 2024 | Pending |
| K7UZIFBH | 2024-04-23 03:00:05 | THRT | $ 120 | ↑$ 525.5 | 1.0X | 3002.49 | Crypto | Apr 23 2024 | Won |
| OXB3HE8F | 2024-04-23 02:00:04 | DAV | $ 120 | ↑$ 318 | 1.0X | 8864.37 | Forex | Apr 23 2024 | Won |
| ZBHQPU02 | 2024-04-23 01:00:05 | BYTHER | $ 110 | ↓$ 130.4 | 1.0X | 4782.50 | Stock | Apr 23 2024 | Pending |
| BX2POLZH | 2024-04-23 00:00:04 | PURK | $ 150 | ↑$ 246 | 2.0X | 7834.94 | CFD | Apr 23 2024 | Won |
| JLQNJZ9U | 2024-04-22 23:00:04 | HKN | $ 180 | ↓$ 353 | 10X | 4040.68 | Stock | Apr 22 2024 | Won |
| NIMAHKSO | 2024-04-22 22:00:04 | CBC | $ 180 | ↑$ 118.7 | 0.5X | 7932.46 | Stock | Apr 22 2024 | Won |
| ZJAQ2T7W | 2024-04-22 21:00:04 | KAN | $ 500 | ↑$ 785 | 1.5X | 6964.93 | Forex | Apr 22 2024 | Pending |
| ALBA3ML2 | 2024-04-22 20:00:04 | FRN | $ 900 | ↑$ 180.4 | 0.5X | 9137.71 | Stock | Apr 22 2024 | Won |
| LRSTTWFX | 2024-04-22 19:00:04 | ESC | $ 700 | ↑$ 253 | 2.0X | 4306.66 | CFD | Apr 22 2024 | Pending |
| DVDXHGPB | 2024-04-22 18:00:04 | OPTION | $ 700 | ↓$ 154 | 0.5X | 8880.27 | Crypto | Apr 22 2024 | Won |
| OQ2XATXN | 2024-04-22 17:00:04 | PSEUD | $ 700 | ↑$ 198.7 | 1.5X | 3445.66 | Forex | Apr 22 2024 | Won |
| WLYAXNDI | 2024-04-22 16:00:05 | XCSH | $ 700 | ↑$ 720.4 | 5X | 9182.75 | Crypto | Apr 22 2024 | Won |
| H5KGFFRC | 2024-04-22 15:00:05 | XMS | $ 120 | ↑$ 296 | 10X | 4327.88 | Crypto | Apr 22 2024 | Won |
| FHOQXYEP | 2024-04-22 14:00:04 | JCR | $ 110 | ↑$ 286 | 1.5X | 3162.68 | CFD | Apr 22 2024 | Won |
| ZGRX0ICS | 2024-04-22 13:00:05 | GSC | $ 700 | ↓$ 145.5 | 1.0X | 4424.98 | Stock | Apr 22 2024 | Won |
| KN8WPQXG | 2024-04-22 12:00:05 | JKC | $ 200 | ↓$ 663 | 0.5X | 4600.90 | Forex | Apr 22 2024 | Won |
| E4M2X4YB | 2024-04-22 11:00:04 | BTSG | $ 110 | ↑$ 230.6 | 0.5X | 5595.52 | Stock | Apr 22 2024 | Pending |
| 0JHVQKOW | 2024-04-22 10:00:05 | APXT | $ 100 | ↓$ 303 | 1.0X | 4349.35 | Forex | Apr 22 2024 | Won |
| L2YEU3GT | 2024-04-22 09:00:03 | CSPN | $ 500 | ↑$ 216 | 10X | 7047.95 | CFD | Apr 22 2024 | Won |

HAR0175

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| E4M2XAYB | 2024-04-22 11:00:04 | BTSG | $ 110 | ↑$ 230.6 | 0.5X | 5595.52 | Stock | Apr 22 2024 | Pending |
| 0JHVQKOW | 2024-04-22 10:00:05 | APXT | $ 100 | ↓$ 303 | 1.0X | 4349.35 | Forex | Apr 22 2024 | Won |
| L2YEU3G7 | 2024-04-22 09:00:03 | CSPN | $ 500 | ↑$ 219 | 10X | 7047.95 | CFD | Apr 22 2024 | Won |
| HLCKH6O4 | 2024-04-22 08:00:04 | CRX | $ 150 | ↓$ 120.4 | 1.5X | 18193.90 | Stock | Apr 22 2024 | Won |
| 8XG6WWRX | 2024-04-22 07:00:05 | CEN | $ 120 | ↓$ 120.4 | 2.0X | 3303.77 | Crypto | Apr 22 2024 | Won |
| 3FHKX9EN | 2024-04-22 06:00:05 | BT | $ 150 | ↓$ 170.4 | 2.0X | 5660.44 | CFD | Apr 22 2024 | Pending |
| JD3PBFAS | 2024-04-22 05:00:04 | TKN | $ 700 | ↓$ 234 | 10X | 4753.43 | CFD | Apr 22 2024 | Won |
| 1J2EYPCLZ | 2024-04-22 04:00:04 | EXCL | $ 110 | ↑$ 167 | 2.0X | 6879.77 | Forex | Apr 22 2024 | Pending |
| YV5XJQ88 | 2024-04-22 03:00:04 | LYK | $ 100 | ↓$ 150.6 | 2.0X | 8419.62 | CFD | Apr 22 2024 | Won |
| 1WPXZQCV | 2024-04-22 02:00:04 | COU | $ 180 | ↓$ 147.2 | 1.0X | 3156.32 | Crypto | Apr 22 2024 | Won |
| OKL5LBNG | 2024-04-22 01:00:04 | PBLK | $ 200 | ↑$ 235 | 2.0X | 3553.77 | Stock | Apr 22 2024 | Won |
| RUDLXXPY | 2024-04-22 00:00:04 | HVCO | $ 150 | ↑$ 530.6 | 10X | 5169.35 | Stock | Apr 22 2024 | Won |
| PC85LVAJ | 2024-04-21 23:00:03 | SMOKE | $ 100 | ↓$ 194 | 0.5X | 5334.65 | CFD | Apr 21 2024 | Won |
| AOWGS0EC | 2024-04-21 22:00:04 | BYC | $ 150 | ↑$ 333 | 2.0X | 3941.61 | CFD | Apr 21 2024 | Pending |
| SW2H4JZ3 | 2024-04-21 21:00:05 | BOUTS | $ 150 | ↑$ 333 | 2.0X | 3097.96 | CFD | Apr 21 2024 | Pending |
| I2H7YX3M | 2024-04-21 20:00:04 | ENU | $ 700 | ↑$ 817 | 1.0X | 6923.53 | Forex | Apr 21 2024 | Won |
| 4QOBUZ3B | 2024-04-21 19:00:04 | EXCC | $ 700 | ↓$ 827.2 | 1.5X | 8627.89 | CFD | Apr 21 2024 | Won |
| BS348OWF | 2024-04-21 18:00:04 | SONG | $ 500 | ↓$ 219 | 10X | 9005.59 | Forex | Apr 21 2024 | Pending |
| 1QMJW2DK | 2024-04-21 17:00:05 | DBIX | $ 900 | ↓$ 214 | 0.5X | 6034.32 | Forex | Apr 21 2024 | Won |
| I3OMCJKQ | 2024-04-21 16:00:05 | RST | $ 800 | ↑$ 525.5 | 0.5X | 3417.41 | Crypto | Apr 21 2024 | Won |
| LJ8JFZXM | 2024-04-21 15:00:04 | AX | $ 180 | ↑$ 953 | 5X | 9189.31 | CFD | Apr 21 2024 | Pending |

HAR0176

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| IQMJW2DK | 2024-04-21 17:00:05 | DBIX | $ 900 | ↓$ 214 | 0.5X | 6034.33 | Forex | Apr 21 2024 | Won |
| I3GMCJKQ | 2024-04-21 16:00:05 | RST | $ 800 | ↑$ 525.5 | 0.5X | 3417.41 | Crypto | Apr 21 2024 | Won |
| LJ8JFZXM | 2024-04-21 15:00:04 | AX | $ 180 | ↑$ 953 | 5X | 9189.31 | CFD | Apr 21 2024 | Pending |
| TOZT9RKG | 2024-04-21 14:00:06 | LTG | $ 700 | ↓$ 817 | 2.0X | 2791.86 | Stock | Apr 21 2024 | Won |
| VVT6XWKY | 2024-04-21 13:00:04 | KUSD | $ 900 | ↑$ 953 | 2.0X | 8755.56 | CFD | Apr 21 2024 | Pending |
| ECDC6DXT | 2024-04-21 12:00:05 | KRM | $ 180 | ↑$ 273 | 2.0X | 3266.46 | CFD | Apr 21 2024 | Won |
| NBIAT7SJ | 2024-04-21 11:00:05 | GBE | $ 800 | ↑$ 197 | 1.5X | 8242.45 | Forex | Apr 21 2024 | Pending |
| 6QADHTRX | 2024-04-21 10:00:04 | DEV | $ 700 | ↑$ 1053 | 0.5X | 3047.94 | CFD | Apr 21 2024 | Won |
| TMBC9FLT | 2024-04-21 09:00:04 | CRE | $ 700 | ↑$ 170.4 | 1.0X | 5850.42 | Stock | Apr 21 2024 | Won |
| XACMOA7U | 2024-04-21 08:00:04 | PRM | $ 900 | ↓$ 125.5 | 1.0X | 3932.56 | Stock | Apr 21 2024 | Won |
| 6P0JRDQV | 2024-04-21 07:00:05 | RBR | $ 180 | ↑$ 194 | 1.0X | 3155.43 | Crypto | Apr 21 2024 | Won |
| ULZ3JHAF | 2024-04-21 06:00:06 | SCOR | $ 200 | ↓$ 936 | 1.5X | 8833.27 | Stock | Apr 21 2024 | Won |
| PVIJSL8Z | 2024-04-21 05:00:05 | BTQ | $ 180 | ↑$ 185 | 10X | 4578.51 | Stock | Apr 21 2024 | Won |
| VCNCBQAV | 2024-04-21 04:00:04 | VIDZ | $ 100 | ↓$ 120.4 | 5X | 7736.87 | Stock | Apr 21 2024 | Won |
| DVALWTAD | 2024-04-21 03:00:05 | SKIN | $ 160 | ↓$ 263 | 10X | 8063.47 | Crypto | Apr 21 2024 | Pending |
| JBAGPFSC | 2024-04-21 02:00:06 | MTN | $ 700 | ↑$ 934 | 2.0X | 7416.81 | Forex | Apr 21 2024 | Pending |
| 8LBO2TLP | 2024-04-21 01:00:05 | IFLT | $ 100 | ↑$ 245 | 10X | 3307.57 | Crypto | Apr 21 2024 | Pending |
| QHM5PIFE | 2024-04-21 00:00:04 | ARQ | $ 900 | ↓$ 197 | 5X | 7819.34 | Forex | Apr 21 2024 | Pending |
| B3CIAXXL | 2024-04-20 23:00:04 | SCR | $ 100 | ↓$ 934 | 0.5X | 7656.68 | Crypto | Apr 20 2024 | Won |
| 5KTVZHJE | 2024-04-20 22:00:06 | SPON | $ 180 | ↓$ 118.7 | 5X | 6716.90 | Crypto | Apr 20 2024 | Pending |
| RE9ESXPH | 2024-04-20 21:00:05 | XPD | $ 100 | ↓$ 134 | 10X | 6854.34 | Stock | Apr 20 2024 | Won |

HAR0177

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| B3CIAXXL | 2024-04-20 23:00:04 | SCR | $ 100 | ↓$ 934 | 0.5X | 7656.66 | Crypto | Apr 20 2024 | Won |
| 5KTVZHJE | 2024-04-20 22:00:06 | SPON | $ 180 | ↓$ 118.7 | 5X | 8716.90 | Crypto | Apr 20 2024 | Pending |
| RE9ESXPH | 2024-04-20 21:00:05 | XPD | $ 100 | ↓$ 134 | 10X | 8854.34 | Stock | Apr 20 2024 | Won |
| 72QZY4E0 | 2024-04-20 20:00:04 | SUQA | $ 500 | ↓$ 316 | 2.0X | 4677.93 | Forex | Apr 20 2024 | Won |
| OPM9JJW8 | 2024-04-20 19:00:04 | POE | $ 700 | ↑$ 1036 | 0.5X | 4430.73 | Stock | Apr 20 2024 | Won |
| RS7TNSIG | 2024-04-20 18:00:04 | VOL | $ 700 | ↓$ 220.4 | 1.5X | 7654.86 | Stock | Apr 20 2024 | Won |
| VZDITICQ | 2024-04-20 17:00:04 | DNO | $ 160 | ↑$ 140.6 | 2.0X | 8764.44 | Crypto | Apr 20 2024 | Pending |
| 5XHKTTPR | 2024-04-20 16:00:05 | MAPC | $ 200 | ↑$ 725.5 | 1.0X | 3319.88 | Forex | Apr 20 2024 | Pending |
| ADEL7GVU | 2024-04-20 15:00:04 | WELL | $ 500 | ↑$ 185 | 1.0X | 5358.27 | CFD | Apr 20 2024 | Pending |
| MUCKH6DQ | 2024-04-20 14:00:04 | DCR | $ 180 | ↑$ 137.2 | 10X | 6569.60 | Forex | Apr 20 2024 | Won |
| I2EXVDPY | 2024-04-20 13:00:04 | EGOC | $ 700 | ↓$ 734 | 2.0X | 5288.28 | Forex | Apr 20 2024 | Won |
| VGAMFBZR | 2024-04-20 12:00:04 | XMO | $ 100 | ↑$ 116.7 | 1.0X | 7741.40 | Forex | Apr 20 2024 | Pending |
| GPWEB4WI | 2024-04-20 11:00:04 | CRAFT | $ 110 | ↓$ 187.2 | 2.0X | 2953.30 | Stock | Apr 20 2024 | Pending |
| AEOVQIZU | 2024-04-19 11:51:00 | BTC | $ 35000 | ↓$ 310000 | 10X | 3529.60 | | Apr 20 2024 | Won |
| X7HYB69M | 2024-04-20 10:00:05 | DSLA | $ 150 | ↑$ 619 | 1.5X | 5788.80 | CFD | Apr 20 2024 | Won |
| 5PQPSJZE | 2024-04-20 09:00:03 | AWC | $ 160 | ↑$ 239 | 1.5X | 5299.80 | Forex | Apr 20 2024 | Won |
| D30QJFXO | 2024-04-20 08:00:04 | EXC | $ 900 | ↓$ 818.7 | 5X | 3487.51 | CFD | Apr 20 2024 | Won |
| KWIQRVTX | 2024-04-20 07:00:05 | BCN | $ 900 | ↑$ 218.7 | 0.5X | 8079.74 | CFD | Apr 20 2024 | Won |
| G1HOEBGT | 2024-04-20 06:00:04 | PIGGY | $ 150 | ↑$ 316 | 10X | 5239.73 | Crypto | Apr 20 2024 | Pending |
| M8YXOIPR | 2024-04-20 05:00:05 | EMN | $ 100 | ↓$ 150.6 | 5X | 2980.73 | Crypto | Apr 20 2024 | Pending |
| Y0XRUQHV | 2024-04-20 04:00:05 | KNC | $ 900 | ↓$ 135.5 | 5X | 2606.58 | Stock | Apr 20 2024 | Won |
| VQH5IJAE | 2024-04-20 03:00:04 | SNT | $ 500 | ↓$ 140.6 | 10X | 7717.54 | CFD | Apr 20 2024 | Won |

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| M6YXOIP8 | 2024-04-20 05:00:05 | EMN | $ 100 | ↓$ 150.6 | 5X | 2960.73 | Crypto | Apr 20 2024 | Pending |
| Y0XRUQHV | 2024-04-20 04:00:05 | XNC | $ 900 | ↓$ 135.5 | 5X | 2606.58 | Stock | Apr 20 2024 | Won |
| VQHSUAE | 2024-04-20 03:00:04 | SNT | $ 500 | ↓$ 140.6 | 10X | 7717.54 | CFD | Apr 20 2024 | Won |
| 9OIECNFF | 2024-04-20 02:00:05 | PRO | $ 150 | ↑$ 185 | 1.5X | 5374.25 | Forex | Apr 20 2024 | Pending |
| PQPVXNVW | 2024-04-20 01:00:04 | ONX | $ 500 | ↓$ 717 | 1.0X | 2951.29 | CFD | Apr 20 2024 | Won |
| QXAIEYK8 | 2024-04-20 00:00:05 | LEU | $ 500 | ↑$ 239 | 10X | 5019.76 | Stock | Apr 20 2024 | Pending |
| A5B1IYUD | 2024-04-19 23:00:04 | YSH | $ 500 | ↑$ 207.2 | 2.0X | 6908.70 | Forex | Apr 19 2024 | Pending |
| P0ABXORT | 2024-04-19 22:00:04 | NOBL | $ 500 | ↓$ 520.4 | 10X | 5799.48 | CFD | Apr 19 2024 | Won |
| MOXYAJRQ | 2024-04-19 21:00:05 | AE | $ 500 | ↓$ 197 | 10X | 9158.71 | Stock | Apr 19 2024 | Pending |
| PDOM0ZB7 | 2024-04-19 20:00:04 | LAO | $ 180 | ↓$ 927.2 | 5X | 8797.55 | CFD | Apr 19 2024 | Pending |
| TQN7VXEU | 2024-04-19 19:00:04 | BOSE | $ 110 | ↓$ 129.7 | 1.0X | 4751.96 | Crypto | Apr 19 2024 | Won |
| 9TXQSMW0 | 2024-04-19 18:00:04 | HFT | $ 180 | ↓$ 530.6 | 1.5X | 3263.66 | Forex | Apr 19 2024 | Won |
| 5NIOGGAP | 2024-04-19 17:00:05 | FOREX | $ 800 | ↓$ 1019 | 1.5X | 3694.75 | Forex | Apr 19 2024 | Won |
| H5SW4FYU | 2024-04-19 16:00:05 | DPP | $ 800 | ↑$ 150.6 | 1.0X | 5883.84 | Forex | Apr 19 2024 | Pending |
| 8WVRLKYI | 2024-04-19 15:00:04 | AERGO | $ 900 | ↑$ 936 | 0.5X | 5947.31 | Forex | Apr 19 2024 | Pending |
| EL2DLVUN | 2024-04-19 14:00:05 | BGL | $ 150 | ↓$ 1019 | 2.0X | 3964.91 | Crypto | Apr 19 2024 | Won |
| QSENAGI7 | 2024-04-19 13:00:05 | WDO | $ 120 | ↑$ 150.6 | 1.0X | 3728.45 | Crypto | Apr 19 2024 | Pending |
| UOBLXHMC | 2024-04-19 12:00:05 | EA | $ 900 | ↓$ 180.6 | 5X | 7826.92 | CFD | Apr 19 2024 | Pending |
| TNZLU7X | 2024-04-19 11:00:04 | BIOB | $ 800 | ↓$ 953 | 2.0X | 4745.26 | Stock | Apr 19 2024 | Won |
| RYJAN58D | 2024-04-19 10:00:04 | BOAT | $ 900 | ↓$ 527.2 | 0.5X | 3584.66 | Crypto | Apr 19 2024 | Won |
| QGN3YR20 | 2024-04-19 09:00:04 | KED | $ 120 | ↓$ 585 | 5X | 7772.38 | Crypto | Apr 19 2024 | Won |

HAR0179

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| TNZLU7X | 2024-04-19 11:00:04 | BIOB | $ 800 | ↓$ 953 | 2.0X | 4745.28 | Stock | Apr 19 2024 | Won |
| RYJANSBO | 2024-04-19 10:00:04 | BOAT | $ 900 | ↓$ 527.2 | 0.5X | 3564.66 | Crypto | Apr 19 2024 | Won |
| QON3YR20 | 2024-04-19 09:00:04 | KED | $ 120 | ↓$ 585 | 5X | 7772.38 | Crypto | Apr 19 2024 | Won |
| RALINDHB | 2024-04-19 08:00:04 | INF8 | $ 100 | ↓$ 137.2 | 1.0X | 4631.64 | Stock | Apr 19 2024 | Pending |
| MOYRNXZQ | 2024-04-19 07:00:05 | CPROP | $ 900 | ↑$ 118.7 | 0.5X | 7359.67 | CFD | Apr 19 2024 | Pending |
| 3V0XQEQR | 2024-04-19 06:00:05 | SCH | $ 100 | ↑$ 818.7 | 10X | 3787.92 | Forex | Apr 19 2024 | Pending |
| UCBLGYIK | 2024-04-19 05:00:04 | HVE | $ 800 | ↓$ 818.7 | 10X | 8202.58 | Stock | Apr 19 2024 | Won |
| RPLQ2NUY | 2024-04-19 04:00:04 | DIM | $ 180 | ↑$ 520.4 | 1.5X | 8108.82 | Stock | Apr 19 2024 | Won |
| CBRWYBIM | 2024-04-19 03:00:05 | LOC | $ 110 | ↑$ 205.5 | 10X | 2521.39 | Crypto | Apr 19 2024 | Pending |
| S8PVA63D | 2024-04-19 02:00:04 | COA | $ 200 | ↑$ 286 | 1.5X | 7770.55 | CFD | Apr 19 2024 | Won |
| PT6IKHOK | 2024-04-19 01:00:04 | SEEDS | $ 200 | ↓$ 147.2 | 10X | 3024.59 | Stock | Apr 19 2024 | Pending |
| MOWCX3AN | 2024-04-19 00:00:04 | HQX | $ 500 | ↑$ 636 | 10X | 7211.28 | Stock | Apr 19 2024 | Won |
| WODBMYZ1 | 2024-04-18 23:00:04 | BRONZ | $ 180 | ↓$ 198.7 | 0.5X | 5279.38 | Crypto | Apr 18 2024 | Pending |
| TZOVOYRL | 2024-04-18 22:00:05 | ONX | $ 200 | ↑$ 167 | 2.0X | 4142.67 | Crypto | Apr 18 2024 | Won |
| XPJSIHT0 | 2024-04-18 21:00:05 | POINTS | $ 800 | ↑$ 265 | 5X | 8628.53 | Forex | Apr 18 2024 | Won |
| EJYKWQCI | 2024-04-18 20:00:05 | XCG | $ 800 | ↓$ 198.7 | 5X | 2678.28 | Crypto | Apr 18 2024 | Won |
| HJ8DCP1W | 2024-04-18 08:56:00 | BTC | $ 40000 | ↓$ 420000 | 10X | 7562.79 | | Apr 18 2024 | Won |
| XS6NT8RI | 2024-04-18 18:00:04 | CHIEF | $ 180 | ↓$ 817 | 2.0X | 8797.59 | Crypto | Apr 18 2024 | Pending |
| HQOLIIER | 2024-04-18 18:00:05 | QORA | $ 900 | ↓$ 353 | 5X | 8019.82 | Stock | Apr 18 2024 | Won |
| OV7E6UNG | 2024-04-18 17:00:05 | MTN | $ 100 | ↓$ 168.7 | 1.0X | 7516.45 | Forex | Apr 18 2024 | Pending |
| YBDN9ZSQ | 2024-04-18 16:00:04 | YAC | $ 800 | ↓$ 227.2 | 5X | 8446.48 | Crypto | Apr 18 2024 | Won |

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| HQOL1IER | 2024-04-18 18:00:05 | QORA | $ 900 | ↓$ 353 | 5X | 6019.82 | Stock | Apr 18 2024 | Won |
| OV7E6UNG | 2024-04-18 17:00:05 | MTN | $ 100 | ↓$ 168.7 | 1.0X | 7516.45 | Forex | Apr 18 2024 | Pending |
| YBON9Z5Q | 2024-04-18 16:00:04 | YAC | $ 800 | ↓$ 227.2 | 5X | 6449.48 | Crypto | Apr 18 2024 | Won |
| JIVYHW42 | 2024-04-18 15:00:05 | FANZ | $ 180 | ↓$ 820.4 | 0.5X | 7535.77 | Forex | Apr 18 2024 | Won |
| QJDHNDKT | 2024-04-18 14:00:04 | RF | $ 700 | ↓$ 235 | 2.0X | 3358.31 | CFD | Apr 18 2024 | Pending |
| UDU6MEZK | 2024-04-18 13:00:04 | SS | $ 180 | ↓$ 134 | 1.0X | 7217.52 | Crypto | Apr 18 2024 | Won |
| X2RQTL3N | 2024-04-18 12:00:03 | ERE | $ 160 | ↓$ 178.7 | 1.5X | 3289.35 | Crypto | Apr 18 2024 | Won |
| JKIL3Q6K | 2024-04-18 11:00:05 | HCC | $ 800 | ↓$ 518.7 | 2.0X | 3607.92 | Forex | Apr 18 2024 | Won |
| ZSVSROGE | 2024-04-18 10:00:04 | KTC | $ 900 | ↓$ 190.6 | 0.5X | 8839.76 | CFD | Apr 18 2024 | Won |
| ZILG6YWJ | 2024-04-18 09:00:05 | KAN | $ 120 | ↓$ 817 | 1.0X | 5581.86 | CFD | Apr 18 2024 | Won |
| J6KSV7U2 | 2024-04-18 08:00:05 | ZYD | $ 800 | ↓$ 717 | 1.0X | 7065.32 | Forex | Apr 18 2024 | Won |
| YF5WBKHF | 2024-04-18 07:00:05 | ZCC1 | $ 100 | ↓$ 200.4 | 0.5X | 5937.28 | Forex | Apr 18 2024 | Won |
| XQPG583I | 2024-04-18 06:00:05 | AT | $ 150 | ↑$ 936 | 5X | 6543.47 | Stock | Apr 18 2024 | Pending |
| LKGNK4VI | 2024-04-18 05:00:04 | LX | $ 180 | ↑$ 236 | 2.0X | 7759.47 | Crypto | Apr 18 2024 | Won |
| ID9BQJIO | 2024-04-18 04:00:04 | BEC | $ 180 | ↓$ 160.4 | 1.0X | 6847.91 | Forex | Apr 18 2024 | Won |
| Z2T9OMIU | 2024-04-18 03:00:04 | 6II | $ 110 | ↓$ 285 | 5X | 8167.96 | Forex | Apr 18 2024 | Won |
| R3WKYOOY | 2024-04-18 02:00:05 | MAG | $ 500 | ↓$ 230.6 | 0.5X | 5119.94 | Crypto | Apr 18 2024 | Pending |
| 7V2DIUHQ | 2024-04-18 01:00:05 | REMCO | $ 800 | ↓$ 930.6 | 1.0X | 4419.47 | CFD | Apr 18 2024 | Pending |
| MZVXF8YV | 2024-04-18 00:00:04 | ZIX | $ 120 | ↑$ 185 | 1.0X | 5713.32 | Stock | Apr 18 2024 | Pending |
| YEBX5GKU | 2024-04-17 23:00:04 | WGO | $ 100 | ↑$ 187.2 | 5X | 7380.26 | Forex | Apr 17 2024 | Won |
| HP340IW2 | 2024-04-17 22:00:04 | ENCX | $ 700 | ↓$ 160.6 | 1.5X | 8774.81 | Crypto | Apr 17 2024 | Won |

HAR0181

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| MZVXFBYV | 2024-04-18 00:00:04 | ZIX | $ 120 | ⬆$ 185 | 1.0X | 5713.32 | Stock | Apr 18 2024 | Pending |
| YEBX5GKU | 2024-04-17 23:00:04 | WGO | $ 100 | ⬆$ 187.2 | 5X | 7380.26 | Forex | Apr 17 2024 | Won |
| HP340IW2 | 2024-04-17 22:00:04 | ENCX | $ 700 | ⬇$ 150.6 | 1.5X | 8774.81 | Crypto | Apr 17 2024 | Won |
| SHP10OMV | 2024-04-17 21:00:05 | SECI | $ 120 | ⬆$ 117 | 2.0X | 3560.40 | Forex | Apr 17 2024 | Pending |
| YSXXNGOU | 2024-04-17 20:00:04 | DOR | $ 180 | ⬆$ 177 | 1.5X | 5293.44 | Stock | Apr 17 2024 | Won |
| SBC2QWK3 | 2024-04-17 19:00:05 | QBXT | $ 100 | ⬇$ 820.4 | 0.5X | 8265.81 | Crypto | Apr 17 2024 | Pending |
| BHXSW8DT | 2024-04-17 18:00:05 | HMQ | $ 160 | ⬆$ 525.5 | 5X | 6370.77 | CFD | Apr 17 2024 | Won |
| H78FJA2M | 2024-04-17 17:00:05 | CDX | $ 120 | ⬆$ 185 | 1.5X | 6823.46 | Crypto | Apr 17 2024 | Pending |
| 9CEWEALK | 2024-04-17 16:00:04 | XIR | $ 200 | ⬇$ 279 | 1.5X | 5639.98 | Forex | Apr 17 2024 | Pending |
| GQOFTOZK | 2024-04-17 15:00:04 | AUC | $ 100 | ⬇$ 170.4 | 1.0X | 3413.30 | CFD | Apr 17 2024 | Pending |
| 9ISBWBXVK | 2024-04-17 14:00:05 | CDX | $ 700 | ⬆$ 316 | 2.0X | 2969.50 | Crypto | Apr 17 2024 | Won |
| W83THUKQ | 2024-04-17 13:00:05 | KCASH | $ 800 | ⬆$ 117 | 1.0X | 8576.89 | Crypto | Apr 17 2024 | Won |
| ERJ8CWHM | 2024-04-17 12:00:04 | ALUX | $ 150 | ⬆$ 265 | 1.5X | 2674.42 | CFD | Apr 17 2024 | Won |
| SVKJMBQH | 2024-04-17 11:00:05 | TVA | $ 900 | ⬆$ 154 | 1.0X | 5319.97 | Stock | Apr 17 2024 | Won |
| KHKDVGJJ | 2024-04-17 10:00:05 | QLA | $ 180 | ⬇$ 734 | 2.0X | 4028.97 | Forex | Apr 17 2024 | Won |
| N31HVBPU | 2024-04-17 09:00:03 | BCR | $ 100 | ⬆$ 316 | 1.5X | 7161.39 | Crypto | Apr 17 2024 | Won |
| GF5RYKRJ | 2024-04-17 08:00:04 | PRO | $ 180 | ⬆$ 230.6 | 5X | 5547.86 | Stock | Apr 17 2024 | Won |
| UHIMON0X | 2024-04-17 07:00:04 | ING | $ 700 | ⬇$ 207.2 | 1.5X | 5998.39 | Forex | Apr 17 2024 | Won |
| X3YEF2L6 | 2024-04-17 06:00:05 | CPN | $ 110 | ⬇$ 827.2 | 5X | 3945.51 | Forex | Apr 17 2024 | Won |
| 5N9WKBSM | 2024-04-17 05:00:04 | MOOLYA | $ 500 | ⬇$ 827.2 | 0.5X | 6866.59 | Forex | Apr 17 2024 | Pending |
| E9UKT03S | 2024-04-17 04:00:04 | SWEET | $ 200 | ⬆$ 518.7 | 1.5X | 4597.30 | Stock | Apr 17 2024 | Won |
| GKJN38AQ | 2024-04-17 03:00:05 | PLC | $ 500 | ⬇$ 985 | 10X | 6428.65 | Crypto | Apr 17 2024 | Won |

HAR0182

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| X3IYI1ZLB | 2024-04-17 06:00:05 | CPN | $ 110 | ↓$ 827.2 | 5X | 3946.51 | Forex | Apr 17 2024 | Won |
| 5N3IWKBSM | 2024-04-17 05:00:04 | MOOLYA | $ 500 | ↓$ 827.2 | 0.5X | 8866.69 | Forex | Apr 17 2024 | Pending |
| E9UKTG3S | 2024-04-17 04:00:04 | SWEET | $ 200 | ↑$ 518.7 | 1.5X | 4597.30 | Stock | Apr 17 2024 | Won |
| 0KJN76MO | 2024-04-17 03:00:05 | PLC | $ 500 | ↓$ 985 | 10X | 6426.65 | Crypto | Apr 17 2024 | Won |
| 8VJLMKQJ | 2024-04-17 02:00:05 | NMR | $ 120 | ↓$ 197 | 1.0X | 6620.28 | Crypto | Apr 17 2024 | Won |
| WAZ6FDEB | 2024-04-17 01:00:04 | CLDX | $ 150 | ↓$ 117 | 10X | 3239.80 | Crypto | Apr 17 2024 | Won |
| HXNPS0O1 | 2024-04-17 00:00:05 | IRONZ | $ 700 | ↑$ 167 | 0.5X | 4283.85 | Crypto | Apr 17 2024 | Won |
| HDP2KPHQ | 2024-04-16 23:00:04 | FLIP | $ 180 | ↓$ 137.2 | 0.5X | 6340.95 | Stock | Apr 16 2024 | Won |
| XPC4IZL3 | 2024-04-16 22:00:05 | SHREK | $ 700 | ↓$ 256 | 1.0X | 6558.78 | Crypto | Apr 16 2024 | Pending |
| WYZDX2NF | 2024-04-16 21:00:04 | RBK | $ 200 | ↓$ 953 | 5X | 4819.34 | Stock | Apr 16 2024 | Won |
| 7UKMJB9U | 2024-04-16 20:00:04 | SHADE | $ 160 | ↑$ 919 | 0.5X | 4663.88 | Stock | Apr 16 2024 | Won |
| 7DCDCVFR | 2024-04-16 19:00:04 | MLS | $ 150 | ↑$ 138.7 | 1.0X | 3902.40 | Forex | Apr 16 2024 | Won |
| RNFAHQPC | 2024-04-16 18:00:05 | MITH | $ 500 | ↓$ 239 | 5X | 3800.51 | Forex | Apr 16 2024 | Pending |
| SUMQGREL | 2024-04-16 17:00:04 | XC | $ 110 | ↑$ 177 | 0.5X | 5332.79 | Stock | Apr 16 2024 | Won |
| QQLTCFWM | 2024-04-16 16:00:05 | EMANATE | $ 180 | ↓$ 265 | 1.0X | 7419.32 | CFD | Apr 16 2024 | Won |
| Z9MID7XO | 2024-04-16 15:00:06 | 42 | $ 100 | ↑$ 786 | 1.0X | 8821.67 | Forex | Apr 16 2024 | Pending |
| LZJQX2UO | 2024-04-16 14:00:05 | ISL | $ 110 | ↑$ 820.4 | 1.5X | 2976.69 | Crypto | Apr 16 2024 | Won |
| 4VWVD8PL | 2024-04-16 13:00:06 | ARE | $ 150 | ↓$ 917 | 1.0X | 4248.77 | Crypto | Apr 16 2024 | Won |
| KYYL5PF6 | 2024-04-16 12:00:06 | ACC | $ 180 | ↑$ 205.5 | 2.0X | 4143.32 | Crypto | Apr 16 2024 | Pending |
| DDA2VWKZ | 2024-04-16 11:00:04 | ARY | $ 900 | ↓$ 825.5 | 10X | 6758.36 | CFD | Apr 16 2024 | Pending |
| OCMISTLW | 2024-04-16 10:00:05 | MEDI | $ 180 | ↑$ 185 | 2.0X | 2718.49 | Forex | Apr 16 2024 | Won |
| CGLPBPXS | 2024-04-16 09:00:04 | SBD | $ 200 | ↓$ 147.2 | 1.0X | 8665.47 | Crypto | Apr 16 2024 | Won |

HAR0183

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DDA2VWKZ | 2024-04-16 11:00:04 | ARY | $ 900 | ↓$ 825.5 | 10X | 6758.36 | CFD | Apr 16 2024 | Pending |
| OCMI5TLW | 2024-04-16 10:00:05 | MEDI | $ 180 | ↑$ 185 | 2.0X | 2718.49 | Forex | Apr 16 2024 | Won |
| COLPBPXS | 2024-04-16 09:00:04 | SBD | $ 200 | ↓$ 147.2 | 1.0X | 8665.47 | Crypto | Apr 16 2024 | Won |
| 29KT7R5J | 2024-04-16 08:00:04 | MDS | $ 160 | ↓$ 127.2 | 1.0X | 5876.29 | Crypto | Apr 16 2024 | Won |
| MCNWH3II | 2024-04-16 07:00:04 | DACH | $ 110 | ↑$ 134 | 10X | 5386.83 | Crypto | Apr 16 2024 | Won |
| FML65TG2 | 2024-04-16 06:00:06 | NBX | $ 500 | ↑$ 134 | 0.5X | 5418.54 | Forex | Apr 16 2024 | Won |
| CYOUX5WS | 2024-04-16 05:00:04 | MM | $ 100 | ↓$ 177.2 | 2.0X | 3101.41 | Stock | Apr 16 2024 | Won |
| VQG4WYHP | 2024-04-16 04:00:04 | POKER | $ 120. | ↑$ 265 | 10X | 3239.39 | Forex | Apr 16 2024 | Won |
| PFBSQWBO | 2024-04-16 03:00:04 | FFCT | $ 150 | ↓$ 125.5 | 1.5X | 3062.39 | Crypto | Apr 16 2024 | Pending |
| NJVG5OZ6 | 2024-04-16 02:00:05 | LX | $ 160 | ↓$ 319 | 0.5X | 2579.81 | Stock | Apr 16 2024 | Pending |
| JGBJFTYJ | 2024-04-16 01:00:04 | R8Y | $ 180 | ↓$ 235 | 1.5X | 3123.27 | Stock | Apr 16 2024 | Won |
| JPIZNSF6 | 2024-04-16 00:00:04 | VISIO | $ 150 | ↓$ 168.7 | 0.5X | 5580.43 | CFD | Apr 16 2024 | Pending |
| AGL3VATU | 2024-04-15 23:00:04 | TDZ | $ 160 | ↓$ 720.4 | 0.5X | 3617.63 | CFD | Apr 15 2024 | Won |
| XGSTIMOG | 2024-04-15 22:00:04 | JOK | $ 110 | ↑$ 836 | 0.5X | 4391.70 | CFD | Apr 15 2024 | Pending |
| D9NAPAFM | 2024-04-15 21:00:04 | CRPT | $ 500 | ↑$ 140.6 | 1.5X | 7846.33 | Stock | Apr 15 2024 | Won |
| OGKX58XV | 2024-04-15 20:00:05 | REDN | $ 900 | ↑$ 817 | 1.0X | 2628.43 | Crypto | Apr 15 2024 | Pending |
| OBUIEXVK | 2024-04-15 19:00:04 | NYN | $ 200 | ↓$ 953 | 0.5X | 7616.95 | Stock | Apr 15 2024 | Pending |
| 4UTWRDCB | 2024-04-15 18:00:04 | CRC | $ 100 | ↑$ 917 | 1.0X | 5653.35 | Crypto | Apr 15 2024 | Won |
| OBZEKQJP | 2024-04-15 17:00:04 | EZT | $ 900 | ↓$ 218.7 | 5X | 3785.53 | Crypto | Apr 15 2024 | Won |
| ZTO8DQGG | 2024-04-15 16:00:05 | SOUL | $ 180 | ↑$ 200.4 | 1.0X | 4605.91 | Crypto | Apr 15 2024 | Pending |
| VJ3OTIMK | 2024-04-15 15:00:05 | WDX | $ 700 | ↑$ 333 | 0.5X | 2436.78 | CFD | Apr 15 2024 | Won |

HAR0184

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| OBZEKQJP | 2024-04-15 17:00:04 | EZT | $ 900 | ⬇$ 218.7 | 5X | 3785.53 | Crypto | Apr 15 2024 | Won |
| ZTOBDQGG | 2024-04-15 16:00:05 | SOUL | $ 180 | ⬆$ 200.4 | 1.0X | 4605.91 | Crypto | Apr 15 2024 | Pending |
| VJ3OTIMK | 2024-04-15 15:00:05 | WDX | $ 700 | ⬆$ 333 | 0.5X | 2436.78 | CFD | Apr 15 2024 | Won |
| VXQP5KQ0 | 2024-04-15 14:00:05 | CHX | $ 110 | ⬇$ 225.5 | 1.0X | 3408.75 | Crypto | Apr 15 2024 | Pending |
| OGXHJCHM | 2024-04-15 13:00:05 | PLAY | $ 900 | ⬇$ 919 | 2.0X | 5787.57 | Stock | Apr 15 2024 | Pending |
| KE7GHHM5 | 2024-04-15 12:00:05 | R8Y | $ 150 | ⬇$ 190.6 | 1.5X | 3059.95 | CFD | Apr 15 2024 | Pending |
| MR6GPYEL | 2024-04-15 11:00:04 | STQ | $ 700 | ⬇$ 333 | 10X | 7619.32 | Stock | Apr 15 2024 | Won |
| 0FV5JHEW | 2024-04-15 10:00:04 | CEDEX | $ 150 | ⬇$ 720.4 | 10X | 2478.51 | Forex | Apr 15 2024 | Won |
| K3ZVQY4B | 2024-04-15 09:00:03 | SP | $ 500 | ⬆$ 273 | 10X | 8405.58 | Stock | Apr 15 2024 | Pending |
| YT3UFHGB | 2024-04-15 08:00:05 | MTL | $ 110 | ⬆$ 207.2 | 5X | 8506.55 | CFD | Apr 15 2024 | Won |
| PGZHEJPK | 2024-04-15 07:00:04 | DYNO | $ 180 | ⬆$ 239 | 10X | 5791.65 | Forex | Apr 15 2024 | Pending |
| LXD43PNT | 2024-04-15 06:00:05 | PCOIN | $ 200 | ⬇$ 925.5 | 0.5X | 4080.65 | CFD | Apr 15 2024 | Won |
| RMJBNFDH | 2024-04-15 05:00:04 | KRAK | $ 180 | ⬆$ 180.6 | 5X | 7867.99 | CFD | Apr 15 2024 | Won |
| QXOINCJ0 | 2024-04-15 04:00:05 | RADI | $ 800 | ⬇$ 530.6 | 2.0X | 9019.98 | Stock | Apr 15 2024 | Won |
| WM6CTR2F | 2024-04-15 03:00:05 | STM | $ 200 | ⬇$ 190.6 | 1.5X | 9026.30 | Stock | Apr 15 2024 | Won |
| 7GMCIIO8 | 2024-04-15 02:00:05 | PLU | $ 180 | ⬇$ 217 | 2.0X | 4374.59 | Stock | Apr 15 2024 | Won |
| YWODJ0TR | 2024-04-15 01:00:04 | KEY | $ 150 | ⬇$ 830.6 | 1.0X | 4204.69 | Stock | Apr 15 2024 | Won |
| HMYPFZUE | 2024-04-15 00:00:05 | BCT | $ 110 | ⬆$ 303 | 1.5X | 5519.88 | Crypto | Apr 15 2024 | Won |
| 1DMZBEAN | 2024-04-14 23:00:05 | ITA | $ 500 | ⬆$ 586 | 1.0X | 4652.89 | Stock | Apr 14 2024 | Pending |
| CG8TWCB | 2024-04-14 22:00:04 | EQUAL | $ 110 | ⬇$ 318 | 1.0X | 8079.46 | Crypto | Apr 14 2024 | Won |
| LRJK57OI | 2024-04-14 21:00:04 | CYT | $ 150 | ⬆$ 718.7 | 5X | 8996.87 | Stock | Apr 14 2024 | Won |

HAR0185

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| 1DMZBEAN | 2024-04-14 23:00:05 | ITA | $ 500 | ↑$ 585 | 1.0X | 4652.89 | Stock | Apr 14 2024 | Pending |
| CG8T1WCB | 2024-04-14 22:00:04 | EQUAL | $ 110 | ↓$ 319 | 1.0X | 6079.46 | Crypto | Apr 14 2024 | Won |
| LRJK57OI | 2024-04-14 21:00:04 | CYT | $ 150 | ↑$ 718.7 | 5X | 8996.87 | Stock | Apr 14 2024 | Won |
| UOFOOJA7 | 2024-04-14 20:00:05 | GAKH | $ 180 | ↑$ 1053 | 0.5X | 7817.73 | Stock | Apr 14 2024 | Pending |
| CVWYWTOX | 2024-04-14 19:00:04 | BITUSD | $ 110 | ↓$ 296 | 2.0X | 6607.99 | CFD | Apr 14 2024 | Won |
| B5S0XTHE | 2024-04-14 18:00:04 | AIDOC | $ 200 | ↓$ 585 | 0.5X | 7483.50 | Forex | Apr 14 2024 | Pending |
| BZJYRCSQ | 2024-04-14 17:00:04 | BTMX | $ 120 | ↓$ 137 | 0.5X | 6647.58 | Stock | Apr 14 2024 | Pending |
| 2OANQEVZ | 2024-04-14 16:00:04 | BLAZR | $ 900 | ↑$ 118.7 | 1.5X | 3618.43 | Stock | Apr 14 2024 | Won |
| KABRDUMS | 2024-04-14 15:00:05 | REDN | $ 120 | ↑$ 336 | 2.0X | 4206.74 | CFD | Apr 14 2024 | Won |
| L5UUSPOE | 2024-04-14 14:00:04 | KUE | $ 700 | ↓$ 130.4 | 5X | 7309.28 | Stock | Apr 14 2024 | Won |
| LXUGJTCK | 2024-04-14 13:00:05 | COS | $ 160 | ↑$ 725.5 | 2.0X | 7168.29 | Crypto | Apr 14 2024 | Won |
| W55IUT0S | 2024-04-14 12:00:05 | RDN | $ 700 | ↑$ 920.4 | 1.5X | 7726.34 | Stock | Apr 14 2024 | Won |
| HAWJUZYW | 2024-04-14 11:00:04 | REAL | $ 100 | ↑$ 819 | 5X | 7387.46 | CFD | Apr 14 2024 | Won |
| ZC880R6H | 2024-04-14 10:00:08 | CNL | $ 150 | ↑$ 270.6 | 5X | 6696.71 | Crypto | Apr 14 2024 | Pending |
| W4ZPQ36P | 2024-04-14 09:00:03 | MENU | $ 500 | ↓$ 718.7 | 10X | 5774.32 | CFD | Apr 14 2024 | Won |
| EZHROJND | 2024-04-14 08:00:05 | OOT | $ 120 | ↓$ 137 | 1.0X | 2638.90 | CFD | Apr 14 2024 | Won |
| SUYG3YKQ | 2024-04-14 07:00:04 | GOLF | $ 200 | ↑$ 953 | 1.0X | 4056.84 | Stock | Apr 14 2024 | Won |
| VKYPVHNT | 2024-04-14 06:00:04 | ZRX | $ 160 | ↑$ 185.5 | 1.0X | 3649.63 | Stock | Apr 14 2024 | Won |
| RRMAFPQM | 2024-04-14 05:00:05 | GRO | $ 120 | ↑$ 827.2 | 10X | 8497.59 | CFD | Apr 14 2024 | Pending |
| NLOCUHXF | 2024-04-14 04:00:04 | MCI | $ 900 | ↑$ 725.5 | 5X | 3805.69 | Crypto | Apr 14 2024 | Won |
| QDMTPZOR | 2024-04-14 03:00:05 | ARBI | $ 500 | ↓$ 125.5 | 10X | 2876.34 | Stock | Apr 14 2024 | Won |

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| RRMAFPQM | 2024-04-14 05:00:05 | GRO | $ 120 | ↑$ 827.2 | 10X | 8497.59 | CFD | Apr 14 2024 | Pending |
| NLOCUHXF | 2024-04-14 04:00:04 | MCI | $ 900 | ↑$ 725.5 | 5X | 3805.69 | Crypto | Apr 14 2024 | Won |
| QDMTFZOR | 2024-04-14 03:00:05 | ARBI | $ 500 | ↓$ 125.5 | 10X | 2876.34 | Stock | Apr 14 2024 | Won |
| USL4FHLN | 2024-04-14 02:00:05 | GLOBE | $ 160 | ↓$ 279 | 1.0X | 6195.78 | Stock | Apr 14 2024 | Won |
| SEODINAT | 2024-04-14 01:00:05 | 365 | $ 500 | ↑$ 184 | 2.0X | 6550.95 | Stock | Apr 14 2024 | Won |
| FWSBP4JQ | 2024-04-14 00:00:04 | IPC | $ 180 | ↑$ 319 | 2.0X | 4991.25 | Forex | Apr 14 2024 | Pending |
| RQITEH2K | 2024-04-13 23:00:04 | MINC | $ 700 | ↓$ 530.6 | 10X | 8613.34 | CFD | Apr 13 2024 | Won |
| 3VWQXKQT | 2024-04-13 22:00:04 | EMU | $ 160 | ↓$ 210.6 | 10X | 4452.64 | Stock | Apr 13 2024 | Won |
| M0XFIVGO | 2024-04-13 21:00:05 | SKB | $ 160 | ↓$ 619 | 2.0X | 7372.93 | Stock | Apr 13 2024 | Won |
| DXMU2RFM | 2024-04-13 20:00:04 | POLY | $ 100 | ↓$ 717 | 1.5X | 5840.83 | Stock | Apr 13 2024 | Pending |
| OTFA2LSE | 2024-04-13 19:00:04 | EREAL | $ 100 | ↑$ 253 | 5X | 8960.49 | CFD | Apr 13 2024 | Won |
| KR31P1Q | 2024-04-13 18:00:04 | XROT | $ 120 | ↑$ 168.7 | 1.5X | 3202.59 | Stock | Apr 13 2024 | Pending |
| IVDWOFXT | 2024-04-13 17:00:05 | SECI | $ 110 | ↓$ 210.6 | 1.5X | 3844.79 | Forex | Apr 13 2024 | Won |
| VQBM3OX5 | 2024-04-13 16:00:05 | CRAIG | $ 160 | ↓$ 175.5 | 10X | 4370.89 | Crypto | Apr 13 2024 | Won |
| 4FLJGTSC | 2024-04-13 15:00:05 | MPRO | $ 900 | ↓$ 525.5 | 5X | 2700.45 | Forex | Apr 13 2024 | Pending |
| VAYNGRTO | 2024-04-13 14:00:04 | QSP | $ 700 | ↑$ 285 | 10X | 2937.47 | Crypto | Apr 13 2024 | Won |
| Y8OJFWIS | 2024-04-13 13:00:05 | MRV | $ 100 | ↑$ 253 | 10X | 8236.29 | Forex | Apr 13 2024 | Won |
| ZIQNMWRN | 2024-04-13 12:00:05 | STP | $ 180 | ↓$ 296 | 5X | 6842.51 | Stock | Apr 13 2024 | Won |
| WZLRTUCQ | 2024-04-13 11:00:05 | NUKE | $ 200 | ↑$ 137.2 | 1.5X | 8902.71 | Forex | Apr 13 2024 | Pending |
| 82P0KMOF | 2024-04-13 10:00:04 | LXC | $ 120 | ↑$ 145.5 | 0.5X | 3345.91 | Crypto | Apr 13 2024 | Pending |
| Z3YG2YPD | 2024-04-13 09:00:04 | LEV | $ 180 | ↑$ 918.7 | 0.5X | 6095.74 | Stock | Apr 13 2024 | Won |
| MBN0376D | 2024-04-13 08:00:04 | FNX | $ 200 | ↓$ 265 | 1.0X | 9144.65 | CFD | Apr 13 2024 | Won |

HAR0187

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BZF0KMOP | 2024-04-13 10:00:04 | LXC | $ 120 | ↑$ 145.5 | 0.5X | 3345.91 | Crypto | Apr 13 2024 | Pending |
| Z3YG2YPD | 2024-04-13 09:00:04 | LEV | $ 150 | ↑$ 918.7 | 0.5X | 6005.74 | Stock | Apr 13 2024 | Won |
| MBNO376D | 2024-04-13 08:00:04 | FNX | $ 200 | ↓$ 265 | 1.0X | 9144.65 | CFD | Apr 13 2024 | Won |
| LNHFEJGI | 2024-04-13 07:00:04 | BCA | $ 500 | ↑$ 885 | 5X | 5241.90 | Crypto | Apr 13 2024 | Won |
| FQAW86CZ | 2024-04-13 06:00:05 | DIVI | $ 700 | ↑$ 154 | 1.5X | 5906.28 | Stock | Apr 13 2024 | Pending |
| ZXWGSNGP | 2024-04-13 05:00:05 | AWC | $ 500 | ↑$ 147.2 | 0.5X | 8940.57 | Forex | Apr 13 2024 | Won |
| JWCST6RZ | 2024-04-13 04:00:04 | AURA | $ 700 | ↑$ 785 | 5X | 5982.51 | CFD | Apr 13 2024 | Pending |
| UYS42QFS | 2024-04-13 03:00:03 | DAC | $ 150 | ↑$ 194 | 0.5X | 3574.56 | Crypto | Apr 13 2024 | Won |
| SJRJWXDL | 2024-04-13 02:00:03 | ITL | $ 500 | ↑$ 825.5 | 1.0X | 8898.57 | Crypto | Apr 13 2024 | Won |
| CBLODJVI | 2024-04-13 01:00:05 | GBA | $ 110 | ↓$ 218.7 | 1.5X | 8890.72 | CFD | Apr 13 2024 | Won |
| DARLLRDU | 2024-04-13 00:00:05 | EQB | $ 100 | ↓$ 936 | 0.5X | 3483.34 | Stock | Apr 13 2024 | Won |
| 9UBNRAEO | 2024-04-12 23:00:04 | CMT | $ 700 | ↓$ 246 | 5X | 8105.33 | Forex | Apr 12 2024 | Won |
| AZIBOEJZ | 2024-04-12 22:00:04 | XID | $ 900 | ↓$ 245 | 10X | 7425.37 | Crypto | Apr 12 2024 | Won |
| WZTYIRDB | 2024-04-12 21:00:04 | DTC | $ 180 | ↑$ 720.4 | 1.5X | 5781.52 | Crypto | Apr 12 2024 | Won |
| 1NXZM8Y3 | 2024-04-12 20:00:04 | ADA | $ 700 | ↓$ 145.5 | 10X | 4380.58 | CFD | Apr 12 2024 | Won |
| MRMQDCFD | 2024-04-12 19:00:04 | KRO | $ 180 | ↑$ 734 | 1.5X | 7952.98 | Forex | Apr 12 2024 | Pending |
| APGLHXLI | 2024-04-12 18:00:05 | CFI | $ 900 | ↓$ 917 | 0.5X | 3090.37 | Crypto | Apr 12 2024 | Pending |
| ZZXN8W2V | 2024-04-12 17:00:04 | PUSHI | $ 100 | ↓$ 198.7 | 5X | 5294.72 | Crypto | Apr 12 2024 | Won |
| RNITV8FL | 2024-04-12 16:00:05 | ICASH | $ 180 | ↓$ 1038 | 2.0X | 4699.89 | Stock | Apr 12 2024 | Pending |
| XBX7CNFV | 2024-04-12 15:00:05 | HEX | $ 180 | ↑$ 154 | 1.0X | 5643.54 | CFD | Apr 12 2024 | Pending |
| REARQW6C | 2024-04-12 14:00:04 | RNT | $ 800 | ↑$ 185 | 1.5X | 4530.81 | Forex | Apr 12 2024 | Won |

HAR0188

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| RNITV6FL | 2024-04-12 16:00:05 | ICASH | $ 180 | ↓$ 1036 | 2.0X | 4899.89 | Stock | Apr 12 2024 | Pending |
| X8X7CNFV | 2024-04-12 15:00:05 | HLX | $ 180 | ↑$ 134 | 1.0X | 5643.54 | CFD | Apr 12 2024 | Pending |
| REARQW6C | 2024-04-12 14:00:04 | BNT | $ 800 | ↑$ 185 | 1.5X | 4530.81 | Forex | Apr 12 2024 | Won |
| EQNJ4KOB | 2024-04-12 13:00:05 | DAG | $ 800 | ↓$ 130.4 | 1.5X | 8147.55 | Crypto | Apr 12 2024 | Won |
| YKHTNXZP | 2024-04-12 12:00:05 | FOOD | $ 700 | ↓$ 518.7 | 2.0X | 4577.57 | Stock | Apr 12 2024 | Won |
| SLDNGJR7 | 2024-04-12 11:00:05 | ZIPT | $ 180 | ↓$ 185.5 | 10X | 3718.45 | CFD | Apr 12 2024 | Pending |
| 6IL3YPU9 | 2024-04-12 10:00:05 | XHI | $ 200 | ↓$ 353 | 2.0X | 8834.40 | Stock | Apr 12 2024 | Pending |
| EL64TYSU | 2024-04-12 09:00:03 | CMC | $ 500 | ↓$ 168.7 | 2.0X | 8365.80 | CFD | Apr 12 2024 | Won |
| KIDWFIBL | 2024-04-12 08:00:05 | GREXIT | $ 150 | ↓$ 296 | 5X | 3849.65 | Stock | Apr 12 2024 | Won |
| ZSOVABGZ | 2024-04-12 07:00:04 | REP | $ 200 | ↑$ 218.7 | 1.0X | 4914.85 | Stock | Apr 12 2024 | Won |
| 8G6XDMSM | 2024-04-12 06:00:04 | PLAI | $ 180 | ↑$ 836 | 1.0X | 3043.92 | Stock | Apr 12 2024 | Won |
| ZKCXTDAQ | 2024-04-12 05:00:04 | XPY | $ 500 | ↓$ 734 | 1.0X | 3235.69 | Stock | Apr 12 2024 | Won |
| USNWEGM | 2024-04-12 04:00:05 | VVI | $ 700 | ↑$ 128.7 | 1.0X | 9031.39 | Stock | Apr 12 2024 | Won |
| EHARZHV2 | 2024-04-12 03:00:04 | ELF | $ 900 | ↓$ 235 | 2.0X | 7749.33 | Forex | Apr 12 2024 | Won |
| EGOPINZL | 2024-04-12 02:00:04 | DLR | $ 800 | ↑$ 919 | 5X | 4102.89 | Stock | Apr 12 2024 | Pending |
| UELDQFWO | 2024-04-12 01:00:04 | DUB | $ 700 | ↑$ 265 | 1.5X | 6529.57 | Stock | Apr 12 2024 | Pending |
| OAIA28QT | 2024-04-12 00:00:05 | LPC | $ 100 | ↓$ 256 | 10X | 6509.86 | Crypto | Apr 12 2024 | Won |
| ARVJNHPU | 2024-04-11 23:00:04 | IRT | $ 160 | ↓$ 184 | 10X | 7864.31 | Forex | Apr 11 2024 | Won |
| QYBLPOQ8 | 2024-04-11 22:00:05 | PEPECASH | $ 160 | ↑$ 220.4 | 1.5X | 8570.53 | Crypto | Apr 11 2024 | Pending |
| 9HPV6K38 | 2024-04-11 21:00:04 | EDR | $ 100 | ↓$ 154 | 10X | 4999.57 | Crypto | Apr 11 2024 | Pending |
| FVYQHYGM | 2024-04-11 20:00:06 | ZLA | $ 700 | ↑$ 140.6 | 1.0X | 2624.74 | Crypto | Apr 11 2024 | Won |

HAR0189

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| QY8LPOQ8 | 2024-04-11 22:00:05 | PEPECASH | $ 160 | ⬆$ 220.4 | 1.5X | 8570.53 | Crypto | Apr 11 2024 | Pending |
| 9HPV6K38 | 2024-04-11 21:00:04 | EDR | $ 100 | ⬇$ 154 | 10X | 4999.57 | Crypto | Apr 11 2024 | Pending |
| FVYQHYGM | 2024-04-11 20:00:06 | ZLA | $ 700 | ⬆$ 140.6 | 1.0X | 2824.74 | Crypto | Apr 11 2024 | Won |
| NDIAYKIV | 2024-04-11 19:00:06 | GOA | $ 160 | ⬆$ 825.5 | 2.0X | 8021.37 | Crypto | Apr 11 2024 | Won |
| LZVQTKPH | 2024-04-11 18:00:05 | ENU | $ 180 | ⬇$ 197 | 1.0X | 8647.65 | CFD | Apr 11 2024 | Won |
| BJWVMVNN | 2024-04-11 17:00:04 | CREV | $ 900 | ⬆$ 150.6 | 5X | 5778.58 | CFD | Apr 11 2024 | Pending |
| CEGFJYRK | 2024-04-11 16:00:04 | ULTC | $ 500 | ⬆$ 137.2 | 1.5X | 3738.95 | CFD | Apr 11 2024 | Won |
| 6GWDOKVY | 2024-04-11 15:00:05 | FOREX | $ 120 | ⬇$ 210.6 | 5X | 3847.89 | Stock | Apr 11 2024 | Won |
| VAPZDYTG | 2024-04-11 14:00:05 | AUD | $ 110 | ⬇$ 138.7 | 5X | 7046.64 | Crypto | Apr 11 2024 | Won |
| COJUFKUZ | 2024-04-11 13:00:05 | CWX | $ 700 | ⬇$ 239 | 0.5X | 8076.36 | Stock | Apr 11 2024 | Pending |
| 4PTRSEXO | 2024-04-11 12:00:05 | HZ | $ 200 | ⬇$ 817 | 10X | 6627.45 | Forex | Apr 11 2024 | Won |
| K4C7LVRM | 2024-04-11 11:00:04 | VOLT | $ 800 | ⬇$ 730.6 | 5X | 2957.66 | Stock | Apr 11 2024 | Won |
| 2XZANGYT | 2024-04-11 10:00:05 | UNC | $ 120 | ⬇$ 137.2 | 5X | 4640.38 | CFD | Apr 11 2024 | Won |
| ROAXTKNW | 2024-04-11 09:00:04 | TROLL | $ 100 | ⬇$ 299 | 0.5X | 3286.45 | Forex | Apr 11 2024 | Won |
| WE3K12YK | 2024-04-11 08:00:05 | LENIN | $ 700 | ⬇$ 885 | 1.0X | 7729.94 | Crypto | Apr 11 2024 | Won |
| ZiCGI9DF | 2024-04-11 07:00:03 | MEME | $ 900 | ⬆$ 585 | 5X | 4789.33 | Crypto | Apr 11 2024 | Pending |
| DMWUG83E | 2024-04-11 06:00:03 | BRC | $ 700 | ⬆$ 227.2 | 10X | 5746.28 | Stock | Apr 11 2024 | Won |
| SJENWX1Y | 2024-04-11 05:00:04 | CUR | $ 500 | ⬆$ 253 | 1.5X | 3829.54 | CFD | Apr 11 2024 | Won |
| G8WQJTW2 | 2024-04-11 04:00:04 | FDX | $ 100 | ⬇$ 127.2 | 1.5X | 7604.42 | CFD | Apr 11 2024 | Pending |
| EAZIX30Y | 2024-04-11 03:00:05 | GUSD | $ 150 | ⬇$ 920.4 | 1.0X | 6611.84 | CFD | Apr 11 2024 | Pending |
| 81EGA2HM | 2024-04-11 02:00:04 | MXT | $ 200 | ⬆$ 585 | 2.0X | 6266.38 | Forex | Apr 11 2024 | Won |

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| G8WQJTW2 | 2024-04-11 04:00:04 | FDX | $ 100 | ↓$ 127.2 | 1.5X | 7604.42 | CFD | Apr 11 2024 | Pending |
| EAZIX30Y | 2024-04-11 03:00:05 | GUSD | $ 150 | ↓$ 920.4 | 1.0X | 6611.84 | CFD | Apr 11 2024 | Pending |
| BTEGA2HM | 2024-04-11 02:00:04 | MXT | $ 200 | ↑$ 585 | 2.0X | 6289.38 | Forex | Apr 11 2024 | Won |
| DS7CZA5U | 2024-04-11 01:00:03 | WEALTH | $ 160 | ↑$ 236 | 5X | 8446.78 | Crypto | Apr 11 2024 | Pending |
| NPZ56D2L | 2024-04-10 01:27:00 | IIITC | $ 50000 | ↓$ 435000 | 2.0X | 5863.42 | | Apr 10 2024 | Won |
| UIUFGZ0P | 2024-04-11 00:00:05 | RP8 | $ 150 | ↓$ 273 | 10X | 4042.94 | Forex | Apr 11 2024 | Won |
| LK9H0OLA | 2024-04-10 23:00:03 | IOTX | $ 900 | ↑$ 214 | 1.0X | 8295.56 | Stock | Apr 10 2024 | Won |
| XENEVD0R | 2024-04-10 22:00:05 | AER | $ 900 | ↑$ 819 | 2.0X | 7203.98 | Crypto | Apr 10 2024 | Won |
| LZDKZFHE | 2024-04-10 21:00:05 | PKB | $ 180 | ↑$ 125.5 | 0.5X | 8161.80 | Crypto | Apr 10 2024 | Pending |
| ZTGNQIL4 | 2024-04-10 20:00:05 | CRYP | $ 100 | ↑$ 137 | 1.5X | 3373.64 | CFD | Apr 10 2024 | Won |
| T0IZ6QJC | 2024-04-10 19:00:07 | ITT | $ 900 | ↓$ 185 | 0.5X | 4999.70 | Forex | Apr 10 2024 | Won |
| VKDONSLG | 2024-04-10 18:00:05 | Q2C | $ 900 | ↑$ 118.7 | 10X | 5809.84 | Stock | Apr 10 2024 | Won |
| ZFSXIG08 | 2024-04-10 17:00:04 | KETAN | $ 500 | ↓$ 246 | 1.0X | 6383.85 | Crypto | Apr 10 2024 | Won |
| NYIEHAFJ | 2024-04-10 16:00:06 | PRES | $ 200 | ↓$ 180.6 | 2.0X | 2757.45 | Stock | Apr 10 2024 | Pending |
| U8H2VFIN | 2024-04-10 15:00:05 | CRACK | $ 500 | ↓$ 170.4 | 10X | 4237.37 | Forex | Apr 10 2024 | Pending |
| 9VJ4UYYV | 2024-04-10 14:00:05 | NEX | $ 200 | ↓$ 236 | 5X | 5681.49 | Crypto | Apr 10 2024 | Pending |
| MESDF3QW | 2024-04-10 13:00:04 | ASTRO | $ 800 | ↑$ 285 | 1.5X | 6801.42 | Crypto | Apr 10 2024 | Won |
| KHBICD93 | 2024-04-10 12:00:04 | YACHTCO | $ 700 | ↑$ 245 | 1.0X | 8049.48 | CFD | Apr 10 2024 | Won |
| ZPIWKXX2 | 2024-04-10 11:00:04 | SEL | $ 180 | ↓$ 227.2 | 10X | 8286.60 | Stock | Apr 10 2024 | Won |
| 3IXHU5G4 | 2024-04-10 10:00:05 | CJC | $ 110 | ↓$ 205.5 | 1.0X | 2544.84 | Stock | Apr 10 2024 | Won |
| RS9C19C5 | 2024-04-10 09:00:04 | LTCX | $ 110 | ↓$ 927.2 | 1.0X | 8877.67 | CFD | Apr 10 2024 | Won |
| H1LXW9RT | 2024-04-10 08:00:04 | MST | $ 180 | ↓$ 930.6 | 0.5X | 8324.58 | CFD | Apr 10 2024 | Pending |

HAR0191

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| ZPIWKXX2 | 2024-04-10 11:00:04 | SEI | $ 180 | ↓$ 227.2 | 1.0X | 8266.60 | Stock | Apr 10 2024 | Won |
| 3IXHU504 | 2024-04-10 10:00:04 | CJC | $ 110 | ↓$ 205.5 | 1.0X | 2544.84 | Stock | Apr 10 2024 | Won |
| RS9C1GC5 | 2024-04-10 09:00:04 | LTCX | $ 110 | ↓$ 927.2 | 1.0X | 6977.67 | CFD | Apr 10 2024 | Won |
| HTLXW9RT | 2024-04-10 08:00:04 | MST | $ 180 | ↓$ 930.6 | 0.5X | 8324.58 | CFD | Apr 10 2024 | Pending |
| RX5IPPY5 | 2024-04-10 07:00:05 | MEC | $ 160 | ↓$ 135.5 | 0.5X | 4679.46 | Stock | Apr 10 2024 | Pending |
| QCD85CLJ | 2024-04-10 06:00:04 | PARA | $ 500 | ↑$ 185 | 1.0X | 6070.81 | CFD | Apr 10 2024 | Pending |
| JRSXKW4Z | 2024-04-10 05:00:04 | EDU | $ 500 | ↑$ 853 | 5X | 3305.83 | CFD | Apr 10 2024 | Pending |
| 7BWSTYPX | 2024-04-10 04:00:04 | NLC | $ 500 | ↓$ 218.7 | 1.5X | 8797.60 | Forex | Apr 10 2024 | Pending |
| 0DRQRPK4 | 2024-04-10 03:00:05 | HEX | $ 700 | ↑$ 253 | 1.5X | 2437.81 | Forex | Apr 10 2024 | Won |
| 9MLEWBCP | 2024-04-10 02:00:04 | SPR | $ 500 | ↑$ 819 | 1.0X | 6469.49 | Crypto | Apr 10 2024 | Won |
| SWKQTDCF | 2024-04-10 01:00:04 | VITAE | $ 800 | ↓$ 170.4 | 1.0X | 3538.29 | Forex | Apr 10 2024 | Pending |
| KOA58HMQ | 2024-04-10 00:00:04 | SECI | $ 200 | ↓$ 256 | 1.0X | 7358.36 | Crypto | Apr 10 2024 | Won |
| 6LCTI3HJ | 2024-04-09 23:00:04 | UTL | $ 200 | ↑$ 725.5 | 5X | 6884.72 | CFD | Apr 09 2024 | Won |
| TPK57VJZ | 2024-04-09 22:00:04 | MUDRA | $ 110 | ↓$ 219 | 1.5X | 7619.68 | Stock | Apr 09 2024 | Won |
| NOJ1KU83 | 2024-04-09 21:00:05 | HAL | $ 500 | ↓$ 234 | 0.5X | 5234.53 | Crypto | Apr 09 2024 | Won |
| RKANAQBU | 2024-04-09 20:00:05 | SGC | $ 120 | ↑$ 125.5 | 2.0X | 8094.72 | Stock | Apr 09 2024 | Pending |
| BRYF7JWK | 2024-04-09 19:00:04 | OBS | $ 100 | ↓$ 128.7 | 1.0X | 4875.61 | Crypto | Apr 09 2024 | Won |
| L6FJOACU | 2024-04-09 18:00:04 | DERO | $ 800 | ↑$ 117 | 1.0X | 2670.83 | Forex | Apr 09 2024 | Pending |
| RVZIX2LE | 2024-04-09 17:00:04 | USAT | $ 700 | ↑$ 217 | 1.0X | 5956.30 | Crypto | Apr 09 2024 | Won |
| 46SNXI59 | 2024-04-09 16:00:04 | PURE | $ 180 | ↓$ 167 | 1.5X | 2844.43 | Forex | Apr 09 2024 | Won |
| JWFSWDRE | 2024-04-09 15:00:05 | NRP | $ 180 | ↓$ 177.2 | 0.5X | 3861.41 | CFD | Apr 09 2024 | Pending |
| XBUPCQDF | 2024-04-09 14:00:04 | RAYS | $ 200 | ↓$ 229 | 1.0X | 8119.99 | Crypto | Apr 09 2024 | Won |

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 48SNXI59 | 2024-04-09 16:00:04 | PURE | $ 180 | ⬇$ 167 | 1.5X | 2844.43 | Forex | Apr 09 2024 | Won |
| JWFSWDRE | 2024-04-09 15:00:05 | NRP | $ 160 | ⬇$ 177.2 | 0.5X | 3861.41 | CFD | Apr 09 2024 | Pending |
| X8UPCQDF | 2024-04-09 14:00:04 | RAYS | $ 200 | ⬇$ 229 | 10X | 8119.99 | Crypto | Apr 09 2024 | Won |
| KL3X1XSG | 2024-04-09 13:00:05 | KVT | $ 160 | ⬇$ 1053 | 1.0X | 2962.93 | CFD | Apr 09 2024 | Won |
| KTOEMMBX | 2024-04-09 12:00:05 | MAG | $ 700 | ⬇$ 817 | 1.0X | 7743.84 | CFD | Apr 09 2024 | Won |
| PEFYK4AV | 2024-04-09 11:00:04 | LTB | $ 150 | ⬇$ 177.2 | 2.0X | 8696.50 | CFD | Apr 09 2024 | Pending |
| Q1SFZYKE | 2024-04-09 10:00:05 | POA | $ 150 | ⬆$ 265 | 10X | 4654.59 | Forex | Apr 09 2024 | Won |
| GWJXCYNA | 2024-04-09 09:00:04 | LVN | $ 160 | ⬆$ 885 | 1.5X | 3248.62 | CFD | Apr 09 2024 | Pending |
| H9F5R7AJ | 2024-04-09 08:00:05 | MRS | $ 700 | ⬇$ 1036 | 10X | 7462.30 | Stock | Apr 09 2024 | Won |
| KZWCALJI | 2024-04-09 07:00:03 | RCN | $ 150 | ⬇$ 1053 | 10X | 3437.48 | Stock | Apr 09 2024 | Pending |
| TIGYQBMU | 2024-04-09 06:00:05 | BTE | $ 120 | ⬆$ 1053 | 2.0X | 9194.47 | Stock | Apr 09 2024 | Won |
| NMSUQ8JD | 2024-04-09 05:00:04 | EDT | $ 700 | ⬆$ 534 | 2.0X | 8569.74 | Stock | Apr 09 2024 | Won |
| KMZOALOR | 2024-04-09 04:00:04 | COG | $ 800 | ⬆$ 245 | 2.0X | 3798.82 | Crypto | Apr 09 2024 | Won |
| GKOYEVF3 | 2024-04-09 03:00:04 | SRNT | $ 100 | ⬆$ 168.7 | 1.5X | 3826.35 | Forex | Apr 09 2024 | Pending |
| GO3YGJNJ | 2024-04-09 02:00:03 | BAAS | $ 500 | ⬆$ 730.6 | 1.5X | 2831.30 | CFD | Apr 09 2024 | Won |
| SPZCMRIX8 | 2024-04-09 01:00:04 | ONAM | $ 110 | ⬆$ 920.4 | 1.5X | 7742.66 | Stock | Apr 09 2024 | Won |
| 7RSTLMGZ | 2024-04-09 00:00:06 | LALA | $ 500 | ⬇$ 353 | 10X | 6764.50 | Stock | Apr 09 2024 | Won |
| KHEOBX3G | 2024-04-08 23:00:04 | TOPC | $ 110 | ⬇$ 853 | 10X | 7332.42 | Crypto | Apr 08 2024 | Won |
| OLPZ4ULX | 2024-04-08 22:00:04 | RAC | $ 700 | ⬇$ 217 | 10X | 7920.51 | CFD | Apr 08 2024 | Pending |
| T2PO7SLU | 2024-04-08 21:00:04 | GEN | $ 160 | ⬇$ 217 | 10X | 9112.39 | Forex | Apr 08 2024 | Pending |
| ZTHFAMIO | 2024-04-08 20:00:04 | RBTC | $ 900 | ⬆$ 853 | 1.0X | 8512.89 | Forex | Apr 08 2024 | Won |

HAR0193

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| OLPZ4ULX | 2024-04-08 22:00:04 | RAC | $ 700 | ⬇$ 217 | 10X | 7920.51 | CFD | Apr 08 2024 | Pending |
| T2PD7SLU | 2024-04-08 21:00:04 | GEN | $ 160 | ⬇$ 217 | 10X | 9112.39 | Forex | Apr 08 2024 | Pending |
| ZTHFAMKO | 2024-04-08 20:00:04 | RBTC | $ 900 | ⬆$ 853 | 1.0X | 8512.89 | Forex | Apr 08 2024 | Won |
| C764DPXT | 2024-04-08 19:00:04 | HAL | $ 100 | ⬇$ 218.7 | 5X | 3238.42 | Stock | Apr 08 2024 | Pending |
| M0CCIEGM | 2024-04-08 18:00:04 | ARO | $ 160 | ⬆$ 265 | 10X | 5833.37 | Crypto | Apr 08 2024 | Won |
| YPWLBNTO | 2024-04-08 17:00:04 | CREDO | $ 200 | ⬆$ 180.8 | 10X | 5828.56 | CFD | Apr 08 2024 | Won |
| 5JS8KVFM | 2024-04-08 16:00:05 | LEN | $ 150 | ⬇$ 319 | 1.0X | 6892.82 | Stock | Apr 08 2024 | Won |
| VXNLJETH | 2024-04-08 15:00:04 | ZCG | $ 120 | ⬆$ 220.4 | 1.0X | 8173.44 | CFD | Apr 08 2024 | Won |
| LFZ7U805 | 2024-04-08 14:00:05 | C25 | $ 180 | ⬇$ 313 | 2.0X | 7815.73 | Crypto | Apr 08 2024 | Won |
| ZJNG0BLF | 2024-04-08 13:00:04 | COY | $ 100 | ⬆$ 734 | 10X | 5539.72 | Crypto | Apr 08 2024 | Won |
| ANVJKGCJ | 2024-04-08 12:00:04 | GAKH | $ 500 | ⬆$ 720.4 | 5X | 4034.56 | Stock | Apr 08 2024 | Won |
| SUZGNLW | 2024-04-08 11:00:04 | WLK | $ 900 | ⬇$ 919 | 2.0X | 8309.54 | CFD | Apr 08 2024 | Won |
| 9OKZGLIC | 2024-04-08 10:00:04 | DROP | $ 150 | ⬆$ 127 | 1.0X | 8272.67 | Stock | Apr 08 2024 | Won |
| CMMHR7EQ | 2024-04-08 09:00:03 | BENJI | $ 800 | ⬆$ 963 | 1.5X | 4417.99 | CFD | Apr 08 2024 | Won |
| A5IJMG9Z | 2024-04-08 08:00:04 | ERC20 | $ 700 | ⬆$ 175.5 | 2.0X | 6060.82 | Crypto | Apr 08 2024 | Won |
| XQJE6DFM | 2024-04-08 07:00:04 | SSS | $ 110 | ⬆$ 246 | 10X | 3210.43 | Stock | Apr 08 2024 | Pending |
| TCICSNMO | 2024-04-08 06:00:04 | BCD | $ 110 | ⬇$ 333 | 0.5X | 5188.71 | CFD | Apr 08 2024 | Pending |
| CWQVMLDS | 2024-04-08 05:00:04 | LTD | $ 180 | ⬆$ 205.5 | 10X | 8621.47 | Crypto | Apr 08 2024 | Won |
| DBTHOX2L | 2024-04-08 04:00:05 | TAGR | $ 160 | ⬇$ 917 | 10X | 3825.74 | Forex | Apr 08 2024 | Pending |
| YTQCETVQ | 2024-04-08 03:00:04 | NZE | $ 160 | ⬆$ 730.8 | 10X | 7863.41 | Crypto | Apr 08 2024 | Won |
| BSRNC2OM | 2024-04-08 02:00:05 | IIITS | $ 120 | ⬆$ 198.7 | 1.5X | 8772.27 | CFD | Apr 08 2024 | Won |

HAR0194

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| DBTHOX2L | 2024-04-08 04:00:05 | TAGR | $ 160 | ↓$ 917 | 10X | 3825.74 | Forex | Apr 08 2024 | Pending |
| YTQCETVQ | 2024-04-08 03:00:04 | NZE. | $ 160 | ↑$ 730.6 | 10X | 7863.41 | Crypto | Apr 08 2024 | Won |
| BSRNC2OM | 2024-04-08 02:00:05 | BIT3 | $ 120 | ↑$ 198.7 | 1.5X | 8772.27 | CFD | Apr 08 2024 | Won |
| KHWBRVEB | 2024-04-08 01:00:03 | NEO | $ 200 | ↓$ 1036 | 0.5X | 3470.60 | Stock | Apr 08 2024 | Won |
| NHRDU6DT | 2024-04-08 00:00:04 | DASH | $ 900 | ↓$ 217 | 2.0X | 4980.89 | Forex | Apr 08 2024 | Won |
| MVJ8QGNU | 2024-04-07 23:00:04 | PIZZA | $ 700 | ↑$ 130.6 | 2.0X | 8799.37 | Crypto | Apr 07 2024 | Won |
| 2ES35JBE | 2024-04-07 22:00:05 | WINK | $ 150 | ↓$ 230.6 | 1.0X | 7638.55 | Crypto | Apr 07 2024 | Won |
| LRL4NTED | 2024-04-07 21:00:04 | ISL | $ 160 | ↑$ 219 | 1.5X | 7545.42 | Stock | Apr 07 2024 | Pending |
| PQRWBNRO | 2024-04-07 20:00:04 | GEMA | $ 150 | ↓$ 239 | 1.5X | 7465.77 | Forex | Apr 07 2024 | Pending |
| 3HXKVL17 | 2024-04-07 19:00:04 | XAI | $ 120 | ↓$ 313 | 1.5X | 6701.36 | Stock | Apr 07 2024 | Won |
| KOQYJQ8P | 2024-04-07 18:00:05 | HSP | $ 110 | ↓$ 918.7 | 5X | 8877.47 | Forex | Apr 07 2024 | Won |
| RQA9HR2S | 2024-04-07 17:00:04 | AST | $ 100 | ↑$ 985 | 10X | 5183.51 | Forex | Apr 07 2024 | Won |
| S7QTVXKM | 2024-04-07 16:00:05 | THS | $ 180 | ↑$ 527.2 | 10X | 5151.76 | Stock | Apr 07 2024 | Won |
| DRVOXYXY | 2024-04-07 15:00:04 | BCH | $ 700 | ↓$ 819 | 1.0X | 8065.31 | CFD | Apr 07 2024 | Won |
| ILR7HVU8 | 2024-04-07 14:00:05 | SOC | $ 160 | ↑$ 920.4 | 2.0X | 6139.46 | Forex | Apr 07 2024 | Won |
| 3SXBCHCQ | 2024-04-07 13:00:05 | CAR | $ 120 | ↑$ 930.6 | 0.5X | 2940.71 | Stock | Apr 07 2024 | Pending |
| GN5ZI6HO | 2024-04-07 12:00:04 | UMO | $ 110 | ↑$ 207.2 | 1.0X | 4815.43 | Stock | Apr 07 2024 | Won |
| K5VRYBSD | 2024-04-07 11:00:03 | SAT | $ 200 | ↑$ 198.7 | 10X | 3829.94 | Stock | Apr 07 2024 | Pending |
| YAWGOUTC | 2024-04-07 10:00:05 | BBCC | $ 160 | ↓$ 205.5 | 1.0X | 5702.90 | Stock | Apr 07 2024 | Won |
| ZUQ1KYWC | 2024-04-07 09:00:05 | SDAO | $ 100 | ↓$ 836 | 2.0X | 3587.72 | Stock | Apr 07 2024 | Pending |
| GUCLAYPN | 2024-04-07 08:00:04 | RAVE | $ 500 | ↑$ 517 | 1.5X | 7435.40 | Forex | Apr 07 2024 | Won |

HAR0195

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| YAWGOUTC | 2024-04-07 10:00:05 | BBCC | $ 160 | ↓$ 205.5 | 1.0X | 5702.90 | Stock | Apr 07 2024 | Won |
| ZUQTKYWC | 2024-04-07 09:00:05 | SDAO | $ 100 | ↓$ 836 | 2.0X | 3587.72 | Stock | Apr 07 2024 | Pending |
| GUCLAYPN | 2024-04-07 08:00:04 | RAVE | $ 500 | ↑$ 517 | 1.5X | 7435.40 | Forex | Apr 07 2024 | Won |
| ABLWNZWC | 2024-04-07 07:00:04 | TRCT | $ 500 | ↑$ 253 | 5X | 5137.73 | Crypto | Apr 07 2024 | Won |
| 6IYQZEJZ | 2024-04-07 06:00:05 | BDP | $ 110 | ↑$ 917 | 10X | 8493.59 | Crypto | Apr 07 2024 | Won |
| HONVNZVD | 2024-04-07 05:00:04 | PEC | $ 700 | ↑$ 229 | 2.0X | 8471.32 | Crypto | Apr 07 2024 | Pending |
| CRDJIU9Y | 2024-04-07 04:00:04 | ORS | $ 200 | ↓$ 295 | 2.0X | 3379.62 | Stock | Apr 07 2024 | Won |
| QWPPGANE | 2024-04-07 03:00:03 | CAN | $ 200 | ↑$ 273 | 2.0X | 5349.41 | CFD | Apr 07 2024 | Won |
| IWBQ9QRP | 2024-04-07 02:00:06 | PKC | $ 800 | ↑$ 727.2 | 2.0X | 7621.92 | Forex | Apr 07 2024 | Won |
| 7SU3X9QK | 2024-04-07 01:00:04 | VTA | $ 100 | ↓$ 319 | 0.5X | 4805.45 | Stock | Apr 07 2024 | Won |
| TKWNLVHO | 2024-04-07 00:00:05 | FNP | $ 800 | ↓$ 130.6 | 10X | 8066.82 | Stock | Apr 07 2024 | Pending |
| EFFDI5K2G | 2024-04-06 23:00:05 | SUSD | $ 160 | ↓$ 177 | 10X | 2875.86 | CFD | Apr 06 2024 | Won |
| NQPLYNMD | 2024-04-06 22:00:04 | HLP | $ 120 | ↑$ 319 | 1.5X | 7349.82 | Crypto | Apr 06 2024 | Won |
| X0OJSEV7 | 2024-04-06 21:00:05 | KAT | $ 900 | ↓$ 619 | 2.0X | 8650.55 | CFD | Apr 06 2024 | Won |
| 3UTFLQMZ | 2024-04-06 20:00:05 | UNRC | $ 800 | ↓$ 333 | 1.0X | 8654.83 | Crypto | Apr 06 2024 | Won |
| JBUXLIAC | 2024-04-06 19:00:03 | IDT | $ 120 | ↓$ 180.4 | 1.5X | 3534.87 | Stock | Apr 06 2024 | Won |
| OIGF7OSK | 2024-04-06 18:00:04 | JCR | $ 160 | ↓$ 144 | 5X | 6775.97 | CFD | Apr 06 2024 | Won |
| RTJ9BTWV | 2024-04-06 17:00:05 | TRCT | $ 120 | ↓$ 930.6 | 1.0X | 8761.72 | CFD | Apr 06 2024 | Pending |
| 4TBHVYVU | 2024-04-06 16:00:05 | EVR | $ 160 | ↑$ 194 | 5X | 6205.99 | Crypto | Apr 06 2024 | Won |
| KSDMNIJP | 2024-04-06 15:00:04 | QBT | $ 900 | ↓$ 185.5 | 1.5X | 2561.99 | CFD | Apr 06 2024 | Pending |
| YNMRUZGC | 2024-04-06 14:00:05 | GRIN | $ 700 | ↓$ 168.7 | 1.5X | 5299.94 | Stock | Apr 06 2024 | Won |
| IAGWBMZL | 2024-04-06 13:00:05 | SPRTZ | $ 900 | ↓$ 234 | 1.5X | 6939.48 | Crypto | Apr 06 2024 | Won |

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| KSDMNIJIF | 2024-04-06 15:00:04 | QRT | $ 900 | ↓$ 185.5 | 1.5X | 2561.98 | CFD | Apr 06 2024 | Pending |
| YNMRUZGC | 2024-04-06 14:00:04 | GRIN | $ 700 | ↓$ 168.7 | 1.5X | 5299.94 | Stock | Apr 06 2024 | Won |
| IAGWBMZL | 2024-04-06 13:00:05 | SPRTZ | $ 900 | ↓$ 234 | 1.5X | 8939.48 | Crypto | Apr 06 2024 | Won |
| D4C2A7SI | 2024-04-06 12:00:04 | XDP | $ 160 | ↓$ 834 | 1.5X | 2958.99 | CFD | Apr 06 2024 | Won |
| H4MQVMPH | 2024-04-06 11:00:04 | TUT | $ 900 | ↓$ 256 | 1.0X | 6366.44 | Crypto | Apr 06 2024 | Won |
| BWXJM7EC | 2024-04-06 10:00:05 | TRDT | $ 100 | ↑$ 236 | 10X | 3481.97 | Stock | Apr 06 2024 | Won |
| ONV5LADR | 2024-04-06 09:00:04 | MMXVI | $ 160 | ↓$ 118.7 | 2.0X | 3600.40 | Crypto | Apr 06 2024 | Won |
| 1PB2TTY3 | 2024-04-06 08:00:04 | MITX | $ 120 | ↓$ 825.5 | 5X | 8967.27 | Forex | Apr 06 2024 | Won |
| DL5ZN4Q7 | 2024-04-06 07:00:05 | DDD | $ 120 | ↑$ 137 | 5X | 5379.40 | Crypto | Apr 06 2024 | Won |
| BOIZFO9R | 2024-04-06 06:00:05 | SIC | $ 700 | ↓$ 279 | 1.5X | 4752.44 | Forex | Apr 06 2024 | Won |
| TIHWAL3S | 2024-04-06 05:00:05 | ING | $ 160 | ↑$ 920.4 | 10X | 6061.90 | Stock | Apr 06 2024 | Won |
| WXLCPV6A | 2024-04-06 04:00:05 | RDS | $ 180 | ↑$ 253 | 1.5X | 8995.76 | CFD | Apr 06 2024 | Won |
| CBAKRFDD | 2024-04-06 03:00:05 | NEXXO | $ 700 | ↓$ 525.5 | 5X | 6057.52 | Crypto | Apr 06 2024 | Won |
| 8NOVBUW2 | 2024-04-06 02:00:04 | BOUTS | $ 120 | ↑$ 198.7 | 0.5X | 4472.45 | Stock | Apr 06 2024 | Won |
| WISHNJOF | 2024-04-06 01:00:03 | CHILD | $ 110 | ↑$ 128.7 | 1.5X | 5846.88 | CFD | Apr 06 2024 | Won |
| DWXB6E5N | 2024-04-06 00:00:04 | AVA | $ 800 | ↑$ 825.5 | 1.5X | 7655.77 | Crypto | Apr 06 2024 | Pending |
| L7VOBPOS | 2024-04-05 23:00:04 | EQC | $ 700 | ↓$ 936 | 2.0X | 2824.79 | Forex | Apr 05 2024 | Won |
| GZU2SPOG | 2024-04-05 22:00:04 | GMX | $ 200 | ↑$ 825.5 | 1.0X | 7987.63 | CFD | Apr 05 2024 | Won |
| BLIDOXTN | 2024-04-05 21:00:04 | MTX | $ 150 | ↑$ 817 | 1.0X | 4042.89 | Forex | Apr 05 2024 | Pending |
| FCSPOT0D | 2024-04-05 20:00:04 | RHEA | $ 500 | ↑$ 920.4 | 2.0X | 5393.80 | CFD | Apr 05 2024 | Pending |
| 7CW42GRK | 2024-04-05 19:00:04 | CARAT | $ 500 | ↓$ 263 | 1.0X | 8714.28 | CFD | Apr 05 2024 | Won |

HAR0197

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| BIJDOXTN | 2024-04-05 21:00:04 | MTX | $ 150 | ↑$ 817 | 1.0X | 4042.89 | Forex | Apr 05 2024 | Pending |
| FCSPOTDD | 2024-04-05 20:00:04 | RHEA | $ 500 | ↑$ 820.4 | 2.0X | 5393.80 | CFD | Apr 05 2024 | Pending |
| 7CW42O9K | 2024-04-05 19:00:04 | CAR&T | $ 500 | ↓$ 263 | 1.0X | 8714.28 | CFD | Apr 05 2024 | Won |
| RIKBQ34R | 2024-04-05 18:00:05 | MEE | $ 150 | ↓$ 168.7 | 5X | 4204.61 | Stock | Apr 05 2024 | Won |
| FHUEQGH4 | 2024-04-05 17:00:04 | VENUS | $ 700 | ↑$ 137.2 | 1.5X | 6848.85 | CFD | Apr 05 2024 | Won |
| 9MANIWLS | 2024-04-05 16:00:05 | CSC | $ 100 | ↓$ 353 | 1.5X | 8913.36 | Crypto | Apr 05 2024 | Won |
| IW6XXZ0U | 2024-04-05 15:00:04 | DOT | $ 150 | ↑$ 185.5 | 10X | 5067.61 | CFD | Apr 05 2024 | Won |
| CODDMKRP | 2024-04-05 14:00:05 | BCR | $ 100 | ↑$ 296 | 1.5X | 5076.49 | Crypto | Apr 05 2024 | Won |
| L0B0TMTI | 2024-04-05 13:00:04 | ERC20 | $ 160 | ↓$ 585 | 2.0X | 3504.97 | Crypto | Apr 05 2024 | Pending |
| SKYJNLFA | 2024-04-05 12:00:05 | VALID | $ 500 | ↑$ 225.5 | 5X | 8560.85 | Stock | Apr 05 2024 | Won |
| YVVOMYCA | 2024-04-05 11:00:04 | GUNS | $ 180 | ↓$ 525.5 | 5X | 6582.50 | Stock | Apr 05 2024 | Pending |
| EQBOA69L | 2024-04-05 10:00:05 | TNT | $ 700 | ↓$ 636 | 0.5X | 4928.43 | Forex | Apr 05 2024 | Pending |
| WRAIVDCG | 2024-04-05 09:00:04 | BRIT | $ 800 | ↑$ 137.2 | 1.5X | 5007.51 | CFD | Apr 05 2024 | Won |
| HXIN7ED6 | 2024-04-05 08:00:05 | CCCX | $ 700 | ↓$ 147.2 | 1.0X | 7341.96 | CFD | Apr 05 2024 | Won |
| CFEDCQ7E | 2024-04-05 07:00:05 | SMART | $ 200 | ↑$ 917 | 1.5X | 4178.65 | Crypto | Apr 05 2024 | Won |
| 0MIYAS2P | 2024-04-05 06:00:05 | PIX | $ 120 | ↓$ 225.5 | 2.0X | 8379.43 | Crypto | Apr 05 2024 | Won |
| TBRGCQBI | 2024-04-05 05:00:05 | ELT | $ 900 | ↑$ 147.2 | 5X | 2980.82 | CFD | Apr 05 2024 | Won |
| ZPYBTO3M | 2024-04-05 04:00:07 | NTO | $ 100 | ↑$ 836 | 2.0X | 9154.59 | Stock | Apr 05 2024 | Won |
| URZY7FSO | 2024-04-05 03:00:04 | GRWI | $ 800 | ↓$ 229 | 5X | 5675.40 | Forex | Apr 05 2024 | Pending |
| 82SKJAEX | 2024-04-05 02:00:04 | BTX | $ 160 | ↓$ 167 | 0.5X | 5169.53 | Stock | Apr 05 2024 | Won |
| YODCBK7L | 2024-04-05 01:00:04 | ROK | $ 150 | ↓$ 128.7 | 2.0X | 8863.72 | Stock | Apr 05 2024 | Won |

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| URZY7FSO | 2024-04-05 03:00:04 | GRWI | $ 800 | ⬇$ 229 | 5X | 5676.40 | Forex | Apr 05 2024 | Pending |
| 82SKJAEX | 2024-04-05 02:00:04 | BTX | $ 180 | ⬇$ 167 | 0.5X | 5169.53 | Stock | Apr 05 2024 | Won |
| YODCBK7L | 2024-04-05 01:00:04 | ROK | $ 150 | ⬇$ 128.7 | 2.0X | 8863.72 | Stock | Apr 05 2024 | Won |
| S6G7TADC | 2024-04-05 00:00:05 | VIDY | $ 110 | ⬇$ 144 | 5X | 8741.70 | Forex | Apr 05 2024 | Won |
| YWOS5NAP | 2024-04-04 23:00:04 | CXA | $ 150 | ⬇$ 299 | 2.0X | 2564.85 | Forex | Apr 04 2024 | Won |
| T2MORTMD | 2024-04-04 22:00:05 | CHT | $ 200 | ⬇$ 177.2 | 1.0X | 8246.61 | CFD | Apr 04 2024 | Won |
| CDVSXGLF | 2024-04-04 21:00:04 | RAIN | $ 500 | ⬆$ 819 | 5X | 8850.38 | CFD | Apr 04 2024 | Won |
| 8DGAMH69 | 2024-04-04 20:00:05 | NUSD | $ 800 | ⬆$ 319 | 1.0X | 8998.37 | Forex | Apr 04 2024 | Won |
| CGZJPVDE | 2024-04-04 19:00:04 | ARO | $ 800 | ⬆$ 273 | 10X | 4018.50 | Forex | Apr 04 2024 | Won |
| RCKZBEZK | 2024-04-04 18:00:05 | REME | $ 100 | ⬇$ 727.2 | 2.0X | 9210.69 | Crypto | Apr 04 2024 | Won |
| BLMDAAW2 | 2024-04-04 17:00:04 | NKN | $ 120 | ⬆$ 925.5 | 2.0X | 7648.99 | CFD | Apr 04 2024 | Won |
| RFABV9CH | 2024-04-04 16:00:05 | HONEY | $ 500 | ⬇$ 147.2 | 5X | 3824.86 | Stock | Apr 04 2024 | Won |
| GSWXSGYB | 2024-04-04 15:00:04 | BFDT | $ 800 | ⬇$ 210.6 | 0.5X | 3193.98 | Stock | Apr 04 2024 | Pending |
| G5CIL7S | 2024-04-04 14:00:06 | STAR | $ 100 | ⬆$ 520.4 | 2.0X | 8795.38 | CFD | Apr 04 2024 | Pending |
| DLYHQJ8I | 2024-04-04 13:00:05 | PRX | $ 120 | ⬇$ 853 | 1.5X | 8852.78 | Forex | Apr 04 2024 | Won |
| OHRPXGTV | 2024-04-04 12:00:05 | STOCKBET | $ 500 | ⬇$ 218.7 | 0.5X | 4067.38 | Stock | Apr 04 2024 | Pending |
| QNGHP93J | 2024-04-04 11:00:05 | APT | $ 100 | ⬇$ 853 | 1.0X | 8753.40 | Forex | Apr 04 2024 | Won |
| DRMR2APH | 2024-04-04 10:00:05 | APS | $ 110 | ⬆$ 985 | 0.5X | 6117.42 | Crypto | Apr 04 2024 | Pending |
| YXDD7VM6 | 2024-04-04 09:00:05 | FTC | $ 180 | ⬆$ 180.4 | 0.5X | 5869.66 | Stock | Apr 04 2024 | Won |
| MO88A6RZ | 2024-04-04 08:00:05 | RADI | $ 120 | ⬇$ 200.4 | 1.0X | 2949.39 | Forex | Apr 04 2024 | Won |
| XUFXMJGP | 2024-04-04 07:00:05 | OLYMP | $ 500 | ⬆$ 938 | 5X | 2752.32 | Forex | Apr 04 2024 | Won |

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| YXDD7VMS | 2024-04-04 09:00:05 | FTC | $ 180 | ⬆$ 180.4 | 0.5X | 5869.66 | Stock | Apr 04 2024 | Won |
| MOBBA6RZ | 2024-04-04 08:00:05 | RADI | $ 120 | ⬇$ 200.4 | 1.0X | 2949.39 | Forex | Apr 04 2024 | Won |
| XUFXMJQP | 2024-04-04 07:00:05 | OLYMP | $ 500 | ⬆$ 936 | 5X | 2752.32 | Forex | Apr 04 2024 | Won |
| NIQRTESO | 2024-04-04 06:00:05 | BTM | $ 180 | ⬆$ 128.7 | 0.5X | 3480.31 | CFD | Apr 04 2024 | Won |
| ALFIQP42 | 2024-04-04 05:00:05 | MAD | $ 160 | ⬆$ 253 | 10X | 3749.93 | Stock | Apr 04 2024 | Pending |
| 3RROYXPZ | 2024-04-04 04:00:05 | GLA | $ 800 | ⬇$ 785 | 1.0X | 3684.46 | Crypto | Apr 04 2024 | Won |
| IIO6IJEZJ | 2024-04-04 03:00:04 | OWC | $ 160 | ⬆$ 253 | 1.0X | 7912.71 | CFD | Apr 04 2024 | Won |
| EBMPGXNO | 2024-04-04 02:00:05 | JINN | $ 150 | ⬆$ 234 | 5X | 5290.26 | Forex | Apr 04 2024 | Won |
| CBMDKSOG | 2024-04-04 01:00:04 | XVC | $ 160 | ⬆$ 930.6 | 5X | 3620.62 | Forex | Apr 04 2024 | Pending |
| 9VIQFSPQ | 2024-04-04 00:00:05 | JOK | $ 200 | ⬇$ 585 | 10X | 6138.79 | Forex | Apr 04 2024 | Won |
| N56KXAEE | 2024-04-03 23:00:05 | LTS | $ 180 | ⬆$ 140.6 | 0.5X | 6706.87 | Forex | Apr 03 2024 | Pending |
| TFKYNZW3 | 2024-04-03 22:00:05 | XVP | $ 900 | ⬇$ 316 | 2.0X | 6378.95 | Forex | Apr 03 2024 | Won |
| SJCWECBQ | 2024-04-03 21:00:05 | PGT | $ 120 | ⬇$ 253 | 1.5X | 7414.81 | Stock | Apr 03 2024 | Won |
| CXWSYFQQ | 2024-04-03 20:00:04 | CIRC | $ 180 | ⬆$ 927.2 | 2.0X | 6501.73 | Crypto | Apr 03 2024 | Pending |
| UHIKJASY | 2024-04-03 19:00:04 | CHIPS | $ 160 | ⬆$ 303 | 1.0X | 9988.86 | CFD | Apr 03 2024 | Won |
| Y6YKMVHR | 2024-04-03 18:00:04 | EGG | $ 100 | ⬇$ 299 | 2.0X | 8610.49 | CFD | Apr 03 2024 | Won |
| W7LBHVBS | 2024-04-03 17:00:05 | FTR | $ 120 | ⬇$ 953 | 1.5X | 8999.70 | Forex | Apr 03 2024 | Pending |
| LVOIFOSZ | 2024-04-03 16:00:04 | BOS | $ 180 | ⬇$ 263 | 5X | 9068.96 | Forex | Apr 03 2024 | Won |
| SVPRKR9V | 2024-04-03 15:00:05 | ZP | $ 800 | ⬇$ 286 | 1.5X | 8239.29 | CFD | Apr 03 2024 | Pending |
| LJNYSBUS | 2024-04-03 14:00:04 | NEWB | $ 120 | ⬇$ 518.7 | 0.5X | 8928.39 | Crypto | Apr 03 2024 | Pending |
| RXEYHOZN | 2024-04-03 13:00:00 | XRBT | $ 160 | ⬆$ 353 | 2.0X | 8802.91 | Forex | Apr 03 2024 | Won |
| HTLUSNR | 2024-04-03 12:00:00 | GRS | $ 100 | ⬇$ 927.2 | 1.0X | 8937.81 | Crypto | Apr 03 2024 | Won |

HAR0200

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| EVPRKR9V | 2024-04-03 15:00:05 | ZP | $ 800 | ↓$ 286 | 1.5X | 6239.29 | CFD | Apr 03 2024 | Pending |
| LJNYSBUS | 2024-04-03 14:00:04 | NEWB | $ 120 | ↓$ 818.7 | 0.5X | 8928.39 | Crypto | Apr 03 2024 | Pending |
| RXEYH0ZN | 2024-04-03 13:00:05 | XRBT | $ 160 | ↑$ 353 | 2.0X | 8802.91 | Forex | Apr 03 2024 | Won |
| HTUJEN8 | 2024-04-03 12:00:06 | GRS | $ 100 | ↓$ 827.2 | 1.0X | 8937.81 | Crypto | Apr 03 2024 | Won |
| KQZEQKOI | 2024-04-03 11:00:04 | ADCN | $ 180 | ↑$ 286 | 10X | 7645.56 | Forex | Apr 03 2024 | Won |
| DEKCMUQB | 2024-04-03 10:00:04 | BSR | $ 150 | ↑$ 636 | 2.0X | 3264.50 | Crypto | Apr 03 2024 | Won |
| HBPSTF0S | 2024-04-03 09:00:04 | FLS | $ 110 | ↓$ 534 | 0.5X | 4978.59 | Crypto | Apr 03 2024 | Pending |
| WUSX8KBT | 2024-04-03 08:00:05 | DIVI | $ 200 | ↓$ 127 | 5X | 6021.76 | Crypto | Apr 03 2024 | Pending |
| LITMGJ7F | 2024-04-03 07:00:05 | CTIC | $ 800 | ↓$ 885 | 1.0X | 4786.45 | Forex | Apr 03 2024 | Won |
| I78DVE5Z | 2024-04-03 06:00:06 | BNB | $ 900 | ↑$ 825.5 | 10X | 3792.28 | Stock | Apr 03 2024 | Won |
| GAECUFOH | 2024-04-03 05:00:04 | MNC | $ 110 | ↓$ 818.7 | 0.5X | 3241.62 | Stock | Apr 03 2024 | Won |
| ZAACNNMW | 2024-04-03 04:00:03 | BKX | $ 180 | ↓$ 187.2 | 1.5X | 8469.97 | Stock | Apr 03 2024 | Won |
| GPSQVIFB | 2024-04-03 03:00:05 | XEC | $ 500 | ↑$ 985 | 0.5X | 7161.78 | CFD | Apr 03 2024 | Won |
| UQNA2TTU | 2024-04-03 02:00:03 | MUT | $ 180 | ↓$ 185 | 1.0X | 4627.77 | Stock | Apr 03 2024 | Won |
| AIPRPARL | 2024-04-03 01:00:04 | WOM | $ 700 | ↑$ 636 | 1.0X | 6483.57 | Forex | Apr 03 2024 | Won |
| AHSN6CKD | 2024-04-03 00:00:05 | BFDT | $ 700 | ↓$ 170.4 | 0.5X | 9626.78 | Stock | Apr 03 2024 | Won |
| ZHW28JTE | 2024-04-02 23:00:04 | TAG | $ 120 | ↑$ 229 | 5X | 5669.96 | CFD | Apr 02 2024 | Pending |
| DKRPT41U | 2024-04-02 22:00:04 | AS | $ 800 | ↑$ 120.4 | 1.5X | 3654.82 | Crypto | Apr 02 2024 | Won |
| OJKGWCKX | 2024-04-02 21:00:05 | PMNT | $ 180 | ↓$ 296 | 2.0X | 4889.41 | Stock | Apr 02 2024 | Won |
| AE2T7VRV | 2024-04-02 20:00:05 | BITSD | $ 150 | ↑$ 534 | 1.5X | 3800.73 | Stock | Apr 02 2024 | Won |
| 7TXILSEW | 2024-04-02 19:00:05 | DUCK | $ 150 | ↑$ 785 | 1.0X | 4913.59 | CFD | Apr 02 2024 | Won |
| YZYLZUFD | 2024-04-02 18:00:05 | OCN | $ 700 | ↑$ 177.2 | 10X | 8519.25 | Forex | Apr 02 2024 | Pending |

HAR0201

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AE2T7VRV | 2024-04-02 20:00:05 | BITSD | $ 150 | ↑$ 534 | 1.5X | 3800.73 | Stock | Apr 02 2024 | Won |
| 7TRILSEW | 2024-04-02 19:00:05 | DUCK | $ 150 | ↑$ 785 | 1.0X | 4913.59 | CFD | Apr 02 2024 | Won |
| YZYFZUFD | 2024-04-02 18:00:05 | OCN | $ 700 | ↑$ 177.2 | 10X | 8519.25 | Forex | Apr 02 2024 | Pending |
| GGUSCOEB | 2024-04-02 17:00:05 | NKC | $ 900 | ↓$ 525.5 | 2.0X | 4843.50 | Forex | Apr 02 2024 | Won |
| XWJXW0QL | 2024-04-02 16:00:05 | XES | $ 180 | ↓$ 234 | 1.5X | 8589.64 | CFD | Apr 02 2024 | Won |
| 68KMXXO5 | 2024-04-02 15:00:04 | BEAT | $ 800 | ↑$ 336 | 0.5X | 4961.98 | Forex | Apr 02 2024 | Won |
| 5INDB7JL | 2024-04-02 14:00:06 | FNL | $ 700 | ↑$ 220.4 | 5X | 5041.26 | Crypto | Apr 02 2024 | Won |
| IR01BOSL | 2024-04-02 13:00:05 | LIZ | $ 180 | ↑$ 127.2 | 1.0X | 6302.70 | Stock | Apr 02 2024 | Won |
| B9S3PCIF | 2024-04-02 12:00:05 | MDT | $ 180 | ↑$ 985 | 0.5X | 5492.32 | Crypto | Apr 02 2024 | Won |
| X4EYVAJ2 | 2024-04-02 11:00:04 | BASIS | $ 500 | ↑$ 165.5 | 1.0X | 8894.30 | Forex | Apr 02 2024 | Won |
| U88CW0GR | 2024-04-02 10:00:05 | EAGS | $ 120 | ↓$ 917 | 0.5X | 8569.56 | Stock | Apr 02 2024 | Won |
| 8L9GAKMI | 2024-04-02 09:00:04 | HGT | $ 180 | ↓$ 175.5 | 1.5X | 8722.43 | Crypto | Apr 02 2024 | Won |
| Q2QEWZLC | 2024-04-02 08:00:05 | CTKN | $ 150 | ↑$ 127.2 | 1.0X | 7241.61 | CFD | Apr 02 2024 | Won |
| UNKY2SIS | 2024-04-02 07:00:05 | PRPS | $ 120 | ↓$ 927.2 | 1.0X | 8104.72 | CFD | Apr 02 2024 | Won |
| 4OY8AMPN | 2024-04-02 06:00:05 | MDN | $ 100 | ↓$ 653 | 1.5X | 8701.99 | Forex | Apr 02 2024 | Won |
| 1FCEHYGB | 2024-04-02 05:00:05 | IMU | $ 700 | ↓$ 534 | 5X | 8731.30 | CFD | Apr 02 2024 | Pending |
| IBKMFYJ4 | 2024-04-02 04:00:04 | UTK | $ 500 | ↑$ 217 | 5X | 2747.93 | Stock | Apr 02 2024 | Won |
| 8JWW028H | 2024-04-02 03:00:05 | LEPEN | $ 700 | ↑$ 140.4 | 1.5X | 5293.69 | CFD | Apr 02 2024 | Won |
| WO7EGPHA | 2024-04-02 02:00:04 | PPY | $ 160 | ↓$ 734 | 1.5X | 5037.55 | Stock | Apr 02 2024 | Pending |
| WWJBVPZY | 2024-04-02 01:00:04 | EVOS | $ 100 | ↓$ 279 | 10X | 6467.67 | Crypto | Apr 02 2024 | Won |
| WPNKYYRU | 2024-04-02 00:00:05 | OKOIN | $ 900 | ↓$ 217 | 10X | 6199.86 | Crypto | Apr 02 2024 | Won |

HAR0202

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| WO7EGPHA | 2024-04-02 02:00:04 | PPY | $ 160 | ⬇$ 734 | 1.5X | 5037.55 | Stock | Apr 02 2024 | Pending |
| WWJ8VPZY | 2024-04-02 01:00:04 | EVOS | $ 100 | ⬇$ 279 | 10X | 6467.67 | Crypto | Apr 02 2024 | Won |
| WFNKYYRU | 2024-04-02 00:00:05 | OKOIN | $ 900 | ⬇$ 207 | 10X | 8199.86 | Crypto | Apr 02 2024 | Won |
| TPAE03PV | 2024-04-01 23:00:05 | GLA | $ 110 | ⬇$ 207 | 2.0X | 3388.29 | Crypto | Apr 01 2024 | Pending |
| S9NXAXL6 | 2024-04-01 22:00:05 | VRF | $ 120 | ⬇$ 313 | 5X | 4138.94 | Forex | Apr 01 2024 | Won |
| KU8VNGDM | 2024-04-01 21:00:05 | CIRV | $ 120 | ⬆$ 585 | 2.0X | 6551.73 | Forex | Apr 01 2024 | Pending |
| V4SXUVEF | 2024-04-01 20:00:04 | ODNT | $ 200 | ⬆$ 214 | 2.0X | 3751.40 | Stock | Apr 01 2024 | Won |
| BVNLZARV | 2024-04-01 19:00:05 | HMD | $ 200 | ⬆$ 585 | 1.0X | 7278.47 | Stock | Apr 01 2024 | Won |
| BY0NA3UK | 2024-04-01 18:00:05 | KUSD | $ 900 | ⬇$ 720.4 | 2.0X | 4997.42 | Forex | Apr 01 2024 | Won |
| HESUIMQ4 | 2024-04-01 17:00:04 | PROOF | $ 180 | ⬇$ 138.7 | 10X | 4146.49 | Stock | Apr 01 2024 | Won |
| GAS0DQ88 | 2024-04-01 16:00:04 | FTRC | $ 100 | ⬆$ 319 | 1.5X | 5551.93 | CFD | Apr 01 2024 | Pending |
| IDLGVCK3 | 2024-04-01 15:00:05 | BURST | $ 110 | ⬇$ 120.4 | 2.0X | 6110.76 | Stock | Apr 01 2024 | Won |
| QYVIUZCK | 2024-04-01 14:00:05 | OWC | $ 700 | ⬆$ 313 | 1.5X | 7596.93 | Stock | Apr 01 2024 | Pending |
| FFOA3NVR | 2024-04-01 13:00:05 | SPRTZ | $ 160 | ⬇$ 175.5 | 2.0X | 7375.39 | CFD | Apr 01 2024 | Won |
| BSLYD7GY | 2024-04-01 12:00:06 | EXY | $ 150 | ⬆$ 1053 | 2.0X | 6518.76 | Forex | Apr 01 2024 | Won |
| 2EYUNGG0 | 2024-04-01 11:00:05 | INK | $ 100 | ⬆$ 253 | 1.0X | 6643.70 | Forex | Apr 01 2024 | Won |
| ZXWEALQT | 2024-04-01 10:00:05 | OMGC | $ 200 | ⬇$ 235 | 0.5X | 2962.63 | CFD | Apr 01 2024 | Won |
| RUNHB6TO | 2024-04-01 09:00:02 | XPRO | $ 200 | ⬆$ 207.2 | 2.0X | 9120.94 | Stock | Apr 01 2024 | Pending |
| 84UWDZHG | 2024-04-01 08:00:04 | DCK | $ 120 | ⬆$ 619 | 1.5X | 8464.52 | CFD | Apr 01 2024 | Pending |
| 4LKUMPLJ | 2024-04-01 07:00:04 | ENTRY | $ 150 | ⬆$ 144 | 5X | 6925.97 | Forex | Apr 01 2024 | Won |
| EASHD6JJ | 2024-04-01 06:00:05 | RFT | $ 200 | ⬆$ 185 | 10X | 8872.81 | CFD | Apr 01 2024 | Won |

HAR0203

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| B4UWDZHO | 2024-04-01 08:00:04 | DCK | $ 120 | ↑$ 619 | 1.5X | 8464.52 | CFD | Apr 01 2024 | Pending |
| 4LKUMPLJ | 2024-04-01 07:00:04 | ENTRY | $ 150 | ↑$ 144 | 5X | 6925.97 | Forex | Apr 01 2024 | Won |
| EASHD6JJ | 2024-04-01 06:00:05 | BFT | $ 200 | ↑$ 185 | 10X | 8872.81 | CFD | Apr 01 2024 | Won |
| YLFXM2SR | 2024-04-01 05:00:05 | PUSHI | $ 900 | ↑$ 720.4 | 2.0X | 5034.38 | Forex | Apr 01 2024 | Pending |
| N8QSI7ID | 2024-04-01 04:00:05 | KWH | $ 180 | ↑$ 235 | 1.0X | 4133.87 | CFD | Apr 01 2024 | Pending |
| 4X8PPSNL | 2024-04-01 03:00:04 | MARV | $ 160 | ↓$ 239 | 1.0X | 3074.85 | Crypto | Apr 01 2024 | Won |
| 1TNZO46G | 2024-04-01 02:00:04 | TRICK | $ 110 | ↓$ 730.6 | 1.5X | 8252.42 | Crypto | Apr 01 2024 | Pending |
| AQUWZGWR | 2024-04-01 01:00:04 | RBIES | $ 900 | ↑$ 273 | 1.5X | 3413.95 | Stock | Apr 01 2024 | Won |
| AXBV5F4S | 2024-04-01 00:00:04 | SOL | $ 110 | ↓$ 177 | 5X | 6621.94 | Stock | Apr 01 2024 | Won |
| ZNKCJXAX | 2024-03-31 23:00:04 | HQ1 | $ 700 | ↑$ 265 | 10X | 5400.66 | CFD | Mar 31 2024 | Won |
| BV0KKZUS | 2024-03-31 22:00:05 | EMX | $ 110 | ↓$ 236 | 1.0X | 4677.56 | Crypto | Mar 31 2024 | Won |
| GWTHW4DN | 2024-03-31 21:00:04 | BGG | $ 500 | ↓$ 135.5 | 5X | 6908.90 | CFD | Mar 31 2024 | Won |
| RXMCBLE3 | 2024-03-31 20:00:04 | DAG | $ 800 | ↓$ 920.4 | 1.0X | 4129.69 | CFD | Mar 31 2024 | Won |
| ESK9UCI8T | 2024-03-31 19:00:04 | BTPL | $ 500 | ↑$ 717 | 10X | 3473.64 | Stock | Mar 31 2024 | Pending |
| SN6Z9YYE | 2024-03-31 18:00:05 | BAAS | $ 800 | ↓$ 653 | 1.5X | 6588.36 | Stock | Mar 31 2024 | Pending |
| JKFFZVSX | 2024-03-31 17:00:04 | ECTE | $ 200 | ↓$ 200.4 | 10X | 8573.71 | Forex | Mar 31 2024 | Pending |
| LRVIUCMA | 2024-03-31 16:00:05 | LVX | $ 700 | ↓$ 534 | 5X | 7169.39 | Forex | Mar 31 2024 | Pending |
| QFMYHC8G | 2024-03-31 15:00:04 | GLX | $ 150 | ↓$ 1019 | 1.5X | 3596.86 | Forex | Mar 31 2024 | Won |
| LTAHQYUT | 2024-03-31 14:00:04 | OLE | $ 700 | ↓$ 1019 | 5X | 5768.58 | CFD | Mar 31 2024 | Won |
| EYMEQ1ZR | 2024-03-31 13:00:05 | BGG | $ 900 | ↓$ 147.2 | 10X | 3346.40 | Stock | Mar 31 2024 | Won |
| 1OSI7DHO | 2024-03-31 12:00:05 | 2015 | $ 700 | ↑$ 1036 | 1.0X | 7189.45 | CFD | Mar 31 2024 | Won |

HAR0204

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| LTAHQYUT | 2024-03-31 14:00:04 | OLE | $ 700 | ↓$ 1019 | 5X | 5768.58 | CFD | Mar 31 2024 | Won |
| EYMEQIZR | 2024-03-31 13:00:05 | BGG | $ 900 | ↓$ 147.2 | 10X | 3346.40 | Stock | Mar 31 2024 | Won |
| 1O5I7DHO | 2024-03-31 12:00:05 | 2015 | $ 700 | ↑$ 1036 | 1.0X | 7109.45 | CFD | Mar 31 2024 | Won |
| IPZOQSCW | 2024-03-31 11:00:05 | UNO | $ 800 | ↓$ 817 | 0.5X | 7927.41 | Stock | Mar 31 2024 | Pending |
| YK07XDJW | 2024-03-31 10:00:05 | PULSE | $ 180 | ↑$ 239 | 1.0X | 2671.87 | Crypto | Mar 31 2024 | Pending |
| NLGAWUT8 | 2024-03-31 09:00:05 | TRAC | $ 900 | ↑$ 144 | 10X | 3718.77 | Crypto | Mar 31 2024 | Won |
| QJZTT2XD | 2024-03-31 08:00:04 | BTDX | $ 160 | ↓$ 138.7 | 0.5X | 6108.37 | CFD | Mar 31 2024 | Won |
| JGXQFYZD | 2024-03-31 07:00:04 | HXT | $ 500 | ↓$ 353 | 1.5X | 8980.55 | Crypto | Mar 31 2024 | Won |
| QDXMEV0E | 2024-03-31 06:00:05 | DRZ | $ 500 | ↑$ 214 | 5X | 3980.44 | Stock | Mar 31 2024 | Pending |
| 2HFJG68Y | 2024-03-31 05:00:05 | SHE | $ 700 | ↓$ 144 | 0.5X | 6312.42 | Forex | Mar 31 2024 | Won |
| QXSI4FCM | 2024-03-31 04:00:05 | KEY | $ 120 | ↓$ 134 | 5X | 3365.29 | Forex | Mar 31 2024 | Won |
| R8CA1YQZ | 2024-03-31 03:00:03 | HZ | $ 500 | ↓$ 214 | 2.0X | 8705.71 | Crypto | Mar 31 2024 | Won |
| GDWNHI5F | 2024-03-31 02:00:05 | ZSC | $ 200 | ↓$ 918.7 | 1.5X | 8302.85 | Forex | Mar 31 2024 | Won |
| RDOJ5PEI | 2024-03-31 01:00:04 | VENA | $ 160 | ↑$ 734 | 1.0X | 2821.56 | Stock | Mar 31 2024 | Won |
| KR8IEZTX | 2024-03-31 00:00:06 | KAT | $ 100 | ↑$ 527.2 | 0.5X | 5613.64 | CFD | Mar 31 2024 | Pending |
| NEV2ML8T | 2024-03-30 23:00:05 | WSH | $ 900 | ↑$ 333 | 0.5X | 3855.58 | Forex | Mar 30 2024 | Won |
| 5N8SZLA1 | 2024-03-30 22:00:05 | SPHTX | $ 900 | ↓$ 194 | 2.0X | 3758.26 | Stock | Mar 30 2024 | Won |
| F7GEHQV9 | 2024-03-30 21:00:05 | VANY | $ 110 | ↓$ 205.5 | 1.5X | 4994.87 | Crypto | Mar 30 2024 | Pending |
| NSCAQR75 | 2024-03-30 20:00:05 | DGD | $ 160 | ↓$ 185 | 5X | 2828.80 | Forex | Mar 30 2024 | Pending |
| GT8FUVHI | 2024-03-30 19:00:05 | LUX | $ 150 | ↑$ 333 | 5X | 5333.61 | Stock | Mar 30 2024 | Won |
| GYKNRJGT | 2024-03-30 18:00:04 | DEA | $ 800 | ↓$ 527.2 | 10X | 3575.65 | CFD | Mar 30 2024 | Won |
| SIDEPBZS | 2024-03-30 17:00:04 | GUP | $ 500 | ↑$ 177.2 | 1.0X | 3187.49 | Stock | Mar 30 2024 | Won |

HAR0205

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| GTBFUVHI | 2024-03-30 19:00:05 | LUX | $ 150 | ↑$ 333 | 5X | 5333.61 | Stock | Mar 30 2024 | Won |
| GYKNRJGT | 2024-03-30 18:00:04 | DEA | $ 800 | ↓$ 527.2 | 10X | 3575.65 | CFD | Mar 30 2024 | Won |
| SIDEPBZS | 2024-03-30 17:00:04 | GUP | $ 500 | ↑$ 177.2 | 1.0X | 3187.49 | Stock | Mar 30 2024 | Won |
| EDIBUF2S | 2024-03-30 16:00:04 | LCT | $ 200 | ↑$ 177.2 | 10X | 6493.81 | Crypto | Mar 30 2024 | Won |
| BE9XLSZA | 2024-03-30 15:00:03 | UNITY | $ 100 | ↑$ 118.7 | 1.5X | 7413.32 | CFD | Mar 30 2024 | Won |
| OFFPRNIS | 2024-03-30 14:00:05 | PNX | $ 500 | ↓$ 140.6 | 1.5X | 4822.31 | Stock | Mar 30 2024 | Won |
| M2URQAMI | 2024-03-30 13:00:04 | PWR | $ 110 | ↓$ 830.8 | 10X | 2563.52 | Stock | Mar 30 2024 | Won |
| SNXDRXPD | 2024-03-30 12:00:05 | PZM | $ 150 | ↓$ 135.5 | 0.5X | 2636.72 | Forex | Mar 30 2024 | Won |
| GZ3N40CF | 2024-03-30 11:00:05 | JUDGE | $ 160 | ↓$ 230.6 | 0.5X | 3166.27 | CFD | Mar 30 2024 | Won |
| VO9E7WMH | 2024-03-30 10:00:05 | RBN | $ 200 | ↑$ 636 | 1.5X | 9171.71 | CFD | Mar 30 2024 | Won |
| J6ECFQWU | 2024-03-30 09:00:05 | CIRV | $ 180 | ↓$ 234 | 0.5X | 7937.35 | Crypto | Mar 30 2024 | Won |
| 6HOGI4ED | 2024-03-30 08:00:05 | EMPC | $ 100 | ↑$ 178.7 | 2.0X | 3324.70 | Stock | Mar 30 2024 | Pending |
| 07YWJQC | 2024-03-30 07:00:04 | XYO | $ 700 | ↑$ 720.4 | 5X | 9128.44 | Forex | Mar 30 2024 | Won |
| 7WRTBHU2 | 2024-03-30 06:00:05 | EGO | $ 110 | ↑$ 830.8 | 1.5X | 4468.73 | Stock | Mar 30 2024 | Won |
| BIKDIODH | 2024-03-30 05:00:05 | E1HS | $ 500 | ↑$ 127 | 5X | 5989.60 | Crypto | Mar 30 2024 | Pending |
| BNNSMYBL | 2024-03-30 04:00:05 | DRPU | $ 700 | ↑$ 985 | 1.0X | 3919.74 | Forex | Mar 30 2024 | Won |
| CUDTHY8O | 2024-03-30 03:00:04 | ARPA | $ 160 | ↓$ 137 | 0.5X | 5270.80 | Crypto | Mar 30 2024 | Won |
| 34XFVOIS | 2024-03-30 02:00:05 | ZEN | $ 200 | ↑$ 313 | 10X | 7369.78 | Crypto | Mar 30 2024 | Won |
| GK2CSE7G | 2024-03-30 01:00:04 | CREV | $ 800 | ↑$ 636 | 10X | 5464.41 | Crypto | Mar 30 2024 | Won |
| D6W7CJHC | 2024-03-30 00:00:04 | PCCM | $ 900 | ↓$ 279 | 5X | 5937.79 | Forex | Mar 30 2024 | Won |
| CYXOTPZG | 2024-03-29 23:00:05 | DSLA | $ 200 | ↑$ 299 | 0.5X | 7858.58 | Forex | Mar 29 2024 | Pending |

HAR0206

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| GK2CSE7G | 2024-03-30 01:00:04 | CREV | $ 800 | ⬆$ 636 | 10X | 5464.41 | Crypto | Mar 30 2024 | Won |
| D6W7CJHC | 2024-03-30 00:00:04 | PCCM | $ 900 | ⬇$ 279 | 5X | 5937.79 | Forex | Mar 30 2024 | Won |
| CYXO1PZG | 2024-03-29 23:00:05 | DSLA | $ 200 | ⬆$ 299 | 0.5X | 7868.58 | Forex | Mar 29 2024 | Pending |
| IJ8ER9F2 | 2024-03-29 22:00:05 | GUAR | $ 200 | ⬇$ 238 | 5X | 2932.61 | Forex | Mar 29 2024 | Won |
| MD9T5OTO | 2024-03-29 21:00:06 | CMT | $ 100 | ⬆$ 219 | 1.5X | 2632.82 | CFD | Mar 29 2024 | Pending |
| NXJAAQPH | 2024-03-29 20:00:04 | INCP | $ 900 | ⬇$ 178.7 | 0.5X | 6981.94 | Stock | Mar 29 2024 | Pending |
| TF7FNCEM | 2024-03-29 19:00:05 | SRN | $ 700 | ⬇$ 137.2 | 2.0X | 5105.60 | CFD | Mar 29 2024 | Pending |
| JO93TOS8 | 2024-03-29 18:00:04 | CXA | $ 160 | ⬇$ 144 | 0.5X | 5905.73 | Forex | Mar 29 2024 | Pending |
| FXX7RR8C | 2024-03-29 17:00:06 | ERT | $ 900 | ⬇$ 225.5 | 5X | 5447.39 | Stock | Mar 29 2024 | Pending |
| EOO2XLDF | 2024-03-29 16:00:05 | OPEN | $ 180 | ⬆$ 830.6 | 2.0X | 7877.45 | Crypto | Mar 29 2024 | Won |
| UOXG7FYO | 2024-03-29 15:00:04 | POSQ | $ 160 | ⬇$ 727.2 | 2.0X | 5489.98 | CFD | Mar 29 2024 | Won |
| YKRJIQMA | 2024-03-29 14:00:06 | GLA | $ 900 | ⬆$ 197 | 1.0X | 4940.36 | Crypto | Mar 29 2024 | Won |
| RZDWHRYS | 2024-03-29 13:00:06 | ICOO | $ 200 | ⬆$ 145.5 | 2.0X | 9189.68 | Forex | Mar 29 2024 | Pending |
| HSJU8NI6 | 2024-03-29 12:00:05 | ARN | $ 150 | ⬆$ 200.4 | 2.0X | 2845.40 | Crypto | Mar 29 2024 | Won |
| E3DAHUF7 | 2024-03-29 11:00:05 | EGCC | $ 500 | ⬇$ 985 | 1.5X | 3729.58 | Forex | Mar 29 2024 | Won |
| QMAIYQ8G | 2024-03-29 10:00:04 | CSQ | $ 200 | ⬆$ 985 | 1.5X | 5496.60 | Stock | Mar 29 2024 | Won |
| VE3QHSZW | 2024-03-29 09:00:04 | HRB | $ 120 | ⬆$ 730.6 | 2.0X | 6214.32 | Forex | Mar 29 2024 | Won |
| BPK6EODI | 2024-03-29 08:00:05 | CWIS | $ 120 | ⬇$ 527.2 | 1.0X | 3078.28 | Stock | Mar 29 2024 | Won |
| TYJNWFUD | 2024-03-29 07:00:04 | RGT | $ 200 | ⬆$ 239 | 5X | 5979.87 | CFD | Mar 29 2024 | Pending |
| VDAYQPXI | 2024-03-29 06:00:05 | BT2 | $ 110 | ⬇$ 919 | 1.5X | 8912.41 | Forex | Mar 29 2024 | Won |
| VKY4TPUL | 2024-03-29 05:00:04 | TAM | $ 110 | ⬇$ 720.4 | 5X | 4256.86 | CFD | Mar 29 2024 | Pending |

HAR0207

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TYINWFIJD | 2024-03-29 07:00:04 | RGT | $ 200 | ↑$ 239 | 5X | 5979.87 | CFD | Mar 29 2024 | Pending |
| VDAYQPXI | 2024-03-29 06:00:05 | BT2 | $ 110 | ↓$ 989 | 1.5X | 8912.41 | Forex | Mar 29 2024 | Won |
| VKY4TPUL | 2024-03-29 05:00:04 | TAM | $ 110 | ↓$ 720.4 | 5X | 4258.86 | CFD | Mar 29 2024 | Pending |
| 3T5AMUC2 | 2024-03-29 04:00:04 | ETN | $ 150 | ↑$ 527.2 | 0.5X | 4889.33 | Crypto | Mar 29 2024 | Pending |
| FVYJZAO4 | 2024-03-29 03:00:04 | CLN | $ 110 | ↑$ 130.4 | 1.5X | 8534.96 | CFD | Mar 29 2024 | Pending |
| X3NX2PHY | 2024-03-29 02:00:05 | CHX | $ 900 | ↓$ 917 | 0.5X | 5136.36 | Stock | Mar 29 2024 | Won |
| WOSBTY7F | 2024-03-29 01:00:05 | WAN | $ 120 | ↑$ 296 | 5X | 3418.86 | Crypto | Mar 29 2024 | Won |
| LIEBSDLBH | 2024-03-29 00:00:05 | TRK | $ 200 | ↓$ 717 | 10X | 3066.53 | CFD | Mar 29 2024 | Pending |
| FOBRKTQQ | 2024-03-28 23:00:05 | GEON | $ 110 | ↓$ 820.4 | 10X | 2879.52 | Crypto | Mar 28 2024 | Won |
| VOKDABDJ | 2024-03-28 22:00:04 | BTI | $ 180 | ↓$ 130.4 | 2.0X | 9145.78 | Forex | Mar 28 2024 | Won |
| N6WC4GJ0 | 2024-03-28 21:00:05 | PESA | $ 800 | ↑$ 214 | 5X | 4930.74 | CFD | Mar 28 2024 | Won |
| RATJXMOH | 2024-03-28 20:00:04 | DPAY | $ 900 | ↓$ 279 | 1.0X | 3159.69 | CFD | Mar 28 2024 | Won |
| YQHNRJ7A | 2024-03-28 19:00:05 | SUT | $ 180 | ↓$ 930.0 | 2.0X | 4200.71 | CFD | Mar 28 2024 | Pending |
| 9IPO2OMB | 2024-03-28 18:00:05 | SFU | $ 180 | ↑$ 825.5 | 0.5X | 8328.80 | Forex | Mar 28 2024 | Won |
| 9FRJ3KCV | 2024-03-28 17:00:04 | ENG | $ 200 | ↑$ 527.2 | 0.5X | 7975.81 | Forex | Mar 28 2024 | Pending |
| ATF0LYXH | 2024-03-28 16:00:06 | ION | $ 100 | ↑$ 190.6 | 2.0X | 2666.66 | Crypto | Mar 28 2024 | Won |
| OURPBGUX | 2024-03-28 15:00:04 | SMART | $ 200 | ↓$ 229 | 0.5X | 8115.64 | Crypto | Mar 28 2024 | Won |
| WQDIY43G | 2024-03-28 14:00:04 | OTX | $ 180 | ↑$ 177 | 1.5X | 5598.60 | Stock | Mar 28 2024 | Pending |
| YNDDFKRY | 2024-03-28 13:00:05 | ETHD | $ 900 | ↑$ 205.5 | 5X | 4685.36 | CFD | Mar 28 2024 | Won |
| CHZJN75E | 2024-03-28 12:00:05 | APT | $ 700 | ↓$ 236 | 10X | 2879.51 | Crypto | Mar 28 2024 | Pending |
| UVCN4Y2B | 2024-03-28 11:00:06 | CRS | $ 100 | ↓$ 227.2 | 5X | 4316.99 | Crypto | Mar 28 2024 | Won |

HAR0208

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| YNDDFKRY | 2024-03-28 13:00:05 | ETHD | $ 900 | ↑$ 205.5 | 5X | 4685.36 | CFD | Mar 28 2024 | Won |
| CHZJN75E | 2024-03-28 12:00:05 | APT | $ 700 | ↓$ 236 | 10X | 2879.51 | Crypto | Mar 28 2024 | Pending |
| UVCNHY2B | 2024-03-28 11:00:06 | CRS | $ 100 | ↓$ 227.2 | 5X | 4316.99 | Crypto | Mar 28 2024 | Won |
| 9RFQVPKB | 2024-03-28 10:00:05 | CIRC | $ 200 | ↑$ 518.7 | 1.0X | 8949.58 | Stock | Mar 28 2024 | Won |
| 8OJHZ1GX | 2024-03-28 09:00:02 | MANA | $ 900 | ↑$ 144 | 5X | 5228.98 | Crypto | Mar 28 2024 | Won |
| KVWTYQQM | 2024-03-28 08:00:04 | TNB | $ 500 | ↓$ 285 | 10X | 3252.57 | Forex | Mar 28 2024 | Won |
| W3FGYEOK | 2024-03-28 07:00:05 | CHC | $ 150 | ↑$ 230.6 | 2.0X | 8369.52 | Forex | Mar 28 2024 | Pending |
| 23BM9ONW | 2024-03-28 06:00:05 | CRX | $ 180 | ↑$ 229 | 1.5X | 9083.38 | Crypto | Mar 28 2024 | Pending |
| EQKPI9VY | 2024-03-28 05:00:04 | NCASH | $ 700 | ↑$ 296 | 0.5X | 3582.59 | CFD | Mar 28 2024 | Won |
| CWEIXLFM | 2024-03-28 04:00:05 | VLP | $ 800 | ↑$ 920.4 | 10X | 3518.74 | Stock | Mar 28 2024 | Won |
| JJOMKSNC | 2024-03-28 03:00:04 | DRZ | $ 100 | ↓$ 234 | 10X | 6524.82 | CFD | Mar 28 2024 | Won |
| Y2EJX9SI | 2024-03-28 02:00:04 | BEX | $ 120 | ↑$ 1019 | 1.5X | 5239.64 | Stock | Mar 28 2024 | Won |
| LDCOY5OO | 2024-03-28 01:00:05 | MNC | $ 900 | ↑$ 137.2 | 0.5X | 4911.38 | Stock | Mar 28 2024 | Won |
| 2KAUQ6EG | 2024-03-28 00:00:04 | NUKE | $ 100 | ↓$ 319 | 10X | 6655.36 | CFD | Mar 28 2024 | Won |
| 0R7KQVOI | 2024-03-27 23:00:04 | XFT | $ 120 | ↓$ 210.8 | 10X | 8461.40 | Crypto | Mar 27 2024 | Won |
| CZTKM36C | 2024-03-27 22:00:05 | IOT | $ 160 | ↑$ 920.4 | 10X | 4789.35 | Stock | Mar 27 2024 | Won |
| QUGSRYYM | 2024-03-27 21:00:05 | ATMOS | $ 800 | ↓$ 333 | 6X | 5671.46 | Crypto | Mar 27 2024 | Won |
| KNTA0MZH | 2024-03-27 20:00:04 | GEMA | $ 120 | ↑$ 530.6 | 1.5X | 3507.65 | Crypto | Mar 27 2024 | Won |
| AIRLSCHQ | 2024-03-27 19:00:05 | QRP | $ 150 | ↑$ 319 | 10X | 8078.45 | Crypto | Mar 27 2024 | Won |
| 8MZBBOBP | 2024-03-27 18:00:04 | HNY | $ 200 | ↑$ 227.2 | 5X | 3550.82 | Crypto | Mar 27 2024 | Pending |
| MFOUI0AT | 2024-03-27 17:00:07 | ASAFE2 | $ 700 | ↓$ 218.7 | 1.5X | 5071.42 | Crypto | Mar 27 2024 | Pending |
| | 2024-03-27 16:00:05 | KEK | $ 800 | ↓$ 236 | 1.6X | 6868.27 | Crypto | Mar 27 2024 | Pending |

HAR0209

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AIRL5CHQ | 2024-03-27 19:00:05 | QRP | $ 150 | ↑$ 319 | 10X | 8078.45 | Crypto | Mar 27 2024 | Won |
| 6MZ880BP | 2024-03-27 18:00:04 | HNY | $ 200 | ↑$ 227.2 | 5X | 3550.82 | Crypto | Mar 27 2024 | Pending |
| MFOUI0AT | 2024-03-27 17:00:07 | ASAFE2 | $ 700 | ↓$ 218.7 | 1.5X | 5071.42 | Crypto | Mar 27 2024 | Pending |
| ZWODVAHI | 2024-03-27 16:00:05 | KEK | $ 800 | ↓$ 235 | 1.0X | 6668.27 | Crypto | Mar 27 2024 | Pending |
| SFKORGIX | 2024-03-27 15:00:04 | DEEX | $ 500 | ↑$ 734 | 10X | 4234.67 | Forex | Mar 27 2024 | Won |
| 6WB70ALC | 2024-03-27 14:00:04 | DERO | $ 110 | ↓$ 619 | 1.5X | 7252.86 | Forex | Mar 27 2024 | Pending |
| 5PGHYU6O | 2024-03-27 13:00:07 | HIRE | $ 700 | ↑$ 819 | 1.5X | 4037.93 | Stock | Mar 27 2024 | Won |
| X5P2AK1O | 2024-03-27 12:00:06 | GEX | $ 180 | ↓$ 130.4 | 0.5X | 7777.54 | CFD | Mar 27 2024 | Pending |
| NLWA5IGO | 2024-03-27 11:00:05 | MARS | $ 200 | ↓$ 927.2 | 2.0X | 5644.63 | Stock | Mar 27 2024 | Won |
| GHPELBIT | 2024-03-27 10:00:07 | AMIS | $ 110 | ↑$ 217 | 1.5X | 3032.37 | Crypto | Mar 27 2024 | Won |
| 9BSHA8ZQ | 2024-03-27 09:00:07 | SMLY | $ 800 | ↓$ 195 | 1.5X | 8208.92 | Stock | Mar 27 2024 | Won |
| WSXAIWBQ | 2024-03-27 08:00:04 | WIT | $ 800 | ↓$ 245 | 0.5X | 6474.73 | Crypto | Mar 27 2024 | Won |
| BIIMHOZ6A | 2024-03-27 07:00:05 | EZC | $ 700 | ↑$ 1019 | 1.0X | 8091.85 | Stock | Mar 27 2024 | Pending |
| TZ9KV7UF | 2024-03-27 06:00:05 | BEAT | $ 110 | ↓$ 527.2 | 5X | 9087.67 | CFD | Mar 27 2024 | Won |
| YPGPEMDO | 2024-03-27 05:00:04 | LMC | $ 100 | ↑$ 725.5 | 1.5X | 4066.81 | Forex | Mar 27 2024 | Won |
| CXCZQGKI | 2024-03-27 04:00:04 | TIA | $ 200 | ↑$ 834 | 10X | 5718.47 | Crypto | Mar 27 2024 | Won |
| YP0VIZK4 | 2024-03-27 03:00:04 | OAX | $ 200 | ↑$ 307.2 | 2.0X | 4763.36 | CFD | Mar 27 2024 | Pending |
| G2Q9S3ZW | 2024-03-27 02:00:05 | GEMZ | $ 100 | ↑$ 727.2 | 1.5X | 8097.85 | Forex | Mar 27 2024 | Pending |
| EMICZBCQ | 2024-03-27 01:00:05 | NWCN | $ 500 | ↓$ 273 | 1.5X | 5351.53 | CFD | Mar 27 2024 | Pending |
| BRAKWJ6I | 2024-03-27 00:00:05 | GPL | $ 100 | ↑$ 316 | 2.0X | 8435.66 | CFD | Mar 27 2024 | Won |
| GWV5KYII | 2024-03-26 23:00:04 | CANDY | $ 180 | ↑$ 834 | 2.0X | 2754.54 | Stock | Mar 26 2024 | Won |
| I5YMVW6J | 2024-03-26 22:00:04 | VIVO | $ 180 | ↑$ 885 | 10X | 7964.77 | Stock | Mar 26 2024 | Pending |

HAR0210

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| BRAKWJ6I | 2024-03-27 00:00:05 | GPL | $ 100 | ↑$ 316 | 2.0X | 8435.68 | CFD | Mar 27 2024 | Won |
| QWVSKFII | 2024-03-26 23:00:04 | CANDY | $ 180 | ↑$ 834 | 2.0X | 2754.54 | Stock | Mar 26 2024 | Won |
| I5YMVW6J | 2024-03-26 22:00:04 | VIVO | $ 180 | ↑$ 885 | 10X | 7964.77 | Stock | Mar 26 2024 | Pending |
| VHOT15KE | 2024-03-26 21:00:00 | BITOK | $ 200 | ↓$ 296 | 1.5X | 6730.26 | Forex | Mar 26 2024 | Pending |
| Z7R4KBF1 | 2024-03-26 20:00:04 | GOLF | $ 800 | ↑$ 225.5 | 1.0X | 3350.78 | Stock | Mar 26 2024 | Won |
| AGEXZRFQ | 2024-03-26 19:00:05 | DOPE | $ 500 | ↓$ 128.7 | 0.5X | 3534.93 | CFD | Mar 26 2024 | Won |
| PJQAHDET | 2024-03-26 18:00:05 | CPY | $ 150 | ↑$ 235 | 1.5X | 4355.71 | CFD | Mar 26 2024 | Pending |
| QFXZRK2Y | 2024-03-26 17:00:05 | GVT | $ 900 | ↓$ 517 | 1.5X | 3590.88 | Crypto | Mar 26 2024 | Won |
| XGTH9DOW | 2024-03-26 16:00:06 | YCE | $ 120 | ↓$ 1019 | 10X | 5288.41 | Forex | Mar 26 2024 | Won |
| OGFYZPBI | 2024-03-26 15:00:05 | I8H | $ 120 | ↓$ 925.5 | 2.0X | 2790.59 | Crypto | Mar 26 2024 | Pending |
| 2MVWAES4 | 2024-03-26 14:00:05 | FIST | $ 200 | ↑$ 319 | 5X | 6653.74 | Stock | Mar 26 2024 | Won |
| XX9745V | 2024-03-26 13:00:06 | NTCC | $ 100 | ↓$ 653 | 0.5X | 3095.48 | Crypto | Mar 26 2024 | Won |
| XVPEXMKF | 2024-03-26 12:00:03 | RBY | $ 150 | ↓$ 130.4 | 5X | 2708.63 | Crypto | Mar 26 2024 | Won |
| BZRWDOVB | 2024-03-26 11:00:05 | PCS | $ 160 | ↑$ 207.2 | 1.5X | 5653.87 | Forex | Mar 26 2024 | Won |
| ESC4XDGQ | 2024-03-26 10:00:05 | ZNAQ | $ 150 | ↑$ 1019 | 0.5X | 8718.26 | Stock | Mar 26 2024 | Won |
| 68RJODTF | 2024-03-26 09:00:03 | DRACO | $ 110 | ↑$ 138.7 | 5X | 8143.53 | Forex | Mar 26 2024 | Won |
| UHEGAV5L | 2024-03-26 08:00:05 | MOS | $ 150 | ↑$ 520.4 | 0.5X | 4993.98 | Crypto | Mar 26 2024 | Won |
| B16MCCP8 | 2024-03-26 07:00:04 | LPC | $ 120 | ↓$ 830.6 | 1.5X | 7587.87 | Stock | Mar 26 2024 | Won |
| BHJC2B43 | 2024-03-26 06:00:05 | PAI | $ 900 | ↓$ 269 | 10X | 4449.79 | Forex | Mar 26 2024 | Won |
| A8QFXYEW | 2024-03-26 05:00:05 | XNA | $ 700 | ↑$ 205.5 | 10X | 2520.66 | CFD | Mar 26 2024 | Won |
| RK0HENPQ | 2024-03-26 04:00:04 | BERRY | $ 160 | ↓$ 185.5 | 2.0X | 4994.50 | Crypto | Mar 26 2024 | Won |

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BHJC2B43 | 2024-03-26 06:00:05 | PAI | $ 900 | ↓$ 269 | 10X | 4449.79 | Forex | Mar 26 2024 | Won |
| ABQFKYEW | 2024-03-26 05:00:05 | XNA | $ 700 | ↑$ 205.5 | 10X | 2520.68 | CFD | Mar 26 2024 | Won |
| RK0HENFQ | 2024-03-26 04:00:04 | BERRY | $ 160 | ↓$ 185.5 | 2.0X | 4994.50 | Crypto | Mar 26 2024 | Won |
| 8XK2LQJR | 2024-03-26 03:00:04 | XDQ | $ 160 | ↑$ 135.5 | 10X | 7915.52 | Forex | Mar 26 2024 | Won |
| OD5KMVCV | 2024-03-26 02:00:05 | MIT | $ 700 | ↓$ 819 | 0.5X | 9197.29 | Forex | Mar 26 2024 | Won |
| VHOUDFGC | 2024-03-26 01:00:05 | KIN | $ 150 | ↓$ 246 | 2.0X | 8858.48 | Forex | Mar 26 2024 | Won |
| 4ZJZFCWX | 2024-03-26 00:00:05 | MI | $ 500 | ↑$ 917 | 1.5X | 4598.84 | Crypto | Mar 26 2024 | Won |
| GGJHUFKH | 2024-03-25 23:00:05 | DTCT | $ 200 | ↑$ 725.5 | 0.5X | 2975.83 | CFD | Mar 26 2024 | Won |
| HW15BMXW | 2024-03-25 22:00:04 | XELS | $ 160 | ↓$ 187.2 | 5X | 5725.55 | Stock | Mar 26 2024 | Pending |
| XKDVVQLL | 2024-03-25 21:00:05 | OBITS | $ 160 | ↑$ 220.4 | 2.0X | 5815.85 | Forex | Mar 25 2024 | Won |
| RYLTJNDD | 2024-03-25 20:00:05 | CMM | $ 180 | ↑$ 229 | 1.5X | 7084.34 | Forex | Mar 25 2024 | Won |
| AUZA03LQ | 2024-03-25 19:00:04 | TCR | $ 700 | ↑$ 518.7 | 10X | 8017.66 | Stock | Mar 25 2024 | Pending |
| RGHEEXNQ | 2024-03-25 18:00:04 | YEE | $ 120 | ↑$ 253 | 1.5X | 5188.64 | Crypto | Mar 25 2024 | Won |
| 9EOVDZH7 | 2024-03-25 17:00:05 | XMR | $ 110 | ↑$ 180.4 | 1.0X | 7926.85 | CFD | Mar 25 2024 | Won |
| KDIACCIV | 2024-03-25 16:00:05 | MAC | $ 110 | ↑$ 834 | 10X | 7174.77 | CFD | Mar 25 2024 | Won |
| GG8TJVAH | 2024-03-25 15:00:04 | MBI | $ 900 | ↓$ 197 | 10X | 7425.95 | CFD | Mar 25 2024 | Won |
| UHAOPJWT | 2024-03-25 14:00:05 | ADST | $ 160 | ↓$ 184 | 5X | 4523.48 | Stock | Mar 25 2024 | Pending |
| 0BXT8FNU | 2024-03-25 13:00:05 | AIBB | $ 100 | ↑$ 130.6 | 2.0X | 7521.33 | CFD | Mar 25 2024 | Pending |
| AGCQ9VFV | 2024-03-25 12:00:19 | OWC | $ 160 | ↓$ 925.5 | 0.5X | 4861.56 | Stock | Mar 25 2024 | Pending |
| 2FJWADR4 | 2024-03-25 11:00:06 | HYC | $ 100 | ↑$ 299 | 0.5X | 5170.32 | CFD | Mar 25 2024 | Won |
| FV5LPXKG | 2024-03-25 10:00:05 | XET | $ 900 | ↓$ 175.5 | 0.5X | 7783.84 | CFD | Mar 25 2024 | Pending |

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| AOCQ9VFV | 2024-03-25 12:00:19 | OWC | $ 160 | ↓$ 925.5 | 0.5X | 4861.56 | Stock | Mar 25 2024 | Pending |
| 2FJWADR4 | 2024-03-25 11:00:06 | HYC | $ 100 | ↑$ 299 | 0.5X | 5179.32 | CFD | Mar 25 2024 | Won |
| FV5LPXKG | 2024-03-25 10:00:05 | XET | $ 900 | ↓$ 175.5 | 0.5X | 7783.84 | CFD | Mar 25 2024 | Pending |
| M4BZ8KFS | 2024-03-25 09:00:05 | UFR | $ 800 | ↓$ 150.6 | 1.5X | 8529.70 | Crypto | Mar 25 2024 | Pending |
| 9BDYO2RK | 2024-03-25 08:00:05 | BDT | $ 500 | ↓$ 853 | 5X | 3837.38 | Crypto | Mar 25 2024 | Won |
| 1VEMTDLA | 2024-03-25 07:00:04 | HLP | $ 500 | ↓$ 917 | 0.5X | 4377.46 | Crypto | Mar 25 2024 | Won |
| WAN6BXLZ | 2024-03-25 06:00:05 | OPC | $ 150 | ↓$ 138.7 | 0.5X | 7097.64 | Stock | Mar 25 2024 | Pending |
| SVGZYBQV | 2024-03-25 05:00:05 | VSX | $ 200 | ↓$ 167 | 0.5X | 4103.69 | CFD | Mar 25 2024 | Won |
| 6AKEA3SF | 2024-03-25 04:00:05 | ALUX | $ 120 | ↓$ 934 | 1.5X | 5854.36 | Stock | Mar 25 2024 | Won |
| ABLOZBTD | 2024-03-25 03:00:04 | PEN | $ 500 | ↑$ 885 | 1.0X | 8388.81 | CFD | Mar 25 2024 | Pending |
| ZRSP52GJ | 2024-03-25 02:00:05 | WNET | $ 120 | ↑$ 919 | 5X | 8051.49 | Forex | Mar 25 2024 | Won |
| BUNBXT3G | 2024-03-25 01:00:04 | JCR | $ 200 | ↓$ 230.6 | 1.5X | 8985.79 | Stock | Mar 25 2024 | Won |
| YXUD9GHO | 2024-03-25 00:00:05 | EFX | $ 500 | ↓$ 353 | 2.0X | 7137.88 | Forex | Mar 25 2024 | Won |
| TQJ8TCI7 | 2024-03-24 23:00:05 | SWC | $ 900 | ↑$ 917 | 1.0X | 3503.72 | Forex | Mar 24 2024 | Won |
| Y2EJCALO | 2024-03-24 22:00:05 | GER | $ 100 | ↑$ 154 | 1.5X | 4069.34 | Forex | Mar 24 2024 | Won |
| JM9NZD5F | 2024-03-24 21:00:05 | PND | $ 110 | ↓$ 336 | 0.5X | 8839.46 | Forex | Mar 24 2024 | Won |
| 534UWFGR | 2024-03-24 20:00:05 | ROOT | $ 180 | ↓$ 718.7 | 1.5X | 6298.32 | Crypto | Mar 24 2024 | Won |
| O6LS5IT2 | 2024-03-24 19:00:05 | INV | $ 900 | ↑$ 527.2 | 10X | 4608.49 | Crypto | Mar 24 2024 | Pending |
| FJGELSKV | 2024-03-24 18:00:05 | REE | $ 110 | ↑$ 220.4 | 0.5X | 9094.45 | Stock | Mar 24 2024 | Won |
| 3RUPVQDT | 2024-03-24 17:00:05 | XPST | $ 500 | ↑$ 717 | 0.5X | 2636.42 | Stock | Mar 24 2024 | Won |
| GEAISMQJ | 2024-03-24 16:00:05 | XOV | $ 180 | ↓$ 198.7 | 0.5X | 4669.34 | CFD | Mar 24 2024 | Won |

HAR0213

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| FJGELSKV | 2024-03-24 18:00:05 | REE | $ 110 | ↑ $ 220.4 | 0.5X | 9094.45 | Stock | Mar 24 2024 | Won |
| 3RUFVODT | 2024-03-24 17:00:05 | XPST | $ 500 | ↑ $ 717 | 0.5X | 2636.42 | Stock | Mar 24 2024 | Won |
| GEAISMQJ | 2024-03-24 16:00:05 | XOV | $ 180 | ↓ $ 198.7 | 0.5X | 4669.34 | CFD | Mar 24 2024 | Won |
| BUX7HFYN | 2024-03-24 15:00:04 | CLN | $ 100 | ↓ $ 316 | 0.5X | 7245.91 | Crypto | Mar 24 2024 | Pending |
| AOVQPRPN | 2024-03-24 14:00:04 | PYT | $ 120 | ↑ $ 985 | 10X | 9175.45 | Crypto | Mar 24 2024 | Won |
| TK3EWISC | 2024-03-24 13:00:04 | OJX | $ 900 | ↑ $ 117 | 10X | 4609.97 | CFD | Mar 24 2024 | Pending |
| BQ7RA9KC | 2024-03-24 12:00:05 | FRED | $ 180 | ↓ $ 229 | 0.5X | 4772.66 | Crypto | Mar 24 2024 | Won |
| MXMXQCAO | 2024-03-24 11:00:04 | INDI | $ 180 | ↑ $ 717 | 2.0X | 5790.52 | Crypto | Mar 24 2024 | Won |
| H8TYLSMA | 2024-03-24 10:00:05 | PIRATE | $ 700 | ↓ $ 1036 | 1.5X | 4612.51 | Stock | Mar 24 2024 | Won |
| ONJLAUXT | 2024-03-24 09:00:04 | CHART | $ 120 | ↓ $ 217 | 0.5X | 2958.97 | CFD | Mar 24 2024 | Pending |
| 2EXZ0SYQ | 2024-03-24 08:00:05 | 8BOS | $ 100 | ↑ $ 187.2 | 10X | 7198.92 | CFD | Mar 24 2024 | Won |
| LJI9HVBR | 2024-03-24 07:00:05 | HDG | $ 150 | ↓ $ 285 | 2.0X | 5496.91 | Forex | Mar 24 2024 | Won |
| C0ZP3ADL | 2024-03-24 06:00:06 | BDT | $ 200 | ↓ $ 180.4 | 5X | 8638.63 | Stock | Mar 24 2024 | Pending |
| LABCHEWP | 2024-03-24 05:00:05 | NRO | $ 120 | ↑ $ 718.7 | 5X | 8786.33 | Forex | Mar 24 2024 | Won |
| JY5HT6UQ | 2024-03-24 04:00:06 | ESZ | $ 500 | ↑ $ 194 | 10X | 4237.67 | Stock | Mar 24 2024 | Won |
| DQVDXRHL | 2024-03-24 03:00:05 | BTCL | $ 160 | ↑ $ 225.5 | 2.0X | 4231.89 | Crypto | Mar 24 2024 | Won |
| UYP2OHJ9 | 2024-03-24 02:00:04 | IAG | $ 500 | ↑ $ 817 | 5X | 7180.80 | Forex | Mar 24 2024 | Pending |
| ESR8AVUO | 2024-03-24 01:00:04 | TGN | $ 500 | ↑ $ 180.6 | 1.5X | 6388.62 | Crypto | Mar 24 2024 | Won |
| 6OOY7BWD | 2024-03-24 00:00:04 | SPEND | $ 500 | ↓ $ 180.6 | 1.0X | 2808.67 | Crypto | Mar 24 2024 | Won |
| JFVRN95X | 2024-03-23 23:00:03 | GRM | $ 100 | ↓ $ 177.2 | 5X | 5444.93 | Stock | Mar 23 2024 | Won |
| ZWU3JOEO | 2024-03-23 22:00:04 | GDC | $ 200 | ↑ $ 170.4 | 5X | 8810.58 | Forex | Mar 23 2024 | Won |
| WIV5KDEF | 2024-03-23 21:00:04 | DAXX | $ 110 | ↑ $ 336 | 0.5X | 2871.35 | Crypto | Mar 23 2024 | Won |

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 66UT18WD | 2024-03-24 00:00:04 | SPEND | $ 500 | ↑$ 180.6 | 1.0X | 2008.87 | Crypto | Mar 24 2024 | Won |
| JFVRN95X | 2024-03-23 23:00:03 | GRM | $ 100 | ↓$ 177.2 | 5X | 5444.93 | Stock | Mar 23 2024 | Won |
| ZWU3JOEO | 2024-03-23 22:00:04 | GDC | $ 200 | ↑$ 170.4 | 5X | 6810.58 | Forex | Mar 23 2024 | Won |
| W1VSKDEF | 2024-03-23 21:00:04 | DAXX | $ 110 | ↑$ 336 | 0.5X | 2671.35 | Crypto | Mar 23 2024 | Won |
| VNJOKTWU | 2024-03-23 20:00:03 | VIBE | $ 180 | ↑$ 853 | 5X | 3134.83 | Stock | Mar 23 2024 | Pending |
| MLPJNK19 | 2024-03-23 19:00:03 | TXP | $ 180 | ↑$ 187.2 | 10X | 5726.60 | Forex | Mar 23 2024 | Won |
| GBQAE6S1 | 2024-03-23 18:00:04 | TIO | $ 500 | ↓$ 333 | 0.5X | 9054.85 | Forex | Mar 23 2024 | Won |
| WLBJIUCT | 2024-03-23 17:00:03 | DGM | $ 800 | ↑$ 925.5 | 0.5X | 2547.80 | Crypto | Mar 23 2024 | Won |
| 75AG9JUN | 2024-03-23 16:00:04 | 1ST | $ 200 | ↑$ 184 | 5X | 5147.46 | Forex | Mar 23 2024 | Pending |
| ME5HYDGO | 2024-03-23 15:00:07 | WRL | $ 700 | ↓$ 285 | 2.0X | 7187.61 | Stock | Mar 23 2024 | Pending |
| 4ACRBGTD | 2024-03-23 14:00:12 | HUSH | $ 500 | ↑$ 930.6 | 1.0X | 3261.81 | CFD | Mar 23 2024 | Won |
| OXNRWK3G | 2024-03-23 13:00:05 | SGC | $ 160 | ↓$ 853 | 1.5X | 6225.33 | Stock | Mar 23 2024 | Won |
| MEGH9KSQ | 2024-03-23 12:00:05 | STOCKBET | $ 500 | ↑$ 927.2 | 5X | 7060.78 | Crypto | Mar 23 2024 | Pending |
| LSXDGWAQ | 2024-03-23 11:00:05 | WAGE | $ 200 | ↓$ 236 | 0.5X | 4261.28 | CFD | Mar 23 2024 | Pending |
| VIERKGQR | 2024-03-23 10:00:05 | IDXM | $ 500 | ↑$ 120.4 | 1.5X | 4538.44 | CFD | Mar 23 2024 | Won |
| F49OMUUB | 2024-03-23 09:00:02 | IJB | $ 900 | ↓$ 303 | 10X | 7207.30 | Stock | Mar 23 2024 | Pending |
| X5FT2ECW | 2024-03-23 08:00:05 | PSB | $ 900 | ↓$ 130.6 | 10X | 3993.92 | Forex | Mar 23 2024 | Pending |
| AGYDFWCU | 2024-03-23 07:00:04 | PHM | $ 180 | ↑$ 299 | 2.0X | 8723.73 | Crypto | Mar 23 2024 | Pending |
| 5HB2RPHW | 2024-03-23 06:00:05 | AUD | $ 100 | ↓$ 144 | 2.0X | 7693.96 | Forex | Mar 23 2024 | Pending |
| BEJX1UQD | 2024-03-23 05:00:04 | VIDY | $ 110 | ↑$ 720.4 | 1.0X | 4145.85 | Forex | Mar 23 2024 | Won |
| P2D4MS6Q | 2024-03-23 04:00:04 | SLM | $ 160 | ↑$ 168.7 | 1.0X | 3482.55 | Stock | Mar 23 2024 | Pending |
| 76XXT3UF | 2024-03-23 03:00:04 | VC | $ 180 | ↑$ 147.3 | 2.0X | 8502.83 | Forex | Mar 23 2024 | Pending |

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BEJX1UQO | 2024-03-23 05:00:04 | VIDY | $ 110 | ⬆ $ 720.4 | 1.0X | 4145.85 | Forex | Mar 23 2024 | Won |
| PZO4MS6Q | 2024-03-23 04:00:04 | SLM | $ 160 | ⬆ $ 168.7 | 1.0X | 3482.55 | Stock | Mar 23 2024 | Pending |
| 76XXT3UF | 2024-03-23 03:00:04 | VC | $ 180 | ⬆ $ 147.2 | 2.0X | 8502.83 | Forex | Mar 23 2024 | Pending |
| MHQ2FKND | 2024-03-23 02:00:04 | AIX | $ 500 | ⬇ $ 927.2 | 1.0X | 7940.90 | CFD | Mar 23 2024 | Won |
| FM9LAZ41 | 2024-03-23 01:00:04 | HIX | $ 200 | ⬇ $ 934 | 0.5X | 8424.63 | CFD | Mar 23 2024 | Won |
| RI4VNY3T | 2024-03-23 00:00:04 | BBN | $ 200 | ⬆ $ 195 | 1.5X | 7966.61 | CFD | Mar 23 2024 | Won |
| BUF6UPOT | 2024-03-22 23:00:04 | EFX | $ 200 | ⬇ $ 820.4 | 2.0X | 6567.56 | Forex | Mar 22 2024 | Won |
| ZQCJDLE0 | 2024-03-22 22:00:06 | IEC | $ 150 | ⬇ $ 198.7 | 1.5X | 7693.42 | Crypto | Mar 22 2024 | Won |
| AJWP5MVV | 2024-03-22 21:00:04 | LST | $ 100 | ⬆ $ 653 | 0.5X | 5309.51 | Crypto | Mar 22 2024 | Won |
| IFKDNV7I | 2024-03-22 20:00:05 | PROPS | $ 900 | ⬇ $ 177.2 | 5X | 5882.37 | CFD | Mar 22 2024 | Pending |
| VIV6GEXB | 2024-03-22 19:00:05 | RFI | $ 100 | ⬆ $ 918.7 | 10X | 8596.87 | Crypto | Mar 22 2024 | Pending |
| PHTGHX7B | 2024-03-22 18:00:04 | OPET | $ 180 | ⬆ $ 210.6 | 10X | 5861.28 | Stock | Mar 22 2024 | Pending |
| 98KQ36HF | 2024-03-22 17:00:04 | TX | $ 500 | ⬇ $ 285 | 5X | 4661.96 | Forex | Mar 22 2024 | Won |
| CCFNYH5K | 2024-03-22 16:00:05 | ACA | $ 160 | ⬆ $ 198.7 | 10X | 2721.86 | Stock | Mar 22 2024 | Won |
| HY6PUT3Q | 2024-03-22 15:00:05 | SMF | $ 800 | ⬆ $ 269 | 0.5X | 6665.94 | CFD | Mar 22 2024 | Pending |
| IY0WZUCI | 2024-03-22 14:00:04 | GBRC | $ 500 | ⬇ $ 256 | 0.5X | 4172.85 | Crypto | Mar 22 2024 | Pending |
| SCNBIKKW | 2024-03-22 13:00:05 | IRL | $ 110 | ⬇ $ 296 | 0.5X | 4990.29 | Crypto | Mar 22 2024 | Won |
| VKQNUAYR | 2024-03-22 12:00:05 | MCAP | $ 120 | ⬆ $ 263 | 10X | 7825.77 | Stock | Mar 22 2024 | Pending |
| PLXQJY46 | 2024-03-22 11:00:04 | WTX | $ 500 | ⬇ $ 205 | 1.0X | 5038.70 | Forex | Mar 22 2024 | Won |
| EFWUG8SY | 2024-03-22 10:00:06 | PTC | $ 110 | ⬆ $ 137.2 | 1.0X | 2698.50 | CFD | Mar 22 2024 | Won |
| G2AIZENK | 2024-03-22 09:00:03 | FT | $ 700 | ⬆ $ 227.2 | 2.0X | 8852.52 | Forex | Mar 22 2024 | Won |

HAR0216

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| PLXQJY48 | 2024-03-22 11:00:04 | BRTX | $ 500 | ↓$ 205 | 1.0X | 5038.70 | Forex | Mar 22 2024 | Won |
| EFWUGBSY | 2024-03-22 10:00:06 | PTC | $ 110 | ↑$ 137.2 | 1.0X | 2698.50 | CFD | Mar 22 2024 | Won |
| I32A0ZENK | 2024-03-22 09:00:03 | FT | $ 700 | ↑$ 227.2 | 2.0X | 8652.52 | Forex | Mar 22 2024 | Won |
| VLN6WI9Y | 2024-03-22 08:00:05 | FXP | $ 200 | ↑$ 313 | 2.0X | 8704.42 | Crypto | Mar 22 2024 | Won |
| SPVKGVRE | 2024-03-22 07:00:04 | PLG | $ 500 | ↑$ 135.5 | 1.0X | 2809.94 | Crypto | Mar 22 2024 | Won |
| MVTIA9HL | 2024-03-22 06:00:04 | BTM | $ 100 | ↑$ 273 | 0.5X | 2992.66 | Forex | Mar 22 2024 | Pending |
| OV94I8XP | 2024-03-22 05:00:04 | TCR | $ 160 | ↓$ 235 | 2.0X | 3951.56 | Crypto | Mar 22 2024 | Won |
| WYD6HWSA | 2024-03-22 04:00:04 | BZ | $ 110 | ↓$ 180.6 | 1.0X | 6249.85 | Stock | Mar 22 2024 | Won |
| CFZWEEST | 2024-03-22 03:00:05 | DLXV | $ 110 | ↓$ 827.2 | 1.5X | 3246.34 | Forex | Mar 22 2024 | Won |
| GWZJA7TQ | 2024-03-22 02:00:04 | BTMX | $ 180 | ↓$ 154 | 1.5X | 6435.34 | Forex | Mar 22 2024 | Won |
| GQVLWAC1 | 2024-03-22 01:00:04 | MIC | $ 150 | ↓$ 137 | 5X | 4930.35 | Stock | Mar 22 2024 | Pending |
| JKP2H20Q | 2024-03-22 00:00:04 | CRB | $ 110 | ↓$ 256 | 5X | 3017.99 | Stock | Mar 22 2024 | Won |
| MZTFHFQ0 | 2024-03-21 23:00:04 | LDC | $ 110 | ↓$ 194 | 10X | 3328.88 | Stock | Mar 21 2024 | Won |
| SRGPNNYH | 2024-03-21 22:00:04 | VIBE | $ 200 | ↑$ 180.6 | 1.5X | 6466.70 | Crypto | Mar 21 2024 | Won |
| 68FPRD80 | 2024-03-21 21:00:03 | X8ED | $ 500 | ↓$ 167 | 1.5X | 2575.61 | Forex | Mar 21 2024 | Pending |
| ODOWHLFK | 2024-03-21 20:00:04 | NTK | $ 700 | ↑$ 197 | 0.5X | 4771.71 | Crypto | Mar 21 2024 | Won |
| 9WFLDVMU | 2024-03-21 19:00:05 | CPC | $ 100 | ↑$ 146.5 | 1.0X | 9002.29 | CFD | Mar 21 2024 | Pending |
| V0CYB7B6 | 2024-03-21 18:00:04 | GVT | $ 110 | ↓$ 313 | 1.5X | 2515.74 | Stock | Mar 21 2024 | Won |
| FK58CZV8 | 2024-03-21 17:00:04 | PCM | $ 100 | ↑$ 1053 | 1.0X | 8096.32 | Stock | Mar 21 2024 | Pending |
| ISZUFKMY | 2024-03-21 16:00:04 | BCR | $ 700 | ↓$ 717 | 2.0X | 3436.91 | Forex | Mar 21 2024 | Won |
| KCTXGWEC | 2024-03-21 15:00:05 | DRKC | $ 160 | ↑$ 834 | 1.0X | 8055.65 | Crypto | Mar 21 2024 | Won |

HAR0217

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| FK58CZVB | 2024-03-21 17:00:04 | PCM | $ 100 | ↑$ 1053 | 1.0X | 8098.32 | Stock | Mar 21 2024 | Pending |
| ISZUFKMY | 2024-03-21 16:00:04 | BCR | $ 700 | ↓$ 717 | 2.0X | 3436.91 | Forex | Mar 21 2024 | Won |
| KCTXGWEC | 2024-03-21 15:00:05 | DRKC | $ 160 | ↑$ 834 | 1.0X | 8055.65 | Crypto | Mar 21 2024 | Won |
| EVIVPDXP | 2024-03-21 14:00:04 | MEDX | $ 180 | ↓$ 286 | 1.5X | 6103.69 | CFD | Mar 21 2024 | Pending |
| XRNIJGTBQ | 2024-03-21 13:00:04 | WHIO | $ 110 | ↑$ 205.5 | 2.0X | 2650.83 | CFD | Mar 21 2024 | Won |
| OBIAJX3E | 2024-03-21 12:00:05 | STEPS | $ 160 | ↓$ 520.4 | 1.0X | 3295.44 | CFD | Mar 21 2024 | Won |
| L1QFBVSR | 2024-03-21 11:00:04 | PHC | $ 180 | ↑$ 716.7 | 10X | 6270.52 | Forex | Mar 21 2024 | Won |
| GF6BRAJZ | 2024-03-21 10:00:04 | SXLIT | $ 100 | ↓$ 245 | 5X | 5200.64 | Stock | Mar 21 2024 | Won |
| K1CF2JKA | 2024-03-21 09:00:04 | LEV | $ 180 | ↓$ 263 | 1.0X | 8085.56 | CFD | Mar 21 2024 | Won |
| TD96OEJO | 2024-03-21 08:00:04 | LEPEN | $ 900 | ↑$ 286 | 5X | 3644.39 | Crypto | Mar 21 2024 | Pending |
| EUDORJQK | 2024-03-21 07:00:05 | VVI | $ 100 | ↓$ 210.6 | 1.0X | 3241.77 | Stock | Mar 21 2024 | Won |
| 23AOYIMQ | 2024-03-21 06:00:05 | ENU | $ 800 | ↑$ 917 | 10X | 3590.93 | Stock | Mar 21 2024 | Pending |
| FEDWHTTD | 2024-03-21 05:00:04 | XRN | $ 110 | ↓$ 177.2 | 1.0X | 8946.44 | CFD | Mar 21 2024 | Won |
| HMZS9KT | 2024-03-21 04:00:04 | JOK | $ 900 | ↓$ 127.2 | 2.0X | 3644.34 | Stock | Mar 21 2024 | Won |
| N3SKLOKU | 2024-03-21 03:00:05 | HALLO | $ 160 | ↑$ 225.5 | 2.0X | 9017.95 | Stock | Mar 21 2024 | Won |
| JXHVYBVA | 2024-03-21 02:00:03 | NEO | $ 120 | ↓$ 336 | 2.0X | 4107.44 | Crypto | Mar 21 2024 | Won |
| BRFNHCQL | 2024-03-21 01:00:04 | RIPO | $ 200 | ↓$ 140.4 | 0.5X | 9044.94 | Stock | Mar 21 2024 | Won |
| ILUJAGUO | 2024-03-21 00:00:05 | RADI | $ 180 | ↑$ 117 | 1.5X | 8708.44 | Crypto | Mar 21 2024 | Won |
| SOCTUBBG | 2024-03-20 23:00:04 | BCN | $ 160 | ↑$ 527.2 | 1.5X | 6342.68 | Forex | Mar 20 2024 | Pending |
| HEMCNIWK | 2024-03-20 22:00:04 | RLX | $ 160 | ↓$ 125.5 | 0.5X | 8224.95 | Crypto | Mar 20 2024 | Won |
| QTJYRGRI | 2024-03-20 21:00:05 | ELEC | $ 900 | ↓$ 653 | 2.0X | 3670.51 | Crypto | Mar 20 2024 | Won |
| EXRHNI7QG | 2024-03-20 20:00:04 | ARC | $ 900 | ↑$ 734 | 5X | 5983.52 | Stock | Mar 20 2024 | Won |

HAR0218

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5OCTU88G | 2024-03-20 23:00:04 | BCN | $ 160 | ↑$ 527.2 | 1.5X | 6342.68 | Forex | Mar 20 2024 | Pending |
| HEMCNIWK | 2024-03-20 22:00:04 | RLX | $ 160 | ↓$ 125.5 | 0.5X | 8224.95 | Crypto | Mar 20 2024 | Won |
| Q1JYRGR1 | 2024-03-20 21:00:05 | ELEC | $ 900 | ↓$ 663 | 2.0X | 3670.51 | Crypto | Mar 20 2024 | Won |
| EN3WMZQ9 | 2024-03-20 20:00:04 | ABC | $ 900 | ↑$ 234 | 5X | 5097.53 | Stock | Mar 20 2024 | Won |
| EQASFV5L | 2024-03-20 19:00:05 | MEDI | $ 100 | ↓$ 177 | 10X | 4296.81 | Forex | Mar 20 2024 | Won |
| FKQ8PJIW | 2024-03-20 18:00:04 | NET | $ 200 | ↑$ 636 | 5X | 6724.93 | Stock | Mar 20 2024 | Won |
| X87YORAJ | 2024-03-20 17:00:04 | IFLT | $ 150 | ↑$ 726.5 | 1.5X | 8318.52 | Stock | Mar 20 2024 | Won |
| KU3WLPHT | 2024-03-20 16:00:05 | LCT | $ 500 | ↓$ 185 | 2.0X | 5830.42 | Crypto | Mar 20 2024 | Won |
| 7MFHYI0P | 2024-03-20 15:00:05 | VET | $ 500 | ↓$ 207.2 | 5X | 5284.54 | CFD | Mar 20 2024 | Won |
| UXJSRHMP | 2024-03-20 14:00:04 | CHIP | $ 800 | ↓$ 219 | 10X | 6895.42 | Stock | Mar 20 2024 | Won |
| EF5TOFPS | 2024-03-20 13:00:04 | FDX | $ 500 | ↓$ 717 | 1.0X | 8542.81 | Crypto | Mar 20 2024 | Won |
| 3YR9NAZS | 2024-03-20 12:00:04 | BOE | $ 200 | ↑$ 137.2 | 2.0X | 8718.84 | Crypto | Mar 20 2024 | Won |
| 6BDV0EQ8 | 2024-03-20 11:00:05 | AMX | $ 160 | ↓$ 197 | 1.5X | 3311.40 | CFD | Mar 20 2024 | Won |
| A88IWZ4R | 2024-03-20 10:00:03 | GUE | $ 110 | ↓$ 175.5 | 2.0X | 8298.35 | Stock | Mar 20 2024 | Won |
| JVHYGWFH | 2024-03-20 09:00:04 | CGT | $ 500 | ↓$ 927.2 | 10X | 4857.69 | Forex | Mar 20 2024 | Won |
| MN7IPYLG | 2024-03-20 08:00:04 | ATC | $ 900 | ↓$ 319 | 1.0X | 8861.43 | CFD | Mar 20 2024 | Won |
| MNSKSLD9 | 2024-03-20 07:00:04 | PULSE | $ 120 | ↓$ 825.5 | 2.0X | 8784.99 | CFD | Mar 20 2024 | Pending |
| IC94L5P8 | 2024-03-20 06:00:04 | BBK | $ 160 | ↓$ 253 | 5X | 5456.80 | CFD | Mar 20 2024 | Won |
| BR50HJFJ | 2024-03-20 05:00:04 | NWCN | $ 120 | ↓$ 920.4 | 2.0X | 4946.48 | Stock | Mar 20 2024 | Won |
| XP7L1HWO | 2024-03-20 04:00:04 | MST | $ 800 | ↑$ 286 | 5X | 9058.34 | Forex | Mar 20 2024 | Won |
| 38MWC8QO | 2024-03-20 03:00:04 | ONE | $ 800 | ↓$ 180.4 | 5X | 8843.71 | CFD | Mar 20 2024 | Won |
| AFXOK6JN | 2024-03-20 02:00:04 | RAWG | $ 150 | ↓$ 177 | 2.0X | 7808.57 | Stock | Mar 20 2024 | Pending |

HAR0219

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| XP7LIHWO | 2024-03-20 04:00:04 | MST | $ 800 | ↑$ 286 | 5X | 9058.34 | Forex | Mar 20 2024 | Won |
| 36MWC8QO | 2024-03-20 03:00:04 | ONE | $ 800 | ↓$ 180.4 | 5X | 8843.71 | CFD | Mar 20 2024 | Won |
| AFXOK5JN | 2024-03-20 02:00:04 | RAWG | $ 150 | ↓$ 177 | 2.0X | 7808.57 | Stock | Mar 20 2024 | Pending |
| XST9MKNS | 2024-03-20 01:00:04 | DICE | $ 110 | ↑$ 1053 | 1.0X | 4377.30 | Forex | Mar 20 2024 | Pending |
| S9NOKDXJ | 2024-03-20 00:00:04 | XBC | $ 110 | ↑$ 205.5 | 0.5X | 7221.64 | Forex | Mar 20 2024 | Won |
| HSTJHZU8 | 2024-03-19 23:00:05 | LQDN | $ 500 | ↓$ 953 | 2.0X | 3710.37 | CFD | Mar 19 2024 | Pending |
| DBE78NW3 | 2024-03-19 22:00:04 | RDS | $ 160 | ↑$ 230.6 | 0.5X | 7662.68 | CFD | Mar 19 2024 | Won |
| XWUFDH6 | 2024-03-19 21:00:04 | KEP | $ 800 | ↓$ 296 | 2.0X | 9143.65 | Forex | Mar 19 2024 | Won |
| UHZONSSZ | 2024-03-19 20:00:04 | ETHX | $ 100 | ↓$ 834 | 1.5X | 4422.84 | Stock | Mar 19 2024 | Won |
| 3LOQCKRJ | 2024-03-19 19:00:04 | POWR | $ 200 | ↓$ 187.2 | 5X | 7043.51 | Stock | Mar 19 2024 | Won |
| BMN8J95R | 2024-03-19 18:00:04 | AMX | $ 700 | ↓$ 518.7 | 2.0X | 4791.37 | Stock | Mar 19 2024 | Won |
| 01WDYZRR | 2024-03-19 17:00:04 | PAK | $ 500 | ↓$ 210.6 | 10X | 7440.69 | Crypto | Mar 19 2024 | Won |
| 7HENUSMS | 2024-03-19 16:00:05 | GLD | $ 800 | ↓$ 518.7 | 10X | 4970.83 | Forex | Mar 19 2024 | Won |
| O9WZQBYI | 2024-03-19 15:00:05 | ARE | $ 900 | ↑$ 187.2 | 5X | 7920.86 | Crypto | Mar 19 2024 | Won |
| SRMLD4ER | 2024-03-19 14:00:04 | CMM | $ 500 | ↑$ 239 | 0.5X | 4330.69 | Stock | Mar 19 2024 | Pending |
| 07RIUKLC | 2024-03-19 13:00:05 | BNTE | $ 700 | ↓$ 205.5 | 1.0X | 3378.34 | Stock | Mar 19 2024 | Won |
| VCQKK6MC | 2024-03-19 11:00:04 | AERO | $ 800 | ↑$ 279 | 5X | 8940.77 | CFD | Mar 19 2024 | Won |
| D6EUNO8 | 2024-03-19 11:00:04 | VULC | $ 200 | ↑$ 820.4 | 0.5X | 4415.40 | Crypto | Mar 19 2024 | Won |
| E23TD8DL | 2024-03-19 10:00:04 | FC2 | $ 100 | ↑$ 820.4 | 10X | 4248.80 | Stock | Mar 19 2024 | Won |
| IUYKSEGV | 2024-03-19 09:00:04 | CBT | $ 200 | ↓$ 265 | 2.0X | 2716.90 | Stock | Mar 19 2024 | Won |
| MDCAPRII | 2024-03-19 08:00:03 | GLOBE | $ 900 | ↓$ 170.4 | 5X | 3618.32 | Crypto | Mar 19 2024 | Won |

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| E23TDBDL | 2024-03-19 10:00:04 | FC2 | $ 100 | ↑$ 820.4 | 10X | 4248.80 | Stock | Mar 19 2024 | Won |
| IUYK5EGV | 2024-03-19 09:00:04 | CBT | $ 200 | ↓$ 265 | 2.0X | 2775.90 | Stock | Mar 19 2024 | Won |
| MDCAPRII | 2024-03-19 08:00:03 | GLOBE | $ 900 | ↓$ 170.4 | 5X | 3618.32 | Crypto | Mar 19 2024 | Won |
| NWM8X4PI | 2024-03-19 07:00:04 | GST | $ 120 | ↓$ 925.5 | 1.0X | 3197.80 | Stock | Mar 19 2024 | Won |
| KUIIXQ4C | 2024-03-19 06:00:04 | DOT | $ 160 | ↓$ 253 | 0.5X | 8819.72 | Stock | Mar 19 2024 | Won |
| 8E3UV8X6 | 2024-03-19 05:00:04 | NTRN | $ 100 | ↓$ 134 | 2.0X | 8444.91 | Stock | Mar 19 2024 | Won |
| MUHXDCQI | 2024-03-19 04:00:04 | MDN | $ 800 | ↑$ 234 | 1.0X | 8321.94 | Crypto | Mar 19 2024 | Pending |
| R5ZODBVP | 2024-03-19 03:00:04 | COVAL | $ 120 | ↓$ 205.5 | 0.5X | 5335.25 | CFD | Mar 19 2024 | Pending |
| XED7AVPZ | 2024-03-19 02:00:05 | XNC | $ 500 | ↑$ 200.4 | 2.0X | 4540.81 | Crypto | Mar 19 2024 | Won |
| TWOG9I5P | 2024-03-19 01:00:04 | LYM | $ 180 | ↓$ 919 | 1.5X | 2560.62 | Stock | Mar 19 2024 | Pending |
| BRYK3ULJ | 2024-03-19 00:00:03 | SWA | $ 150 | ↑$ 198.7 | 2.0X | 2549.86 | Forex | Mar 19 2024 | Won |
| INX3M4EZ | 2024-03-18 23:00:05 | ICON | $ 180 | ↑$ 184 | 10X | 8494.55 | Crypto | Mar 18 2024 | Pending |
| LZIIJOCX1 | 2024-03-18 22:00:03 | WMK | $ 160 | ↓$ 1036 | 1.5X | 2817.46 | Forex | Mar 18 2024 | Won |
| 5IQFD8KL | 2024-03-18 21:00:04 | TBRS | $ 500 | ↓$ 299 | 5X | 2606.80 | CFD | Mar 18 2024 | Won |
| 8E7L0UNT | 2024-03-18 20:00:04 | CORAL | $ 160 | ↓$ 296 | 5X | 2901.62 | Stock | Mar 18 2024 | Won |
| JOBNDWK0 | 2024-03-18 19:00:05 | ATKN | $ 900 | ↑$ 180.4 | 2.0X | 5166.71 | Crypto | Mar 18 2024 | Won |
| U7VSI5XD | 2024-03-18 18:00:04 | CINNI | $ 160 | ↑$ 167 | 2.0X | 4942.43 | Stock | Mar 18 2024 | Won |
| 3PX6W8NW | 2024-03-18 17:00:04 | LANA | $ 200 | ↑$ 517 | 5X | 3041.89 | CFD | Mar 18 2024 | Pending |
| SHDMCINQ | 2024-03-18 16:00:05 | SNOV | $ 800 | ↓$ 585 | 1.0X | 8862.38 | Forex | Mar 18 2024 | Pending |
| RVQ8S0K | 2024-03-18 15:00:05 | XPY | $ 200 | ↑$ 180.6 | 0.5X | 6735.73 | Stock | Mar 18 2024 | Pending |
| YVJZTRSU | 2024-03-18 14:00:04 | MOTO | $ 700 | ↓$ 286 | 2.0X | 8849.80 | Crypto | Mar 18 2024 | Won |

HAR0221

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SHDMCINQ | 2024-03-18 18:00:05 | SNOV | $ 800 | ↓$ 585 | 1.0X | 5862.38 | Forex | Mar 18 2024 | Pending |
| IIVQIISGK | 2024-03-18 15:00:06 | XPX | $ 200 | ↑$ 180.6 | 0.5X | 6735.73 | Stock | Mar 18 2024 | Pending |
| YVJZTRSU | 2024-03-18 14:00:04 | MOTO | $ 700 | ↓$ 286 | 2.0X | 8849.80 | Crypto | Mar 18 2024 | Won |
| LTKUPWZP | 2024-03-18 13:00:05 | VLTC | $ 700 | ↓$ 525.5 | 0.5X | 8843.25 | Forex | Mar 18 2024 | Won |
| ElF70PAO | 2024-03-18 12:00:05 | FC2 | $ 110 | ↓$ 820.4 | 5X | 7028.94 | Stock | Mar 18 2024 | Won |
| ZFROCBNG | 2024-03-18 11:00:04 | SLS | $ 900 | ↓$ 138.7 | 1.5X | 3430.84 | Forex | Mar 18 2024 | Won |
| VYD5SVYC | 2024-03-18 10:00:05 | LX | $ 600 | ↑$ 127 | 10X | 4863.36 | Stock | Mar 18 2024 | Won |
| RPS12L3Q | 2024-03-18 09:00:03 | IIBT | $ 180 | ↓$ 140.4 | 1.5X | 4319.26 | Crypto | Mar 18 2024 | Won |
| KAHA7QGX | 2024-03-18 08:00:05 | MCV | $ 180 | ↓$ 920.4 | 1.0X | 8082.74 | CFD | Mar 18 2024 | Pending |
| U6RJIPTH | 2024-03-18 07:00:04 | BTMX | $ 900 | ↑$ 130.8 | 10X | 8972.71 | Crypto | Mar 18 2024 | Won |
| CSIEBLGV | 2024-03-18 06:00:03 | CIX | $ 180 | ↓$ 180.4 | 1.5X | 8593.29 | Stock | Mar 18 2024 | Won |
| SL67NRVO | 2024-03-18 05:00:05 | TDZ | $ 180 | ↓$ 180.6 | 1.5X | 2737.75 | Stock | Mar 18 2024 | Won |
| NJ83FAHK | 2024-03-18 04:00:05 | MBTC | $ 800 | ↓$ 175.5 | 1.5X | 7200.31 | Forex | Mar 18 2024 | Pending |
| JJPW2ZSX | 2024-03-18 03:00:04 | BEAT | $ 800 | ↑$ 175.5 | 10X | 6146.38 | Crypto | Mar 18 2024 | Won |
| BRCJKFUM | 2024-03-18 02:00:04 | LTHN | $ 800 | ↑$ 180.6 | 5X | 3139.44 | CFD | Mar 18 2024 | Won |
| FBSU21QW | 2024-03-18 01:00:04 | IDXM | $ 900 | ↑$ 263 | 1.5X | 7229.58 | Crypto | Mar 18 2024 | Won |
| DlF3XZVE | 2024-03-18 00:00:04 | LVG | $ 150 | ↑$ 525.5 | 1.5X | 7168.40 | Forex | Mar 18 2024 | Pending |
| P2NUHQJR | 2024-03-17 23:00:05 | PHTC | $ 150 | ↓$ 225.5 | 1.0X | 7615.75 | CFD | Mar 17 2024 | Won |
| YKJ8ZS9T | 2024-03-17 22:00:04 | IIBOS | $ 200 | ↓$ 585 | 5X | 3908.73 | Stock | Mar 17 2024 | Won |
| AMN2OCKS | 2024-03-17 21:00:04 | KBC | $ 500 | ↓$ 235 | 5X | 8970.71 | Crypto | Mar 17 2024 | Won |
| YR2L0E7W | 2024-03-17 20:00:04 | 2BACCO | $ 200 | ↓$ 619 | 10X | 5041.85 | Forex | Mar 17 2024 | Pending |

HAR0222

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| YKJBZS9T | 2024-03-17 22:00:04 | BBOS | $ 200 | ↓$ 585 | 5X | 3908.73 | Stock | Mar 17 2024 | Won |
| AMN2OCKS | 2024-03-17 21:00:04 | KBC | $ 500 | ↓$ 235 | 5X | 8970.71 | Crypto | Mar 17 2024 | Won |
| YR2L0E7W | 2024-03-17 20:00:04 | 2BACCO | $ 200 | ↓$ 619 | 10X | 5041.85 | Forex | Mar 17 2024 | Pending |
| WVM0B1HD | 2024-03-17 19:00:04 | RAP | $ 500 | ↓$ 727.3 | 2.0X | 3179.92 | Forex | Mar 17 2024 | Won |
| SP2OFAE5 | 2024-03-17 18:00:04 | PYT | $ 200 | ↓$ 125.5 | 1.5X | 5306.63 | Forex | Mar 17 2024 | Pending |
| FA6CDDZ3 | 2024-03-17 17:00:04 | ZEEW | $ 800 | ↓$ 118.7 | 10X | 3236.65 | Crypto | Mar 17 2024 | Won |
| IKSUMWAX | 2024-03-17 16:00:04 | DOGETH | $ 110 | ↑$ 336 | 10X | 4382.34 | CFD | Mar 17 2024 | Pending |
| RZ9G7WNG | 2024-03-17 15:00:04 | STAK | $ 160 | ↑$ 117 | 1.5X | 4109.45 | Stock | Mar 17 2024 | Pending |
| Q0M5TIE4 | 2024-03-17 14:00:04 | EGDC | $ 100 | ↑$ 140.6 | 10X | 7150.88 | Stock | Mar 17 2024 | Pending |
| QFIYPB2N | 2024-03-17 13:00:05 | URT | $ 900 | ↓$ 296 | 0.5X | 9144.51 | CFD | Mar 17 2024 | Pending |
| UI83ZTZO | 2024-03-17 12:00:04 | ZOOM | $ 100 | ↑$ 245 | 1.0X | 4031.62 | Forex | Mar 17 2024 | Pending |
| DVMH9LV0 | 2024-03-17 11:00:04 | XEP | $ 150 | ↓$ 273 | 1.0X | 7227.99 | Forex | Mar 17 2024 | Won |
| 4KFCAVP2 | 2024-03-17 10:00:04 | VTRD | $ 800 | ↓$ 265 | 1.0X | 3423.45 | Forex | Mar 17 2024 | Won |
| QMUCKVTI | 2024-03-17 09:00:04 | LDM | $ 160 | ↑$ 253 | 5X | 7480.33 | CFD | Mar 17 2024 | Pending |
| RORBU7CL | 2024-03-17 08:00:05 | DARK | $ 110 | ↓$ 117 | 0.5X | 5251.42 | Crypto | Mar 17 2024 | Won |
| IOOV7IHE | 2024-03-17 07:00:04 | XOS | $ 500 | ↑$ 303 | 0.5X | 6938.83 | CFD | Mar 17 2024 | Won |
| XGKMU0CY | 2024-03-17 06:00:04 | CTIC | $ 110 | ↓$ 834 | 10X | 5582.39 | Forex | Mar 17 2024 | Won |
| 7V8WNNWQ | 2024-03-17 05:00:04 | QIS | $ 100 | ↓$ 154 | 1.5X | 7619.76 | Crypto | Mar 17 2024 | Won |
| 98YIQ2EU | 2024-03-17 04:00:05 | POS | $ 700 | ↑$ 135.5 | 5X | 3399.66 | CFD | Mar 17 2024 | Won |
| RQAKLZIN | 2024-03-17 03:00:05 | NANJ | $ 500 | ↑$ 197 | 1.0X | 2600.46 | Crypto | Mar 17 2024 | Won |
| ZVPRLH3W | 2024-03-17 02:00:03 | ATS | $ 500 | ↓$ 825.5 | 10X | 3539.78 | Forex | Mar 17 2024 | Won |
| JVPRGDSI | 2024-03-17 01:00:04 | QWARK | $ 200 | ↑$ 177.2 | 10X | 7636.51 | Stock | Mar 17 2024 | Won |

HAR0223

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 88PHJ2ZE0 | 2024-03-17 04:00:06 | POS | $ 700 | ↑$ 136.8 | 5X | 3398.66 | CFD | Mar 17 2024 | Won |
| RQAKLZIN | 2024-03-17 03:00:05 | NANJ | $ 500 | ↑$ 197 | 1.0X | 2600.46 | Crypto | Mar 17 2024 | Won |
| ZVP8LH3W | 2024-03-17 02:00:03 | ATS | $ 500 | ↓$ 825.5 | 10X | 3538.76 | Forex | Mar 17 2024 | Won |
| JVPRGOSI | 2024-03-17 01:00:04 | QWARK | $ 200 | ↑$ 177.2 | 10X | 7638.51 | Stock | Mar 17 2024 | Won |
| U4FVG8IJ9 | 2024-03-17 00:00:04 | FIRST | $ 100 | ↓$ 925.5 | 5X | 4543.35 | Crypto | Mar 17 2024 | Won |
| WDT5SGXB | 2024-03-16 23:00:04 | KRO | $ 100 | ↑$ 126.5 | 2.0X | 7685.72 | Forex | Mar 16 2024 | Won |
| DQPHLYQ7 | 2024-03-16 22:00:05 | POD | $ 160 | ↑$ 353 | 1.0X | 3931.44 | Stock | Mar 16 2024 | Won |
| 24FPWLZZ | 2024-03-16 21:00:03 | DGPT | $ 180 | ↑$ 205.5 | 1.0X | 4121.83 | CFD | Mar 16 2024 | Pending |
| XULCNHNG | 2024-03-16 20:00:04 | BUD | $ 800 | ↓$ 285 | 2.0X | 4941.50 | Stock | Mar 16 2024 | Won |
| VQCDT8A1 | 2024-03-16 19:00:04 | SHL | $ 110 | ↓$ 229 | 5X | 5941.30 | CFD | Mar 16 2024 | Won |
| 8PEP7YX | 2024-03-16 18:00:04 | OAX | $ 180 | ↑$ 1036 | 1.5X | 8076.79 | CFD | Mar 16 2024 | Won |
| EPCZO4HD | 2024-03-16 17:00:04 | BMX | $ 100 | ↑$ 834 | 1.0X | 8075.45 | Crypto | Mar 16 2024 | Won |
| WIN1GJS7 | 2024-03-16 16:00:05 | AMT | $ 500 | ↑$ 187.2 | 2.0X | 4525.82 | Crypto | Mar 16 2024 | Pending |
| NOCQ260U | 2024-03-16 15:00:04 | FIRE | $ 180 | ↑$ 817 | 2.0X | 6926.98 | Crypto | Mar 16 2024 | Won |
| W87RLJS6 | 2024-03-16 14:00:05 | EXN | $ 180 | ↓$ 279 | 1.5X | 7425.47 | Stock | Mar 16 2024 | Won |
| AZTTG41G | 2024-03-16 13:00:05 | DPAY | $ 150 | ↓$ 263 | 0.5X | 7710.42 | CFD | Mar 16 2024 | Won |
| 8FJZ0QJW | 2024-03-16 12:00:04 | RING | $ 120 | ↓$ 187.2 | 0.5X | 4012.80 | CFD | Mar 16 2024 | Pending |
| 48F682UT | 2024-03-16 11:00:04 | POKER | $ 110 | ↓$ 220.4 | 10X | 7293.79 | CFD | Mar 16 2024 | Won |
| ELR9WJ5V | 2024-03-16 10:00:05 | DGO | $ 150 | ↓$ 518.7 | 1.0X | 4893.95 | Forex | Mar 16 2024 | Pending |
| K1OTERM7 | 2024-03-16 09:00:03 | ENK | $ 900 | ↑$ 313 | 10X | 8617.27 | Forex | Mar 16 2024 | Won |
| OQGPE5PO | 2024-03-16 08:00:05 | BRK | $ 120 | ↓$ 517 | 1.0X | 8140.70 | Stock | Mar 16 2024 | Won |
| ZAYPUBAR | 2024-03-16 07:00:04 | ATMOS | $ 150 | ↑$ 834 | 0.5X | 8697.28 | CFD | Mar 16 2024 | Won |

HAR0224

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| KJOTERM7 | 2024-03-16 09:00:03 | ENK | $ 900 | ⬆ $ 313 | 1.0X | 8517.27 | Forex | Mar 18 2024 | Won |
| OQGPESPD | 2024-03-16 08:00:05 | BRK | $ 120 | ⬇ $ 517 | 1.0X | 8140.70 | Stock | Mar 16 2024 | Won |
| ZAYPUBAR | 2024-03-16 07:00:04 | ATMOS | $ 150 | ⬆ $ 834 | 0.5X | 8897.28 | CFD | Mar 16 2024 | Won |
| Y9EZP3RD | 2024-03-16 06:00:05 | VEE | $ 100 | ⬇ $ 127.2 | 5X | 4324.77 | CFD | Mar 16 2024 | Won |
| 896BFYWP | 2024-03-16 05:00:05 | ECOIB | $ 700 | ⬆ $ 930.6 | 1.0X | 8013.48 | CFD | Mar 16 2024 | Won |
| MAQNYPYI | 2024-03-16 04:00:05 | LEDU | $ 500 | ⬆ $ 286 | 5X | 7730.61 | Crypto | Mar 16 2024 | Won |
| ZIGEOLJA | 2024-03-16 03:00:04 | IBLOCK | $ 110 | ⬆ $ 177 | 10X | 3066.86 | Stock | Mar 16 2024 | Won |
| T4RLXAJE | 2024-03-16 02:00:05 | MEE | $ 100 | ⬇ $ 818.7 | 10X | 8902.70 | Forex | Mar 16 2024 | Pending |
| RTZDVUN3 | 2024-03-16 01:00:04 | STOCKBET | $ 900 | ⬇ $ 836 | 2.0X | 3907.47 | Stock | Mar 16 2024 | Won |
| WXIPNAQB | 2024-03-16 00:00:04 | PLANET | $ 160 | ⬆ $ 180.4 | 1.0X | 5978.82 | Forex | Mar 16 2024 | Won |
| GIBJIYVL5 | 2024-03-15 23:00:04 | ANKR | $ 700 | ⬆ $ 120.4 | 0.5X | 2682.76 | CFD | Mar 15 2024 | Won |
| TIFUYPVS | 2024-03-15 22:00:04 | FUTC | $ 800 | ⬆ $ 235 | 1.5X | 3945.88 | Crypto | Mar 15 2024 | Won |
| UFZOGCTY | 2024-03-15 21:00:05 | IBTZ | $ 100 | ⬆ $ 825.5 | 2.0X | 6785.49 | Forex | Mar 15 2024 | Won |
| 4XYHI58Z | 2024-03-15 20:00:04 | OSC | $ 160 | ⬇ $ 134 | 5X | 6472.68 | Stock | Mar 15 2024 | Won |
| RKGQTYZJ | 2024-03-15 19:00:04 | XPAT | $ 700 | ⬇ $ 296 | 1.0X | 9165.91 | Forex | Mar 15 2024 | Won |
| JINT5IYU | 2024-03-15 18:00:04 | DUSK | $ 160 | ⬇ $ 210.6 | 1.5X | 5718.28 | Crypto | Mar 15 2024 | Won |
| WT4RVXPS | 2024-03-15 17:00:04 | CCI | $ 500 | ⬆ $ 210.6 | 10X | 4661.80 | CFD | Mar 15 2024 | Won |
| OXJSYQIX | 2024-03-15 16:00:05 | SKR | $ 110 | ⬆ $ 210.6 | 0.5X | 4408.63 | Crypto | Mar 15 2024 | Pending |
| FJDIBOBI | 2024-03-15 15:00:05 | UNIQ | $ 800 | ⬇ $ 265 | 1.0X | 2933.66 | Crypto | Mar 15 2024 | Won |
| XGPKBE4H | 2024-03-15 14:00:05 | VNTY | $ 700 | ⬆ $ 180.4 | 5X | 6775.94 | Crypto | Mar 15 2024 | Won |
| FA0UIH5C | 2024-03-15 13:00:05 | CXO | $ 900 | ⬆ $ 819 | 1.0X | 8978.35 | Forex | Mar 15 2024 | Won |

HAR0225

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| FJDBOBI | 2024-03-15 15:00:05 | UNIQ | $ 800 | ↓$ 265 | 1.0X | 2933.66 | Crypto | Mar 15 2024 | Won |
| XGPKBE4H | 2024-03-15 14:00:05 | VNTY | $ 700 | ↑$ 180.4 | 5X | 6775.94 | Crypto | Mar 15 2024 | Won |
| FA0UIH5C | 2024-03-15 13:00:05 | CXG | $ 900 | ↑$ 819 | 1.0X | 6978.35 | Forex | Mar 15 2024 | Won |
| SKLAOP5U | 2024-03-15 12:00:05 | CANDY | $ 120 | ↓$ 205 | 0.5X | 4257.39 | Forex | Mar 15 2024 | Won |
| VNZQ6TN9 | 2024-03-15 11:00:04 | CFTY | $ 900 | ↓$ 819 | 0.5X | 8395.62 | Forex | Mar 15 2024 | Won |
| INOLPTJN | 2024-03-15 10:00:04 | XP | $ 180 | ↑$ 195 | 10X | 2981.74 | Forex | Mar 15 2024 | Pending |
| HKE4TLD5 | 2024-03-15 09:00:03 | GLD | $ 160 | ↑$ 217 | 1.0X | 7510.54 | Stock | Mar 15 2024 | Won |
| Y8AFFX5U | 2024-03-15 08:00:04 | WSH | $ 150 | ↓$ 827.2 | 1.5X | 4316.49 | Crypto | Mar 15 2024 | Pending |
| EBCQIBD8 | 2024-03-15 07:00:04 | FKC | $ 150 | ↑$ 177 | 5X | 7383.25 | CFD | Mar 15 2024 | Won |
| GOIL8PHZ | 2024-03-15 06:00:04 | KLK | $ 160 | ↑$ 619 | 0.5X | 7501.80 | CFD | Mar 15 2024 | Pending |
| JUF2LANT | 2024-03-15 05:00:05 | GIM | $ 110 | ↑$ 1036 | 5X | 5792.97 | Stock | Mar 15 2024 | Won |
| N4KWFGKY | 2024-03-15 04:00:04 | SERA | $ 110 | ↑$ 127.2 | 1.5X | 8699.70 | Stock | Mar 15 2024 | Won |
| A7HOXMJT | 2024-03-15 03:00:05 | LTO | $ 200 | ↓$ 927.2 | 5X | 5848.62 | CFD | Mar 15 2024 | Pending |
| 3FZIAPWJ | 2024-03-15 02:00:03 | ACT | $ 180 | ↑$ 936 | 1.0X | 2580.83 | CFD | Mar 15 2024 | Won |
| KFBQPGGJ | 2024-03-15 01:00:05 | GNT | $ 200 | ↑$ 619 | 0.5X | 2813.62 | Crypto | Mar 15 2024 | Won |
| 0XIKYYPJ | 2024-03-15 00:00:04 | SSS | $ 120 | ↓$ 127.2 | 5X | 6275.66 | CFD | Mar 15 2024 | Won |
| FJXEFVIS | 2024-03-14 23:00:05 | NAS2 | $ 700 | ↑$ 316 | 10X | 5787.29 | Stock | Mar 14 2024 | Won |
| DZTEL5AN | 2024-03-14 22:00:05 | HYC | $ 160 | ↓$ 239 | 10X | 4124.44 | Stock | Mar 14 2024 | Pending |
| ISW5ELKC | 2024-03-14 21:00:04 | BTCS | $ 100 | ↑$ 205.5 | 5X | 3308.91 | CFD | Mar 14 2024 | Won |
| HIW4GYAO | 2024-03-14 20:00:04 | LUX | $ 150 | ↓$ 194 | 5X | 4343.31 | CFD | Mar 14 2024 | Won |
| Q0MGUJI | 2024-03-14 19:00:04 | ANCP | $ 200 | ↓$ 720.4 | 2.0X | 5861.65 | CFD | Mar 14 2024 | Won |

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| ISW5ELKC | 2024-03-14 21:00:04 | BTCS | $ 100 | ⬆$ 205.5 | 5X | 3308.91 | CFD | Mar 14 2024 | Won |
| HW4GIYAO | 2024-03-14 20:00:04 | LUX | $ 150 | ⬇$ 194 | 5X | 4343.31 | CFD | Mar 14 2024 | Won |
| QOMGLIJI | 2024-03-14 19:00:04 | ANCP | $ 200 | ⬇$ 720.4 | 2.0X | 5861.65 | CFD | Mar 14 2024 | Won |
| UP2OG7FI | 2024-03-14 18:00:04 | OCEAN | $ 160 | ⬇$ 720.4 | 1.5X | 9104.31 | Stock | Mar 14 2024 | Won |
| TAN12QZP | 2024-03-14 17:00:04 | XRK | $ 700 | ⬇$ 177 | 10X | 8255.40 | Stock | Mar 14 2024 | Won |
| UAQBAKLS | 2024-03-14 16:00:04 | LNC | $ 120 | ⬇$ 210.6 | 5X | 3224.28 | Forex | Mar 14 2024 | Pending |
| G3RSGPA0 | 2024-03-14 15:00:04 | SMILO | $ 500 | ⬆$ 198.7 | 2.0X | 4712.95 | CFD | Mar 14 2024 | Won |
| Z02RCLHS | 2024-03-14 14:00:04 | CPLO | $ 150 | ⬆$ 333 | 10X | 7813.73 | Stock | Mar 14 2024 | Won |
| 16DFM3IN | 2024-03-14 13:00:04 | COSM | $ 100 | ⬇$ 885 | 0.5X | 7090.38 | CFD | Mar 14 2024 | Won |
| G52YQDL8 | 2024-03-14 12:00:04 | VIDI | $ 120 | ⬆$ 817 | 1.0X | 7734.57 | CFD | Mar 14 2024 | Won |
| JNLU2I0Q | 2024-03-14 11:00:04 | WTC | $ 200 | ⬆$ 825.5 | 0.5X | 6772.96 | Crypto | Mar 14 2024 | Won |
| IVW8KULH | 2024-03-14 10:00:04 | BON | $ 160 | ⬇$ 985 | 2.0X | 7302.43 | Stock | Mar 14 2024 | Pending |
| IQSGB7G3 | 2024-03-14 09:00:03 | OPEN | $ 200 | ⬇$ 730.6 | 2.0X | 5422.96 | CFD | Mar 14 2024 | Pending |
| LCHIJ7RT | 2024-03-14 08:00:04 | VRN | $ 500 | ⬇$ 279 | 1.0X | 3374.46 | CFD | Mar 14 2024 | Pending |
| AYQKHJF3 | 2024-03-14 07:00:04 | KAS | $ 110 | ⬆$ 336 | 0.5X | 8068.33 | Stock | Mar 14 2024 | Won |
| C4UXBVBG | 2024-03-14 06:00:05 | CDT | $ 800 | ⬇$ 239 | 10X | 8252.63 | Stock | Mar 14 2024 | Pending |
| FTXEPKSZ | 2024-03-14 05:00:04 | AllY | $ 110 | ⬆$ 1019 | 10X | 7269.88 | CFD | Mar 14 2024 | Won |
| DBMKFVHS | 2024-03-14 04:00:04 | BTC | $ 120 | ⬆$ 144 | 1.5X | 4794.58 | CFD | Mar 14 2024 | Won |
| OVLOVDQD | 2024-03-14 03:00:04 | PLURA | $ 180 | ⬇$ 817 | 5X | 3717.97 | CFD | Mar 14 2024 | Pending |
| JAIQVYJ2 | 2024-03-14 02:00:04 | ICE | $ 900 | ⬆$ 525.5 | 0.5X | 8018.95 | CFD | Mar 14 2024 | Won |
| NCIWUSET | 2024-03-14 01:00:05 | MWC | $ 200 | ⬇$ 534 | 1.0X | 6103.40 | Stock | Mar 14 2024 | Won |

HAR0227

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| OVLOVDQD | 2024-03-14 02:00:04 | PLURA | $ 180 | ↓$ 817 | 5X | 3717.97 | CFD | Mar 14 2024 | Pending |
| JAIQVYJ2 | 2024-03-14 02:00:04 | ICE | $ 900 | ↑$ 525.5 | 0.5X | 8018.95 | CFD | Mar 14 2024 | Won |
| NCIWUSEI | 2024-03-14 01:00:05 | MWC | $ 200 | ↓$ 534 | 1.0X | 8103.40 | Stock | Mar 14 2024 | Won |
| GG8KHEBZ | 2024-03-14 00:00:04 | OMOC | $ 700 | ↑$ 286 | 2.0X | 3841.36 | Crypto | Mar 14 2024 | Won |
| UDBNOHRJ | 2024-03-13 23:00:05 | WRL | $ 150 | ↑$ 313 | 1.5X | 4673.81 | Crypto | Mar 13 2024 | Pending |
| D7NBWRG | 2024-03-13 22:00:05 | GOT | $ 100 | ↑$ 217 | 2.0X | 2644.71 | Stock | Mar 13 2024 | Pending |
| XY3LJU7W | 2024-03-13 21:00:04 | NYC | $ 900 | ↑$ 518.7 | 1.5X | 7302.83 | Crypto | Mar 13 2024 | Pending |
| NYPKQ7K4 | 2024-03-13 20:00:04 | MYB | $ 120 | ↓$ 194 | 0.5X | 7634.50 | Crypto | Mar 13 2024 | Pending |
| KVW3OBLQ | 2024-03-13 19:00:04 | BRC | $ 700 | ↓$ 117 | 2.0X | 3645.45 | CFD | Mar 13 2024 | Pending |
| RKN6GOIJ | 2024-03-13 18:00:03 | SOUL | $ 150 | ↑$ 1019 | 2.0X | 2897.61 | Forex | Mar 13 2024 | Pending |
| VGNPUERD | 2024-03-13 17:00:04 | ID | $ 150 | ↑$ 144 | 1.5X | 2736.30 | CFD | Mar 13 2024 | Won |
| H5ADJWJA | 2024-03-13 16:00:05 | GOLF | $ 150 | ↑$ 927.2 | 0.5X | 6041.71 | Forex | Mar 13 2024 | Won |
| OWZFBE7H | 2024-03-13 15:00:05 | QBT | $ 800 | ↓$ 885 | 0.5X | 7821.44 | Crypto | Mar 13 2024 | Won |
| HLGX1RYA | 2024-03-13 14:00:05 | SWEET | $ 800 | ↑$ 210.6 | 10X | 4165.75 | Stock | Mar 13 2024 | Won |
| D2ZGAEFY | 2024-03-13 13:00:05 | COMP | $ 180 | ↑$ 140.6 | 10X | 2759.92 | Crypto | Mar 13 2024 | Won |
| RJNP7YQO | 2024-03-13 12:00:04 | CSMIC | $ 100 | ↓$ 353 | 5X | 8457.56 | Forex | Mar 13 2024 | Won |
| K3YOPOKV | 2024-03-13 11:00:04 | CWX | $ 180 | ↓$ 518.7 | 0.5X | 2672.58 | Crypto | Mar 13 2024 | Won |
| DRVONLSI | 2024-03-13 10:00:04 | ENCX | $ 160 | ↓$ 227.2 | 5X | 3762.27 | Forex | Mar 13 2024 | Won |
| 7S5AUBJ4 | 2024-03-13 09:00:04 | SCH | $ 700 | ↓$ 1019 | 2.0X | 5717.59 | CFD | Mar 13 2024 | Won |
| GJB7KT6D | 2024-03-13 08:00:05 | NRC | $ 160 | ↓$ 720.4 | 5X | 8047.37 | Crypto | Mar 13 2024 | Won |
| SZDUHTTR | 2024-03-13 07:00:04 | NZO | $ 700 | ↑$ 198.7 | 0.5X | 2584.34 | CFD | Mar 13 2024 | Won |
| JKIYAWCP | 2024-03-13 06:00:05 | ORBS | $ 200 | ↑$ 200.4 | 1.5X | 4642.59 | Crypto | Mar 13 2024 | Pending |

HAR0228

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| GJ87XT6D | 2024-03-13 08:00:05 | NRC | $ 160 | ↓$ 720.4 | 5X | 8047.37 | Crypto | Mar 13 2024 | Won |
| SZDUHTTR | 2024-03-13 07:00:04 | NZO | $ 700 | ↑$ 198.7 | 0.5X | 2564.34 | CFD | Mar 13 2024 | Won |
| JKIYAWCP | 2024-03-13 06:00:05 | ORBS | $ 200 | ↑$ 200.4 | 1.5X | 4642.59 | Crypto | Mar 13 2024 | Pending |
| WHIFP9GUJ | 2024-03-13 05:00:04 | XMRG | $ 100 | ↓$ 734 | 0.5X | 9217.34 | CFD | Mar 13 2024 | Pending |
| LT7QGPKV | 2024-03-13 04:00:04 | PYN | $ 120 | ↑$ 936 | 10X | 5581.30 | Crypto | Mar 13 2024 | Won |
| EYZXVM7S | 2024-03-13 03:00:04 | AGM | $ 150 | ↓$ 210.6 | 10X | 5897.28 | CFD | Mar 13 2024 | Won |
| MJ73RG0L | 2024-03-13 02:00:04 | WAI8 | $ 900 | ↑$ 207.2 | 0.5X | 7510.41 | CFD | Mar 13 2024 | Won |
| ANBOAKLL | 2024-03-13 01:00:04 | TOPC | $ 110 | ↑$ 207.2 | 0.5X | 2906.59 | Forex | Mar 13 2024 | Pending |
| UMDLOM6E | 2024-03-13 00:00:04 | 1ST | $ 500 | ↓$ 253 | 10X | 7488.94 | Stock | Mar 13 2024 | Won |
| KAYOM3UJ | 2024-03-12 23:00:04 | CV | $ 160 | ↓$ 720.4 | 1.5X | 7034.52 | Stock | Mar 12 2024 | Won |
| FN23ZHEV | 2024-03-12 22:00:04 | ETHS | $ 500 | ↓$ 918.7 | 0.5X | 7120.73 | Forex | Mar 12 2024 | Won |
| RLZJPT3Y | 2024-03-12 21:00:03 | KMX | $ 120 | ↑$ 718.7 | 2.0X | 9157.74 | Stock | Mar 12 2024 | Won |
| QFAGDIPC | 2024-03-12 20:00:05 | KMX | $ 700 | ↓$ 818.7 | 0.5X | 5194.44 | Crypto | Mar 12 2024 | Won |
| 6BH5F9CQ | 2024-03-12 19:00:03 | PYP | $ 110 | ↑$ 130.6 | 1.0X | 4929.62 | Crypto | Mar 12 2024 | Won |
| DJ2NGTS8 | 2024-03-12 18:00:04 | USDC | $ 900 | ↓$ 336 | 5X | 2487.76 | Stock | Mar 12 2024 | Won |
| UKF5IDE9 | 2024-03-12 17:00:03 | NIM | $ 110 | ↑$ 154 | 0.5X | 5989.87 | Crypto | Mar 12 2024 | Pending |
| VRODBQWT | 2024-03-12 16:00:05 | FND | $ 200 | ↑$ 184 | 5X | 4521.41 | CFD | Mar 12 2024 | Won |
| X9NOJZXK | 2024-03-12 15:00:04 | PINK | $ 800 | ↓$ 299 | 5X | 4418.47 | Stock | Mar 12 2024 | Pending |
| GFRXZFMG | 2024-03-12 14:00:04 | GUNS | $ 700 | ↓$ 279 | 10X | 5854.55 | Crypto | Mar 12 2024 | Won |
| EBX30BWR | 2024-03-12 13:00:04 | FPC | $ 160 | ↓$ 316 | 1.5X | 3226.87 | Forex | Mar 12 2024 | Won |
| VQJIAJYU | 2024-03-12 12:00:06 | BCCOIN | $ 500 | ↓$ 147.2 | 5X | 7715.66 | Crypto | Mar 12 2024 | Won |

HAR0229

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| GFRXZFMG | 2024-03-12 14:00:03 | GUNS | $ 700 | ⬇$ 278 | 10X | 5854.55 | Crypto | Mar 12 2024 | Won |
| EBX30BWR | 2024-03-12 13:00:03 | FPC | $ 160 | ⬇$ 319 | 1.5X | 3226.87 | Forex | Mar 12 2024 | Won |
| VQJIAJYU | 2024-03-12 12:00:06 | BCCOIN | $ 500 | ⬇$ 147.2 | 5X | 7715.66 | Crypto | Mar 12 2024 | Won |
| HC8F5UKP | 2024-03-12 11:00:05 | ONGAS | $ 900 | ⬇$ 130.4 | 1.5X | 8037.87 | CFD | Mar 12 2024 | Won |
| 2IXYUW5V | 2024-03-12 10:00:04 | PRO | $ 180 | ⬇$ 229 | 1.0X | 8946.40 | Crypto | Mar 12 2024 | Pending |
| BYVVLO5G | 2024-03-12 09:00:03 | MIL | $ 110 | ⬆$ 1063 | 10X | 3299.96 | Forex | Mar 12 2024 | Won |
| NQ4FSREA | 2024-03-12 08:00:04 | PEPECASH | $ 180 | ⬇$ 279 | 2.0X | 4860.66 | Stock | Mar 12 2024 | Won |
| KYCSISHM | 2024-03-12 07:00:04 | NBC | $ 700 | ⬇$ 953 | 0.5X | 7396.81 | CFD | Mar 12 2024 | Won |
| GRJXVWRW | 2024-03-12 06:00:05 | TERN | $ 160 | ⬆$ 936 | 2.0X | 2905.63 | Forex | Mar 12 2024 | Pending |
| 9OKIWKFT | 2024-03-12 05:00:04 | CDRX | $ 160 | ⬇$ 927.2 | 10X | 7345.52 | CFD | Mar 12 2024 | Won |
| GX5CWOED | 2024-03-12 04:00:04 | VIDT | $ 110 | ⬆$ 167 | 2.0X | 5620.50 | Crypto | Mar 12 2024 | Won |
| CU6PK8HB | 2024-03-12 03:00:04 | HRB | $ 180 | ⬆$ 265 | 5X | 8644.29 | Stock | Mar 12 2024 | Won |
| 1UNMBARE | 2024-03-12 02:00:04 | PIO | $ 700 | ⬆$ 200.4 | 1.0X | 6104.33 | Crypto | Mar 12 2024 | Won |
| S97VNMQI | 2024-03-12 01:00:04 | 9KB | $ 110 | ⬇$ 303 | 1.5X | 7676.89 | CFD | Mar 12 2024 | Pending |
| AOPSGTBU | 2024-03-12 00:00:04 | KSS | $ 150 | ⬇$ 520.4 | 2.0X | 7828.85 | Forex | Mar 12 2024 | Won |
| XV3ZYLP2 | 2024-03-11 23:00:04 | LCK | $ 180 | ⬆$ 863 | 1.5X | 8869.78 | Crypto | Mar 11 2024 | Pending |
| QDPMNCV3 | 2024-03-11 22:00:03 | GMB | $ 200 | ⬇$ 120.4 | 1.0X | 8475.67 | Stock | Mar 11 2024 | Pending |
| IJ3UQCBF | 2024-03-11 21:00:04 | BAAS | $ 150 | ⬇$ 130.6 | 10X | 3948.29 | CFD | Mar 11 2024 | Pending |
| GT4ZVQ9Q | 2024-03-11 20:00:04 | IXC | $ 160 | ⬇$ 138.7 | 1.0X | 7080.95 | Crypto | Mar 11 2024 | Pending |
| XVGKQUK2 | 2024-03-11 19:00:05 | COA | $ 120 | ⬇$ 717 | 1.0X | 5438.39 | CFD | Mar 11 2024 | Pending |
| 6HXXEJNG | 2024-03-11 18:00:04 | RIYA | $ 120 | ⬆$ 636 | 1.0X | 6940.99 | CFD | Mar 11 2024 | Pending |

HAR0230

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| GT4ZVQ9Q | 2024-03-11 20:00:04 | IXC | $ 160 | ↓ $ 138.7 | 1.0X | 7080.95 | Crypto | Mar 11 2024 | Pending |
| XVGKQUK2 | 2024-03-11 19:00:05 | CGA | $ 120 | ↓ $ 717 | 1.0X | 5438.39 | CFD | Mar 11 2024 | Pending |
| 8HXXEJN0 | 2024-03-11 18:00:04 | RYA | $ 120 | ↑ $ 636 | 1.0X | 8940.99 | CFD | Mar 11 2024 | Pending |
| YL4UCRBT | 2024-03-11 17:00:04 | DPAY | $ 120 | ↑ $ 936 | 0.5X | 5455.69 | Stock | Mar 11 2024 | Won |
| HVNHQVE5 | 2024-03-11 16:00:04 | BOLI | $ 100 | ↓ $ 180.6 | 10X | 2867.93 | Stock | Mar 11 2024 | Won |
| PNCX4JRS | 2024-03-11 15:00:04 | NEC | $ 100 | ↓ $ 130.4 | 1.0X | 7793.96 | Crypto | Mar 11 2024 | Won |
| BPBIGMVQ | 2024-03-11 14:00:04 | BIZ | $ 120 | ↑ $ 927.2 | 1.0X | 2861.35 | CFD | Mar 11 2024 | Won |
| ZR6ZSWDC | 2024-03-11 13:00:05 | JBS | $ 150 | ↓ $ 235 | 2.0X | 4957.86 | Forex | Mar 11 2024 | Won |
| IQY96AXU | 2024-03-11 12:00:03 | YACHTCO | $ 100 | ↓ $ 217 | 1.5X | 3731.89 | Forex | Mar 11 2024 | Pending |
| VWL84MVI | 2024-03-11 11:00:04 | LENIN | $ 160 | ↑ $ 619 | 0.5X | 5554.60 | Forex | Mar 11 2024 | Won |
| Q3HPQPUD | 2024-03-11 10:00:05 | UGC | $ 150 | ↑ $ 145.5 | 1.0X | 5002.80 | Stock | Mar 11 2024 | Won |
| K4ELNI6Z | 2024-03-11 09:00:03 | ZIP | $ 110 | ↓ $ 185 | 1.0X | 3606.85 | Forex | Mar 11 2024 | Won |
| AFPR6O9D | 2024-03-11 08:00:04 | ALUX | $ 120 | ↓ $ 885 | 0.5X | 5307.51 | Crypto | Mar 11 2024 | Pending |
| RQPPAJ0C | 2024-03-11 07:00:04 | COV | $ 150 | ↑ $ 730.6 | 10X | 8203.75 | CFD | Mar 11 2024 | Won |
| UCYXBL7Z | 2024-03-11 06:00:05 | NBT | $ 900 | ↓ $ 128.7 | 1.0X | 4778.58 | Stock | Mar 11 2024 | Pending |
| M0ZCILES | 2024-03-11 05:00:04 | PAYP | $ 800 | ↓ $ 279 | 1.0X | 7466.74 | Stock | Mar 11 2024 | Won |
| ZV30W87 | 2024-03-11 04:00:04 | KVT | $ 700 | ↓ $ 198.7 | 5X | 7957.86 | CFD | Mar 11 2024 | Won |
| 7HOCJWBO | 2024-03-11 03:00:03 | BTB | $ 100 | ↑ $ 853 | 5X | 6037.44 | Crypto | Mar 11 2024 | Won |
| QZBL9E3D | 2024-03-11 02:00:04 | IQB | $ 120 | ↑ $ 525.5 | 10X | 8045.38 | Forex | Mar 11 2024 | Won |
| VL9H9ZE3 | 2024-03-11 01:00:04 | MOLK | $ 120 | ↓ $ 207.2 | 0.5X | 4032.81 | Stock | Mar 11 2024 | Won |
| UWDM45VO | 2024-03-11 00:00:04 | TRUMP | $ 160 | ↓ $ 534 | 0.5X | 8974.65 | Forex | Mar 11 2024 | Pending |

HAR0231

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| QZ8L9E1D | 2024-03-11 02:00:04 | IQB | $ 120 | ↑$ 525.5 | 10X | 8045.38 | Forex | Mar 11 2024 | Won |
| VL9H9ZE3 | 2024-03-11 01:00:04 | MOLK | $ 120 | ↓$ 207.2 | 0.5X | 4032.81 | Stock | Mar 11 2024 | Won |
| UWOM4SVO | 2024-03-11 00:00:04 | TRUMP | $ 160 | ↓$ 534 | 0.5X | 8974.65 | Forex | Mar 11 2024 | Pending |
| DAIN5KL0 | 2024-03-10 23:00:04 | ODE | $ 180 | ↑$ 130.6 | 2.0X | 5472.28 | Crypto | Mar 10 2024 | Won |
| MYOZ0NRF | 2024-03-10 22:00:04 | QAU | $ 200 | ↓$ 118.7 | 5X | 9205.49 | Crypto | Mar 10 2024 | Won |
| A9R8J2QN | 2024-03-10 21:00:04 | OKB | $ 100 | ↓$ 518.7 | 5X | 6254.40 | CFD | Mar 10 2024 | Won |
| TU5BLRUK | 2024-03-10 20:00:03 | SISA | $ 500 | ↓$ 190.6 | 5X | 3614.45 | CFD | Mar 10 2024 | Won |
| 3MZKYDTH | 2024-03-10 19:00:03 | BHC | $ 150 | ↑$ 1053 | 5X | 6340.60 | CFD | Mar 10 2024 | Won |
| 6HEOO85J | 2024-03-10 18:00:04 | CLV | $ 110 | ↓$ 125.5 | 0.5X | 8235.34 | Stock | Mar 10 2024 | Won |
| YUOMVNC5 | 2024-03-10 17:00:03 | CIR | $ 700 | ↓$ 316 | 1.5X | 5833.28 | Stock | Mar 10 2024 | Won |
| JFL8SKQO | 2024-03-10 16:00:04 | RBX | $ 200 | ↓$ 717 | 2.0X | 3041.66 | Stock | Mar 10 2024 | Won |
| IJP2B0ZR | 2024-03-10 15:00:04 | MTH | $ 500 | ↑$ 220.4 | 2.0X | 8101.56 | Stock | Mar 10 2024 | Won |
| FUARN0IZ | 2024-03-10 14:00:04 | HIT | $ 110 | ↑$ 726.5 | 0.5X | 8032.27 | CFD | Mar 10 2024 | Won |
| HJG8YK2S | 2024-03-10 13:00:04 | WETH | $ 100 | ↓$ 299 | 2.0X | 2679.90 | Forex | Mar 10 2024 | Won |
| QMOWDBRO | 2024-03-10 12:00:03 | NEO | $ 150 | ↑$ 210.6 | 10X | 7444.47 | Forex | Mar 10 2024 | Won |
| I7QSRQJZ | 2024-03-10 11:00:04 | NIX | $ 160 | ↑$ 198.7 | 1.5X | 6836.90 | Crypto | Mar 10 2024 | Won |
| YWXHP0U3 | 2024-03-10 10:00:04 | EDT | $ 500 | ↑$ 220.4 | 5X | 8520.67 | CFD | Mar 10 2024 | Won |
| 8QAVQAP2 | 2024-03-10 09:00:03 | ACC | $ 100 | ↓$ 534 | 5X | 6356.62 | Crypto | Mar 10 2024 | Won |
| ZXAJS3BU | 2024-03-10 08:00:04 | SWA | $ 180 | ↑$ 118.7 | 1.5X | 8658.68 | Forex | Mar 10 2024 | Pending |
| 0ISGG8LR | 2024-03-10 07:00:05 | DNR | $ 800 | ↓$ 137 | 1.0X | 5739.88 | CFD | Mar 10 2024 | Pending |
| RMUMTDYK | 2024-03-10 06:00:04 | MHP | $ 700 | ↑$ 316 | 0.5X | 4772.72 | Stock | Mar 10 2024 | Won |
| UPNHJOL7 | 2024-03-10 05:00:04 | EBTC | $ 800 | ↑$ 200.4 | 0.5X | 7710.33 | Stock | Mar 10 2024 | Won |

HAR0232

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| ZXA3538U | 2024-03-10 08:00:04 | SWA | $ 180 | ↑$ 118.7 | 1.5X | 8658.68 | Forex | Mar 10 2024 | Pending |
| GSGG8LR | 2024-03-10 07:00:05 | DNR | $ 800 | ↓$ 137 | 1.0X | 5739.88 | CFD | Mar 10 2024 | Pending |
| RMUMTDYK | 2024-03-10 06:00:04 | MHP | $ 700 | ↑$ 316 | 0.5X | 4772.72 | Stock | Mar 10 2024 | Won |
| LIPNHJOL7 | 2024-03-10 05:00:04 | ERTC | $ 800 | ↑$ 200.4 | 0.5X | 7710.33 | Stock | Mar 10 2024 | Won |
| KGENX0ZX | 2024-03-10 04:00:04 | BTLC | $ 180 | ↑$ 144 | 5X | 8685.30 | Forex | Mar 10 2024 | Won |
| Z23TCV5L | 2024-03-10 03:00:03 | STCN | $ 180 | ↑$ 210.6 | 10X | 6327.56 | Crypto | Mar 10 2024 | Won |
| XOJGATNG | 2024-03-10 02:00:03 | CNL | $ 900 | ↓$ 194 | 0.5X | 4126.91 | Stock | Mar 10 2024 | Won |
| EXTV2PKZ | 2024-03-10 01:00:04 | DICE | $ 100 | ↑$ 117 | 2.0X | 5477.64 | CFD | Mar 10 2024 | Won |
| KYVPUXKF | 2024-03-10 00:00:03 | 888 | $ 100 | ↓$ 296 | 5X | 5925.46 | Stock | Mar 10 2024 | Pending |
| J7IVWR5S | 2024-03-09 23:00:04 | IILV | $ 180 | ↑$ 353 | 10X | 8358.54 | Forex | Mar 09 2024 | Won |
| NCRY0UKX | 2024-03-09 22:00:04 | CESC | $ 150 | ↓$ 184 | 2.0X | 8300.94 | Forex | Mar 09 2024 | Won |
| NTOPHUMW | 2024-03-09 21:00:04 | GAS | $ 160 | ↓$ 150.6 | 1.0X | 8012.45 | Stock | Mar 09 2024 | Won |
| XOYRLXEF | 2024-03-09 20:00:03 | GBX | $ 900 | ↓$ 134 | 1.0X | 7308.42 | Stock | Mar 09 2024 | Won |
| TY5X9HV7 | 2024-03-09 19:00:04 | ANI | $ 900 | ↓$ 120.4 | 1.5X | 5994.55 | CFD | Mar 09 2024 | Won |
| I0S3UMMJ | 2024-03-09 18:00:03 | ZCN | $ 100 | ↑$ 170.4 | 2.0X | 3296.54 | CFD | Mar 09 2024 | Won |
| AIROGCA2 | 2024-03-09 17:00:04 | INVX | $ 120 | ↓$ 234 | 1.0X | 3772.39 | Stock | Mar 09 2024 | Won |
| ZGEXSICZ | 2024-03-09 16:00:04 | DARX | $ 200 | ↑$ 727.2 | 1.5X | 4071.38 | Forex | Mar 09 2024 | Won |
| PRVI99P2 | 2024-03-09 15:00:04 | ZEPH | $ 110 | ↓$ 918.7 | 0.5X | 9173.51 | Forex | Mar 09 2024 | Pending |
| QP0QYDUO | 2024-03-09 14:00:04 | IIKC | $ 110 | ↓$ 256 | 5X | 7937.00 | Forex | Mar 09 2024 | Pending |
| TAEUUI9K | 2024-03-09 13:00:04 | ESS | $ 110 | ↓$ 140.6 | 2.0X | 9078.49 | CFD | Mar 09 2024 | Won |
| MZICHYNX | 2024-03-09 12:00:04 | PYN | $ 100 | ↑$ 1053 | 1.5X | 8966.36 | Stock | Mar 09 2024 | Won |
| RSJTEX8Y | 2024-03-09 11:00:03 | EZX | $ 500 | ↑$ 194 | 1.0X | 5756.50 | Forex | Mar 09 2024 | Won |

HAR0233

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TAEUUI9K | 2024-03-09 13:00:04 | ESS | $ 110 | ↓ $ 140.6 | 2.0X | 9078.49 | CFD | Mar 09 2024 | Won |
| MZICHYNX | 2024-03-09 12:00:04 | PYN | $ 100 | ↑ $ 1053 | 1.5X | 8986.38 | Stock | Mar 09 2024 | Won |
| RSJTEX6Y | 2024-03-09 11:00:03 | EZX | $ 500 | ↑ $ 194 | 1.0X | 5756.50 | Forex | Mar 09 2024 | Won |
| 9Q6VD8NS | 2024-03-09 10:00:02 | DBC | $ 800 | ↓ $ 518.7 | 10X | 5250.57 | Stock | Mar 09 2024 | Pending |
| X88W8LFG | 2024-03-09 09:00:04 | ESTATE | $ 180 | ↑ $ 187.2 | 2.0X | 5280.56 | CFD | Mar 09 2024 | Won |
| NXYGLMNT | 2024-03-09 08:00:04 | RMESH | $ 700 | ↓ $ 225.5 | 0.5X | 8821.57 | Stock | Mar 09 2024 | Won |
| UCWPR8S4 | 2024-03-09 07:00:04 | TIA | $ 110 | ↓ $ 269 | 2.0X | 8974.32 | CFD | Mar 09 2024 | Won |
| RDUF0Z5E | 2024-03-09 06:00:03 | HILL | $ 100 | ↓ $ 130.4 | 1.0X | 5808.39 | Crypto | Mar 09 2024 | Won |
| 8W8XPLV1 | 2024-03-09 05:00:03 | ATOM | $ 120 | ↓ $ 398 | 5X | 8868.28 | Crypto | Mar 09 2024 | Pending |
| WPXJILNF | 2024-03-09 04:00:03 | BBR | $ 110 | ↓ $ 140.4 | 1.0X | 7631.77 | CFD | Mar 09 2024 | Won |
| G9EOW3VU | 2024-03-09 03:00:03 | BITCNY | $ 200 | ↓ $ 167 | 5X | 8356.79 | Forex | Mar 09 2024 | Won |
| UPAIZIMK | 2024-03-09 02:00:04 | SCH | $ 100 | ↑ $ 256 | 2.0X | 9186.39 | Crypto | Mar 09 2024 | Won |
| HIUASW0S | 2024-03-09 01:00:04 | CRW | $ 900 | ↓ $ 229 | 10X | 5847.72 | CFD | Mar 09 2024 | Won |
| CPEJ1LYL | 2024-03-09 00:00:04 | PGC | $ 180 | ↓ $ 518.7 | 1.5X | 3526.48 | Forex | Mar 09 2024 | Won |
| XF2F01TC | 2024-03-08 23:00:03 | NWCN | $ 150 | ↓ $ 167 | 5X | 2736.40 | Forex | Mar 08 2024 | Pending |
| QUDP5VM8 | 2024-03-08 22:00:04 | DREAM | $ 110 | ↑ $ 836 | 10X | 7546.28 | Forex | Mar 08 2024 | Pending |
| FBAJZLXY | 2024-03-08 21:00:04 | TGT | $ 120 | ↓ $ 117 | 1.0X | 6043.69 | Forex | Mar 08 2024 | Won |
| WVF6ZLXA | 2024-03-08 20:00:04 | ARQ | $ 100 | ↓ $ 286 | 1.0X | 2488.33 | Stock | Mar 08 2024 | Won |
| Q2X3RFL5 | 2024-03-08 19:00:03 | MVU | $ 100 | ↓ $ 218 | 2.0X | 4083.70 | Crypto | Mar 08 2024 | Pending |
| WXP8AICB | 2024-03-08 18:00:04 | ELA | $ 120 | ↑ $ 138.7 | 2.0X | 9051.87 | Crypto | Mar 08 2024 | Won |
| FF9O5LYI | 2024-03-08 17:00:04 | PTR | $ 110 | ↑ $ 127.2 | 5X | 8877.83 | CFD | Mar 08 2024 | Pending |

HAR0234

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| Q293IRFL5 | 2024-03-08 19:00:03 | MVU | $ 100 | ↓ $ 218 | 2.0X | 4083.70 | Crypto | Mar 08 2024 | Pending |
| WXPSAICB | 2024-03-08 18:00:04 | ELA | $ 120 | ↑ $ 138.7 | 2.0X | 9051.87 | Crypto | Mar 08 2024 | Won |
| PF9O5LYI | 2024-03-08 17:00:04 | PTR | $ 110 | ↑ $ 127.2 | 5X | 6877.83 | CFD | Mar 08 2024 | Pending |
| 4MWKV1AT | 2024-03-08 16:00:04 | TIM | $ 100 | ↓ $ 234 | 2.0X | 3920.82 | Crypto | Mar 08 2024 | Won |
| JECJPKNG | 2024-03-08 15:00:04 | ZCG | $ 150 | ↑ $ 198.7 | 1.5X | 8326.58 | CFD | Mar 08 2024 | Pending |
| QQNEBNIR | 2024-03-08 14:00:04 | WAX | $ 200 | ↓ $ 936 | 10X | 5960.59 | Forex | Mar 08 2024 | Won |
| ECBYWGMS | 2024-03-08 13:00:04 | COMP | $ 900 | ↑ $ 207.2 | 1.5X | 5883.63 | CFD | Mar 08 2024 | Pending |
| 5XDCKUO7 | 2024-03-08 12:00:04 | AIX | $ 700 | ↓ $ 279 | 1.5X | 6337.41 | Stock | Mar 08 2024 | Pending |
| 0TII9PF1C | 2024-03-08 11:00:04 | UKG | $ 120 | ↑ $ 168.7 | 1.0X | 8321.77 | CFD | Mar 08 2024 | Won |
| BR0QLJIV | 2024-03-08 10:00:03 | ACID | $ 700 | ↑ $ 817 | 5X | 7842.54 | Crypto | Mar 08 2024 | Won |
| IGEQ98HD | 2024-03-08 09:00:04 | SLS | $ 120 | ↑ $ 135.5 | 2.0X | 8916.58 | CFD | Mar 08 2024 | Won |
| DCNNBSZU | 2024-03-08 08:00:03 | AOA | $ 700 | ↓ $ 953 | 5X | 3268.90 | CFD | Mar 08 2024 | Won |
| AI5VUJPG | 2024-03-08 07:00:03 | HXC | $ 110 | ↓ $ 130.4 | 1.5X | 4004.30 | CFD | Mar 08 2024 | Pending |
| VOYFABEE | 2024-03-08 06:00:04 | XCO | $ 150 | ↓ $ 830.6 | 1.0X | 8069.37 | CFD | Mar 08 2024 | Pending |
| DR2CWZD1 | 2024-03-08 05:00:04 | CRNK | $ 160 | ↓ $ 140.6 | 0.5X | 2878.52 | CFD | Mar 08 2024 | Won |
| NC8TYQAV | 2024-03-08 04:00:03 | INSTAR | $ 120 | ↓ $ 234 | 1.0X | 8618.91 | Crypto | Mar 08 2024 | Pending |
| QH2VQJEI | 2024-03-08 03:00:03 | SPC | $ 700 | ↓ $ 936 | 1.0X | 9057.78 | Stock | Mar 08 2024 | Pending |
| KCJSU3OF | 2024-03-08 02:00:04 | TRAK | $ 900 | ↓ $ 834 | 1.0X | 5886.46 | Forex | Mar 08 2024 | Won |
| 6DI8XTFVL | 2024-03-08 01:00:04 | MAG | $ 500 | ↓ $ 827.6 | 5X | 9127.26 | Stock | Mar 08 2024 | Won |
| OIDNVYIN | 2024-03-08 00:00:04 | OKOIN | $ 120 | ↑ $ 517 | 1.0X | 7165.38 | Stock | Mar 08 2024 | Won |
| YPG6N2SO | 2024-03-07 23:00:04 | ZCC1 | $ 150 | ↓ $ 140.6 | 1.5X | 7084.47 | Forex | Mar 07 2024 | Pending |

HAR0235

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| IIOBXTFVL | 2024-03-08 01:00:04 | MAG | $ 500 | ↓$ 827.2 | 5X | 9127.26 | Stock | Mar 08 2024 | Won |
| OIDNVYIN | 2024-03-08 00:00:04 | OKOIN | $ 120 | ↑$ 517 | 1.0X | 7165.38 | Stock | Mar 08 2024 | Won |
| YPG6N2SO | 2024-03-07 23:00:04 | ZCCI | $ 150 | ↓$ 140.6 | 1.5X | 7084.47 | Forex | Mar 07 2024 | Pending |
| OBO5MKQW | 2024-03-07 22:00:03 | RIDE | $ 120 | ↓$ 953 | 2.0X | 6311.40 | Crypto | Mar 07 2024 | Pending |
| ZE6YHRIJA | 2024-03-07 21:00:04 | SFELE | $ 160 | ↓$ 819 | 1.5X | 7365.95 | Stock | Mar 07 2024 | Won |
| AEZVCMKF | 2024-03-07 20:00:03 | MRK | $ 160 | ↑$ 197 | 5X | 6422.75 | Stock | Mar 07 2024 | Won |
| GLVICUZL | 2024-03-07 19:00:03 | IITM | $ 150 | ↑$ 934 | 0.5X | 4678.76 | CfD | Mar 07 2024 | Pending |
| TMBCKOYJ | 2024-03-07 18:00:04 | SEEDS | $ 110 | ↑$ 134 | 2.0X | 8006.83 | Crypto | Mar 07 2024 | Won |
| ACQ0BOFN | 2024-03-07 17:00:04 | GSI | $ 900 | ↓$ 1036 | 1.5X | 9140.37 | Forex | Mar 07 2024 | Won |
| X28LPWIE | 2024-03-07 16:00:04 | INSTAR | $ 500 | ↓$ 180.6 | 1.5X | 3595.89 | CfD | Mar 07 2024 | Won |
| CBLSUGYR | 2024-03-07 15:00:04 | TRA | $ 700 | ↑$ 1019 | 10X | 6176.50 | Stock | Mar 07 2024 | Won |
| IFSMYWNC | 2024-03-07 14:00:04 | ILCT | $ 200 | ↓$ 227.2 | 1.5X | 4425.37 | Forex | Mar 07 2024 | Won |
| WRHI8FQVP | 2024-03-07 13:00:04 | BRX | $ 160 | ↑$ 207.2 | 2.0X | 5525.29 | Stock | Mar 07 2024 | Won |
| X5KJPVGH | 2024-03-07 12:00:04 | EQB | $ 120 | ↑$ 138.7 | 5X | 4450.28 | Stock | Mar 07 2024 | Won |
| DJJWRE9R | 2024-03-07 11:00:04 | IIITX | $ 700 | ↑$ 175.5 | 0.5X | 8955.77 | Stock | Mar 07 2024 | Won |
| F38INEENC | 2024-03-07 10:00:03 | DTX | $ 120 | ↑$ 936 | 1.0X | 3524.96 | CfD | Mar 07 2024 | Pending |
| VZZMEUJ1 | 2024-03-07 09:00:04 | NRB | $ 120 | ↑$ 728.5 | 1.0X | 8075.61 | Stock | Mar 07 2024 | Pending |
| YWATVX70 | 2024-03-07 08:00:03 | SHORTY | $ 120 | ↑$ 118.7 | 1.5X | 5611.34 | Stock | Mar 07 2024 | Won |
| DVMDE80S | 2024-03-07 07:00:03 | TPAY | $ 160 | ↑$ 150.6 | 2.0X | 9059.60 | Stock | Mar 07 2024 | Won |
| BWU0Z04A | 2024-03-07 06:00:03 | IIITS | $ 500 | ↑$ 180.6 | 5X | 4658.67 | Forex | Mar 07 2024 | Won |
| E8PLPSHO | 2024-03-07 05:00:04 | 2GIVE | $ 180 | ↓$ 817 | 5X | 2614.52 | Crypto | Mar 07 2024 | Won |

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DVMDE80S | 2024-03-07 07:00:03 | TPAY | $ 160 | ↑$ 150.6 | 2.0X | 9059.60 | Stock | Mar 07 2024 | Won |
| BWU0ZG4A | 2024-03-07 06:00:03 | BITS | $ 500 | ↑$ 180.6 | 5X | 4658.67 | Forex | Mar 07 2024 | Won |
| ERPLP9HO | 2024-03-07 05:00:04 | 2GIVE | $ 180 | ↓$ 517 | 5X | 2614.52 | Crypto | Mar 07 2024 | Won |
| AIR6NJ4S | 2024-03-07 04:00:04 | AEN | $ 700 | ↑$ 105.3 | 5X | 3538.75 | Crypto | Mar 07 2024 | Won |
| LMOZ3K5N | 2024-03-07 03:00:04 | PASC | $ 110 | ↑$ 154 | 2.0X | 5610.85 | Crypto | Mar 07 2024 | Won |
| LKVO4ELX | 2024-03-07 02:00:03 | CHBR | $ 900 | ↓$ 818.7 | 5X | 6899.69 | Stock | Mar 07 2024 | Won |
| 9Q85EXPY | 2024-03-07 01:00:04 | AGI | $ 160 | ↑$ 134 | 1.0X | 6709.95 | Crypto | Mar 07 2024 | Won |
| TKUX0CQT | 2024-03-07 00:00:05 | EBET | $ 180 | ↓$ 236 | 2.0X | 7216.53 | Forex | Mar 07 2024 | Won |
| NOU736XH | 2024-03-06 23:00:04 | PROPS | $ 100 | ↓$ 303 | 10X | 5602.38 | Forex | Mar 06 2024 | Won |
| JGYR3I0XB | 2024-03-06 22:00:04 | ACE | $ 100 | ↓$ 819 | 2.0X | 3972.70 | Crypto | Mar 06 2024 | Won |
| TDMKYOFN | 2024-03-06 21:00:04 | MNC | $ 700 | ↑$ 918.7 | 1.0X | 8028.71 | Forex | Mar 06 2024 | Won |
| NFYHRRSW | 2024-03-06 20:00:04 | RNS | $ 800 | ↑$ 245 | 1.5X | 2835.68 | Forex | Mar 06 2024 | Won |
| 0VEXXIIS | 2024-03-06 19:00:04 | SFU | $ 500 | ↑$ 836 | 1.5X | 7658.91 | Crypto | Mar 06 2024 | Won |
| IKWEKFEM | 2024-03-06 18:00:04 | OC | $ 200 | ↓$ 285 | 10X | 8313.25 | CFD | Mar 06 2024 | Won |
| JYMVVIIL | 2024-03-06 17:00:03 | WARP | $ 200 | ↓$ 178.7 | 1.5X | 5282.47 | Crypto | Mar 06 2024 | Won |
| 3RHS2FIL | 2024-03-06 16:00:03 | TPC | $ 110 | ↑$ 200.4 | 10X | 8060.90 | CFD | Mar 06 2024 | Pending |
| 8UAH5C3Y | 2024-03-06 15:00:03 | NRB | $ 900 | ↑$ 220.4 | 2.0X | 3650.57 | CFD | Mar 06 2024 | Won |
| WFFWJPYO | 2024-03-06 14:00:04 | BAS | $ 180 | ↓$ 127 | 10X | 2911.60 | CFD | Mar 06 2024 | Won |
| N0MXTHKE | 2024-03-06 13:00:04 | MU6 | $ 200 | ↓$ 234 | 5X | 3190.59 | Stock | Mar 06 2024 | Won |
| KSHFRX5C | 2024-03-06 12:00:04 | ABJ | $ 120 | ↓$ 246 | 2.0X | 7204.74 | Stock | Mar 06 2024 | Pending |
| 58NYS9T7 | 2024-03-06 11:00:03 | NTWK | $ 800 | ↑$ 147.2 | 0.5X | 8047.82 | Forex | Mar 06 2024 | Won |
| Q7DYNXVW | 2024-03-06 10:00:04 | EFX | $ 180 | ↓$ 520.4 | 5X | 2863.59 | Stock | Mar 06 2024 | Won |

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| KSHFRX5C | 2024-03-06 12:00:04 | ABJ | $ 120 | ↓$ 246 | 2.0X | 7204.74 | Stock | Mar 06 2024 | Pending |
| 58NYS9T7 | 2024-03-06 11:00:03 | NTWK | $ 800 | ↑$ 147.2 | 0.5X | 9047.82 | Forex | Mar 06 2024 | Won |
| Q7DYNXVW | 2024-03-06 10:00:04 | EFX | $ 180 | ↓$ 520.4 | 5X | 2863.59 | Stock | Mar 06 2024 | Won |
| PSSEM5MN | 2024-03-06 09:00:04 | MAT | $ 700 | ↑$ 125.5 | 1.5X | 7005.90 | CFD | Mar 06 2024 | Pending |
| YVEDG8AQ | 2024-03-06 08:00:04 | ECR | $ 700 | ↓$ 917 | 5X | 8273.93 | Forex | Mar 06 2024 | Won |
| XST7WM8S | 2024-03-06 07:00:04 | GPS | $ 120 | ↑$ 177.2 | 10X | 5890.82 | Forex | Mar 06 2024 | Won |
| ZNDESRIP | 2024-03-06 06:00:03 | FRST | $ 160 | ↑$ 145.5 | 5X | 9007.88 | Forex | Mar 06 2024 | Pending |
| WWONR79M | 2024-03-06 05:00:04 | SWARM | $ 150 | ↓$ 730.6 | 1.5X | 5072.91 | CFD | Mar 06 2024 | Pending |
| I9HKFCGV | 2024-03-06 04:00:03 | ECC | $ 500 | ↑$ 316 | 10X | 7690.35 | Stock | Mar 06 2024 | Pending |
| NOZFUC9T | 2024-03-06 03:00:04 | XELS | $ 160 | ↓$ 200.4 | 10X | 6107.78 | CFD | Mar 06 2024 | Pending |
| 21SUBA6K | 2024-03-06 02:00:03 | BIM | $ 150 | ↑$ 269 | 2.0X | 7416.70 | Crypto | Mar 06 2024 | Won |
| UIL5VY8B | 2024-03-06 01:00:04 | BRO | $ 110 | ↓$ 225.5 | 2.0X | 7273.34 | Stock | Mar 06 2024 | Won |
| XEM4TWKD | 2024-03-06 00:00:04 | ATCC | $ 150 | ↑$ 279 | 0.5X | 4192.50 | CFD | Mar 06 2024 | Pending |
| KEIURIG4P | 2024-03-05 23:00:04 | GRWI | $ 900 | ↑$ 819 | 2.0X | 6315.73 | CFD | Mar 05 2024 | Pending |
| XD7ERC9Y | 2024-03-05 22:00:03 | NODIS | $ 200 | ↓$ 138.7 | 1.5X | 7952.80 | CFD | Mar 05 2024 | Pending |
| FGUZN3BS | 2024-03-05 21:00:04 | ARB | $ 180 | ↑$ 137 | 2.0X | 8674.84 | Forex | Mar 05 2024 | Pending |
| CIRQJZSF | 2024-03-05 20:00:04 | SIG | $ 200 | ↑$ 170.4 | 1.5X | 5824.93 | Crypto | Mar 05 2024 | Won |
| OCFAVEZX | 2024-03-05 19:00:03 | XID | $ 150 | ↓$ 886 | 1.5X | 3338.31 | Stock | Mar 05 2024 | Pending |
| KQL6ZTOG | 2024-03-05 18:00:04 | PROTON | $ 110 | ↑$ 525.5 | 5X | 5541.25 | CFD | Mar 05 2024 | Won |
| EMJNZGF8 | 2024-03-05 17:00:04 | TSI | $ 120 | ↑$ 246 | 10X | 5863.54 | Forex | Mar 05 2024 | Won |
| 3742XYT8 | 2024-03-05 16:00:03 | RTB | $ 200 | ↑$ 820.4 | 0.5X | 8761.48 | Stock | Mar 05 2024 | Pending |

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| KQL6ZTOG | 2024-03-05 18:00:04 | PROTON | $ 110 | ↑$ 525.5 | 5X | 5541.25 | CFD | Mar 05 2024 | Won |
| EMJNZGFB | 2024-03-05 17:00:04 | TSL | $ 120 | ↑$ 246 | 10X | 5863.54 | Forex | Mar 05 2024 | Won |
| 3742XYT8 | 2024-03-05 16:00:03 | RTB | $ 200 | ↑$ 820.4 | 0.5X | 8761.48 | Stock | Mar 05 2024 | Pending |
| WOH4300V | 2024-03-05 15:00:04 | WER | $ 160 | ↓$ 286 | 10X | 6792.69 | Forex | Mar 05 2024 | Won |
| MEU8K2EA | 2024-03-05 14:00:03 | MONEY | $ 180 | ↑$ 154 | 5X | 6078.86 | Crypto | Mar 05 2024 | Won |
| QMY23PS7 | 2024-03-05 13:00:04 | EDRC | $ 150 | ↑$ 296 | 2.0X | 4309.26 | Stock | Mar 05 2024 | Pending |
| DIL5MUAO | 2024-03-05 12:00:04 | RADI | $ 800 | ↓$ 286 | 1.0X | 3380.92 | CFD | Mar 05 2024 | Pending |
| KXTNIL3C | 2024-03-05 11:00:04 | MVU | $ 200 | ↓$ 930.6 | 5X | 4003.85 | CFD | Mar 05 2024 | Won |
| UP4X4MNY | 2024-03-05 10:00:04 | ARCX | $ 800 | ↓$ 336 | 0.5X | 8037.68 | CFD | Mar 05 2024 | Won |
| SK570CEO | 2024-03-05 09:00:04 | ACA | $ 160 | ↑$ 853 | 2.0X | 2863.42 | Forex | Mar 05 2024 | Won |
| OWKITYPB | 2024-03-05 08:00:04 | BIM | $ 200 | ↑$ 717 | 2.0X | 4187.29 | Forex | Mar 05 2024 | Won |
| QRUVKYX8 | 2024-03-05 07:00:04 | PLEO | $ 150 | ↓$ 353 | 1.5X | 6156.41 | CFD | Mar 05 2024 | Won |
| AREIG87G | 2024-03-05 06:00:04 | YDY | $ 800 | ↑$ 180.6 | 1.5X | 4509.27 | Forex | Mar 05 2024 | Won |
| EEUKJQXU | 2024-03-05 05:00:04 | XDP | $ 200 | ↑$ 200.4 | 2.0X | 4350.84 | Stock | Mar 05 2024 | Pending |
| DFYOKQP8 | 2024-03-05 04:00:03 | LYM | $ 800 | ↓$ 820.4 | 1.0X | 6215.69 | Stock | Mar 05 2024 | Won |
| YRWFIZBQ | 2024-03-05 03:00:03 | RFT | $ 120 | ↑$ 830.6 | 1.0X | 8947.86 | Forex | Mar 05 2024 | Pending |
| CXTTXLJK | 2024-03-05 02:00:04 | CINX | $ 160 | ↑$ 128.7 | 2.0X | 9046.77 | Forex | Mar 05 2024 | Pending |
| 7HSC9JDK | 2024-03-05 01:00:04 | PRG | $ 160 | ↓$ 1038 | 1.0X | 2761.93 | CFD | Mar 05 2024 | Pending |
| TUOFILIY | 2024-03-05 00:00:04 | GDX | $ 100 | ↑$ 128.7 | 5X | 8199.96 | Forex | Mar 05 2024 | Pending |
| 5XAJNBV4 | 2024-03-04 23:00:04 | RAWG | $ 100 | ↑$ 303 | 10X | 8451.63 | Stock | Mar 04 2024 | Won |
| GRQ527V3 | 2024-03-04 22:00:04 | SYNCO | $ 180 | ↓$ 934 | 1.0X | 4248.40 | Stock | Mar 04 2024 | Pending |

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| 1UOF1UY | 2024-03-05 00:00:03 | GDX | $ 100 | ↑$ 128.7 | 5X | 8189.96 | Forex | Mar 05 2024 | Pending |
| SXAJNBV4 | 2024-03-04 23:00:04 | RAWG | $ 100 | ↑$ 303 | 10X | 8451.63 | Stock | Mar 04 2024 | Won |
| GRQ527V3 | 2024-03-04 22:00:04 | SYNCO | $ 180 | ↓$ 934 | 1.0X | 4248.40 | Stock | Mar 04 2024 | Pending |
| FNCRJHI5H | 2024-03-04 21:00:03 | AMOS | $ 150 | ↑$ 176.5 | 10X | 5091.59 | CFD | Mar 04 2024 | Won |
| GLCVWHRU | 2024-03-04 20:00:04 | CYT | $ 200 | ↓$ 918.7 | 2.0X | 4987.99 | Forex | Mar 04 2024 | Pending |
| L2TPU8X | 2024-03-04 19:00:04 | NUBIS | $ 110 | ↓$ 144 | 1.5X | 7882.67 | Crypto | Mar 04 2024 | Won |
| 72PYJW9W | 2024-03-04 18:00:04 | CUBE | $ 150 | ↓$ 125.5 | 0.5X | 3628.86 | Crypto | Mar 04 2024 | Won |
| DB0GIN8V | 2024-03-04 17:00:03 | TWLV | $ 110 | ↑$ 135.5 | 1.5X | 3784.93 | CFD | Mar 04 2024 | Won |
| SSU9JXHV | 2024-03-04 16:00:03 | DNTX | $ 200 | ↓$ 180.4 | 1.0X | 8170.41 | CFD | Mar 04 2024 | Won |
| PC5TAMYM | 2024-03-04 15:00:03 | MHC | $ 700 | ↓$ 527.2 | 2.0X | 2960.95 | Stock | Mar 04 2024 | Pending |
| HSS5PWG9 | 2024-03-04 14:00:04 | HALLO | $ 200 | ↑$ 225.5 | 2.0X | 2519.56 | CFD | Mar 04 2024 | Won |
| QS2TLBGB | 2024-03-04 13:00:04 | MNVM | $ 800 | ↓$ 214 | 10X | 8525.42 | Stock | Mar 04 2024 | Won |
| PTV7M4WZ | 2024-03-04 12:00:04 | INCNT | $ 900 | ↑$ 985 | 0.5X | 6054.42 | CFD | Mar 04 2024 | Won |
| JY5HFT8D | 2024-03-04 11:00:03 | BTW | $ 800 | ↑$ 214 | 5X | 5674.59 | Stock | Mar 04 2024 | Won |
| 5YZTUX9R | 2024-03-04 10:00:03 | GT1B | $ 700 | ↑$ 253 | 1.0X | 6561.67 | Stock | Mar 04 2024 | Pending |
| NQDDZIAX | 2024-03-04 09:00:03 | SPOTS | $ 900 | ↓$ 953 | 10X | 8898.41 | CFD | Mar 04 2024 | Won |
| PUHUOWGG | 2024-03-04 08:00:04 | TERN | $ 900 | ↑$ 263 | 1.5X | 8548.94 | Stock | Mar 04 2024 | Pending |
| XDGEEW4Q | 2024-03-04 07:00:04 | ESC | $ 180 | ↓$ 180.8 | 5X | 2917.25 | Crypto | Mar 04 2024 | Won |
| SVLGOBWT | 2024-03-04 06:00:04 | EGC | $ 700 | ↑$ 820.4 | 2.0X | 8124.77 | Forex | Mar 04 2024 | Pending |
| JBMAUZO8 | 2024-03-04 05:00:04 | NRG | $ 500 | ↓$ 253 | 5X | 3520.75 | Forex | Mar 04 2024 | Won |
| MIWVf8TD | 2024-03-04 04:00:03 | NA52 | $ 180 | ↑$ 170.4 | 1.5X | 6352.34 | Forex | Mar 04 2024 | Pending |

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| SVLGO8WT | 2024-03-04 06:00:04 | EGC | $ 700 | ↑$ 820.4 | 2.0X | 6124.77 | Forex | Mar 04 2024 | Pending |
| JBMAUZQIR | 2024-03-04 05:00:04 | NRG | $ 500 | ↓$ 263 | 5X | 3520.75 | Forex | Mar 04 2024 | Won |
| MWV88TD | 2024-03-04 04:00:03 | NAS2 | $ 180 | ↑$ 170.4 | 1.5X | 6352.34 | Forex | Mar 04 2024 | Pending |
| UPG8X8GW | 2024-03-04 03:00:04 | FLX | $ 700 | ↑$ 195 | 0.5X | 3902.50 | Crypto | Mar 04 2024 | Pending |
| VGFH8NZW | 2024-03-04 02:00:03 | EXRN | $ 110 | ↑$ 144 | 1.5X | 4287.52 | Crypto | Mar 04 2024 | Won |
| MQR3O2LU | 2024-03-04 01:00:04 | EYE | $ 500 | ↑$ 214 | 2.0X | 5241.53 | CFD | Mar 04 2024 | Won |
| PUGVNPZV | 2024-03-04 00:00:04 | ETHM | $ 150 | ↓$ 130.4 | 0.5X | 2684.45 | Stock | Mar 04 2024 | Won |
| REOQF5S4 | 2024-03-03 23:00:04 | ARPA | $ 200 | ↑$ 836 | 2.0X | 2536.55 | Crypto | Mar 03 2024 | Won |
| EIG1VZ93 | 2024-03-03 22:00:03 | TNB | $ 160 | ↓$ 147.2 | 0.5X | 8074.92 | Forex | Mar 03 2024 | Won |
| NQQKVIK8 | 2024-03-03 21:00:03 | ATM | $ 120 | ↑$ 296 | 1.5X | 6554.72 | Forex | Mar 03 2024 | Won |
| NCHCGI3S | 2024-03-03 20:00:03 | ROOT | $ 120 | ↑$ 936 | 1.0X | 2645.73 | CFD | Mar 03 2024 | Won |
| GOYKQLHP | 2024-03-03 19:00:04 | WYR | $ 160 | ↓$ 934 | 1.5X | 7342.85 | Forex | Mar 03 2024 | Pending |
| UX0FHLAT | 2024-03-03 18:00:03 | CYRS | $ 800 | ↓$ 934 | 2.0X | 4573.54 | Crypto | Mar 03 2024 | Pending |
| 2PTVXZFD | 2024-03-03 17:00:04 | OPET | $ 110 | ↑$ 207.2 | 5X | 7227.73 | CFD | Mar 03 2024 | Pending |
| MI96L7PI | 2024-03-03 16:00:03 | SONG | $ 900 | ↑$ 518.7 | 1.5X | 5300.26 | Forex | Mar 03 2024 | Won |
| VOID6XJW | 2024-03-03 15:00:03 | TPC | $ 150 | ↑$ 1038 | 5X | 4015.48 | Forex | Mar 03 2024 | Won |
| SBHAXIIC | 2024-03-03 14:00:05 | WSC | $ 160 | ↑$ 180.4 | 0.5X | 6208.78 | Crypto | Mar 03 2024 | Won |
| DQIPTURS | 2024-03-03 13:00:04 | GNC | $ 200 | ↑$ 617 | 1.0X | 5708.92 | Forex | Mar 03 2024 | Won |
| LS3ZNRF | 2024-03-03 12:00:04 | LANA | $ 100 | ↓$ 184 | 10X | 2725.95 | CFD | Mar 03 2024 | Won |
| LJBGF5KC | 2024-03-03 11:00:04 | BOTS | $ 200 | ↓$ 130.6 | 1.5X | 4105.43 | Crypto | Mar 03 2024 | Won |
| JHWDIUH3 | 2024-03-03 10:00:03 | redBUX | $ 900 | ↓$ 279 | 2.0X | 7317.88 | Stock | Mar 03 2024 | Won |
| RJLHOGSV | 2024-03-03 09:00:03 | LVNK | $ 900 | ↑$ 827.2 | 1.0X | 8339.85 | CFD | Mar 03 2024 | Pending |

HAR0241

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| LS3ZIG9F | 2024-03-03 12:00:04 | LANA | $ 100 | ↓$ 184 | 10X | 2725.95 | CFD | Mar 03 2024 | Won |
| LJBGF5KC | 2024-03-03 11:00:04 | BOTS | $ 200 | ↓$ 130.6 | 1.5X | 4105.43 | Crypto | Mar 03 2024 | Won |
| JHWDIUH3 | 2024-03-03 10:00:03 | redBUX | $ 900 | ↓$ 279 | 2.0X | 7317.88 | Stock | Mar 03 2024 | Won |
| 8JUHQG5V | 2024-03-03 09:00:03 | LYNK | $ 900 | ↑$ 827.3 | 1.0X | 8339.85 | CFD | Mar 03 2024 | Pending |
| Z5W4ITN3 | 2024-03-03 08:00:03 | APX | $ 100 | ↓$ 830.6 | 0.5X | 3130.72 | Crypto | Mar 03 2024 | Won |
| YQOB420W | 2024-03-03 07:00:04 | XLR | $ 700 | ↑$ 934 | 10X | 7129.82 | Crypto | Mar 03 2024 | Won |
| LWLH5BS8 | 2024-03-03 06:00:04 | KBX | $ 150 | ↓$ 194 | 1.0X | 5794.50 | CFD | Mar 03 2024 | Won |
| OQMFKXJY | 2024-03-03 05:00:04 | WOP | $ 100 | ↓$ 218.7 | 0.5X | 8816.91 | CFD | Mar 03 2024 | Won |
| ZXKT73IG | 2024-03-03 04:00:03 | CANN | $ 800 | ↓$ 517 | 0.5X | 5687.66 | Forex | Mar 03 2024 | Won |
| Z7N6SHCH | 2024-03-03 03:00:03 | CLOAK | $ 110 | ↓$ 313 | 0.5X | 7388.41 | Crypto | Mar 03 2024 | Won |
| QG8CHSKV | 2024-03-03 02:00:04 | IINTY | $ 180 | ↑$ 246 | 10X | 6180.29 | Crypto | Mar 03 2024 | Won |
| KDPSEQO2 | 2024-03-03 01:00:04 | DESI | $ 700 | ↑$ 135.5 | 0.5X | 3218.83 | Forex | Mar 03 2024 | Won |
| EWORTI6I | 2024-03-03 00:00:04 | XPRO | $ 900 | ↓$ 219 | 1.0X | 6126.49 | CFD | Mar 03 2024 | Won |
| K7HGIBXM | 2024-03-02 23:00:04 | VLR | $ 180 | ↓$ 820.4 | 0.5X | 4797.63 | Crypto | Mar 02 2024 | Won |
| O7RGG46 | 2024-03-02 22:00:04 | TAJ | $ 700 | ↑$ 269 | 5X | 4323.78 | CFD | Mar 02 2024 | Won |
| R5OCFYEX | 2024-03-02 21:00:03 | ITR | $ 160 | ↓$ 934 | 1.0X | 7996.65 | Stock | Mar 02 2024 | Pending |
| 2LOZIWD6 | 2024-03-02 20:00:04 | MBT | $ 100 | ↓$ 265 | 1.5X | 5471.51 | CFD | Mar 02 2024 | Pending |
| BKXGO86R | 2024-03-02 19:00:04 | I3F | $ 500 | ↓$ 205 | 2.0X | 3334.82 | Stock | Mar 02 2024 | Won |
| REYLT4QD | 2024-03-02 18:00:04 | BIO | $ 110 | ↑$ 220.4 | 10X | 8812.47 | Forex | Mar 02 2024 | Won |
| 1VSZMPAV | 2024-03-02 17:00:04 | HXT | $ 100 | ↓$ 936 | 10X | 3870.93 | CFD | Mar 02 2024 | Pending |
| AGJQOIDZ | 2024-03-02 16:00:03 | UNITY | $ 700 | ↑$ 177 | 0.5X | 3784.78 | Forex | Mar 02 2024 | Won |
| ALDF5NMP | 2024-03-02 15:00:04 | BLKD | $ 200 | ↑$ 180.4 | 10X | 6079.61 | Forex | Mar 02 2024 | Pending |

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1VSZMPAV | 2024-03-02 17:00:04 | HXT | $ 100 | ↓$ 936 | 10X | 3870.93 | CFD | Mar 02 2024 | Pending |
| AGJODIDZ | 2024-03-02 16:00:03 | UNITY | $ 700 | ↑$ 177 | 0.5X | 3784.78 | Forex | Mar 02 2024 | Won |
| ALDFSNMF | 2024-03-02 15:00:04 | BLKD | $ 200 | ↑$ 180.4 | 10X | 6079.61 | Forex | Mar 02 2024 | Pending |
| WJVFRH65 | 2024-03-02 14:00:03 | YUM | $ 100 | ↑$ 830.8 | 1.0X | 7900.66 | Forex | Mar 02 2024 | Won |
| C7TD6VYZ | 2024-03-02 13:00:04 | WHN | $ 110 | ↓$ 730.6 | 1.5X | 2749.50 | Crypto | Mar 02 2024 | Pending |
| 7M18KKIS | 2024-03-02 12:00:04 | ICOB | $ 160 | ↑$ 820.4 | 0.5X | 3811.73 | CFD | Mar 02 2024 | Won |
| FU63WESO | 2024-03-02 11:00:03 | LCR | $ 150 | ↑$ 167 | 10X | 8908.87 | Forex | Mar 02 2024 | Won |
| FBNFMP8G | 2024-03-02 10:00:03 | ENTRP | $ 180 | ↓$ 303 | 2.0X | 6359.51 | Forex | Mar 02 2024 | Won |
| 8DST6CXQ | 2024-03-02 09:00:03 | QIJN | $ 200 | ↓$ 150.6 | 5X | 5577.27 | Stock | Mar 02 2024 | Won |
| YO6DZXMS | 2024-03-02 08:00:04 | SIB | $ 100 | ↓$ 144 | 1.0X | 7562.30 | Crypto | Mar 02 2024 | Won |
| E9GELQO8 | 2024-03-02 07:00:04 | BCIO | $ 110 | ↑$ 520.4 | 0.5X | 8248.51 | Forex | Mar 02 2024 | Won |
| FHGHFXQP | 2024-03-01 07:19:00 | BTC | $ 8000 | ↓$ 20000 | 2.0X | 6948.91 | | Mar 02 2024 | Won |
| POV9MOBC | 2024-03-02 06:00:04 | NAS2 | $ 160 | ↓$ 253 | 5X | 3433.74 | Stock | Mar 02 2024 | Won |
| R4A8TGH3 | 2024-03-02 05:00:03 | SAGA | $ 500 | ↓$ 246 | 10X | 3046.61 | Crypto | Mar 02 2024 | Won |
| 7RCDIT92 | 2024-03-02 04:00:03 | HIVE | $ 110 | ↓$ 286 | 2.0X | 4486.55 | Crypto | Mar 02 2024 | Won |
| YK56FJOW | 2024-03-02 03:00:03 | QWARK | $ 900 | ↓$ 180.6 | 5X | 8543.97 | Stock | Mar 02 2024 | Won |
| KJXGIMNO | 2024-03-02 02:00:03 | MRT | $ 110 | ↓$ 534 | 10X | 7435.80 | Crypto | Mar 02 2024 | Won |
| UFBCXV5A | 2024-03-02 01:00:04 | DUTCH | $ 900 | ↑$ 836 | 2.0X | 3980.71 | Forex | Mar 02 2024 | Won |
| SRKJOLA2 | 2024-03-02 00:00:04 | BSTY | $ 160 | ↓$ 145.5 | 0.5X | 7247.93 | Stock | Mar 02 2024 | Won |
| QFUAKWC5 | 2024-03-01 23:00:04 | GX | $ 110 | ↑$ 333 | 1.0X | 5653.58 | Forex | Mar 01 2024 | Won |
| Z9TSOVIU | 2024-03-01 14:32:00 | BTC | $ 10000 | ↓$ 35000 | 2.0X | 8281.31 | | Mar 01 2024 | Won |

HAR0243

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

| SRKJOLA2 | 2024-03-02 00:00:04 | BSTY | $ 160 | ↓$ 145.5 | 0.5X | 7247.93 | Stock | Mar 02 2024 | Won |
| QFUAKWC5 | 2024-03-01 23:00:03 | GX | $ 110 | ↑$ 333 | 1.0X | 5853.58 | Forex | Mar 01 2024 | Won |
| ZBTSDVIU | 2024-03-01 14:32:00 | BTC | $ 10000 | ↓$ 35000 | 2.0X | 8281.31 | | Mar 01 2024 | Won |
| QQPJKYXC | 2024-03-01 22:00:03 | CLAM | $ 800 | ↑$ 217 | 1.0X | 5376.59 | Forex | Mar 01 2024 | Pending |
| VNIHCAJS | 2024-03-01 21:00:04 | REBL | $ 200 | ↓$ 198.7 | 2.0X | 7752.25 | Stock | Mar 01 2024 | Won |
| DTEYGRYX | 2024-03-01 20:00:04 | WBTC | $ 700 | ↓$ 219 | 2.0X | 7684.72 | Stock | Mar 01 2024 | Pending |
| HNZQEJRU | 2024-03-01 19:00:04 | BTTF | $ 900 | ↓$ 834 | 0.5X | 3946.42 | CFD | Mar 01 2024 | Pending |
| WJDRDBGY | 2024-03-01 18:00:04 | LNKC | $ 110 | ↓$ 190.6 | 2.0X | 6135.98 | Forex | Mar 01 2024 | Pending |
| QQCTHVLI | 2024-03-01 17:00:04 | PHS | $ 700 | ↓$ 198.7 | 10X | 4722.93 | Forex | Mar 01 2024 | Won |

© Copyright 2024 Upwin Trade All Rights Reserved

HAR0244

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049

**Attachment F - Upwintrade Tax Email**

**Sunday, June 9, 2024 at 08:29:20 Central Daylight Time**

| | |
|---|---|
| **Subject:** | Fwd: Tax Form |
| **Date:** | Wednesday, June 5, 2024 at 3:34:55 PM Central Daylight Time |
| **From:** | Peter Harris <ph2corp@gmail.com> |
| **To:** | marshal@thehodalawfirm.com <marshal@thehodalawfirm.com> |
| **Attachments:** | Upwin Trade Tax Form 2.pdf |

Get Outlook for Android

**From:** Peter Harris <ph2corp@gmail.com>
**Sent:** Wednesday, June 5, 2024 1:33:28 PM
**To:** marshal@thehodalawfirm.com <marshal@thehodalawfirm.com>
**Subject:** Fwd: Tax Form

Get Outlook for Android

**From:** Peter Harris <ph2corp@gmail.com>
**Sent:** Monday, June 3, 2024 10:48:40 AM
**To:** payments@upwintrade.com <payments@upwintrade.com>
**Cc:** ph2corp@gmail.com <ph2corp@gmail.com>
**Subject:** RE: Tax Form

Hi Upwin Tax team,
The first tax form I sent had an incorrect fee% of 20%.
David Sham and Team agreed to 10% fee since it was our first withdrawal.
Please see attached tax form that is corrected.
Thanks
Peter

-----Original Message-----
From: payments@upwintrade.com <payments@upwintrade.com>
Sent: Monday, June 3, 2024 9:27 AM
To: ph2corp@gmail.com
Subject: Tax Form

Hello Peter, Your withdrawal request has been approved. Kindly fill the tax form to process withdrawal.

Regards
Upwin Tax Team

1 of 1

HAR0247

Docusign Envelope ID: 793C9E00-38E2-46AB-895C-3DF56B304049



**UPWIN TRADE**

# TAX FORM

FIRST NAME: _Peter_    LAST NAME: _Harris_

COUNTRY: _United States_

PHONE NUMBER: _415-225-1596_

EMAIL: _Ph2corp@gmail.com_

ACCOUNT MANAGER: _David Sham_

DATE: _June 3, 2024_    SIGNATURE: _[signature]_

_10% per David Sham 5/10/24 $5/5/24_

NOTE:    The fee is ~~20~~% of your total account balance after trading activities

TERRY GRANT ( C.E.O )

HAR0248