Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB



**EXHIBIT 3**

<div align="center">

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF TEXAS**

**BEAUMONT DIVISION**

</div>

| | |
|---|---|
| Peter Harris and Loni Harris, | |
| *Plaintiffs*, | Case No. 1:24-cv-00313 |
| v. | |
| Upwintrade.com, a business association; David Shamlian, an individual; John Does 1 – 20, | **Declaration of Delaina Snyder** |
| *Defendants*. | |

I, Delaina Snyder, state and swear as follows.

**I.    Introduction**

1.    My name is Delaina Snyder. I am of sound mind and capable of making this Affidavit. I have personal knowledge of the facts stated herein.

2.    I learned of this case through search-engine results online and subsequently contacted the lawyer for Peter and Loni Harris. I am submitting this Declaration to provide evidence of my own experience with the same scammers who victimized the Harrises.

**II.    Chronology & Evidence**

3.    My first contact with the Upwintrade scam was through Facebook. An account that appeared to be operated by Kerrie Zimmerman,

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB

someone I know personally, made a Facebook post about a new boutique clothing store she was opening. This post implied that Kerrie had earned the money to open the boutique by "trading cryptocurrency with Tony Hattennsty."

4.    I sent a direct message to this account inquiring about this cryptocurrency-trading success. This person directed me to message Tony Hattennsty on Skype and provided me his Skype information. I later confirmed with the real Kerrie Zimmerman that her Facebook account had been hacked and taken over by unknown persons prior to the date of the post and messages described above. True and correct copies of the initial Facebook post and direct messages described above are attached to this Declaration as <u>Attachment A</u>.

5.    My husband and I soon messaged Tony Hattennsty on Skype. Hattennsty advised us to make an account on www.upwintrade.com. He walked us through the process of funding our own account Crypto.com account using U.S. Dollars, then using those dollars to purchase cryptocurrency, and then transferring that cryptocurrency to a deposit address provided by Upwintrade. A true and correct copy of our Skype conversation with Hattennsty is attached hereto as <u>Attachment B</u>.

6.    In the period from April 26 to June 16, 2024, my husband and I transferred Bitcoin with a U.S.-dollar denominated value of $147,289.01 to

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB

Upwintrade. A true and correct copy of our transaction-history export from Crypto.com is attached to this Declaration as <u>Attachment C</u>.

7.      Over time, our "trading account" at upwintrade.com showed that we had made a significant profit on our "investment," with our balance reaching $2,814,379.00 by August 2024. True and correct copies of screenshots of the Upwintrade platform showing this purported account balance, our transaction history, and the Upwintrade deposit address are attached as <u>Attachment D</u>.

8.      While my husband and I continued to believe that we were making significant profits through Upwintrade, we directed a friend of ours named Scott Dannatt to Hattennsty, who directed Scott to Upwintrade. Scott transferred cryptocurrency with a dollar-denominated value of approximately $50,000.00 to Upwintrade's deposit addresses in a series of transactions in July and August 2024.

9.      My husband and I eventually told Hattennsty that we would be withdrawing from the Upwintrade platform on August 10, 2024. At that time, Hattennsty told us that we would be required to pay a 10% commission directly to him before the withdrawal could be processed. Contrary to what he had previously promised, he said that this commission could *not* be paid with the assets already in our Upwintrade account. Instead, we would have to transfer additional assets beyond that which we had already sent to

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB

Upwintrade. This commission would have amounted more than $250,000.00 worth of cryptocurrency. We could not afford to make this payment.

10.     Through additional online research, we learned about this case and pig-butchering scams. We understood immediately that we had been the victims of a pig-butchering scam. We have voluntarily provided the attached evidence to the Harrises' counsel and the FBI. We understand that an FBI investigation is ongoing and that several cryptocurrency-exchange accounts have been frozen.

11.     My husband, Mr. Dannatt, and I understand that we are not plaintiffs in this case, and that we are not represented by the Harrises' counsel. I am providing this Declaration because we want to support any effort to freeze stolen assets held by the Upwintrade scammers, in hopes that a large enough pool of assets might be frozen to allow for recovery by all of Upwintrade's victims.

**[SIGNATURE PAGE FOLLOWS]**

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB

**VERIFICATION**

I, Delaina Snyder, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Delaina Snyder

Dated: 8/30/2024

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB

Attachment A

**Kerrie Hayden Zimmerman** is 👏 celebrating success.
December 27, 2023 ·

I've been sitting on a SECRET! 🤭

My journey trading cryptocurrency with Tony Hattennsty has been the most fulfilling and exciting venture I have ever involved myself in so far. Friends and family, We're thrilled to announce to you all the birth of Kerrie's Boutique. The website will be LIVE soon; for now, we are in Louisville and will officially be open by February.

Here's to more accomplishments and continued success 🥂🎉❤️ !! Merry Christmas and Happy new year in advance 😊

Nicole Schultz and 97 others · 101 comments

Like · Comment

View more comments

**Amie Flanigan**
WHHHAAAATTT!!! This is amazing news 😱
So excited for you & can't wait to keep fallowing (& shopping)!!

32w Like Reply



Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB



Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB



Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB

**Kerrie Hayden Zimmerman**
Active 16h ago

Mar 19, 2024, 6:33 PM

Hi Kerrie! How are you and your family? I noticed your crypto success posts — Congratulations! That is so exciting. Chad & I have done a little crypto trading but would like to do more. How did you get started? I tried finding the Tony Hattensty guy you mentioned but no luck. Could you give me the details on what it is you are doing? Thank you!

Mar 20, 2024, 5:55 PM

Hey Delaina! How's it going? We're all doing great, and I hope you are too! Thanks a bunch for asking! It's super exciting! I never realized that there was such a huge potential to make big bucks in the crypto world. I actually invested back in 2018, but unfortunately, I lost all my money. But then, a friend introduced me to Tony, and I thought, why not give it a shot? Here we are today, haha! It's been quite the journey. I'm not sure what's going on, I didn't even notice about the facebook because i have a direct way to communicate with him through Telegram and Skype. So if you want, I can share his Skype contact info with you so you can connect with him.

Mar 23, 2024, 12:36 PM

Hi Kerrie, thanks for the info! Sure I'll take his Skype. Thank you! Was there an initial investment fee for his services, or is it more of a crypto fund that he manages and people like us can invest in? It is great to see the success that you have experienced! Congrats again! Where are you guys living now? We are still in Iowa where our families also reside.

HAR0252

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB



**Kerrie Hayden Zimmerman**
Active 16h ago

Mar 23, 2024, 12:36 PM

Hi Kerrie, thanks for the info! Sure I'll take his Skype. Thank you! Was there an initial investment fee for his services, or is it more of a crypto fund that he manages and people like us can invest in? It is great to see the success that you have experienced! Congrats again! Where are you guys living now? We are still in Iowa where our families also reside. Reili is going to school in MN, playing softball for University of MN Gophers, and Greyson is wrestling at Wartburg College. I see Tanner is playing football in college – so exciting! Thanks again for sharing, and take care!

Mar 23, 2024, 6:17 PM

live:.cid.d266674425f60ea05

Hey, thanks a bunch! You can add him on Skype using the character provided. He's a real pro when it comes to trading. The best part is, you only pay him after he's done all the hard work for you. And don't you worry, he won't have any access to your account or anything like that. All you gotta do is fund your account, keep an eye on your sweet profits, and withdraw your money.

🔒 Messenger upgraded the security of this chat. New messages and calls are secured with end-to-end encryption. **Learn more**

Apr 17, 2024, 7:05 AM

HAR0253

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB



Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB



**Kerrie Hayden Zimmerman**
Active 16h ago

May 28, 2024, 5:31 PM

Hi Kerrie, I've been meaning to send you a message. Yes! We finally got invested with Tony a few weeks ago! Wow, what a great thing! Thank you thank you thank you for posting something that made me curious enough to ask, and thank you for sharing this info! Life changing for sure..

Jun 8, 2024, 4:40 PM

Hi Kerrie! Hope you are doing well! Would you have a few minutes this weekend to speak by phone regarding the investment with Tony - we have a couple of questions on how it works for each cycle and want to ask you since you've been with Tony for awhile. He also suggested that we talk with you. Let me know and maybe we can get on the phone instead of chat. Thanks!!!

Wed 12:51 PM

Hi Kerrie! Hope you and your family are doing well and enjoying the summer! I wanted to thank you again for passing along Tony's info to us! Can't thank you enough. Its been such a blessing to work with him. We are coming up on the day that we can make our first withdrawl and was wondering how the process went for you. Any helpful hints or advice? Curious, were you asked to pay half of Tony's commission out of pocket (before you could withdraw and of your earnings)?  Or maybe I'm misunderstanding what he is saying to me. Just wanted to check with you since you've done this before. Thank you!

HAR0255

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB



**Kerrie Hayden Zimmerman**
Active 16h ago

Hi Kerrie! Hope you are doing well! Would you have a few minutes this weekend to speak by phone regarding the investment with Tony - we have a couple of questions on how it works for each cycle and want to ask you since you've been with Tony for awhile. He also suggested that we talk with you. Let me know and maybe we can get on the phone instead of chat. Thanks!!!

Hi Kerrie! Hope you and your family are doing well and enjoying the summer! I wanted to thank you again for passing along Tony's info to us! Can't thank you enough. Its been such a blessing to work with him. We are coming up on the day that we can make our first withdrawl and was wondering how the process went for you. Any helpful hints or advice? Curious, were you asked to pay half of Tony's commission out of pocket (before you could withdraw and of your earnings)?   Or maybe I'm misunderstanding what he is saying to me. Just wanted to check with you since you've done this before. Thank you!

Wed 12:51PM

12:37AM

0:32

Feel free to shoot me a voice message whenever you'd like. Unfortunately, I won't be able to answer the call right now as I don't want to cause any trouble.

HAR0256

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB

**Attachment B**



Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB

# Profile                                                  ✕

AI Bot

## Copilot in Chat                                         ⬤

PROFILE

🪪  **Skype Name**                    live:.cid.d26667425f60ea05

## Add to favorites                                        ⬤

HAR0258

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB



**Tony Hatt...**
● Last seen 2d ago

Friday, March 29, 2024

Hi Tony, I received your Skype contact info from a friend, Kerrie Zimmerman. She's had such great success trading crypto and mentioned that she worked with you. My husband, Chad, and I would like to find out more and how we can get started. Would you be willing to set up a call or send more info our way? Thank you!

12:16 AM

Tony, 12:05 PM

Hello Delaina, do you know what crypto trading is or do you want me to break it down by explaining it to you before we begin? 😊

Saturday, March 30, 2024

Tony, 5:52 AM

Will you be available for a zoom call today. I don't know the part of the world you chatting from 😊

Hi Tony, I would like you to explain, we do not know much at all. We are in Iowa, USA. Central time zone. We are available later today around 6pm Central or how about Monday?

1:56 PM

We can do an earlier time on Monday, not sure where you are?

HAR0259

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB



**Tony Hatt...** ⚙
● Last seen 2d ago

Tony, 11:18 AM
It will be in account soon 😊

...it will deposit in my crypto.com
account. Was that right? Did I have to click on the green Deposit button in upwintrade?

or will it move and be deposited automatically now that we initiated it in crypto.com?
11:38 AM

Tony, 11:38 AM
Still nothing yet ? 😊

It's there! I was just working away and hadn't noticed
11:39 AM

Tony, 11:39 AM
Okay. What is your account username, so I can link to software to start trades immediately 😊

CDRSnyd33

Tony, 11:40 AM
Connected and I'll start trading now 😊

HAR0260

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB

**Tony Hatt...** ⚙
● Last seen 2d ago

do this.

Tony, 6:00 AM

Okay, keep me posted
☺

Sunday, April 7, 2024

Tony, 10:38 AM

Bitcoin already over 70K. It was $65K when we last spoke. You are missing out the amazing wins
☺

Monday, April 8, 2024

Tony, 7:08 PM

Hey Delaina, How's it going ?
☺

Tuesday, April 9, 2024

📞 Missed call
Tony | 9:37 AM

Wednesday, April 10, 2024

HAR0261

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB



**Tony Hatt...** ⚙️
○ Last seen 2d ago

Tony | 9:37 PM

Thursday, April 11, 2024

Hi Tony, We are coming up short on having enough for one BTC. We thought we were going to be able to get the additional amount that we need from family, but unfortunately we just can't right now. We really wanted to do this, and know we are missing out! Unless you would consider letting us start with less ($25,000 or so) then I we'll have to pass right now. 🥲

3:11 PM

Tony, 7:54 PM

There's a threshold on the $25,000 account, that limits unlimited trades daily, we'll be only able to place limited trades. If you do not mind that ☺️

Tony, 12:10 PM

Are you there ? ☺️

Hi Tony

12:11 PM

I spoke to my husband Chad. We will probably just wait, instead of going with a limited trade account.

Maybe in a month or two if you still have slots open for the year

Docusign Envelope ID: E9A5462B-C2D3-4DD3-AB5C-E6C3B0B0FFCB



**Tony Hatt...** ⚙
🟡 Last seen 2d ago

Tony, 12:14 PM

Okay

☺

I spoke to my husband Chad. We will probably just wait, instead of going with a limited trade account.
Maybe in a month or two, if you still have slots open for the year.

Sunday, April 21, 2024

Hi Tony, We are going to have 1 BTC this week. What info do you need from us to get started?

6:08 PM ⋮

Monday, April 22, 2024

Hi Tony, We are getting really creative to get the money together as fast as we can. We know we are missing out on profits by delaying our involvement with you! If our purchase and transfer gets completed today, we will have the 1 BTC in our crypto.com account later today. Will you still be able to take us on as a client if we are able to have it in our account today? Hopefully 😄 if not, please let us know right away. Thank you!!!

11:23 AM

HAR0263

Docusign Envelope ID: E9A5462B-C2D3-4DD3-AB5C-E6C3B0B0FFCB



**Tony Hatt... ⚙**
● Last seen 2d ago

Tony, 11:40 AM
Connected and I'll start trading now
☺

Tony, 11:45 AM
You're welcome. Let's win 🏆
☺

Tony, 7:58 PM
Already winning 🍊
☺

Tony, 7:43 PM

Wednesday, May 1, 2024

AWESOME!!! Thank you!
11:40 AM

8:17 PM

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB



**Tony Hatt...** ⚙
● Last seen 2d ago

Wednesday, May 1, 2024

Tony, 2:43 PM

The market is at it's best right now, i advice you take advantage of the market because of the threshold, giving you the opportunity to leverage more. With $200K you can make more than $1.5M before the end of the month

☺ 4:11 PM

OK. Is there a way that we can leverage (or borrow against our money in our account) to come up with the additional amount that is needed?

Tony, 5:17 PM

You need to fund account to upgrade account

☺

Ok, so it would be the same process as before. we should transfer in that amount of a BTC?

5:22 PM

Tony, 5:22 PM

Yes that's correct

☺

🔍
▣
&o
💬
📞

<
>

HAR0265

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB



**Tony Hatt...** ⚙
● Last seen 2d ago

You there ? ☺

When do you intend to fund account ? ☺

Right now, there is no fast way to get it in there. Our money is tied up elsewhere. Its a long and slow process unfortunately.. We are looking for ways.. I am not sure we can get it for another week.? Continue trading with the amount we have in our account as you see best, and we'll work on finding a way
5:50 PM

How much do you think you can make with the 157,000 we have in there now? It still should be pretty good, right?

Ok, so if I understand correctly... Do we need to add another $200,000 or just top off our account with the additional amount that puts our current balance above 200,000 (example: we are at 156,000, so we need to add another approximately 46,000) ?
6:49 PM

——— Thursday, May 2, 2024 ———

Tony, 1:10 AM

☺

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB



**Tony Hatt... ⚙**
🟡 Last seen 2d ago

Tony, 1:10 AM

I meant to add funds to your invested account to make it $200K, i'm only able to place trades with btc in account, which is the funds you sent earlier. Unable to trade with account balance because it's in USD

1:13 AM

Ok, we invested about $65,000 (1 BTC at the time), so now we would need to add $135,000 worth of BTC to = $200,000 of invested. Right?

Tony, 1:13 AM

Right ☺

Tony, 3:05 AM

Okay maybe make your investment up to 2btc, the diamond account ☺

1:16 AM

We are not going to be able to do that amount. 😣

9:04 AM

Tony, 9:06 AM

Ok, so if we can buy another BTC at whatever the price is, that gets us there (today its at approximately $58,000)?

...

HAR0267

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB



**Tony Hatt...** ⚙
🟡 Last seen 2d ago

Tony, 10:38 AM
Okay, keep me posted 😊

again!

Hi Tony, another $12,589 USD (.1897242 BTC) has been sent to our Upwin Trade account wallet

1:44 PM

Thursday, May 16, 2024

Our transfer hasn't made it into the account yet. This one has taken the longest. Over 10 hours now since we completed the transfer in crypto.com It must be really slow today

12:29 AM

Tony, 2:17 AM
Are you sure? looks like funds in account already 😊

Yep the additional funds are there. Thanks!. and winning again, all good!

9:47 AM

Sunday, May 10, 2024

Docusign Envelope ID: E9A5462B-C203-4D03-AB5C-E6C3B0B0FFCB



**Tony Hatt...** ⚙
● Last seen 2d ago

Tony, 1:59 AM
Hello Delaina, how's it going ? 😊

Sunday, May 19, 2024

rep the additional funds are there. Thanks!... and willing again, all good!

2:39 AM

Wednesday, May 22, 2024

Hi Tony, things are good. Thank you, we are so impressed with the wins.

6:57 PM

Tony, 11:15 AM
Hello Delaina, when are you available for a call 😊

Wednesday, May 29, 2024

Hi Tony, is it just us or is the Upwin Trade site down?

10:00 PM

It's back up now 😊

12:12 PM

HAR0269

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB



Tony Hatt...
● Last seen 2d ago

Tony, 12:31 PM
Let me know when exactly
☺

hi Tony, most times today are good or later tonight.
12:12 PM

📞 Call ended
12:33 PM | 42s

now is good
12:32 PM

Tony, 12:34 PM
Looks like the connection is slow
☺
we should try in an hour
☺
Is that perfect ?
☺

12:34 PM

HAR0270

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB

**Tony Hatt...** ⚙
● Last seen 2d ago

Okay perfect
Tony, 12:35 PM
☺

📞↗ No answer
3:36 PM

📞↗ No answer
2:02 PM

Hi Tony, call when you are available
2:03 PM

How about 90 min (I have a work call in 1 hr)
12:34 PM

ok
12:35 PM ...

HAR0271

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB



**Tony Hatt...** ⚙
● Last seen 2d ago

Tony, 4:07 PM
Lmk when he adds me ✎ ☺

Okay ☺

Tony, 10:30 AM
Hello Delaina, how's it going ? I only have a few spots left. Is your friend still coming on board ☺

Saturday, June 29, 2024

Hi Tony, Yes I believe so. I let him know to contact you asap.
11:54 AM

Monday, July 1, 2024

Okay
4:54 PM

Tony, 6:41 AM
Hello Delaina, How are you doing ? according to the algorithms, there's a 60X trade happening on Wednesday, that's the biggest trade this year. With $50K invested on that trade, the win is $3M. I advice you take advantage of it. All my clients are on it. Don't miss out. 100K gives you $6M. Grab with both ☺

HAR0272

Docusign Envelope ID: E9A542B-C203-4DD3-AB5C-E6C3B0B0FFCB

**Tony Hatt...** ⚙
🟡 Last seen 2d ago

Tony, 6:41 AM

Hello Delaina, How are you doing ? according to the algorithms, there's a 60X trade happening on Wednesday, that's the biggest trade this year. With $50K Invested on that trade, the win is $3M. I advice you take advantage of it. All my clients are on it. Don't miss out. 100K gives you $6M. Grab with both hands if you can  ☺

Tony, 4:22 PM

Are you there ?  ☺

📞 **Call ended**
12:42 PM

📞↗ **No answer**
1:31 PM

——————— Tuesday, July 2, 2024 ———————

1:32 PM



Docusign Envelope ID: E9A546 2B-C203-4DD3-AB5C-E6C3B0B0FFCB



**Tony Hatt...** ⚙
● Last seen 2d ago

Tony, 2:02 PM
Okay no problem ☺

Hi Tony Sorry we missed you  We got your message And if we had more we would definitely be putting it in We just don't have it right now unfortunately

1:32 PM

———— Monday, July 15, 2024 ————

Hi Tony,
Good morning! Hope you are doing well!

Our first 90-day cycle is coming to an end soon, so we wanted to confirm a few things with you ahead of time:

• As we discussed, 90 days is when we can withdraw/transfer out BTC, pay you 20%, take some of the profits, and then reinvest/transfer in with you for a new cycle. We calculate the first cycle to end on July 25th. Is that also the date you have?

• After we transfer out the BTC and pay you, we will immediately reinvest a large portion of our earnings back into our Upwin Trade account for you to begin the next cycle of trading. Is it best to put everything we want to reinvest into Upwin right away for the next cycle, or should we plan to hold some back and then add to the Invested Amount over time? (During this cycle, you asked us a few times if we could come up with more along the way, so we didn't know if that was because our Invested Amount

11:47 PM

HAR0274

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB



**Tony Hatt...** ⚙
🟡 Last seen 2d ago

Wednesday, July 17, 2024

- could come up with more along the way, so we didn't know if that was because our Invested Amount wasn't enough to work with, or if it's better to add more over time due to the market changes vs. investing one big amount right away. Like I mentioned, for this next cycle, we will have a lot more BTC to put in right away but can hold some back if there's a reason to add over time vs. a large amount all up front.)

- We may have discussed this before, but how do we pay you?  Do we transfer from our Crypto.com account to your wallet address, or do we transfer directly from our Upwin Trading account to your wallet?

- How/When do you calculate your 20% (is the amount based on the # of BTC on the day we initiate the transfer out?)

- Security -- Is the best to transfer out to our own wallet address on Crypto.com, or is there a better/more secure way to do it? (Is crypto.com a secure place, or should we use something like a cold hardware wallet, or do you recommend another way?)

- Taxes -- Do you know anyone (or do you know who your clients work with) that we can speak to who understands how crypto is taxed in the USA? (we want to be sure we are paying as little tax as possible!)

- Do we get taxed on BTC transfers to other accounts (example, if we transfer BTC from Chad's account to our kids' own accounts)

Thank you! We also wanted to say that we are thankful we found you through my friend Kerrie. We enjoy working with you and are very pleased with the gains in our account! We look forward to continuing to work with you long term.

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB



**Tony Hatt...**
Last seen 2d ago

Tony, 7:48 AM
When are you available for a call? ☺

Tony, 2:48 PM
Are you there ? ☺

Tony, 1:49 PM
Are you available now ☺
Busy Monday with trades ☺

No answer
8:32 AM

hi Tony, Are you available this afternoon, or when is a good time for you? Thank you.

Give us a call when you're back.

8:32 AM

11:52 AM

Tuesday, April 2, 2024

HAR0276

Docusign Envelope ID: E9A5462B-C2D3-4DD3-AB5C-E6C3B0B0FFCB



**Tony Hatt...**
Last seen 2d ago

When are you available for a call? 😊

Tony, 12:09 PM
Okay cool I'll give you 30 minutes heads up before I call you

Wednesday, April 3, 2024

😊

Hi Tony, today anytime after 12pm CST is good.
11:19 AM

Ok, sounds good!
12:10 PM

Hi Tony, We are available today and can work around your schedule.. We can take a call even late into the evening, just let us know. Thank you.
12:29 PM

Thursday, April 4, 2024

📞↙ **Missed call**
Tony | 10:46 AM

...

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB



**Tony Hatt...** ⚙
● Last seen 2d ago

Tony, 4:54 PM
Okay, keep me posted
☺

Tony, 4:50 PM
I tried calling
☺

Hi Tony, Thank you. Sorry I missed you. I am available now, but I also want my husband to listen in (he is traveling). Can I call you back when I can get him on the phone too?
4:53 PM

↗ No answer
6:55 PM

↙ Missed call
Tony | 10:49 AM

Tony | 10:46 AM

HAR0278



Docusign Envelope ID: E9A562B-C203-4DD3-AB5C-E6C3B0B0FFCB

**Tony Hatt....**
Last seen 2d ago

Tony, 8:17 PM
Are available now ?
☺

Tony, 8:19 PM
I can hear you, can you hear me ?
☺

📞 **Call ended**
8:19 PM | 43s

📞 **Call ended**
8:20 PM | 34s

6:55 PM

Hi Tony, will try back again
6:55 PM

I cannot hear you.. calling back
8:19 PM

HAR0279



Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB

Tony Hatt... ⚙
● Last seen 2d ago

Tony, 8:20 PM
Do you have it logged on your phone or computer ? ☺

8:20 PM | 34s

computer..
8:20 PM

Tony, 8:20 PM
Check your settings
I can hear you clearly, not sure why you can't hear me ☺

📞 Call ended
8:40 PM | 17m 17s

Tony, 8:40 PM
You can ask me any question, if you need more clarity on how to purchase bitcoin ☺

8:50 PM

HAR0280



Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB

HAR0281



Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB

Tony Hatt...
● Last seen 2d ago

Yes for sure
☺

Set up trading account with www.upwintrade.com

Home Page | Upwin Trade Trading
Being experts in serving institutional and professional clients, Upwin Trade boasts bespoke
https://www.upwintrade.com

☺

Tony, 8:31 AM
If you can set up account today, you can also get started today. Keep me posted
☺

Tony, 9:41 AM
It takes 1-2 hours
☺

So I uploaded my husband's ID. How long does verification take? Then what are the next steps?
9:32 AM

Ok I'll work on it now. Thank you!
8:33 AM

HAR0282

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB



**Tony Hatt...** ⚙
🟡 Last seen 2d ago

Tony, 9:41 AM
It takes 1-2 hours
😊

Tony, 10:14 AM
How's it going?
😊

Refresh webpage to know if account is verified
😊

Tony, 10:16 AM
Select deposit on options menu
😊

You'll find your funding wallet address.
😊

Send Btc from crypto.com to your upwin account
😊

10:14 AM
ok
its verified!

10:19 AM

HAR0283

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB



**Tony Hatt...** ⚙
🟡 Last seen 2d ago

Tony, 10:19 AM
Yes, that's correct
☺

Ok so I copy the address and go into crypto.com to transfer out ?
10:19 AM

ok
10:20 AM

The amount is a little over 1 BTC.. is that okay or do I only transfer exactly 1 BTC?
10:37 AM

Tony, 10:40 AM
It's okay
☺

Ok.. its on the way
10:54 AM

All we did was transfer in crypto.com to our external wallet address that we copied from our upwintrade account. Was that right? Did I have to click on the green Deposit button in upwintrade?
11:14 AM



HAR0284

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB



**Tony Hatt...** ⚙
● Last seen 2d ago

Tony, 9:46 AM

Let's go 🚀

Tuesday, May 7, 2024

Tony, 12:04 PM

Market doing so well, Do you not think you want increase your investment. It's going to be a massive win for you ☺

Doubling your invest can make you more than $2M ☺

Monday, May 13, 2024

It's there! Time to win some more!

6:42 PM

Wednesday, May 15, 2024

Hi Tony, the market is doing well! We are very happy with the wins! We are adding another ~$10k probably should come thru today or tomorrow, but at this point, that's probably all we can do. Thanks again!

9:59 AM

HAR0285

Docusign Envelope ID: E9A546B2B-C203-4DD3-AB5C-E6C3B0B0FFCB

**Tony Hatt...** ⚙
● Last seen 2d ago

Tony, 6:03 PM
It will automatically add in account 😊

Tony, 6:04 PM
Yes, when the btc network is slow 😊

Is there anything you have to do for incoming funds? I still don't see it added to the "invested amount"..
trying to be patient 🙂

I forget... is there anything else I have to do in the trading account?

1:47 PM ...

or it will just be added to the investment amount?
6:04 PM

Does it typically take 6-7 hours+?
6:04 PM

🙌
6:42 PM

Docusign Envelope ID: E9A562B-C203-4DD3-AB5C-E6C3B0B0FFCB



**Tony Hatt....**
● Last seen 2d ago

Tony, 6:57 PM
Yes i can
☺

Tony, 7:10 PM
You're welcome
☺

Call ended
7:09 PM | 11m 49s

Monday, May 6, 2024

Hi Tony, we just sent another ~1 BTC+ into our trading wallet address. It hasn't shown up yet, but its on the way! 😉

I forget.. is there anything else I have to do in the trading account?

11:26 AM

Thank you so much for talking with us!

7:10 PM

Type a message

HAR0287



Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB

Tony Hatt...
Last seen 2d ago

Tony, 9:24 AM
You're welcome
☺

No answer
11:38 AM

Hi Tony, could you call back when you have a chance, please? We have a couple questions. thanks!
11:40 AM

Tony, 6:18 PM
Okay, when are you available ?
☺

No answer
6:46 PM

Can you talk now? otherwise anytime tonight in the net few hours
6:45 PM

Tony, 6:57 PM

Docusign Envelope ID: E9A5462B-C203-4D03-AB5C-E6C3B0B0FFCB

**Tony Hatt....**
● Last seen 2d ago

Tony, 9:06 AM

Yes that's correct

That gives you a good threshold to leverage the market properly

Ok, I'll talk with my husband and see how / if we can do that, and how quickly
9:09 AM ...

Unfortunately we just can't come up with that right now. Can you move forward with trading the amount we already have in our account?
9:20 AM

Tony, 9:22 AM

All good, I'll go on your pace

Yes, sure i can. With the large wins, we just wont have alot of threshold to win so much

If the extra becomes available, we will let you know right away. Thanks!
9:24 AM

Tony, 9:24 AM

You're welcome

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB

**Tony Hatt...** ⚙
🟡 Last seen 2d ago

Thursday, May 30, 2024

Tony, 2:02 PM
Hello Delaina, I got really busy yesterday 😊

Tony, 2:02 PM
The reason i was reaching out is concerning your investment 😊

No answer
10:40 PM

3:36 PM

Friday, May 31, 2024

Tony, 9:39 AM
I'm available now
😊

Tony, 2:10 PM

Hi Tony, we are available now if you are, otherwise later tonight? What time is good for you?
5:30 PM

HAR0290

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB

**Tony Hatt...** ⚙️
🟡 Last seen 2d ago

Tony, 2:10 PM

Are you there?

🙂

Tony, 8:58 AM

Hello Delaina, how's it going ? 🙂

📞 No answer
2:12 PM

📞 Call ended
2:18 PM | 5m 11s

Sunday, June 2, 2024

Monday, June 3, 2024

2:11 PM

Hi yes



Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB

**Tony Hatt...**
● Last seen 2d ago

Monday, June 3, 2024

Hi Tony, sorry I missed you. I was traveling yesterday, I talked with Chad, at this point we are not able to add to our investment. Thanks for checking in. If anything else changes on our side, we will definitely let you know asap. Thanks again!

6:38 PM

☎ **Missed call**
Tony | 5:23 PM

Saturday, June 8, 2024

Tony, 11:33 AM

Hello Delaina, how are you today ? ☺

Just like i told you earlier, btc is over 70k now, it's heading to 100k. Are you sure you do not want to take investment to $200k. You can write your friend and find out how my strategy works, Her current investment is $500k and she's already at $8M in profit. I advise you take advantage of the bull run ☺

Ok, we are looking into some things so that we can increase our investment. We will keep you updated..
4:34 PM

HAR0292

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB



**Tony Hatt...** ⚙
● Last seen 2d ago

Ok, we are looking into some things so that we can increase our investment. We will keep you updated.

thanks!

—— Wednesday, June 12, 2024 ——

Tony, 9:55 PM
ok
☺

How's it going ? You're missing out big time
☺

Tony, 10:25 AM

—— Sunday, June 16, 2024 ——

Hi Tony, we deposited another small amount today (6/16). We would deposit more if we had it for sure!
We will let you know if we come up with more. Thank you!!!

11:10 PM

—— Monday, June 17, 2024 ——

Tony, 6:55 AM
Small amounts like that wouldn't make so much impact in your account tbh. I'll advise a minimum of 0.5BTC or 1BTC when funding, so you can make the best of it
☺

HAR0293



Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB

**Tony Hatt...** ⚙
● Last seen 2d ago

Monday, June 24, 2024

Small amounts like that wouldn't make so much impact in your account tbh. I'll advise a minimum of 0.5BTC or 1BTC when funding, so you can make the best of it

4:20 PM 🙂

Tuesday, June 25, 2024

Hi Tony, we have a friend who may be interested in investing with you. Are you open to new clients? If so, can we give him your Skype ID so that he can contact you directly?

Yes

Thanks. His name is Scott

We'll give him your Skype ID

3:15 PM

Tony, 3:14 PM

Yeah, the minimum is 1BTC tho. Is your friend aware of that 🙂

Tony, 3:44 PM

Okay 🙂

HAR0294

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB



**Tony Hatt...**
Last seen 2d ago

Tony, 11:18 AM

Okay perfect

☺

OK... can we talk in 45 minutes, please? ... I have a conference call that will finish in 45 min

No answer
12:06 PM

Call ended
12:36 PM | 12m 41s

No answer

hi Tony, are available?

1:54 PM

thanks!

11:18 AM

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB



**Tony Hatt...**
🟡 Last seen 2d ago

Tony, 7:58 AM
Hello, when are you available for a call ? 🙂

Tony, 10:19 AM
I'm trading right now, how about in hour and half 🙂

Tony, 11:17 AM
Okay, I'll be available in 30 mins. Rounding up trades now 🙂

Wednesday

Hi Tony, I am available now for another hour. Are you available now?
10:07 AM

that should work. I have a few meetings today but can make most other times work
10:19 AM

thanks!
10:19 AM

ok.. can we talk in 45 minutes, please? .. I have a conference call that will finish in 45 min
11:18 AM

HAR0296

Docusign Envelope ID: E9A5462B-C2D3-4DD3-AB5C-E6C3B0B0FFCB

**Tony Hatt...** ⚙
🟡 Last seen 2d ago

Tony, 7:58 AM
Hello, when are you available for a call? 🙂

Tuesday, July 30, 2024

Hi Tony, I wanted to let you know that we plan on withdrawing on August 10th. Do we transfer your initial 10% BTC commission directly out of our Upwin account earnings? And your second 10% BTC commissions payment will come from Chad's crypto.com account, right?

4:59 PM

Ok, got it. Thanks again!

Tuesday

📞 **No answer**
4:20 PM

Wednesday

Hi Tony, could you call us when you get a chance please? Thanks!

4:21 PM

HAR0297

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB

**Tony Hatt...** ⚙
🟡 Last seen 2d ago

🔍  ▣  🔠

Sunday, July 21, 2024

Tony, 5:09 PM

- Hello Delaina, your withdrawal date is open August 10th. This because of the upgrade.
- Yes you pay me with my Btc. 10% upfront and then 10% after you receive funds.
- it's best to invest high. So depending on how much you willing to invest after your withdrawal, I'll advise you put it in once. So we can take advantage of the market every time there's an opportunity.
- My commission is 20% of profit made.
- Upwin platform helps simplify the tax process. They'll email you the process after withdrawal is approved

☺

Monday, July 22, 2024

Thanks for the response. What upgrade is taking place?

7:11 PM

Tony, 7:44 AM

There's no upgrade taking place. I mean, you upgraded in between your trades. You started with the Gold and then upgraded to the Diamond account. That's why the withdrawal is August 10th

☺

Ok, got it. Thanks again!

12:48 PM

<

HAR0298

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB

**Tony Hatt... ⚙**
🟡 Last seen 2d ago

work with you long term.

Wednesday, July 17, 2024

Hi Tony, would it be easier to talk via Skype call to answer our questions?

2:10 PM
...

Thursday, July 18, 2024

Tony, 5:42 AM

Sorry Delaina, sending a reply shortly. Was in a conference ☺

8:42 AM

Sunday, July 21, 2024

Tony, 5:09 PM

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB



**Tony Hatt...** ⚙
● Last seen 2d ago

Tony, 2:55 PM

Tony, 2:55 PM

I'm still placing trades, will round up in an hour please

No answer
2:55 PM

No answer
1:55 PM

Hi Tony, please let me know when you can talk to Chad and I. Thanks!

hi Tony, are available?

ok thanks
2:55 PM

2:03 PM

HAR0300



Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB

**Tony Hatt...** ⚙
● Last seen 2d ago

Tony, 4:56 PM

Withdrawal approval

Enter Withdrawal Code

Cancel    Confirm

☺

Tony, 4:46 PM

Burj Khalifa

☺

📞 **Call ended**
5:05 PM | 39m 41s

——— Today ———

Tony, 3:07 PM

Withdrawal window opens tomorrow. Should I continue trading or stop trading ?

☺

☺ Type a message

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB

# Attachment C

## Snyder Crypto.com Transaction History

| Timestamp (UTC) | Transaction Description | Currency | Amount | Native Amount (in USD) | Transaction Kind | Transaction Hash |
|---|---|---|---|---|---|---|
| 6/16/24 23:21 | Withdraw BTC (BTC) | BTC | -0.10159 | 6718.784257 | crypto_withdrawal | dd70794.6a631e998cb755a9d60907 1ba6deb4122534d5532f6b1a0f63d9ce9ffb |
| 5/15/24 18:31 | Withdraw BTC (BTC) | BTC | -0.1897242 | 12245.68129 | crypto_withdrawal | b6b02c6feb312465402fd45df3e7c18540c53a5fa928cf2c6c542977650ecda84913 |
| 5/6/24 15:06 | Withdraw BTC (BTC) | BTC | -1.0048282 | 62654.48138 | crypto_withdrawal | 57812c652fb0a85d91031ef69a96209ecfe6d0e1d7107871b83a660edcf784718 |
| 4/26/24 15:52 | Withdraw BTC (BTC) | BTC | -1.0423585 | 65672.0893 | crypto_withdrawal | 3d79f4ca5e471ea1a6f590801c6318b48a58dd32b4d95279872ecb58ea29a4b8 |

HAR0303

**Attachment D**



Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB

HAR0304

Docusign Envelope ID: E9A5462B-C203-4DD3-AB5C-E6C3B0B0FFCB





HAR0306