UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Peter Harris and Loni Harris, | |
| *Plaintiffs*, | Case No. 1:24-cv-00313 |
| v. | |
| Upwintrade.com, *et al.*, | **Proof of Service** |
| *Defendants*. | |

I, Evan Cole, state and swear as follows.

I hereby certify that on January 27, 2025, I served Onwunali Chukwuemeka with the Summons and First Amended Complaint via email as authorized in the Order Granting Plaintiff's Motion for Alternate Service.

## VERIFICATION

I, Evan Cole, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____
Evan Cole
Head of Investigations
The Hoda Law Firm, PLLC

Dated:   January 27, 2025