# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| Peter Harris and Loni Harris, | |
| *Plaintiffs*, | Case No. 1:24-cv-00313 |
| v. | |
| Upwintrade.com, *et al.*, | **Proof of Service** |
| *Defendants*. | |

I, Evan Cole, state and swear as follows.

I hereby certify that on January 27, 2025, I served Kelvin Dubem with the Summons and First Amended Complaint via email as authorized in the Order Granting Plaintiff's Motion for Alternate Service.

## VERIFICATION

    I, Evan Cole, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____

Evan Cole
Head of Investigations
The Hoda Law Firm, PLLC
evan@thehodalawfirm.com

Dated:    January 27, 2025