UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Peter Harris and Loni Harris, *Plaintiffs*, v. Upwintrade.com, *et al.*, *Defendants*. | Case No. 1:24-cv-00313 |

**CLERK'S ENTRY OF DEFAULT**

On this _____ day of _____, 20 ____, it appearing from the affidavit(s) in support of default of Marshal Hoda, attorney for plaintiff, that each of the defendants named below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure; Now, therefore, the DEFAULT of each of the following named defendants is hereby entered:

- Onwunali Chukwuemeka
- Kelvin Dubem

_____    _____
Dated                       Clerk of Court