UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Peter Harris, et al.,

v.

Upwintrade.com, et al.

Civ. No. 1:24-cv-00313 _____

AFFIDAVIT IN SUPPORT OF CLERK'S ENTRY OF DEFAULT

I hereby certify that I am the plaintiff or the attorney of record for the plaintiff in the above cause, and that defendant  Onwunali Chukwuemeka  was served by the following method:

Via email in accordance with Plaintiffs' granted request to serve Defendant with process via email

I further certify that the defendant has failed to serve an answer or other responsive pleading; no extension has been granted or any extension has expired; the defendant is neither an infant (under age 21) nor an incompetent person; the defendant is not in the active military service of the United States of America or its officers or agents or was not six months prior to the filing of the case. Therefore, the Clerk is requested to enter a default against said defendant.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Marshal Jerod Hoda*

Date:

03/16/2025

Plaintiff or Attorney for Plaintiff

24110009

Bar No.

3120 Southwest Fwy, Ste 101, PMB 51811

Address

Houston, TX 77098

## DESCRIPTION OF ATTACHED DOCUMENT

Title or Type of Document: <u>Certificate of Acknowledgement</u>

Document Date: <u>03/16/2025</u>

Number of Pages (including notarial certificate): <u>2</u>

**Brittany Kemia Faatz**
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 22-6461-01
Expires August 31, 2026

State of Nevada

County of Clark

This instrument was acknowledged before me

on 03/16/2025 by Marshal Jerod Hoda as <u>16th</u> of <u>March</u> 2025

Notarized remotely using audio-video communication technology via Proof.