## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

Peter Harris and Loni Harris,

*Plaintiffs*,

v.

Upwintrade.com, *et al.*,

*Defendants.*

Case No. 1:24-cv-00313

### CLERK'S ENTRY OF DEFAULT

On this 18th day of March, 2025, it appearing from the affidavit(s) in support of default of Marshal Hoda, attorney for plaintiff, that each of the defendants named below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure; Now, therefore, the DEFAULT of each of the following named defendants is hereby entered:

- Onwunali Chukwuemeka

- Kelvin Dubem

**3/18/2025**

_____
Dated

*David A. O'Toole*

_____
Clerk of Court

- 1 -