

SUPREME COURT OF SINGAPORE
LEGAL REGISTRY

Our Ref: TEA 2/2025/NL

18 March 2025

The Honourable the Attorney General
Attorney-General's Chambers
1 Upper Pickering Street
Singapore 058288

**REQUEST, PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS, FOR INTERNATIONAL JUDICIAL ASSISTANCE IN OBTAINING EVIDENCE FROM BYBIT FINTECH LIMITED**

Case No. 1:24-cv-00313-MJT

Pursuant to Order 55, Rule 3(b) of the Rules of Court 2021, I forward herewith a request from the United States District Court, Eastern District of Texas, Beaumont Division, USA in respect of the above, for your necessary action, please.

2.  Thank you.


Yours faithfully,

KAREN TAN
ASSISTANT REGISTRAR
SUPREME COURT, SINGAPORE


Encl.

Cc   Michael J. Truncale
     United States District Judge
     United States District Court, Eastern District of Texas at Beaumont
     300 Willow St, Ste 104, Beaumont, TX 77701, USA.
     Email: newcasebmt@txed.uscourts.gov

     Marshal J. Hoda, Esq.
     The Hoda Law Firm, PLLC
     3120 Southwest Fwy, Ste 101 PMB 51811
     Houston, TX 77098, United States.
     Email: marshal@thehodalawfirm.com