**Tiffany Doyen**

| | |
|---|---|
| **From:** | JUDICIARY SUPCT REGISTRY (JUDICIARY) <SUPCT_REGISTRY@judiciary.gov.sg> |
| **Sent:** | Monday, March 17, 2025 10:38 PM |
| **To:** | TXEDml_NewCaseBmt |
| **Cc:** | marshal@thehodalawfirm.com |
| **Subject:** | [Case No. 1:24-cv-00313-MJT]  REQUEST, PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS, FOR INTERNATIONAL JUDICIAL ASSISTANCE IN OBTAINING EVIDENCE FROM BYBIT FINTECH LIMITED |
| **Attachments:** | TEA2_2025_20250317_Letter_to_AGC (signed).pdf |

**CAUTION - EXTERNAL:**

Dear Sir/Madam

With refer to the letter of request for international judicial assistance to obtain evidence from the United States District Court, Eastern District of Texas, Beaumont Division, USA in respect of the above.

2.     A copy of our letter to the Attorney-General's Chambers forwarding the said request, is attached for your information, please.

3.     Thank you.



Nicole Low (Ms)
For Registrar

Supreme Court
1 Supreme Court Lane, Singapore 178879
www.judiciary.gov.sg

  

*Privileged or confidential information may be contained in this email. If you are not the intended addressee, you must not copy or distribute the mail or take any action in reliance thereon. Communication of any information in this mail to any unauthorised person may be an offence under the Official Secrets Act (Cap 213). If you have received this mail in error, please delete it and notify the sender immediately. Thank you.*

🌿 Be Green, Think before you Print

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.