# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| Peter Harris and Loni Harris, | |
| *Plaintiffs*, | Case No. 1:24-cv-00313 |
| v. | |
| Upwintrade.com, *et al.*, | **Plaintiffs' Motion for Entry of Protective Order** |
| *Defendants*. | |

Plaintiffs Peter Harris and Loni Harris hereby move the Court for entry of a Protective Order in the form as attached in Exhibit A.

Nonparty Binance Ltd. has requested entry of this Order prior to production of documents responsive to Plaintiff's prior subpoena.

Dated: April 4, 2025                                Respectfully submitted,

                                                    THE HODA LAW FIRM, PLLC

                                                    /s/ Marshal J. Hoda

                                                    _____
                                                    Marshal J. Hoda, Esq.
                                                    Tx. Bar No. 2411009
                                                    12333 Sowden Road, Suite B
                                                    PMB 51811
                                                    Houston, TX 77080
                                                    o. (832) 848-0036
                                                    marshal@thehodalawfirm.com

                                                    *Attorney for Plaintiffs*