The
# HODA LAW FIRM, PLLC

---

3120 Southwest Fwy, Ste 101, PMB 51811     o. (832) 848-0594
Houston, TX 77098     contact@thehodalawfirm.com

May 9, 2025

Via CM/ECF

**Re:  *Harris v.* Upwintrade, Case No. 1:24-cv-00313**

To the Honorable Court:

The Court previously granted Plaintiffs' request for issuance of Letters of Request in this matter, including for a letter of request concerning evidence in the possession of the Bybit cryptocurrency exchange (Dkt. 27). It has now come to Plaintiffs' attention that the Bybit cryptocurrency exchange is no longer headquartered in Singapore—where the requested Letter of Request concerning Bybit was directed—but has instead moved its headquarters to the United Arab Emirates. This is reflected in the response of the Singaporean authorities in the docket in this matter (Dkt. 33).

Plaintiffs hereby notify the court of their withdrawal of their request for the letter rogatory to the Singaporean authorities regarding the Bybit cryptocurrency exchange. Plaintiffs intend to write directly to the Singaporean authorities notifying them of their intention to withdraw this request, attaching a copy of the instant letter submission to the Court. Plaintiffs believe that, following this letter, no further action will be required and no further action will be taken by the Singaporean authorities.

Should the Court require any further action from Plaintiffs on this issue, Plaintiffs stand ready to respond.

Sincerely,

/s/ M. Hoda

---

Marshal J. Hoda, Esq.
Attorney & Founder
THE HODA LAW FIRM, PLLC
marshal@thehodalawfirm.com
o. (832) 848-0036