# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| Peter Harris and Loni Harris, | |
| *Plaintiffs,* | Case No. 1:24-cv-00313 |
| v. | |
| Upwintrade, *et al.*, | **Motion to Withdraw Letter of Request** |
| *Defendants.* | |

Plaintiffs Peter and Loni Harris respectfully move this Court for an order withdrawing their previously transmitted Letter of Request to the judicial authority of Singapore.

I. **Background**

On February 4, 2025, Plaintiffs filed a Motion for Issuance of Letters of Request [Dkt. 24] (the "Request") seeking the issuance of a letter of request directed to the Singaporean judiciary. This purpose of the Request was to obtain evidence related to this matter believed to be in the possession of the Bybit cryptocurrency exchange, which was at one time headquartered in Singapore.

After the transmission of the Request, Plaintiffs were made aware that Bybit's headquarters had moved from Singapore to the United Arab Emirates. This obviated the need for the Request. Plaintiffs responded to the Singaporean authorities notifying them that they intended to withdraw their request in this Court. The Singaporean authorities subsequently responded to Plaintiffs' counsel indicating that the matter had been closed.[1]

## II.     Relief Sought

Plaintiffs respectfully request that the Court enter an order granting withdrawal of the previously transmitted Letter of Request in substantially the form of the proposed order submitted along with this Motion. Plaintiffs' counsel regret the oversight concerning the location of the Bybit exchange.

//

---

[1] Ex. 1, Letter Response from Singaporean Authorities.

- 3 -

Dated: June 11, 2025                    Respectfully submitted,

                                        THE HODA LAW FIRM, PLLC

                                        /s/ Marshal J. Hoda

                                        Marshal J. Hoda, Esq.
                                        Tx. Bar No. 2411009
                                        Alexander Crous, Esq.
                                        Tx. Bar No. 24136488
                                        3120 Southwest Fwy
                                        Ste 101, PMB 51811
                                        Houston, TX 77098
                                        o. (832) 848-0036
                                        marshal@thehodalawfirm.com
                                        alex@thehodalawfirm.com

                                        *Attorneys for Plaintiffs*