

SUPREME COURT OF SINGAPORE
LEGAL REGISTRY

Our ref: TEA 2/2025/NL

16 May 2025

Marshal J. Hoda, Esq.
Attorney & Founder
THE HODA LAW FIRM, PLLC
3120 Southwest Fwy,
Ste 101, PMB 51811
Houston, TX 77098

**REQUEST, PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS, FOR INTERNATIONAL JUDICIAL ASSISTANCE IN OBTAINING EVIDENCE FROM BYBIT FINTECH LIMITED**

Case No. 1:24-cv-00313-MJT (E.D. Tex.)

We refer to your letter dated 12 May 2025.

2. We have noted your withdrawal of the Letter of Request and will proceed to close this matter.

3. Thank you.

Yours faithfully,

KAREN TAN
ASSISTANT REGISTRAR
SUPREME COURT, SINGAPORE

Cc   The Honourable the Attorney General
     Attorney-General's Chambers
     1 Upper Pickering Street
     Singapore 058288
     (Ref: AG/CIV/DM/SUPC/2025/2)
     Grace Morgan (Deputy Senior State Counsel)