IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PETER HARRIS AND LONI HARRIS, | § § § | |
| *Plaintiffs*, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:24-CV-00313 |
| UPWINTRADE, *et al.*, | § § § | JUDGE MICHAEL J. TRUNCALE |
| *Defendants*. | § § § | |

# ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW LETTER OF REQUEST

Before the Court is Plaintiffs' Motion to Withdraw Letter of Request. Having considered the Motion and the record, and for good cause shown,

<u>IT IS HEREBY ORDERED</u> that:

1. Plaintiffs' Motion to Withdraw Letter of Request is **GRANTED**.

2. The Letter of Request to the Singaporean authorities seeking information concerning the Bybit cryptocurrency exchange is deemed **WITHDRAWN**.

//

- 2 -

Dated: June 11, 2025

Prepared By:

THE HODA LAW FIRM, PLLC

*/s/ Marshal J. Hoda*

Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
Alexander Crous, Esq.
Tx. Bar No. 24136488
3120 Southwest Fwy
Ste 101, PMB 51811
Houston, TX 77098
o. (832) 848-0036
marshal@thehodalawfirm.com
alex@thehodalawfirm.com

*Attorneys for Plaintiffs*

- 2 -