# FILED UNDER SEAL

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | |
|---|---|
| Peter Harris and Loni Harris,<br><br>*Plaintiffs*,<br><br>v.<br><br>Upwintrade.com, *et al.*,<br><br>*Defendants*. | Case No. 1:24-cv-00313<br><br>**Declaration in Support of Plaintiffs' Second Motion for Alternative Service** |

I, Evan Cole, state and swear as follows.

**I.   Introduction**

1. My name is Evan Cole. I am of sound mind and capable of making this Declaration. I have personal knowledge of the facts stated herein.

2. I am the Head of Investigations at The Hoda Law Firm, PLLC. I am experienced in blockchain investigations and am knowledgeable about the pig-butchering scam epidemic and the tactics of cybercriminals like the Defendants in this case. I hold the Chainalysis Cryptocurrency Fundamentals and Chainalysis Reactor Certifications, and the Lukka Crypto Asset Investigation I Certification.

**II.     Binance Production**

3.      In this case, Binance Holdings, Ltd. ("Binance"), a centralized cryptocurrency exchange, produced customer records to the Harrises concerning five persons whose Binance accounts received portions of the assets stolen from the Harrises in the Upwintrade scam. Those persons are ███████████████████████████████████████████████████████ ██████████████████████.

4.      The Binance records show that Defendants ████████████ ██████ reside in ████████, while Defendants ███████████████ reside in ██████. The records further provide email addresses for each of these accountholders. These are the email addresses that the accountholders used to access, maintain, and use their Binance accounts. For that reason, it is highly likely that these are not "throwaway" email addresses, but in fact accounts that the Defendants consistently monitor.

## VERIFICATION

I, Evan Cole, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____
Evan Cole

June 11, 2025
_____
Date