IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| PETER HARRIS and LONI HARRIS, § § | |
| *Plaintiffs*, § § | |
| VS. § § | CIVIL ACTION NO. 1:24-CV-00313 |
| § § | JUDGE MICHAEL J. TRUNCALE |
| UPWINTRADE.COM, *et al.*, § § | |
| *Defendants*. § | |

## ORDER GRANTING MOTION TO WITHDRAW LETTER OF REQUEST

Before the Court is Plaintiffs' Motion to Withdraw Letter of Request. [Dkt. 35]. After considering the Plaintiffs' motion and reviewing the pleadings on file, the Court grants the same.

It is therefore **ORDERED** that Plaintiffs' Motion to Withdraw Letter of Request [Dkt. 35] is hereby **GRANTED**. The Letter of Request to the Singaporean authorities seeking information concerning the Bybit cryptocurrency exchange is deemed **WITHDRAWN**.

**SIGNED** this 18th day of June, 2025.

Michael J. Truncale
United States District Judge