UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Peter Harris, *Plaintiff*, v. Upwintrade, *et al*., *Defendants*. | Case No. 1:24-cv-00313 **Proof of Service** |

I, Evan Cole, state and swear as follows.

I hereby certify that on June 26, 2025, I served The Nguyen with the Summons and Second Amended Complaint via email as authorized in the Order Granting Plaintiffs' Second Motion for Alternate Service.

1

## VERIFICATION

I, Evan Cole, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____
Evan Cole
The Hoda Law Firm, PLLC

Dated:   June 26, 2025