

## LIETUVOS RESPUBLIKOS TEISINGUMO MINISTERIJA
## MINISTRY OF JUSTICE OF THE REPUBLIC OF LITHUANIA

Budgetary agency, Gediminas Ave. 30, LT-01104 Vilnius,
tel. +370 600 38 904, fax +370 526 62 854, e-mail rastine@tm.lt, https://tm.lrv.lt
Data have been accumulated and stored in the Register of Legal Entities, code 188604955

The United States District Court
for the Eastern District of Texas

300 Willow Street Suite 104
Beaumont, Texas 77701
The United States of America

04 July 2025 Our Ref. No. (190/25) 9R-735
To: 6 February 2025
Your Ref. No. 1:24-cv-00313-MJT

**RE: REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**

The Ministry of Justice of the Republic of Lithuania, acting in accordance with Article 13 of the Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, hereby transmits the documents issued by the District Court of Vilnius City in response to the request for judicial assistance dated 6 February 2025.

The Ministry of Justice of the Republic of Lithuania avails itself of this opportunity to express to the United States District Court for the Eastern District of Texas assurances of its highest consideration.

ENCLOSURES. 5 pages.

Head of the International Cooperation and
Human Rights Policy Group

Indrė Balčiūnienė



Ignas Gagas, tel. +370 671 86487, e-mail: ignas.gagas@tm.lt





LIETUVOS RESPUBLIKOS
TEISINGUMO MINISTERIJA
GAUTA
20 25 m. 07 mėn. 01 d.
Nr. (1.90(25)8R- 1053

## VILNIAUS MIESTO APYLINKĖS TEISMAS

Biudžetinė įstaiga, Laisvės pr. 79A, LT-05274 Vilnius, kodas 302942160.
Duomenys kaupiami ir saugomi Juridinių asmenų registre
Kontaktinė informacija: Tel. (0 5) 262 4589, (0 5) 277 9946, e. pristatymo dėžutės adresas 302942160,
e. p. vilniaus.apylinkes@teismas.lt

Lietuvos Respublikos teisingumo ministerijai
Gedimino pr. 30
Vilnius

## DĖL PROCESINIŲ DOKUMENTŲ PERSIUNTIMO

2025-06-19 Nr. E2-16485-808/2025

Persiunčiame Jums dokumentus (DOK-76030) lietuvių ir anglų kalbomis civilinėje byloje Nr. E2-16485-808/2025, teisminio proceso Nr. 2-68-3-08633-2025-8.
PRIDEDAMA. 3 lapai.

Teisėja                                                                                   Gražina Žukauskienė

Deimena Sitnikė, Tel. (0 5) 211 3237

**Revolut Bank**

Revolut Bank UAB
Quadrum South
Konstitucijos pr. 21B,
Vilnius LT-08130
bank.lt@revolut.com

Įmonės kodas: 304580906
PVM mokėtojo kodas: LT100011706713

KONFIDENCIALU

Nr. RB-O-20250515-12

**Vilniaus miesto apylinkės teismui**
*Teikiama per EPP*

## DĖL PRAŠYMO IŠREIKALAUTI INFORMACIJĄ
### Civilinėje byloje Nr. E2-16485-808/2025

2025-05-15, Vilnius

Vilniaus miesto apylinkės teisme (**Teismas**) civilinėje byloje Nr. E2-16485-808/2025 tenkintas Jungtinių Amerikos Valstijų Teksaso teismo (**Pareiškėjas**) prašymas dėl įrodymų rinkimo. Suinteresuotas asmuo – Revolut Bank UAB (**Bendrovė** arba **Revolut**).

2025-05-06 nutartimi Teismas Revolut įpareigojo Teismui pateikti:

1. visus „pažink savo klientą" įrašus, susijusius su depozito adresais:
   38ZWvd5Be2PqMu5xcvy9PY3T4frKvniNyf
   38Ep5mFzh6oNbuFXSL1Hvk3g1TwXUMX8xv
   3M5RWiGdcEDRseLUqaG15HgPLL7bf3644A
   3A34GghlEUNXe4K8ayTLNLdKYAUDTnEU63
   3MoVdQzjhYJrz9umg4vloBRRz5pe9kZVcu
   3A3NqjhLiexUzcfgGuVol9uzux8rnbqSVE
   3CaPngqFGiu8kSLEcp9uM5JvK97RdAGHBU
   3KE6diBJr2yCcd9HEUxH5KNd86s2tzPW2N
   3B9GDHG6WgrWeavz247zAvbd5WrC8rYF7y
   3KKGPBqG2GW5PNVmktjoJwsSoGmfrvVTBB
   3GlgfTQn8 ljgaPUC WCoSr8j 17Ati Wn 17uy
   3DGPG9Lh6iLSkxYf9UZxzxjcUKo36xUva9
   3D8JCs231 iJxK8Jx86pJ4TA WrAAtbRxRPW
   33heGnSTbA6U7WrfMBYoWYgCRBek2MrKTA
   3AymDrgNq3WQZaNLh4vxLe8bxVzGaHqQhz
   31jJbyCxErbbfkuGPldtz2Pz9jt9SWNv83
   35wtpq7h7AjMP2xaS9yNa8T9cgJfUUm5RW
   3BjbZnAwmmxvQFnibcyGRd8SAwM6xTLYpA
   3CZ6NHrctR8ceWwyYyJQXP96PMAqEs5J4a
   3KSpJdiRmej8XkqCYswa58pff]27b7nQxc
   39TPPnjRGB8ANVbslK7RFoBBDNtvXWtECj
   
   įskaitant dokumentus, kurių pakanka parodyti visus sąskaitos savininkų identifikacijos dokumentus, biografinę informaciją, arba kontaktinę informaciją.

1

**Revolut Bank**

Revolut Bank UAB
Quadrum South
Konstitucijos pr. 21B,
Vilnius LT-08130
bank.lt@revolut.com

Įmonės kodas: 304580906
PVM mokėtojo kodas: LT100011706713

KONFIDENCIALU

2. visus transakcijų įrašus, susijusius su aukščiau minėtais depozito adresais, įskaitant dokumentus, kurių pakanka parodyti visas įeinančias ir išeinančias transakcijas, susijusias su depozito adresais ir sąskaita (- omis), į kurias galiausiai buvo pervestos lėšos, kurios perėjo per depozito adresus.

3. visus „IP prisijungimus", parodančius vietą ir (arba) prietaisus, iš kurių su aukščiau minėtais depozito adresais susiję sąskaitų savininkai priėjo prie savo Revolut sąskaitos (-ų).

Revolut Teismui nurodo, kad atlikus prašomos informacijos paiešką pagal nurodytus identifikatorius, t.y., depozito adresus, informacijos vidinėse Bendrovės sistemose rasti nepavyko. Pagal Pareiškėjo pateiktus duomenis, t.y., nurodytus skaičių ir raidžių derinius, nėra galimybės identifikuoti jokių konkrečių asmenų, kurių vardu būtų atidarytos Revolut sąskaitos.

Siekiant surasti prašomą informaciją ir įsitikinti, kad Revolut ja disponuoja, Pareiškėjas turėtų patikslinti duomenis, pagal kuriuos būtų galima nustatyti su konkrečiomis sąskaitomis susijusius naudotojus. Šie duomenys galėtų būti: juridinio asmens pavadinimas ar fizinio asmens vardas ir pavardė; fizinio ar juridinio asmens registracijos kodas; gyvenamosios ar registruotos buveinės vietos adresas; elektroninio pašto adresas; telefono numeris; atsiskaitomosios Revolut sąskaitos numeris; mokėjimo operacijų išrašas ar kt.

Taigi, Bendrovė negali surinkti bei pateikti Teismui prašomos informacijos, nes neatpažįsta pateiktų skaičių ir raidžių derinių, ir pagal juos negali atlikti prašomos informacijos paieškos.

**PRIDEDAMA**:
- įgaliojimas ir teisės magistro diplomas.


Pagarbiai

Revolut Bank UAB vardu
įgaliotas teisininkas Kęstutis Platūkis

Kęstutis Platūkis, tel. +370 6 480 2263, kestutis.platukis@revolut.com

2

*Translated from Lithuanian*

**Revolut**

Revolut Bank UAB
Quadrum South
Konstitucijos Ave. 21B
Vilnius LT-08130
banks.lt@revolut.com

Legal entity code 304580906
VAT payer's code LT100011706713

CONFIDENTIAL

**DISTRICT COURT OF VILNIUS CITY**
*Sent using electronic services portal EPP*

No RB-O-20250515-12

### RE: REQUEST TO COLLECT INFORMATION
### Civil case No E2-16485-808/2025

15 May 2025, Vilnius

The District Court of Vilnius City (the Court) granted the request of the Texas court of the United States of America (the Applicant) to collect evidence in civil case No. E2-16485-808/2025. The party concerned is Revolut Bank UAB (the Company or Revolut).

By the ruling of 6 May 2025, the Court ordered Revolut to submit to the Court:

1. all Know Your Customer records related to the deposit addresses:
38ZWvd5Be2PqMu5xcvy9PY3T4frKvniNyf
38Ep5mFzh6oNbuFXSL1Hvk3g1TwXUMX8xv
3M5RWiGdcEDRseLUqaG15HgPLL7bf3644A
3A34GghlEUNXe4K8ayTLNLdKYAUDTnEU63
3MoVdQzjhYJrz9umg4vloBRRz5pe9kZVcu
3A3NqjhLiexUzcfgGuVol9uzux8rnbqSVE
3CaPngqFGiu8kSLEcp9uM5JvK97RdAGHBU
3KE6diBJr2yCcd9HEUxH5KNd86s2tzPW2N
3B9GDHG6WgrWeavz247zAvbd5WrC8rYF7y
3KKGPBqG2GW5PNVmktjoJwsSoGmfrvVTBB
3GlgfTQn8 ljgaPUC WCoSr8j 17Ati Wn 17uy
3DGPG9Lh6iLSkxYf9UZxzxjcUKo36xUva9
3D8JCs231 iJxK8Jx86pJ4TA WrAAtbRxRPW
33heGnSTbA6U7WrfMBYoWYgCRBek2MrKTA
3AymDrgNq3WQZaNLh4vxLe8bxVzGaHqQhz
31jJbyCxErbbfkuGPldtz2Pz9jt9SWNv83
35wtpq7h7AjMP2xaS9yNa8T9cgJfUUm5RW
3BjbZnA wmmxvQFnibcyGRd8SA wM6xTLYpA
3CZ6NHrctR8ceWwyYyJQXP96PMAqEs5J4a
3KSpJdiRmej8XkqCYswa58pff]27b7nQxc
39TPPnjRGB8ANVbsIK7RFoBBDNtvXWtECj,
including documents sufficient to show all account holders' identification documents, biographical information, or contact information.

2. All transaction records related to the above-mentioned deposit addresses, including documents sufficient to show all incoming and outgoing transactions related to the deposit addresses and the account(s) to which the funds that passed through the deposit addresses were ultimately transferred.

3. All "IP logins" showing the location and/or devices from which the account holders associated with the above-mentioned deposit addresses accessed their Revolut account(s).

Revolut informs the Court that after searching for the requested information using the specified identifiers, i.e., deposit addresses, no information was found in the Company's internal systems. According to the data provided by the Applicant, i.e., the specified combinations of numbers and letters, it is not possible to identify any specific persons in whose name Revolut accounts have been opened.

In order to find the requested information and verify that Revolut possesses it, the Applicant should specify the data that would allow the identification of users associated with the specific accounts. Such data could include: the name of the legal entity or the first and last name of the natural person; the registration number of the natural or legal person; the address of the place of residence or registered office; the email address; the telephone number; the Revolut account number; the payment transaction statement, etc.

The Company is therefore not able to collect and provide the information requested by the Court, as it does not recognize the combinations of numbers and letters provided and cannot use them to search for the requested information.

**ENCLOSED:**

- Power of Attorney and Master's Diploma;

Respectfully,

On behalf of Revolut Bank UAB
Kęstutis Platūkis
Authorized Legal Counsel

Kęstutis Platūkis, phone +370 6 480 2263, kestutis.platukis@revolut.com

*The translation corresponds to the original text.*
*The translator has been warned of the liability provided for in Article 235 of the Criminal Code of the Republic of Lithuania.*

*Diana Andrejevienė*
*Translator at the District Court of Vilnius City*
*2 June 2025*

Docusign Envelope ID: 33B5AB72-A918-445F-8205-B5F93B725107

<div style="display:flex">
<div>

### Revolut Bank UAB

### ĮGALIOJIMAS

2024-12-13

**Revolut Bank UAB**, pagal Lietuvos Respublikos įstatymus įsteigta ir veikianti uždaroji akcinė bendrovė, kurios duomenys kaupiami ir saugomi Lietuvos Respublikos juridinių asmenų registre, juridinio asmens kodas 304580906, registruotos buveinės adresas Konstitucijos pr. 21B, Vilnius, Lietuvos Respublika (toliau – **Bendrovė**), įgalioja:

### Kęstutį Platūkį
(asmens kodas 39705043924);

veikiant atskirai, Bendrovės vardu:

- Pasirašyti ir paduoti ieškinius, pareiškimus, apeliacinius (atskiruosius skundus), kasacinius skundus, taip pat bet kokius kitus procesinius dokumentus ir prašymus, taip pat Lietuvos Respublikos įstatymų pareiškėjui, ieškovui, civiliniam ieškovui, atsakovui, trečiajam asmeniui suteiktomis teisėmis atstovauti Bendrovės interesams visose arbitražo institucijose (teismuose), taip pat visų instancijų teismuose visose civilinėse, baudžiamosiose, administracinėse ir kitose bylose, taip pat visose bankroto ir/ar restruktūrizavimo procesuose, kreditorių susirinkimuose, komitetuose, Bendrovės vardu atliekant visus procesinius veiksmus;

- Atstovauti Bendrovę visose teisėsaugos institucijose, notarų biuruose, antstolių kontorose, darbo ginčus nagrinėjančiose institucijose ir komisijose, taip pat visose valstybinėse, visuomeninėse ir kitose įstaigose, įmonėse ir organizacijose, gaunant ir pateikiant visus reikalingus dokumentus ir pažymėjimus, už Bendrovę pasirašyti ir atlikti kitus veiksmus, susijusius su šiais pavedimais;

- Tvirtinti turimų dokumentų kopijų, pateikiamų teisėsaugos institucijoms, teismams, notarams ir kitoms institucijoms, tikrumą, taip pat šių dokumentų nuorašus ir/ar išrašus ir atlikti visus kitus veiksmus, susijusius su šiais pavedimais.

</div>
<div>

### Revolut Bank UAB

### POWER OF ATTORNEY

13/12/2024

**Revolut Bank UAB**, a private limited liability company incorporated and existing under the laws of the Republic of Lithuania, the data of which is collected and kept at the Register of Legal Entities of the Republic of Lithuania, legal entity code 304580906, having its registered office at Konstitucijos ave. 21B, Vilnius, the Republic of Lithuania (the **Company**), hereby authorises:

### Kęstutis Platūkis
(Personal code 39705043924);

Acting solely on behalf of the Company:

- To sign and present claims, applications, appellate complaints (separate complaints), cassation complaints and any other procedural documents and requests, as well as by the rights granted under the laws of the Republic of Lithuania to the applicant, plaintiff, civil plaintiff, defendant, third party to represent the interests of the Company in all arbitration institutions (courts), courts of all instances in all civil, criminal, administrative and other cases, in all bankruptcy and / or restructuring proceedings, creditors' meetings, committees, and in conducting all proceedings on behalf of the Company;

- To represent the Company in all law enforcement authorities, notaries, bailiffs' offices, labour dispute resolution institutions and commissions, in all state, public and other institutions, companies and organisations in submitting and receiving from them all necessary documents and certificates, to sign on behalf of the Company and perform other actions related to these assignments;

- To certify the authenticity of the copies of documents in possession submitted to law enforcement authorities, courts, notaries and other institutions, as well as transcripts and / or extracts of these documents and to perform all other actions related to these assignments.

</div>
</div>

Docusign Envelope ID: 33B5AB72-A918-445F-8205-B5F93B725107

| | |
|---|---|
| Šis įgaliojimas įsigalioja pasirašymo dieną ir galioja dvejus metus. | This Power of Attorney shall be effective from the date of signing hereof and shall remain in force for two years. |

**Bendrovės vardu / On behalf of the Company:**

*DocuSigned by:*

*Joseph Heneghan*

—————————————
4E2E7E47FF6042E...

Joseph Heneghan
Head of Administration



# VILNIAUS UNIVERSITETAS

## MAGISTRO DIPLOMAS

MA Nr. 1942070

*Kęstutis Platūkis*

asmens kodas / personal identity number / code 39705043924

2021 metais baigė vientisųjų studijų programą **Teisė** (valstybinis kodas 601M90001) ir jam suteiktas **teisės magistro laipsnis**. Studijų kryptis: teisė.

in 2021 completed the integrated study programme in **Law** (state code 601M90001) and has been awarded a **Master's Degree in Law**. Study field: Law.

Rektorius                                                                           prof. Rimvydas Petrauskas

Išdavimo data 2021-06-30                                                   Diplomo kodas 7114
Registracijos Nr. 4019                                                        Vilniaus universiteto kodas 2119 50810



**APMAKSATS**
**POSTAGE PAID**
**TAXE PERÇUE**
213.9/375/2016

**NON-PRIORITY**

SAMUS
R   LT097376295LT

FROM:
Lietuvos Respublikos teisingumo ministerija
Gedimino pr. 30
01104 Vilnius
LITHUANIA

+37052662981

TO:
The United States District Court for the Eastern District of Texas
300 Willow str.
77701 Texas, Beaumont, UNITED STATES
104

0.1 KG

2025-07-07

RR634592771LV

R

CLERK, U.S. DISTRICT COURT
RECEIVED
JUL 23 2025
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS