UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Peter Harris, | |
| *Plaintiff*, | Case No. 1:24-cv-00313 |
| v. | |
| Upwintrade, *et al.*, | **Proof of Service** |
| *Defendants*. | |

I, Evan Cole, state and swear as follows.

I hereby certify that on September 16, 2025, I served Onwunali Chukwuemeka with the Second Amended Complaint via email as authorized in the January 15, 2025 Order Granting Plaintiffs' Motion for Alternate Service.

- 2 -

## VERIFICATION

I, Evan Cole, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____
Evan Cole
The Hoda Law Firm, PLLC

Dated:   September 16, 2025