IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PETER HARRIS AND LONI HARRIS, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | CIVIL ACTION NO. 1:24-CV-00313 |
| VS. | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| UPWINTRADE.COM, *et al*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

PLEASE BE ADVISED AND TAKE NOTICE that the above-styled case is set for a Telephonic

Status Conference before this Honorable Court on **August 31, 2026 at 10:00 a.m.**  Information for the

call is below:

Dial-In#: 571-353-2301
Guest ID: 644304870

All attorneys are **ORDERED** to participate in the conference.

**SIGNED this 11th day of August, 2026.**

_____
Michael J. Truncale
United States District Judge