**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| Peter Harris and Loni Harris,<br><br>*Plaintiffs*,<br><br>v.<br><br>Upwintrade.com, *et al*.,<br><br>*Defendants*. | Case No. 1:24-cv-00313-MJT<br><br>**Plaintiffs' Proposed Sealing Order** |

The Court grants Plaintiffs' Motion to Seal Specified Default-Judgment Materials to the limited extent stated below. The Court has balanced the public right of access against the privacy and security interests identified for each category of information, rather than relying solely on a discovery designation.

The five accountholder identities previously withheld in the public SAC may be replaced with consistent Defendant C–G labels in the motion, Cole declaration, Hoda declaration, exhibit index, and proposed Final Default Judgment. The unredacted versions shall identify the individuals fully. Previously public names, the contingent percentage, the requested monetary

amounts, and substantive legal analysis shall remain public. The sealed and public judgment versions concern the same single adjudication.

In EC-2, Plaintiffs may redact nonpublic personal contact data and customer-account identifiers. In EC-3, Plaintiffs may redact recovered credentials and nonpublic personal contact and user-account identifiers. Those redactions protect against unnecessary identification, contact, or attempted access while preserving public scrutiny of the methodology, source paths, comparisons, and conclusions. No entire exhibit is sealed from public view without a redacted counterpart.

The corresponding public redacted copies submitted with this package satisfy the public-counterpart requirement of Local Rule CV-5(a)(7)(E). All portions outside the approved categories remain public. The Court excuses the requested conference in view of Defendants' nonappearance and lack of communications; otherwise applicable service obligations remain unchanged.