# PUBLIC REDACTED VERSION

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| Peter Harris and Loni Harris,<br><br>*Plaintiffs*,<br><br>v.<br><br>Upwintrade.com, *et al.*,<br><br>*Defendants*. | Case No. 1:24-cv-00313-MJT<br><br>**Proposed Final Default Judgment** |

Judgment is entered in favor of Peter Harris and Loni Harris and against Onwunali Chukwuemeka, Kelvin Dubem, Defendant C, Defendant D, Defendant E, Defendant F, and Defendant G, jointly and severally, on Count I under 18 U.S.C. § 1964(c), for $2,405,696.55 in RICO damages and $721,708.97 in attorney's fees, totaling $3,127,405.52. The damages include the underlying principal loss of $801,898.85, trebled once.

Postjudgment interest accrues on the judgment at the applicable statutory rate under 28 U.S.C. § 1961. The attorney's fee is determined by this judgment. No separate costs or additional fee application is reserved. No additional compensatory, punitive, prejudgment-interest, or equitable recovery is awarded.

At Plaintiffs' request, and under Rules 15(a)(2) and 21, Counts II and III against the seven judgment defendants, and all claims against Upwintrade.com, David Shamlian, Larry Gaggaz, and John Does 1–20, are dismissed with prejudice. Plaintiffs' remaining requests for merits relief are relinquished.

The preliminary injunctive relief in this action terminates upon entry of this judgment. Nothing in this judgment adjudicates the remission petition or directs payment of property held in another proceeding. Payments for the same injury shall be credited as required by law to prevent double recovery. This judgment disposes of all claims and parties and is final. The Clerk is directed to close the case.