**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| Peter Harris and Loni Harris,<br><br>*Plaintiffs*,<br><br>v.<br><br>Upwintrade.com, *et al*.,<br><br>*Defendants*. | Case No. 1:24-cv-00313-MJT<br><br>**Plaintiffs' Notice of Related Proceedings** |

Plaintiffs provide this notice under Local Rule CV-42(a) concerning overlapping judicial and administrative proceedings.

The related judicial matter is United States of America v. 7.23918814 BTC and Other Various Cryptocurrency Seized from Binance Account Associated with User ID XXXXX3280 on October 25, 2024, No. 1:25-cv-10413-IT, in the United States District Court for the District of Massachusetts. The United States filed its verified forfeiture complaint on February 19, 2025. The supporting affidavit identifies TradePropel as a platform involved in the alleged fraud.

The related administrative matter is the Harrises' pending remission petition concerning asset 25-USS-000030, submitted through the U.S.

Attorney's Office for the District of Massachusetts. The firm transmitted supplemental materials, including Cole's March 6, 2026 report, on March 19, 2026. The petition remains pending and has produced no recovery.

The asserted overlap is the investigative connection between Upwintrade and TradePropel and the Harrises' request for compensation for the same underlying loss. Plaintiffs do not represent that the government has adopted their conclusions, that the judicial forfeiture case remains open, or that remission has been granted. This notice seeks no consolidation, transfer, or control over forfeited property. Any recovery for the same injury will be disclosed and credited as required to avoid double recovery.

Dated: 14 September 2026

Respectfully submitted,
THE HODA LAW FIRM, PLLC

Marshal J. Hoda, Esq.
Texas Bar No. 24110009
3120 Southwest Fwy, Suite 101
PMB 51811
Houston, TX 77098
marshal@thehodalawfirm.com
Telephone: (832) 848-0036
*Attorney for Plaintiffs*

**CERTIFICATE REGARDING SERVICE**

No copy has been served on Defendants. Plaintiffs rely on Rule 5(a)(2) because Defendants have failed to appear and this submission asserts no new claim for relief.

____________________________

Marshal J. Hoda, Counsel for Plaintiffs