# PUBLIC REDACTED VERSION

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| Peter Harris and Loni Harris,<br><br>*Plaintiffs*,<br><br>v.<br><br>Upwintrade.com, *et al*.,<br><br>*Defendants*. | Case No. 1:24-cv-00313-MJT<br><br><br><br>**Exhibit EC-2** |

Data Room / Server Room correspondence. The following exhibit pages retain their original pagination.

**Tuesday, December 31, 2024 at 09:08:21 Central Standard Time**

**Subject:** Re: Service of Subpoena in Harris v. Upwintrade
**Date:** Friday, November 22, 2024 at 12:55:49 AM Central Standard Time
**From:** Server Room support <support@serverroom.net>
**To:** Marshal Hoda <marshal@thehodalawfirm.com>
**CC:** Florin Botez <florin@serverroom.net>, Stefan Botez <stefan@serverroom.net>

Hello,

The account in question was purchased with optional software "cPanel Premier 100 Domains" which is used for website hosting and management.

We also received multiple abuse notifications regarding phishing websites which were taken down upon the client being notified.

Let us know if you require any further information.

Regards,

SERVERROOM

ANDI COCEI
SUPPORT ENGINEER

+1 646-201-4076
andi@serverroom.net

3418 Northern Blvd. Suite 408
Long Island City
New York, 11101

www.serverroom.net

On Thu, Nov 21, 2024 at 7:34 PM Marshal Hoda <marshal@thehodalawfirm.com> wrote:

> Thank you. Below, you noted that the account in question is most likely a hosting service provider. Can you explain why you believe that to be true in this case?
>
> ---
>
> **From:** Server Room support <support@serverroom.net>
> **Date:** Thursday, November 21, 2024 at 3:26 AM
> **To:** Marshal Hoda <marshal@thehodalawfirm.com>
> **Subject:** Re: Service of Subpoena in Harris v. Upwintrade
>
> Hello,
>
> Please check the completed spreadsheet, note that the Upwintrade Sending Address was obtained from https://blockexplorer.one/
>
> Let us know if you require further information.

Regards,

SERVERROOM

ANDI COCEI
SUPPORT ENGINEER

+1 646-201-4076
andi@serverroom.net

3418 Northern Blvd. Suite 408
Long Island City

New York, 11101

www.serverroom.net

On Wed, Nov 20, 2024 at 7:25 PM Marshal Hoda <marshal@thehodalawfirm.com> wrote:

Greetings,

I am following up on the email below.

In your email below, you indicated that your client—the subpoena target—had made seven payments. But you provided only three transaction hashes.

In addition, you did not provide sufficient information about the transactions for which you did provide transaction hashes to allow us to fully analyze those transactions.

I have attached a spreadsheet with column names indicating the information we need for all seven of the transactions between your company and the subpoena target.

We now request that you fill in the attached spreadsheet with the information requested and return to me. If you are unable or unwilling to do so, we will

need to file a motion to compel with the Court next week.

Please respond immediately acknowledging your receipt of this message.

Best,

Marshal Hoda

Attorney & Founder

The Hoda Law Firm, PLLC

---

**From:** Server Room support <support@serverroom.net>
**Date:** Wednesday, October 23, 2024 at 11:28 PM
**To:** Marshal Hoda <marshal@thehodalawfirm.com>
**Subject:** Re: Service of Subpoena in Harris v. Upwintrade

Hello,

No number was provided for the address.

Crypto transaction hashes:
9f0cb9147beec894b7cef8bdaa7ad8c1669d8e8f262e80659cfa359cd0e3a6fe
53ea3e4bcbd4dd88aa317ddf7e897fdc178fe48ca1e4ce5ff20fdb5dae99c183
6e7d61e6a42f57f61c1299e084fd10c9bcf335b0b2a93a23bfa3f1b6e463c9cf

Client made a total of 7 payments so far however currently we are only able to locate the ones above.
Let us know if all transaction hashes are required in order to search further.

Regards,

SERVERROOM

ANDI COCEI
SUPPORT ENGINEER
+1 646-201-4076
andi@serverroom.net

3418 Northern Blvd. Suite 408
Long Island City
New York, 11101
www.serverroom.net

On Wed, Oct 23, 2024 at 3:42 PM Marshal Hoda <marshal@thehodalawfirm.com> wrote:

Do you have a number for the [redacted] address?

Do you have information about the crypto payments made?

---

**From:** Server Room support <support@serverroom.net>
**Date:** Wednesday, October 23, 2024 at 5:53 AM
**To:** Marshal Hoda <marshal@thehodalawfirm.com>
**Cc:** Florin Botez <florin@serverroom.net>
**Subject:** Re: Service of Subpoena in Harris v. Upwintrade

Hello,

The IP in question, 162.244.81.128 is assigned to Account ID [redacted] which has been active since March 27, 2023
Account type: Entry Level Server Intel Atom with cPanel Premier 100 Domains

Client details are as follows:
Name: Larry Gaggaz
Email address: [redacted]
Address: [redacted]
Zip Code: [redacted]
Phone Number: [redacted]
Payment method: crypto

Let us know if you also require the crypto transaction hashes or any other information.

Note that most likely the client is a hosting service provider.

Regards,

SERVERROOM

**ANDI COCEI**
**SUPPORT ENGINEER**
+1 646-201-4076
andi@serverroom.net

3418 Northern Blvd. Suite 408
Long Island City
New York, 11101
www.serverroom.net

On Tue, Oct 22, 2024 at 6:11 PM Marshal Hoda <marshal@thehodalawfirm.com> wrote:

> Hello, yes, here is exhibit 1-J. Do you have current or historical records associated with this account?
>
> ---
>
> **From:** Server Room support <support@serverroom.net>
> **Date:** Tuesday, October 22, 2024 at 2:04 AM
> **To:** Marshal Hoda <marshal@thehodalawfirm.com>
> **Cc:** Florin Botez <florin@serverroom.net>
> **Subject:** Re: Service of Subpoena in Harris v. Upwintrade
>
> Hello,
>
> I could not locate any relevant information in the documents provided in order to locate the client in question.
>
> Please provide further details such as the IP in question at the time, as at the moment the domain responds to 84.32.84.32 which does not belong to us.
> The client may have already closed his account with us.
> Could we be sent Exhibit 1-J in order to check further?
>
> Regards,
>
> **ANDI COCEI**
> **SUPPORT**
> 3418 Northern Blvd. Suite 408
> Long Island City
> New York, 11101

SERVERROOM

**ENGINEER**

+1 646-201-4076
andi@serverroom.net | www.serverroom.net

On Mon, Oct 21, 2024 at 10:16 PM Marshal Hoda <marshal@thehodalawfirm.com> wrote:

> The information requested is reflected in the attached subpoena. Essentially, we are requesting that Data Room provide all information in its possession related to https://upwintrade.com. This site was hosted with Data Room. The judge has authorized this discovery in the case *Harris v. Upwintrade*. The website was used to perpetrate a scam that stole money from my clients.
>
> Will Data Room produce the requested information?
>
> Best,
>
> Marshal J. Hoda
>
> Attorney & Founder
>
> The Hoda Law Firm, PLLC
>
> o. (832) 848-0036
>
> ---
>
> **From:** Florin Botez <florin@serverroom.net>
> **Date:** Monday, October 21, 2024 at 1:39 PM
> **To:** Marshal Hoda <marshal@thehodalawfirm.com>
> **Cc:** support@serverroom.net <support@serverroom.net>, Andi Cocei <andi@serverroom.net>
> **Subject:** Re: Service of Subpoena in Harris v. Upwintrade

Hello,

Please let me know what information is requested from Data Room.

Thank you!

Best,

SERVERROOM

**FLORIN BOTEZ**
**VICE PRESIDENT**

+1 646-201-4076
florin@serverroom.net

3418 Northern Blvd. Suite 408
Long Island City

New York, 11101

www.serverroom.net

On Mon, Oct 21, 2024 at 11:36 AM Marshal Hoda <marshal@thehodalawfirm.com> wrote:

> Greetings,
>
> I am an attorney. We have received authorization from the court in the pending case *Harris v. Upwintrade* to serve a subpoena on Data Room, Inc. I have attached the court order and our subpoena.
>
> We attempted to serve this subpoena at Data Room's listed registered agent address but this service was unsuccessful. I have attached the affidavit of nonservice. It appears that Data Room no longer accepts service at its registered agent address. As you know, businesses are required to maintain a registered agent address where documents can be served.

Rather than require us to attempt to re-serve the subpoena, I request that Data Room accept service of the subpoena via email. Please forward this email to the appropriate personnel who can review and approve this request.

Best,

Marshal J. Hoda

Attorney & Founder

The Hoda Law Firm, PLLC

o. (832) 848-0036