# PUBLIC REDACTED VERSION

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| Peter Harris and Loni Harris, | |
| *Plaintiffs*, | Case No. 1:24-cv-00313-MJT |
| v. | |
| Upwintrade.com, *et al.*, | **Exhibit EC-3** |
| *Defendants*. | |

Evan Cole report dated March 6, 2026. The following exhibit pages retain their original pagination.

# Report: Tradepropel Server Disk Image Inspection and Connections to IATmarket and Upwintrade

**Purpose:** Establish that three domains (iatmarket/iatmarkets, upwintrade/upwinmarkets, tradepropel/trademarkets) were hosted on the same server and were operationally connected (same platform, same operator or group).

**Data source:** Read-only inspection of server disk image mounted at **`/root/data`**, and analysis of text files produced by running **`strings`** on forensic copies of MySQL InnoDB (.idb) table files from the same server. No data on the server was modified. Findings from the MySQL strings analysis are incorporated below where appropriate.

**Server:** cPanel/WHM hosting server. IP: **162.244.81.128**. Platform: CloudLinux, Apache, EA-PHP 74. Sysadmin: **Larry Gagazz**; [redacted]

**Summary**:

1. IATmarket, Upwintrade, and Tradepropel all used this server to host their domains and ran near-identical versions of the same fraudulent trading application. They shared one codebase and server and are very likely run by the same group. Publicly available data shows that this server's IP address is currently only shared by 65 domains, two-thirds of which have some variation on trading, markets, cryptocurrency, or investing in their domain names.
2. All three brands use identical application code. Config files, Apache, and MySQL show the same structure for all three. The only differences are in the branding used (site name, support email, etc.). The most natural explanation for this is that the same team cloned the same project multiple times, and simply swapped the branding.
3. All three brands share unusual backup extensions **(.bnk**, **.olld**, **.mmmm**, etc.). These idiosyncratic naming conventions repeated across multiple application deployments further indicate that one team is behind all three brands.
4. Inspection of the database files for each app located at **`/root/data/var/lib/mysql`** revealed at least 651 users, most of whom are likely scam victims who signed up on one of the three fraudulent trading apps. Database analysis recovered one potential admin login and several likely operator or test accounts using the same shared addresses and emails, including recurring use of a road located in Delta, Nigeria.
5. Previously obtained subpoena productions (issued concerning IAT and Upwintrade web domains) related to system administrator Larry Gagazz's Gmail address show that Gagazz accepted Google's TOS and accessed the [redacted] Gmail account from IP addresses located in Nigeria and associated with Nigerian ISPs.

# I. HOSTING CONFIRMATION — ALL THREE DOMAINS ON THIS SERVER

## A. Domain-to-account mapping

Source file: **`/root/data/etc/trueuserdomains`**

| Domain | cPanel account | Line |
|---|---|---|
| iatmarket.com | iatmarket | 34 |
| tradepropel.com | tradepropel | 69 |
| avantxperts.com | avantxperts | 10 |

Source file: **`/root/data/etc/userdatadomains`**

| Domain or subdomain key | Account | Type | Document root | IP:port |
|---|---|---|---|---|
| iatmarket.com | iatmarket | main | /home/iatmarket/public_html | 162.244.81.128:80, 162.244.81.128:443 |
| iatmarkets.com | iatmarket | addon | /home/iatmarket/public_html/iatmarkets.com | 162.244.81.128:80, 162.244.81.128:443 |
| iatmarkets.com.iatmarket.com | iatmarket | sub | /home/iatmarket/public_html/iatmarkets.com | 162.244.81.128:80, 162.244.81.128:443 |
| tradepropel.com | tradepropel | main | /home/tradepropel/public_html | 162.244.81.128:80, 162.244.81.128:443 |
| upwinmarkets.com | avantxperts | addon | /home/avantxperts/public_html/upwinmarkets.com | 162.244.81.128:80, 162.244.81.128:443 |
| upwinmarkets.com.avantxperts.com | avantxperts | sub | /home/avantxperts/public_html/upwinmarkets.com | 162.244.81.128:80, 162.244.81.128:443 |
| avantxperts.com | avantxperts | main | /home/avantxperts/public_html | 162.244.81.128:80, 162.244.81.128:443 |

**Note on "upwintrade":** The domain upwintrade.com is present on this server as a DNS zone configured under the avantxperts.com account (see Section II.C). The current site identified for the "upwintrade" zone is upwinmarkets.com, hosted under the avantxperts cPanel account at the path above.

An upwintrade cPanel account existed on the server, but was deleted. A cPanel database directory for this account still exists on the server at **`/root/data/home/.rapid-scan-db/upwintrade`**. The data and configuration of the avantxperts/upwinmarkets account likely reflects the data and configuration of the since-deleted upwintrade account.

### B. Apache virtual host configuration

Source file: **`/root/data/etc/apache2/conf/httpd.conf`**

- **iatmarket.com:** ServerName iatmarket.com; DocumentRoot /home/iatmarket/public_html; User/Group iatmarket.
- **iatmarkets.com.iatmarket.com:** DocumentRoot /home/iatmarket/public_html/iatmarkets.com; User iatmarket.
- **tradepropel.com:** ServerName tradepropel.com; DocumentRoot /home/tradepropel/public_html; User/Group tradepropel.
- **upwinmarkets.com.avantxperts.com:** DocumentRoot /home/avantxperts/public_html/upwinmarkets.com; User avantxperts.
- **avantxperts.com:** DocumentRoot /home/avantxperts/public_html; User avantxperts.

All vhosts bind to **162.244.81.128** on ports 80 and 443 and use ea-php74.

### C. Mail / SSL (Dovecot SNI)

Source file: **`/root/data/etc/dovecot/sni.conf`**

- Local names include: **`*.iatmarket.com`**, **`iatmarket.com`**; **`*.iatmarkets.com`**, **`iatmarkets.com`**; **`*.tradepropel.com`**, **`tradepropel.com`**; **`*.upwinmarkets.com`**, **`upwinmarkets.com`**; **`*.avantxperts.com`**, **`avantxperts.com`**. SSL cert paths are under **`/var/cpanel/ssl/domain_tls/`** for each.

### D. ProFTPd and cPanel user/bandwidth references

- **`/root/data/etc/proftpd/iatmarket`** — FTP config for iatmarket.
- **`/root/data/etc/proftpd/tradepropel`** — FTP config for tradepropel.
- **`/root/data/var/cpanel/users/iatmarket`**, **`/root/data/var/cpanel/users/tradepropel`**, **`/root/data/var/cpanel/users/avantxperts`** — cPanel user metadata.
- **`/root/data/var/cpanel/bandwidth/iatmarket.sqlite`**, **`tradepropel.sqlite`**, **`avantxperts.sqlite`** — bandwidth tracking for all three accounts.

### E. Reverse-IP server data

- Reverse IP sources show that only 65 domains currently resolve to **162.244.81.128**. This is indicative of a shared operative infrastructure among the iatmarket, upwintrade, and tradepropel domains, and refutative of the possibility that these sites are all coincidentally hosted on a high-volume CDN provider's edge server.
- Additionally, of the 65 domains that currently resolve to **162.244.81.128**, 43 contain some reference to trading, markets, cryptocurrency, or investing in their domain names. This is suggestive of a singular group deploying batches of fraudulent websites and applications from the same server.

# II. SERVER AND ACCOUNT METADATA

## A. System user (passwd) entries

Source: **`/root/data/etc/passwd`**

```
tradepropel:x:1038:1040::/home/tradepropel:/usr/local/cpanel/bin/noshell
iatmarket:x:1071:1073::/home/iatmarket:/usr/local/cpanel/bin/noshell
avantxperts:x:1081:1083::/home/avantxperts:/usr/local/cpanel/bin/noshell
```

All three use **`/usr/local/cpanel/bin/noshell`** (no shell login). No other biographical data is saved in passwd.

## B. cPanel user configuration files

**File: `/root/data/var/cpanel/users/iatmarket`**

- USER=iatmarket
- DNS=iatmarket.com
- DNS1=iatmarkets.com.iatmarket.com, DNS2=iatmarkets.com
- IP=162.244.81.128
- CONTACTEMAIL= (empty)
- CONTACTEMAIL2= (empty)
- STARTDATE=1711755021
- CREATED_IN_VERSION=11.118.0.4
- RS=jupiter
- UUID=6965505d-98c8-4439-a1cb-e7102443cf4e

**File: `/root/data/var/cpanel/users/tradepropel`**

- USER=tradepropel
- DNS=tradepropel.com
- IP=162.244.81.128
- CONTACTEMAIL= (empty)
- CONTACTEMAIL2= (empty)
- STARTDATE=1697916861
- CREATED_IN_VERSION=11.114.0.8
- RS=jupiter
- UUID=3978ba3a-6175-4a2f-b474-276ab62362e8

**File: `/root/data/var/cpanel/users/avantxperts`**

- USER=avantxperts
- DNS=avantxperts.com
- DNS1=tradecapitex.com.avantxperts.com, DNS2=tradecapitex.com, DNS3=upwinmarkets.com.avantxperts.com, DNS4=upwinmarkets.com
- IP=162.244.81.128

- CONTACTEMAIL= (empty)
- CONTACTEMAIL2= (empty)
- STARTDATE=1718887731
- CREATED_IN_VERSION=11.120.0.10
- RS=jupiter
- UUID=7e78e0ba-6861-4a21-9b44-dc76ddec9594

### C. DNS zone for upwintrade.com

Source file: **`/root/data/etc/named.conf`**

```
zone "upwintrade.com" {
    type master;
    file "/var/named/upwintrade.com.db";
};
```

The server hosted DNS for upwintrade.com (zone file **`/var/named/upwintrade.com.db`**). SSL entries also reference subdomains including globefxtrades.com**.upwintrade.com** and polarsharesfx.com**.upwintrade.com** under **`/root/data/var/cpanel/ssl/domain_tls/`**.

### D. Email aliases

Relevant entries under **`/root/data/etc/valiases/`** include:

- iatmarket.com, iatmarkets.com, iatmarkets.com.iatmarket.com
- tradepropel.com
- upwintrade/upwinmarkets handled via avantxperts.com and addon domains

## III. MYSQL DATABASES ASSOCIATED WITH THE THREE ENTITIES

### A. Database directories

Path prefix: **`/root/data/var/lib/mysql/`**

| Database name | Path | Notes |
|---|---|---|
| upwintrade_gfxt | /root/data/var/lib/mysql/upwintrade_gfxt | Tables: admin, ci_sessions, demo_trade_history, deposits, files, global_address, trade_history, trading_assets, upgrade, users, withdrawals. InnoDB (.ibd). Created/altered from Feb 2024 through Jul 2025. |
| upwintrade_app2 | /root/data/var/lib/mysql/upwintrade_app2 | Same table set as above. Created 13 Dec 2023. Activity through Dec 2024. |
| iatmarket_app | /root/data/var/lib/mysql/iatmarket_app | Same table set as above. Referenced by iatmarkets.com application config. |

| | | |
|---|---|---|
| tradepropel_app | /root/data/var/lib/mysql/tradepropel_app | Same table set as above. tradepropel account's trading app (trademarkets.com) uses a DB user/database named tradepropel_tm (see application config). |

### B. Application-to-database configuration

#### i. iatmarkets.com

File: **`/root/data/home/iatmarket/public_html/iatmarkets.com/application/config/database.php`** hostname=127.0.0.1, username=iatmarket_app, database=iatmarket_app, dbdriver=mysqli. Password stored in same file.

#### ii. upwinmarkets.com

File: **`/root/data/home/avantxperts/public_html/upwinmarkets.com/application/config/database.php`** hostname=127.0.0.1, username=avantxperts_uwm, database=avantxperts_uwm, dbdriver=mysqli. Password stored in same file.

#### iii. trademarkets.com (tradepropel account)

File: **`/root/data/home/tradepropel/public_html/tradmarkets.com/application/config/database.php`** hostname=127.0.0.1, username=tradepropel_tm, database=tradepropel_tm, dbdriver=mysqli. Password stored in same file.

The upwintrade_gfxt and upwintrade_app2 databases are separate MySQL schemas on the same server and use the same table layout (users, trade_history, deposits, withdrawals, admin, global_address, files, ci_sessions, trading_assets, demo_trade_history, upgrade), consistent with additional instances of the same application or related deployments.

## IV. TIMELINE AND ACTIVITY (FILE AND LOG EVIDENCE)

### A. Document root and key file dates

#### i. iatmarket / iatmarkets.com

- Document root: **`/root/data/home/iatmarket/public_html/iatmarkets.com/`**
- Directory listing: application (Jan 7 2025), assets, system (Jan 16 2019), vendor (Apr 23 2019), index.php, uploads.
- Backup: **`/root/data/home/iatmarket/public_html/old/`** — same structure.

#### ii. tradepropel / trademarkets.com

- Document root: **`/root/data/home/tradepropel/public_html/`** (contains index.html, ldt.zip, subdir tradmarkets.com).

- Trading application: **`/root/data/home/tradepropel/public_html/tradmarkets.com/`** — application, system, vendor (Mar 23 2024), index.php (Oct 21 2023), dd.zip.
- Backup: **`/root/data/home/tradepropel/public_html/.old/`**.

#### iii. avantxperts / upwinmarkets.com

- Document root: **`/root/data/home/avantxperts/public_html/upwinmarkets.com/`**
- Shared parent application (avantxperts.com and other addons): **`/root/data/home/avantxperts/public_html/application/`** — Oct 29 2022.
- upwinmarkets.com: application, assets, system (Jan 16 2019), vendor (Apr 23 2019), index.php (Mar 30 2024), uploads.

### B. Domain access log backups

Path: **`/root/data/var/log/apache2/domlogs/`**

- **iatmarkets.com.iatmarket.com.bkup** — Sample entries: 01 Sep 2025–02 Sep 2025 (GET /, POST /wp-login.php to iatmarkets.com).
- **upwinmarkets.com.avantxperts.com.bkup** — Sample entries: 01 Sep 2025–02 Sep 2025 (GET /robots.txt, GET /).
- Current domain access log files for iatmarket.com, tradepropel.com, and upwinmarkets.com.avantxperts.com were empty or rotated at time of inspection. The backup files above show continued HTTP activity into September 2025 for iatmarkets and upwinmarkets.

### C. Narrative timeline

- **Unknown**: A now-deleted cPanel account created for upwintrade.com (see Section I.A).
- **October 2023:** tradepropel cPanel account created; tradepropel.com and later trademarkets.com addon deployed; trading app under **`/home/tradepropel/public_html/tradmarkets.com/`** with index.php dated Oct 21 2023.
- **December 2023:** MySQL database upwintrade_app2 created (schema_ref in SDI 20231213174753).
- **February 2024:** MySQL database upwintrade_gfxt created (schema_ref in SDI 20240224182321).
- **March 2024:** iatmarket cPanel account created; iatmarkets.com addon and application deployed.
- **June 2024:** avantxperts cPanel account created; upwinmarkets.com and other addons (tradecapitex.com, risetrades.com, imt24pro.com) under same account; shared application codebase with 2019 system/vendor dates.
- **September 2025:** Access log backups show HTTP requests to iatmarkets.com and upwinmarkets.com, consistent with sites still being served.

# V. REUSED CODE AND IDENTICAL APPLICATION STRUCTURE

## A. Entry point and framework – index.php and CodeIgniter

- **iatmarkets.com:** **`/root/data/home/iatmarket/public_html/iatmarkets.com/index.php`** — 10,305 bytes. CodeIgniter 2014–2019 BCIT header, ob_start(), same environment/comments.
- **upwinmarkets.com:** **`/root/data/home/avantxperts/public_html/upwinmarkets.com/index.php`** — 10,305 bytes. Content identical to iatmarkets.com.
- **trademarkets.com:** **`/root/data/home/tradepropel/public_html/tradmarkets.com/index.php`** — 10,305 bytes. Content identical to both above.

**`system/core/CodeIgniter.php`** is identical across all three (same copyright, same structure). File paths:

- **`/root/data/home/iatmarket/public_html/iatmarkets.com/system/core/CodeIgniter.php`**
- **`/root/data/home/avantxperts/public_html/upwinmarkets.com/system/core/CodeIgniter.php`**
- **`/root/data/home/tradepropel/public_html/tradmarkets.com/system/core/CodeIgniter.php`**

## B. Controllers

### i. Admin.php

- iatmarkets: **`/root/data/home/iatmarket/public_html/iatmarkets.com/application/controllers/Admin.php`**
- upwinmarkets: **`/root/data/home/avantxperts/public_html/upwinmarkets.com/application/controllers/Admin.php`**
- trademarkets: **`/root/data/home/tradepropel/public_html/tradmarkets.com/application/controllers/Admin.php`**

iatmarkets and upwinmarkets: identical logic (getLists(), home(), referrals(), session check **`$this->session->AdminIsLoggedIn`**, redirect to **`Auth/admin`**, same DataTables output structure). trademarkets: same, with minor method order/editing differences.

### ii. Auth.php

- iatmarkets: **`/root/data/home/iatmarket/public_html/iatmarkets.com/application/controllers/Auth.php`**

- upwinmarkets: **/root/data/home/avantxperts/public_html/upwinmarkets.com/application/controllers/Auth.php**
- trademarkets: **/root/data/home/tradepropel/public_html/tradmarkets.com/application/controllers/Auth.php**

iatmarkets and upwinmarkets: identical (index, signup, signin, activate, createAccount, same form_validation rules including is_unique[users.email], is_unique[users.username], is_unique[users.phone]).

trademarkets: same structure with minor differences.

- Other controllers present on all three: Home.php, User.php, Welcome.php, Cron.php. Same naming and roles.

## C. Models

### i. Admin_model.php

- iatmarkets: **/root/data/home/iatmarket/public_html/iatmarkets.com/application/models/Admin_model.php**
- upwinmarkets: **/root/data/home/avantxperts/public_html/upwinmarkets.com/application/models/Admin_model.php**
- trademarkets: **/root/data/home/tradepropel/public_html/tradmarkets.com/application/models/Admin_model.php**

iatmarkets and upwinmarkets: identical (table=trade_history, same column_order, column_search, getRows, countAll, countFiltered, _get_datatables_query).

trademarkets: simpler version with the same table names: users, trade_history, referrals, global_address, deposits.

### ii. User_model.php

- Same filename and role on all three. Path pattern: **.../application/models/User_model.php**.

Only two models on each site: Admin_model.php, User_model.php.

## D. Configuration files use the same template; only branding differs

### i. config.php (base_url only difference)

- iatmarkets: **/root/data/home/iatmarket/public_html/iatmarkets.com/application/config/config.php** — base_url = 'https://iatmarkets.com/'

- upwinmarkets: **/root/data/home/avantxperts/public_html/upwinmarkets.com/application/config/config.php** — base_url = 'https://upwinmarkets.com/'
- trademarkets: **/root/data/home/tradepropel/public_html/tradmarkets.com/application/config/config.php** — base_url = 'https://tradmarkets.com/'

### ii. settings.php (application branding and reg_no)

- iatmarkets: **/root/data/home/iatmarket/public_html/iatmarkets.com/application/config/settings.php**
- app_url=iatmarket.com, app_name=International Assets Market, app_aka=IAT, lowest_invest_amount=10,000, lowest_withdraw_amount=$100, app_address=United States, reg_no=909231, support_email=support@iatmarket.com, info_email=info@iatmarket.com, payments_email=payments@iatmarket.com, whatsapp_phone=12542659804 (others empty).
- upwinmarkets: **/root/data/home/avantxperts/public_html/upwinmarkets.com/application/config/settings.php**
- app_url=upwinmarkets.com, app_name=Upwin Markets, app_aka=U-M, lowest_invest_amount=5,000, lowest_withdraw_amount=$100, app_address=United States, **reg_no=23434**, support_email=support@upwinmarkets.com, info_email=info@upwinmarkets.com, payments_email=payments@upwinmarkets.com, phone fields empty.
- trademarkets: **/root/data/home/tradepropel/public_html/tradmarkets.com/application/config/settings.php**
- app_url=tradmarkets.com, app_name=Tradmarkets, app_aka=T-M, lowest_invest_amount=20,000, lowest_withdraw_amount=$100, app_address=United States, reg_no=123283, support_email=support@tradmarkets.com, info_email=info@tradmarkets.com, payments_email=payments@tradmarkets.com, phone fields empty.

### iii. Shared reg_no 23434:

- **/root/data/home/avantxperts/public_html/application/config/settings.php** (main avantxperts.com): app_url=avantxperts.com, app_name=Avants Experts, **reg_no=23434**.
- **/root/data/home/avantxperts/public_html/upwinmarkets.com/application/config/settings.php**: **reg_no=23434**.

The same registration number is used for both avantxperts.com and upwinmarkets.com.

#### iv. autoload.php

- Same on all three: autoload['model'] = array('user_model', 'admin_model'); same libraries (database, email, session, form_validation). Paths:
- **`/root/data/home/iatmarket/public_html/iatmarkets.com/application/config/autoload.php`**
- **`/root/data/home/avantxperts/public_html/upwinmarkets.com/application/config/autoload.php`**
- **`/root/data/home/tradepropel/public_html/tradmarkets.com/application/config/autoload.php`**

### E. Admin console views

Path pattern: **`.../application/views/console/`**

Files present on all three: add_trade.php, card_request.php, edit_trade.php, edit_user.php, fund_request.php, home.php, login.php, referrals.php, update_wallet.php, user_trades.php, user_uploads.php, withdraw_request.php.

Full paths:

- **`/root/data/home/iatmarket/public_html/iatmarkets.com/application/views/console/add_trade.php`** (same under upwinmarkets.com and tradmarkets.com).

### F. Backup and alternate file naming using the same conventions

Nonstandard extensions used across all three sites: .bnk, .bnk.php, .olld, .nmm, .mmmm, .bnkk, .mmk.

**iatmarkets.com:**

- /root/data/home/iatmarket/public_html/iatmarkets.com/application/views.**bnk**
- /root/data/home/iatmarket/public_html/iatmarkets.com/application/controllers/User.php.**mmmm**
- /root/data/home/iatmarket/public_html/iatmarkets.com/application/controllers/User.php.**bnk**.php
- /root/data/home/iatmarket/public_html/iatmarkets.com/assets/home**.bnk**
- /root/data/home/iatmarket/public_html/iatmarkets.com/assets/home.bnk/gt.jpg.**bnk**
- /root/data/home/iatmarket/public_html/iatmarkets.com/assets/home/gt.jpg.**bnk**
- /root/data/home/iatmarket/public_html/old/application/controllers/User.php.**mmmm**
- /root/data/home/iatmarket/public_html/old/application/controllers/User.php.**bnk**.php

**upwinmarkets.com:**

- /root/data/home/avantxperts/public_html/upwinmarkets.com/application/controllers/User.php.**mmmm**
- /root/data/home/avantxperts/public_html/upwinmarkets.com/application/controllers/User.php.**bn**k.php

- /root/data/home/avantxperts/public_html/upwinmarkets.com/application/controllers/Home.php.**olld**
- /root/data/home/avantxperts/public_html/upwinmarkets.com/assets/home.mmk/gt.jpg.**bnk**

**trademarkets.com:**

- /root/data/home/tradepropel/public_html/tradmarkets.com/application/controllers/Home.php.**nmm**
- /root/data/home/tradepropel/public_html/tradmarkets.com/application/controllers/User.php.**bnk**.php
- /root/data/home/tradepropel/public_html/tradmarkets.com/application/views/includes/home.**bnkk**
- /root/data/home/tradepropel/public_html/tradmarkets.com/assets/home.**bnk**

### G. .htaccess

- iatmarkets: **`/root/data/home/iatmarket/public_html/iatmarkets.com/.htaccess`** — cPanel ea-php74 handler only (no RewriteRule).
- upwinmarkets: **`/root/data/home/avantxperts/public_html/upwinmarkets.com/.htaccess`** — RewriteEngine On; HTTPS redirect; ea-php74.
- trademarkets: **`/root/data/home/tradepropel/public_html/tradmarkets.com/.htaccess`** — Same as upwinmarkets.

## VI. COMMON ADMIN AND OPERATIONAL PATTERNS

### A. Admin session and login process

All three use the same session variable and redirect:

- Check: **`$this->session->AdminIsLoggedIn == False`**
- Redirect: **`redirect('Auth/admin');`**
- Present in: Admin.php on all three.

### B. Email address pattern

Same three roles per domain, only hostname changes: support@[domain], info@[domain], payments@[domain]. Defined in each site's **`application/config/settings.php`**.

### C. Database schema pattern

Across MySQL databases **upwintrade_gfxt**, **upwintrade_app2**, **iatmarket_app**, and **tradepropel_tm** (and application config for upwintrade's addon), the same logical schema is used: **users**, **admin**, **trade_history**, **demo_trade_history**, **deposits**, **withdrawals**,

**global_address**, **trading_assets**, **files**, **ci_sessions**, plus the migration table **upgrade**. Table names and roles are consistent with a single application template deployed across the three brands.

### D. Biographical / contact information from server config and database strings

- CONTACTEMAIL and CONTACTEMAIL2 are empty in all three cPanel user files (paths in Section II.B).
- No operator names, addresses, or phone numbers were found in the config files or cPanel metadata.
- SSL certificates observed are Let's Encrypt DV. There are no organization or operator names in certs.

**From MySQL .idb strings analysis (see Section VII):** One interpretable admin credential was recovered: the **upwintrade_gfxt** admin table contained `[redacted]` (this possibly represents username `admin`, password [redacted] or variant).

## VII. MYSQL DATABASE STRINGS ANALYSIS (POST–SERVER INSPECTION)

After the server inspection, `strings` was run on InnoDB (.idb) table files from the MySQL data directories for databases associated with the three domains. The output was saved as plaintext data and reviewed. Analysis of those text files is summarized below. The complete list of extracted strings (name/identifier, email, country, address, and platform) is in **users_extracted.csv**.

### A. Admin credentials and identifiers

- **upwintrade_gfxt (admin table):** The only clearly readable admin credential in the set: `[redacted]` — likely username `admin` and password [redacted] (or similar). All other admin .idb strings (iatmarket_, *tradepropel_*, upwintrade_app2) contained only fragmented or hashed values, not readable credentials.

### B. Operator / internal accounts (tradepropel)

User-table strings showed a **recurring cluster of accounts** with:

- **Shared addresses:** "[redacted]", "[redacted]", "[redacted]", "[redacted]" ([redacted] is a road in Delta, Nigeria).
- **Shared password themes:** [redacted], [redacted], [redacted].
- **Shared emails across multiple accounts:** e.g. [redacted] ([redacted] and [redacted]), [redacted] ([redacted] and [redacted]).

**Accounts using shared addresses/emails:** [redacted] ([redacted], "[redacted]"), [redacted] ([redacted], "[redacted]"), [redacted], [redacted] ([redacted]), and others use the same addresses and password patterns. The username "[redacted]" and the repeated "[redacted]" / "[redacted]" / "[redacted]" pattern indicate a common set of operator or test accounts.

### C. Same platform and test accounts

- [redacted] and [redacted] appear in user tables on **iatmarket_ipm**, **tradepropel_app**, and **upwintrade_gfxt**.
- **do-not-respond.me** and **formtest.guru** test users appear in multiple iatmarket_* and upwintrade databases.

This is indicative of shared codebase and testing practices across all three brands/domains.

### D. Deposits and timeline

Deposit-related strings reference Bitcoin, Ethereum, Trust Wallet, Coinbase, CashApp, Gemini, bank, and narrative notes (e.g. "Correction for using CAD", "Wrong amount"). Dates in deposit notes align with active use in 2024.

### E. Users per platform and geographical spread

Extraction from the **users** table .idb plaintext strings produced **651 unique user records** (deduplicated by email and platform):

| Platform | Users extracted |
|---|---|
| **iatmarket** | 238 |
| **tradepropel** | 241 |
| **upwintrade** | 172 |
| **Total** | **651** |

These registrants are potential scam victims who signed up to the fraudulent apps; test and operator accounts are included in the counts but can be filtered via the CSV. Geographical data in the users table includes the United States, Canada, United Kingdom, Australia, India, Pakistan, South Africa, and other countries, consistent with pig-butchering targeting of English-speaking victims. The full list with contact/biographical fields and platform is in **users_extracted.csv**.

### F. Evidence summary from extracted strings

| Category | Finding |
|---|---|
| **Admin credential** | upwintrade_gfxt: [redacted] (interpretable as admin login). |

| | |
|---|---|
| **Operator candidates** | Shared addresses ("[redacted]", "[redacted]"), shared emails ([redacted]), password theme ([redacted]); accounts: [redacted]. |
| **Same platform** | Same test emails and test address across iatmarket, upwintrade, tradepropel user tables. |
| **Timeline** | Deposit data consistent with 2024 activity. |
| **User/victim scope** | 651 users across three platforms; geographic data consistent with pig-butchering patterns. |

## VIII. SUMMARY TABLE – CONNECTION OF THE THREE ENTITIES

| Category | iatmarket / iatmarkets.com | upwintrade / upwinmarkets.com | tradepropel / trademarkets.com |
|---|---|---|---|
| **Server IP** | 162.244.81.128 | 162.244.81.128 | 162.244.81.128 |
| **Document root** | /home/iatmarket/public_html, /home/iatmarket/public_html/iatmarkets.com | /home/avantxperts/public_html/upwinmarkets.com | /home/tradepropel/public_html, /home/tradepropel/public_html/tradmarkets.com |
| **index.php (bytes)** | 10,305 (identical) | 10,305 (identical) | 10,305 (identical) |
| **Controllers** | Admin, Auth, Home, User, Welcome, Cron, Bot | Same set | Same set |
| **Models** | Admin_model, User_model | Same set | Same set |
| **settings.php template** | Same keys (app_url, app_name, reg_no, support_email, etc.) | Same; reg_no=23434 | Same; reg_no=123283 |
| **app_address** | United States | United States | United States |
| **lowest_withdraw_amount** | $100 | $100 | $100 |
| **Admin session** | AdminIsLoggedIn → Auth/admin | Same | Same |
| **Reg. number** | 909231 | 23434 | 123283 |
| **Backup extensions** | .bnk, .mmmm | .bnk, .olld, .mmk | .bnk, .nmm, .bnkk |
| **Console views** | 12 same files | 12 same files | 12 same files |

| | | | |
|---|---|---|---|
| **DB table names** | users, trade_history, deposits, withdrawals, admin, global_address, files, ci_sessions, etc. | Same set | Same set |
| **PHP / stack** | ea-php74, CodeIgniter | ea-php74, CodeIgniter | ea-php74, CodeIgniter |
| **Registered users (from DB strings)** | 238 (iatmarket) | 172 (upwintrade) | 241 (tradepropel) |

**Conclusion:**

1. **Hosting:** iatmarket.com, iatmarkets.com, tradepropel.com, and upwinmarkets.com (and related upwintrade.com DNS) were all hosted on the same server, IP **162.244.81.128**, as shown by **`/root/data/etc/trueuserdomains`**, **`/root/data/etc/userdatadomains`**, Apache and Dovecot configuration, and cPanel user/bandwidth data.
2. **Same application:** All three brands (iatmarkets, upwinmarkets, trademarkets) run the same CodeIgniter-based trading application: identical index.php, identical or near-identical Admin and Auth controllers and Admin_model, same config template (config.php, settings.php, database.php, autoload.php), same admin console views, and same database schema. Only site-specific values like URL and platform name differ.
3. **Shared development/deployment habits:** Identical backup and alternate-file naming conventions (.bnk, .olld, .nmm, .mmmm, etc.) across all three sites indicates the same developer or team deploying the same codebase multiple times.
4. **Direct link between upwintrade, upwinmarkets, and avantxperts:** The same fake registration number (reg_no=23434) is used in avantxperts.com and upwinmarkets.com settings.php. Upwintrade.com is a configured DNS zone under the avantxperts account, showing they are the same operation, in addition to the "upwin-" appendage used throughout.
5. **Temporal and infrastructural consistency:** Shared system/vendor dates, same PHP version and schema across MySQL databases, and access logs showing activity into 2025 support the conclusion that the three domains are operationally connected, using the same platform, and likely controlled by the same operator or group; and not merely coincidentally hosted on the same server.
6. **Victim/user scope and operator identifiers:** Analysis of the MySQL users tables (via strings extracted from .idb files) shows 651 registered users across the three platforms. User locations include the United States, Canada, United Kingdom, Australia, South Africa, and others, consistent with pig-butchering targeting of English-speaking victims. The same analysis recovered one interpretable admin credential (upwintrade_gfxt: [redacted]) and a group of likely operator/test accounts.

Prepared by:

**Evan Cole**, Head of Investigations

March 6, 2026