**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| Peter Harris and Loni Harris,<br><br>*Plaintiffs*,<br><br>v.<br><br>Upwintrade.com, *et al.*,<br><br>*Defendants*. | Case No. 1:24-cv-00313-MJT<br><br>**Supplemental Declaration of Peter Harris Supporting Plaintiffs' Motion for Default Judgment** |

I, Peter Harris, declare as follows:

1. I am a plaintiff in this action. I make this supplemental declaration from personal knowledge of my transfers and recovery efforts.

2. I signed the declaration dated March 26, 2025 supporting our requested default judgment. Exhibit PH-1 is a true copy of that executed declaration and its attached transfer schedule. This supplement does not replace or alter the signed original.

3. Neither Loni Harris nor I has received reimbursement, restitution, a settlement payment, or any other recovery of the assets at issue in this case.

4. A remission petition was submitted on our behalf in connection with the TradePropel matter. That petition remains pending, and we have received no payment through it.

5. The transfer schedule attached to my earlier declaration lists 22 transfers. My earlier declaration states $801,898.86; adding the schedule's displayed dollar amounts gives $801,898.85. For this motion, we request the lower arithmetic total as our principal loss, without claiming fictitious platform profits or changing the original schedule.

## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 14 2026 at 3:15pm PT San Francisco, CA

Peter Harris

## CERTIFICATE REGARDING SERVICE

No copy has been served on Defendants. Plaintiffs rely on Rule 5(a)(2) because Defendants have failed to appear and this submission asserts no new claim for relief.

__________________________

Marshal J. Hoda, Counsel for Plaintiffs