Docusign Envelope ID: 7F026186-5B2F-4820-8C0C-5BA7A9DED6B6

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| Peter Harris and Loni Harris,<br><br>*Plaintiffs*,<br><br>v.<br><br>Upwintrade.com, et al.,<br><br>*Defendants*. | Case No. 1:24-cv-00313<br><br>**Declaration of Peter Harris** |

I, Peter Harris, state and swear as follows.

1. My name is Peter Harris. I am a plaintiff in the above-captioned matter. I am of sound mind and capable of making this Declaration. I have personal knowledge of the facts stated herein.

2. On or about February 20, 2024, my wife, Loni Harris, contacted who she believed to be a high school friend named Orlando Bell after seeing his post on Facebook about his success in cryptocurrency investing.

3. We did not know at the time, but now know, that Mr. Bell's Facebook profile was taken over by individuals connected with the scam which gave rise to this matter.

4. Mr. Bell connected us with a man claiming to be named David Shamlian, an investment coach. Mr. Shamlian guided us through the process

Docusign Envelope ID: 7F026186-5B2F-4820-8C0C-5BA7A9DED6B6

of creating an account on the Upwintrade.com investment platform and depositing funds there by transferring cryptocurrency to addresses provided by Mr. Shamlian and Upwintrade.

5. I now believe that Mr. Shamlian, like Mr. Bell, was an imposter operating under a false identity in the furtherance of this scam. The Upwintrade.com platform was likewise a fraudulent platform designed to look and operate like a legitimate trading platform but where no actual trading or investment took place.

6. Over the next three months, my wife and I transferred $801,898.86 in Bitcoin cryptocurrency to the Upwintrade.com platform. A ledger of all of our transfers is set out as Attachment 1 to this Declaration. I verify that this Attachment is a true and correct record of our transfers to Upwintrade.com

7. Our investments appeared to be earning a profit, but upon trying to withdraw some of our funds, we were met with resistance, obfuscation, and nonsensical excuses. We then realized we had been scammed and sought legal aid.

//

Docusign Envelope ID: 7F026186-5B2F-4820-8C0C-5BA7A9DED6B6

**VERIFICATION**

I, Peter Harris, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Signed by:
Peter Harris
48B61FB5BD5243D...

Peter Harris

3/26/2025

Date

Docusign Envelope ID: 7F026186-5B2F-4820-8C0C-5BA7A9DED6B6

## Attachment 1 – Cryptocurrency Transfers to Upwintrade.com

| Date | Currency | Crypto Amt | USD Amt | Transaction Hash |
|---|---|---|---|---|
| 2/28/2024 | BTC | -0.16122203 | $9,695.98 | be62b42756dcd6ecaa99e718ac09d2a0c59e49dc52d788bcfdd307c926738908c |
| 2/29/2024 | BTC | -0.16200620 | $9,682.83 | 2ba5f9db6795dd20dee17d68bc97f2607c9cd845fabde3a44a734575b66b04e2 |
| 3/1/2024 | BTC | -0.40345656 | $24,569.00 | 52c845dfa11b8f610ad6f2df07e489a214ea22a8b4e0714104a55dcb4104e6ac |
| 3/1/2024 | BTC | -0.35000000 | $21,376.15 | 321c7337dd9552bb463342aa1e1401ff10f80a744b9d047dc8fbb276ef1a2965 |
| 3/4/2024 | BTC | -0.50000000 | $32,275.24 | 2a31c1c4c9dd97f35ff93ddf4d8779b33b45886e73716e6a3e93013f33db1aae |
| 3/5/2024 | BTC | -0.28627880 | $19,388.49 | fc386d216317455a047b0674271a1b76246236691e3e153b7b320f80f3c7fbf7 |
| 3/8/2024 | BTC | -0.39138298 | $26,022.71 | 488e9f92ad81a317d0dcf8c79bebef2c6d9120985e14b238697b1634f985d8fd |
| 3/11/2024 | BTC | -0.37500000 | $25,510.77 | 8e781e0ed30862b5e4cd41d781bff60e600714839887aaf566802d2797ba9378 |
| 3/21/2024 | BTC | -0.25000000 | $16,726.08 | d85e9c1a5ab4d3af9c9687bd06c5ad1770aa30e659c5257d58d8ea24ef6744f7 |
| 3/25/2024 | BTC | -0.10413079 | $6,900.04 | 9046e42389a6d32dd40bbf6b6765aa41a36baa9112218137fc881035274f261c |

Docusign Envelope ID: 7F026186-5B2F-4820-8C0C-5BA7A9DED6B6

| | | | | |
|---|---|---|---|---|
| 3/28/2024 | BTC | -0.07710070 | $5,317.56 | 3605fd078039d68d33a3d477ea259ddf128055ea840f75fc788dad33cd0594e3 |
| 3/30/2024 | BTC | -0.28207876 | $19,642.25 | 0130c5a3ba439900ca8a09e5bf106cdd1dd9b948f6a318375384635c1cb159d3 |
| 4/10/2024 | BTC | -0.28220000 | $19,929.04 | 4a587c8d73f01a13ea2e418d4a9966872c31c5727bc9a725143cf5d62248094c |
| 4/11/2024 | BTC | -0.06860000 | $4,803.49 | b1a1d243d1ce5787f12c708ebc386ab9dc649b277bb59479cefc011f33f015df |
| 4/25/2024 | BTC | -1.51733571 | $97,854.51 | 755a3caf7f6eb2f6c3daca3c4032b05e7d559029afd51f733d13b50ff6d2ae42 |
| 4/26/2024 | BTC | -1.04235850 | $65,672.09 | 3a7994ca5e471ea1a6f390801e318bf48a58dd32b4d95279872ecb58ea29a468 |
| 4/26/2024 | BTC | -0.04533509 | $2,890.22 | 77472d09dd2c613e9287bc29f82bfaaf499874b755a4cbb053d10a019b081956 |
| 5/6/2024 | BTC | -1.00482820 | $62,654.48 | 57812e52fbba85d9103dfe99a562098cfefe30e1d7107871b83e660ede784718 |
| 5/9/2024 | BTC | -3.21072269 | $202,490.49 | 85f705919888925024508506350765e483022d8c3289314ddcdaf5ef49522d63 |
| 5/15/2024 | BTC | -0.18972420 | $12,243.66 | b69d2cc4b3124654e246b5d3ac18549c53a19d28fa7c5c542977650ecde44913 |
| 5/18/2024 | BTC | -1.63651102 | $109,534.99 | d0070ae24bf4cfb8b9740477e65bddc4a76624a9ba0bd379423ecf2f26f4c871 |
| 6/16/2024 | BTC | -0.10159000 | $6,718.78 | de070f941ea31d998b755c9d609071ba6de5a12253d5532fb81a063d9cc99ffb |