**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| Peter Harris and Loni Harris,<br><br>*Plaintiffs*,<br><br>v.<br><br>Upwintrade.com, *et al*.,<br><br>*Defendants*. | Case No. 1:24-cv-00313-MJT<br><br>**Plaintiffs' Index of Default-Judgment Exhibits** |

## I. New declarations and exhibits

Peter Harris supplemental declaration: current recovery status and the one-cent arithmetic clarification. PH-1: Peter Harris's executed March 26, 2025 declaration with its original attached transfer schedule, five pages. The original signed declaration is preserved unchanged.

Evan Cole declaration: investigative findings, authentication of EC-3, schedule arithmetic, and supplemental service facts. EC-2: Data Room / Server Room correspondence, eight pages. EC-3: Evan Cole's March 6, 2026 report, "Tradepropel Server Disk Image Inspection and Connections to IATmarket and Upwintrade," seventeen pages. The report itself supplies the technical source-path and comparison descriptions.

Marshal J. Hoda declaration: docket chronology, absence of defendant communications, inability to determine military status, provider-correspondence foundation, remission status, and the 30% contingent-fee arrangement supporting the fixed $721,708.97 attorney's-fee request.

**II. Existing record relied upon**

SAC: Dkts. 37 and 40. Cole's June 11, 2025 Binance declaration: Dkt. 38-1. Alternative-service orders: Dkts. 19, 43–44. Service proofs: Dkts. 46–50, 57–58. Clerk defaults: Dkts. 29 and 55. Earlier sealing orders: Dkts. 39 and 56. These materials are identified by existing docket reference rather than relabeled as newly created evidence.

**III. Public counterparts**

Public counterparts accompany the protected motion, Cole declaration, Hoda declaration, proposed Final Default Judgment, and exhibits EC-2 and EC-3. The sealed and public judgment versions concern the same single adjudication. PH-1 and the Peter Harris supplement contain no redactions sought by the sealing motion.