IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PETER HARRIS AND LONI HARRIS, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:24-CV-00313 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| UPWINTRADE.COM, *et al*, | § | |
| | § | |
| *Defendants*. | § | |

**REFERRAL ORDER**

Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(A) and (3), it is **ORDERED** that the following motions are **REFERRED** to United States Magistrate Zack Hawthorn for consideration and disposition:

1. Plaintiffs' Motion to Seal Specified Default-Judgment Materials [Dkt. 61];
2. Plaintiffs' Motion for Default Judgment [Dkt. 62]; and
3. Plaintiffs' Motion for Default Judgment [Dkt. 63].

**SIGNED this 3rd day of October, 2026.**

Michael J. Truncale
United States District Judge